

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc # 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party: PAMELA JEAN CALDWELL

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim: _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: TENNESSEE

_____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   _____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence: TENNESSEE

   _____

7. District Court and Division in which venue would be proper absent direct filing:

   UNITED STATES EASTERN DISTRICT COURT, KNOXVILLE TN

8. Defendants (check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

|   |   |
|---|---|
| ☐ | G2® Express (G2®X) Vena Cava Filter |
| ☐ | Eclipse® Vena Cava Filter |
| ☐ | Meridian® Vena Cava Filter |
| ☑ | Denali® Vena Cava Filter |
| ☐ | Other: _____ |

11. Date of Implantation as to each product: September 16, 2015

_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| ☑ | Count IV: | Negligence - Design |
| ☑ | Count V: | Negligence - Manufacture |
| ☑ | Count VI: | Negligence – Failure to Recall/Retrofit |
| ☑ | Count VII: | Negligence – Failure to Warn |
| ☑ | Count VIII: | Negligent Misrepresentation |
| ☑ | Count IX: | Negligence *Per Se* |
| ☑ | Count X: | Breach of Express Warranty |
| ☑ | Count XI: | Breach of Implied Warranty |
| ☑ | Count XII: | Fraudulent Misrepresentation |

-3-

| | | |
|---|---|---|
| ☑ | Count XIII: | Fraudulent Concealment |
| ☑ | Count XIV: | Violations of Applicable TENNESSEE (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| ☐ | Punitive Damages | |
| ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this 15th day of September, 2016.

                                      **EXCOLO LAW, PLLC**

By_____
        Keith L. Altman
        Excolo Law
        26700 Lahser Road Ste. 401
        Southfield, MI 48033
        Telephone: (516) 456-5885
        Facsimile: (248) 436-685810
        *Attorneys for Plaintiffs*

I hereby certify that on this 15th day of September 2016, I mailed this document to the Clerk's Office via UPS overnight service for filing.

By_____
    Keith L. Altman