# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:16–cv–03144–DGC

Caldwell v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member cases:

    2:18–cv–00050–DGC

    2:18–cv–02289–DGC (closed 01/06/2020)

    2:19–cv–01098–DGC (closed 12/17/2019)

    2:19–cv–01099–DGC (closed 12/17/2019)

    2:19–cv–01100–DGC (closed 12/17/2019)

    2:19–cv–01758–DGC (closed 10/17/2019)

    2:18–cv–00051–DGC (closed 01/14/2020)

    2:17–cv–02026–DGC (closed 11/01/2019)

    2:19–cv–03222–DGC (closed 10/17/2019)

    2:19–cv–01101–DGC (closed 12/17/2019)

    2:18–cv–03378–DGC (closed 03/05/2020)

    2:19–cv–01102–DGC (closed 12/17/2019)

    2:18–cv–00239–DGC (closed 01/08/2020)

    2:17–cv–02027–DGC (closed 12/05/2019)

    2:17–cv–02029–DGC (closed 03/05/2020)

    2:17–cv–02030–DGC (closed 12/05/2019)

    2:18–cv–03379–DGC (closed 10/31/2019)

    2:17–cv–02035–DGC (closed 01/10/2020)

    2:17–cv–03305–DGC (closed 08/07/2019)

    2:17–cv–02036–DGC (closed 10/29/2019)

    2:17–cv–02037–DGC (closed 10/29/2019)

    2:17–cv–03306–DGC (closed 03/05/2020)

    2:18–cv–03927–DGC (closed 11/06/2019)

    2:18–cv–02293–DGC

    2:16–cv–00701–DGC (closed 03/05/2020)

    2:19–cv–03223–DGC (closed 10/17/2019)

    2:18–cv–02298–DGC (closed 03/05/2020)

    2:17–cv–02046–DGC

    2:18–cv–02299–DGC (closed 03/05/2020)

    2:18–cv–03013–DGC

    2:15–cv–01623–DGC (closed 03/17/2020)

    2:15–cv–01625–DGC (closed 09/04/2019)

    2:15–cv–01627–DGC (closed 01/29/2019)

    2:15–cv–01628–DGC

    2:15–cv–01629–DGC (closed 01/29/2019)

Date Filed: 09/16/2016
Date Terminated: 03/05/2020
Jury Demand: None
Nature of Suit: 365 Personal Injury: Prod. Liability
Jurisdiction: Diversity

2:15–cv–01634–DGC (closed 08/17/2018)

2:15–cv–01638–DGC (closed 09/04/2019)

2:15–cv–01639–DGC (closed 03/17/2020)

2:15–cv–01641–DGC (closed 09/04/2019)

2:15–cv–01646–DGC (closed 09/04/2019)

2:15–cv–01649–DGC (closed 09/04/2019)

2:15–cv–01652–DGC (closed 01/29/2019)

2:15–cv–01655–DGC (closed 09/04/2019)

2:15–cv–01644–DGC (closed 01/14/2020)

2:15–cv–01658–DGC (closed 09/04/2019)

2:15–cv–01659–DGC (closed 09/04/2019)

2:15–cv–01660–DGC (closed 09/04/2019)

2:15–cv–01663–DGC (closed 09/04/2019)

2:15–cv–01666–DGC (closed 01/29/2019)

2:15–cv–01667–DGC (closed 01/03/2020)

2:15–cv–01668–DGC (closed 01/29/2019)

2:15–cv–01643–DGC (closed 01/29/2019)

2:15–cv–01690–DGC (closed 09/04/2019)

2:15–cv–01691–DGC (closed 01/29/2019)

2:15–cv–01707–DGC (closed 01/29/2019)

2:15–cv–01708–DGC (closed 10/13/2015)

2:15–cv–01710–DGC (closed 09/04/2019)

2:15–cv–01712–DGC (closed 01/29/2019)

2:15–cv–01714–DGC (closed 05/31/2016)

2:15–cv–01717–DGC (closed 11/20/2019)

2:15–cv–01719–DGC (closed 09/04/2019)

2:15–cv–01720–DGC

2:15–cv–01721–DGC (closed 09/04/2019)

2:15–cv–01722–DGC (closed 01/14/2020)

2:15–cv–01723–DGC

2:15–cv–01725–DGC (closed 09/04/2019)

2:15–cv–01726–DGC (closed 01/10/2020)

2:18–cv–03380–DGC (closed 10/31/2019)

2:15–cv–01738–DGC (closed 01/03/2020)

2:15–cv–01739–DGC (closed 09/04/2019)

2:15–cv–01741–DGC (closed 01/03/2020)

2:15–cv–01742–DGC

2:15–cv–01878–DGC (closed 03/17/2020)

2:15–cv–01879–DGC (closed 03/17/2020)

2:15–cv–01881–DGC (closed 03/17/2020)

2:15–cv–01883–DGC (closed 03/17/2020)

2:15–cv–01884–DGC (closed 09/04/2019)

2:15–cv–01885–DGC

2:15–cv–01886–DGC (closed 12/17/2019)

2:15–cv–01899–DGC (closed 03/17/2020)

2:15–cv–01900–DGC

2:15–cv–01915–DGC (closed 03/17/2020)

2:15–cv–01925–DGC (closed 03/17/2020)

2:15–cv–01926–DGC

2:15–cv–01956–DGC (closed 01/03/2020)

2:18–cv–04699–DGC

2:17–cv–03962–DGC (closed 12/10/2019)

2:15–cv–02090–DGC

2:15–cv–02091–DGC

2:15–cv–02093–DGC

2:15–cv–02096–DGC (closed 03/09/2016)

2:15–cv–02139–DGC (closed 09/04/2019)

2:15–cv–02142–DGC

2:15–cv–02145–DGC (closed 09/04/2019)

2:15–cv–02155–DGC

2:19–cv–03224–DGC (closed 12/16/2019)

2:17–cv–01519–DGC (closed 03/05/2020)

2:18–cv–03983–DGC

2:19–cv–03225–DGC (closed 10/17/2019)

2:19–cv–03226–DGC (closed 10/17/2019)

2:15–cv–02227–DGC (closed 03/17/2020)

2:15–cv–02302–DGC

2:15–cv–02303–DGC (closed 01/03/2020)

2:15–cv–02304–DGC

2:15–cv–02308–DGC (closed 11/06/2019)

2:17–cv–04086–DGC (closed 01/08/2020)

2:18–cv–03381–DGC (closed 11/22/2019)

2:19–cv–03227–DGC (closed 10/17/2019)

2:15–cv–02380–DGC (closed 10/29/2019)

2:15–cv–02379–DGC (closed 12/04/2019)

2:15–cv–02446–DGC

2:18–cv–00054–DGC (closed 12/30/2019)

2:19–cv–03093–DGC (closed 03/05/2020)

2:19–cv–03228–DGC (closed 10/17/2019)

2:18–cv–03984–DGC (closed 03/05/2020)

2:15–cv–02642–DGC (closed 03/17/2020)

2:15–cv–02463–DGC

2:15–cv–02462–DGC (closed 03/17/2020)

2:19–cv–03229–DGC (closed 12/16/2019)

2:15–cv–02573–DGC (closed 03/17/2020)

2:19–cv–03230–DGC (closed 12/16/2019)

2:15–cv–02635–DGC (closed 03/05/2020)

2:19–cv–03231–DGC

2:19–cv–03235–DGC (closed 08/20/2019)

2:19–cv–03236–DGC (closed 10/17/2019)

2:19–cv–03237–DGC (closed 10/17/2019)

2:19–cv–03241–DGC (closed 08/20/2019)

2:19–cv–03242–DGC (closed 08/20/2019)

2:17–cv–03729–DGC (closed 11/06/2019)

2:15–cv–02647–DGC (closed 09/04/2019)

2:15–cv–02648–DGC (closed 03/17/2020)

2:19–cv–03243–DGC (closed 10/17/2019)

2:19–cv–03244–DGC

2:19–cv–03245–DGC

2:19–cv–03246–DGC

2:15–cv–02655–DGC (closed 09/04/2019)

2:15–cv–02656–DGC

2:16–cv–00002–DGC (closed 03/05/2020)

2:16–cv–00010–DGC (closed 12/04/2019)

2:16–cv–00008–DGC (closed 08/20/2019)

2:16–cv–00025–DGC (closed 03/05/2020)

2:16–cv–00027–DGC

2:16–cv–00034–DGC

2:16–cv–00040–DGC

2:16–cv–00058–DGC

2:16–cv–00059–DGC

2:16–cv–00060–DGC

2:16–cv–00061–DGC (closed 08/20/2019)

2:16–cv–00067–DGC (closed 03/05/2020)

2:16–cv–00079–DGC (closed 12/11/2019)

2:16–cv–00090–DGC

2:16–cv–00097–DGC

2:16–cv–00109–DGC

2:16–cv–00110–DGC (closed 03/03/2016)

2:16–cv–00111–DGC

2:16–cv–00112–DGC

2:16–cv–00113–DGC

2:16–cv–00114–DGC

2:16–cv–00115–DGC

2:16–cv–00121–DGC (closed 03/05/2020)

2:16–cv–00126–DGC (closed 03/05/2020)

2:16–cv–00129–DGC (closed 12/30/2019)

2:16–cv–00130–DGC

2:16–cv–00137–DGC (closed 01/03/2020)

2:16–cv–00138–DGC (closed 08/20/2019)

2:16–cv–00140–DGC (closed 11/16/2016)

2:16–cv–00143–DGC (closed 03/05/2020)

2:16–cv–00148–DGC (closed 12/05/2019)

2:16–cv–00150–DGC (closed 08/19/2016)

2:16–cv–00151–DGC (closed 03/05/2020)

2:16–cv–00153–DGC (closed 10/31/2019)

2:16–cv–00154–DGC (closed 10/23/2019)

2:19–cv–03248–DGC

2:16–cv–00160–DGC (closed 12/16/2019)

2:16–cv–00161–DGC (closed 08/20/2019)

2:16–cv–00171–DGC (closed 09/04/2019)

2:16–cv–00174–DGC

2:16–cv–00175–DGC

2:16–cv–00177–DGC

2:16–cv–00178–DGC

2:16–cv–00179–DGC

2:16–cv–00180–DGC

2:16–cv–00181–DGC

2:16–cv–00182–DGC

2:16–cv–00183–DGC

2:16–cv–00187–DGC (closed 03/05/2020)

2:16–cv–00190–DGC (closed 10/29/2019)

2:16–cv–00191–DGC (closed 11/06/2019)

2:16–cv–00193–DGC (closed 11/06/2019)

2:16–cv–00194–DGC (closed 10/31/2019)

2:16–cv–00196–DGC (closed 11/22/2019)

2:16–cv–00197–DGC (closed 10/31/2019)

2:16–cv–00198–DGC (closed 11/20/2019)

2:16–cv–00199–DGC (closed 10/23/2019)

2:16–cv–00200–DGC (closed 10/29/2019)

2:16–cv–00201–DGC (closed 10/29/2019)

2:16–cv–00202–DGC (closed 10/15/2019)

2:16–cv–00203–DGC (closed 10/29/2019)

2:16–cv–00188–DGC (closed 10/22/2019)

2:16–cv–00204–DGC (closed 10/29/2019)

2:16–cv–00205–DGC (closed 10/29/2019)

2:16–cv–00206–DGC

2:16–cv–00208–DGC

2:16–cv–00211–DGC (closed 10/29/2019)

2:16–cv–00212–DGC (closed 08/20/2019)

2:16–cv–00214–DGC (closed 10/23/2019)

2:16–cv–00213–DGC (closed 08/20/2019)

2:16–cv–00215–DGC (closed 08/20/2019)

2:16–cv–00216–DGC

2:16–cv–00217–DGC (closed 08/20/2019)

2:16–cv–00218–DGC (closed 10/31/2019)

2:16–cv–00219–DGC (closed 08/20/2019)

2:16–cv–00220–DGC (closed 10/31/2019)

2:16–cv–00221–DGC (closed 10/29/2019)

2:16–cv–00223–DGC (closed 10/22/2019)

2:16–cv–00224–DGC (closed 11/21/2019)

2:16–cv–00225–DGC (closed 10/15/2019)

2:16–cv–00226–DGC (closed 11/21/2019)

2:16–cv–00227–DGC (closed 10/22/2019)

2:16–cv–00228–DGC (closed 11/21/2019)

2:16–cv–00229–DGC (closed 10/31/2019)

2:16–cv–00231–DGC (closed 10/29/2019)

2:16–cv–00232–DGC (closed 10/23/2019)

2:16–cv–00233–DGC (closed 10/29/2019)

2:16–cv–00235–DGC

2:16–cv–00239–DGC (closed 08/20/2019)

2:16–cv–00241–DGC

2:16–cv–00242–DGC

2:16–cv–00246–DGC (closed 12/17/2019)

2:16–cv–00247–DGC (closed 01/03/2020)

2:16–cv–00249–DGC (closed 01/14/2020)

2:16–cv–00250–DGC (closed 03/05/2020)

2:16–cv–00253–DGC (closed 01/03/2020)

2:16–cv–00256–DGC (closed 01/14/2020)

2:16–cv–00255–DGC (closed 11/21/2019)

2:16–cv–00257–DGC (closed 08/19/2019)

2:16–cv–00259–DGC (closed 01/03/2020)

2:16–cv–00261–DGC (closed 01/14/2020)

2:16–cv–00262–DGC

2:16–cv–00263–DGC (closed 01/09/2020)

2:16–cv–00264–DGC (closed 08/20/2019)

2:16–cv–00265–DGC

2:16–cv–00266–DGC

2:16–cv–00267–DGC

2:16–cv–00268–DGC

2:16–cv–00269–DGC

2:16–cv–00270–DGC

2:16–cv–00274–DGC (closed 12/30/2019)

2:16–cv–00275–DGC (closed 12/30/2019)

2:16–cv–00276–DGC (closed 12/30/2019)

2:16–cv–00277–DGC (closed 12/30/2019)

2:16–cv–00282–DGC (closed 12/30/2019)

2:16–cv–00285–DGC (closed 08/20/2019)

2:16–cv–00286–DGC

2:19–cv–03249–DGC (closed 01/31/2020)

2:19–cv–03250–DGC (closed 01/31/2020)

2:16–cv–00289–DGC (closed 06/06/2016)

2:16–cv–00294–DGC

2:16–cv–00338–DGC (closed 03/05/2020)

2:16–cv–00303–DGC (closed 03/05/2020)

2:16–cv–00306–DGC (closed 12/05/2019)

2:16–cv–00309–DGC (closed 08/20/2019)

2:16–cv–00826–DGC (closed 10/31/2019)

2:16–cv–00317–DGC (closed 03/05/2020)

2:16–cv–00318–DGC (closed 03/05/2020)

2:16–cv–00319–DGC (closed 03/05/2020)

2:16–cv–00320–DGC (closed 03/05/2020)

2:16–cv–00321–DGC (closed 03/05/2020)

2:16–cv–00322–DGC (closed 12/30/2019)

2:16–cv–00332–DGC (closed 08/20/2019)

2:16–cv–00333–DGC (closed 03/05/2020)

2:16–cv–00336–DGC (closed 05/23/2016)

2:16–cv–00340–DGC

2:16–cv–00344–DGC (closed 05/04/2016)

2:18–cv–01224–DGC

2:18–cv–01228–DGC

2:16–cv–00355–DGC

2:16–cv–00386–DGC

2:16–cv–00389–DGC (closed 01/03/2020)

2:16–cv–00390–DGC (closed 01/14/2020)

2:16–cv–00392–DGC

2:16–cv–00393–DGC (closed 01/03/2020)

2:16–cv–00394–DGC (closed 01/03/2020)

2:16–cv–00395–DGC

2:16–cv–00435–DGC

2:16–cv–00440–DGC (closed 08/20/2019)

2:16–cv–00445–DGC

2:16–cv–00446–DGC

2:16–cv–00470–DGC (closed 11/21/2019)

2:16–cv–00473–DGC

2:16–cv–00474–DGC (closed 07/09/2018)

2:16–cv–00477–DGC

2:16–cv–00479–DGC

2:16–cv–00483–DGC

2:16–cv–00487–DGC

2:16–cv–00491–DGC

2:16–cv–00494–DGC (closed 08/20/2019)

2:16–cv–00495–DGC

2:16–cv–00507–DGC (closed 03/17/2020)

2:17–cv–03730–DGC (closed 10/15/2019)

2:16–cv–00515–DGC (closed 08/20/2019)

2:16–cv–00516–DGC (closed 12/16/2019)

2:16–cv–00517–DGC (closed 01/06/2017)

2:16–cv–00518–DGC (closed 03/09/2018)

2:16–cv–00519–DGC (closed 12/16/2019)

2:16–cv–00520–DGC (closed 12/16/2019)

2:16–cv–00521–DGC (closed 12/16/2019)

2:17–cv–03162–DGC (closed 12/05/2019)

2:16–cv–00523–DGC (closed 08/20/2019)

2:16–cv–00524–DGC (closed 03/05/2020)

2:16–cv–00525–DGC (closed 08/20/2019)

2:16–cv–00534–DGC (closed 03/05/2020)

2:16–cv–00535–DGC (closed 03/05/2020)

2:16–cv–00541–DGC

2:16–cv–00542–DGC

2:16–cv–00543–DGC

2:16–cv–00546–DGC (closed 03/17/2020)

2:16–cv–00552–DGC (closed 12/16/2019)

2:16–cv–00553–DGC (closed 12/16/2019)

2:16–cv–00555–DGC (closed 12/16/2019)

2:16–cv–00554–DGC (closed 12/16/2019)

2:16–cv–00556–DGC (closed 12/16/2019)

2:16–cv–00557–DGC (closed 12/16/2019)

2:16–cv–00558–DGC (closed 12/17/2019)

2:16–cv–00566–DGC (closed 01/02/2020)

2:16–cv–00569–DGC (closed 08/20/2019)

2:16–cv–00574–DGC (closed 10/17/2019)

2:16–cv–01180–DGC

2:16–cv–00592–DGC (closed 12/17/2019)

2:16–cv–00596–DGC (closed 03/17/2020)

2:16–cv–00598–DGC (closed 09/04/2019)

2:16–cv–00600–DGC (closed 08/20/2019)

2:16–cv–00605–DGC

2:16–cv–00608–DGC (closed 12/17/2019)

2:16–cv–00610–DGC (closed 03/17/2020)

2:16–cv–00612–DGC (closed 12/17/2019)

2:16–cv–00613–DGC (closed 12/17/2019)

2:16–cv–00614–DGC (closed 12/17/2019)

2:16–cv–00615–DGC (closed 12/17/2019)

2:16–cv–00616–DGC (closed 12/17/2019)

2:16–cv–00617–DGC (closed 01/14/2020)

2:16–cv–00620–DGC (closed 08/20/2019)

2:16–cv–00621–DGC (closed 03/05/2020)

2:17–cv–02051–DGC (closed 10/17/2019)

2:16–cv–00630–DGC (closed 01/14/2020)

2:16–cv–00645–DGC (closed 03/17/2020)

2:16–cv–00679–DGC (closed 08/20/2019)

2:16–cv–00687–DGC (closed 03/17/2020)

2:16–cv–00690–DGC (closed 08/20/2019)

2:16–cv–00695–DGC (closed 12/17/2019)

2:17–cv–02052–DGC (closed 10/17/2019)

2:16–cv–00703–DGC (closed 08/20/2019)

2:16–cv–00704–DGC (closed 08/20/2019)

2:16–cv–00715–DGC (closed 12/16/2019)

2:16–cv–00716–DGC (closed 12/16/2019)

2:16–cv–00717–DGC (closed 12/16/2019)

2:16–cv–00718–DGC (closed 12/16/2019)

2:16–cv–00719–DGC (closed 04/19/2016)

2:17–cv–02053–DGC (closed 01/03/2020)

2:16–cv–00728–DGC (closed 12/04/2019)

2:16–cv–00739–DGC

2:16–cv–00742–DGC (closed 03/05/2020)

2:17–cv–02924–DGC (closed 12/17/2019)

2:16–cv–00762–DGC

2:16–cv–00763–DGC (closed 04/06/2016)

2:17–cv–02054–DGC

2:16–cv–00771–DGC (closed 08/20/2019)

2:16–cv–00773–DGC (closed 08/20/2019)

2:16–cv–00774–DGC (closed 10/17/2019)

2:16–cv–00776–DGC (closed 08/20/2019)

2:16–cv–00778–DGC (closed 08/20/2019)

2:16–cv–00779–DGC (closed 08/20/2019)

2:16–cv–00782–DGC (closed 07/09/2018)

2:16–cv–00786–DGC (closed 05/23/2016)

2:16–cv–00788–DGC (closed 03/05/2020)

2:16–cv–00789–DGC (closed 03/05/2020)

2:16–cv–00793–DGC (closed 03/05/2020)

2:16–cv–00797–DGC

2:16–cv–00802–DGC (closed 10/29/2019)

2:16–cv–00804–DGC (closed 10/13/2016)

2:16–cv–00805–DGC (closed 11/21/2019)

2:16–cv–00806–DGC (closed 10/29/2019)

2:16–cv–00807–DGC (closed 10/31/2019)

2:16–cv–00808–DGC (closed 10/23/2019)

2:16–cv–00809–DGC (closed 10/29/2019)

2:16–cv–00810–DGC (closed 10/23/2019)

2:17–cv–03731–DGC (closed 10/31/2019)

2:16–cv–00811–DGC (closed 04/13/2016)

2:16–cv–00812–DGC (closed 10/31/2019)

2:16–cv–00816–DGC (closed 12/04/2019)

2:16–cv–00817–DGC (closed 10/29/2019)

2:16–cv–00818–DGC (closed 10/29/2019)

2:16–cv–00819–DGC (closed 10/16/2019)

2:16–cv–00820–DGC (closed 10/31/2019)

2:16–cv–00821–DGC (closed 10/31/2019)

2:16–cv–00823–DGC (closed 10/31/2019)

2:16–cv–00824–DGC (closed 11/21/2019)

2:16–cv–00825–DGC (closed 10/31/2019)

2:16–cv–00829–DGC

2:16–cv–00830–DGC (closed 10/15/2019)

2:16–cv–00831–DGC (closed 10/17/2019)

2:16–cv–00832–DGC

2:16–cv–00837–DGC

2:16–cv–00842–DGC

2:16–cv–00844–DGC (closed 08/20/2019)

2:16–cv–00847–DGC

2:16–cv–00851–DGC

2:16–cv–00853–DGC (closed 12/04/2019)

2:16–cv–00854–DGC (closed 12/04/2019)

2:16–cv–00855–DGC (closed 12/04/2019)

2:16–cv–00856–DGC (closed 12/04/2019)

2:16–cv–00857–DGC (closed 12/10/2019)

2:16–cv–00866–DGC (closed 08/20/2019)

2:16–cv–00869–DGC

2:16–cv–04309–DGC (closed 03/05/2020)

2:16–cv–00877–DGC

2:16–cv–00878–DGC

2:16–cv–00879–DGC

2:16–cv–00882–DGC

2:16–cv–00883–DGC (closed 01/09/2020)

2:16–cv–00887–DGC (closed 01/14/2020)

2:16–cv–00888–DGC (closed 04/03/2017)

2:16–cv–00889–DGC (closed 01/03/2020)

2:16–cv–00890–DGC (closed 01/03/2020)

2:16–cv–00891–DGC

2:16–cv–00893–DGC (closed 10/05/2018)

2:16–cv–00899–DGC (closed 03/05/2020)

2:16–cv–00900–DGC (closed 03/05/2020)

2:16–cv–00901–DGC

2:16–cv–00902–DGC

2:16–cv–00903–DGC (closed 03/05/2020)

2:16–cv–00904–DGC

2:16–cv–00905–DGC

2:19–cv–01103–DGC (closed 12/17/2019)

2:16–cv–00906–DGC (closed 03/05/2020)

2:16–cv–00913–DGC (closed 08/20/2019)

2:19–cv–01104–DGC (closed 12/17/2019)

2:16–cv–00918–DGC

2:16–cv–00919–DGC

2:17–cv–02057–DGC (closed 01/02/2020)

2:16–cv–00920–DGC

2:16–cv–00921–DGC

2:16–cv–00922–DGC

2:16–cv–00923–DGC (closed 08/20/2019)

2:16–cv–00925–DGC (closed 01/02/2020)

2:16–cv–00926–DGC (closed 01/02/2020)

2:16–cv–00953–DGC

2:16–cv–00955–DGC (closed 12/30/2019)

2:16–cv–00965–DGC

2:16–cv–00967–DGC

2:16–cv–00971–DGC

2:16–cv–00966–DGC

2:16–cv–00987–DGC (closed 09/04/2019)

2:16–cv–00988–DGC (closed 03/17/2020)

2:16–cv–01000–DGC

2:16–cv–01005–DGC (closed 03/05/2020)

2:16–cv–01006–DGC (closed 03/05/2020)

2:16–cv–01007–DGC (closed 03/05/2020)

2:16–cv–01008–DGC (closed 03/05/2020)

2:16–cv–01009–DGC (closed 04/15/2016)

2:16–cv–01010–DGC (closed 03/05/2020)

2:16–cv–01016–DGC (closed 05/02/2016)

2:16–cv–01017–DGC

2:16–cv–01031–DGC (closed 03/05/2020)

2:16–cv–01035–DGC (closed 01/14/2020)

2:16–cv–01038–DGC

2:16–cv–01049–DGC (closed 12/18/2019)

2:16–cv–01051–DGC (closed 12/18/2019)

2:16–cv–01054–DGC (closed 03/05/2020)

2:16–cv–01077–DGC

2:16–cv–01078–DGC

2:16–cv–01079–DGC (closed 12/16/2019)

2:16–cv–01085–DGC (closed 08/20/2019)

2:16–cv–01086–DGC (closed 10/17/2019)

2:16–cv–01087–DGC (closed 08/20/2019)

2:16–cv–01088–DGC

2:16–cv–01089–DGC (closed 08/20/2019)

2:16–cv–01090–DGC (closed 08/20/2019)

2:16–cv–01091–DGC (closed 08/20/2019)

2:16–cv–01092–DGC (closed 08/20/2019)

2:16–cv–01093–DGC (closed 08/20/2019)

2:16–cv–01094–DGC (closed 08/20/2019)

2:16–cv–01095–DGC

2:16–cv–01096–DGC (closed 12/10/2019)

2:16–cv–01097–DGC

2:16–cv–01099–DGC (closed 03/05/2020)

2:16–cv–01100–DGC (closed 03/05/2020)

2:16–cv–01114–DGC (closed 06/02/2017)

2:16–cv–01115–DGC (closed 03/05/2020)

2:16–cv–01121–DGC (closed 12/17/2019)

2:16–cv–01131–DGC (closed 12/17/2019)

2:16–cv–01132–DGC

2:16–cv–01134–DGC (closed 12/18/2019)

2:17–cv–03732–DGC (closed 10/29/2019)

2:16–cv–01142–DGC

2:16–cv–01143–DGC

2:16–cv–01144–DGC

2:16–cv–01145–DGC

2:16–cv–01146–DGC

2:16–cv–01149–DGC

2:16–cv–01150–DGC (closed 05/09/2016)

2:16–cv–01151–DGC

2:16–cv–01153–DGC (closed 03/05/2020)

2:16–cv–01154–DGC (closed 03/05/2020)

2:16–cv–01155–DGC (closed 03/05/2020)

2:16–cv–01157–DGC (closed 03/05/2020)

2:16–cv–01193–DGC (closed 12/30/2019)

2:16–cv–01202–DGC

2:16–cv–01188–DGC (closed 03/05/2020)

2:16–cv–01189–DGC (closed 03/05/2020)

2:16–cv–01207–DGC

2:16–cv–01218–DGC (closed 12/16/2019)

2:16–cv–01219–DGC (closed 12/16/2019)

2:16–cv–01220–DGC (closed 09/24/2018)

2:16–cv–01221–DGC (closed 12/16/2019)

2:16–cv–01222–DGC

2:16–cv–01223–DGC

2:16–cv–01238–DGC

2:16–cv–01239–DGC

2:16–cv–01240–DGC

2:16–cv–01241–DGC

2:16–cv–01242–DGC

2:16–cv–01243–DGC

2:16–cv–01244–DGC (closed 12/05/2019)

2:16–cv–01252–DGC

2:16–cv–01254–DGC (closed 09/05/2019)

2:16–cv–01257–DGC (closed 10/17/2019)

2:16–cv–01258–DGC

2:16–cv–01261–DGC (closed 08/20/2019)

2:16–cv–01262–DGC (closed 08/20/2019)

2:16–cv–01264–DGC (closed 08/20/2019)

2:16–cv–01271–DGC (closed 09/04/2019)

2:16–cv–01270–DGC

2:16–cv–01275–DGC (closed 12/10/2019)

2:16–cv–01276–DGC (closed 12/10/2019)

2:16–cv–01288–DGC (closed 12/18/2019)

2:16–cv–01290–DGC (closed 03/05/2020)

2:16–cv–01295–DGC (closed 12/30/2019)

2:16–cv–01298–DGC (closed 03/05/2020)

2:16–cv–01299–DGC (closed 03/05/2020)

2:16–cv–01301–DGC (closed 03/05/2020)

2:16–cv–01302–DGC (closed 10/17/2019)

2:16–cv–01303–DGC (closed 10/17/2019)

2:16–cv–01308–DGC (closed 10/17/2019)

2:16–cv–01309–DGC (closed 10/17/2019)

2:16–cv–01310–DGC (closed 10/17/2019)

2:16–cv–01312–DGC (closed 10/17/2019)

2:16–cv–01315–DGC (closed 12/16/2019)

2:16–cv–01316–DGC (closed 12/18/2019)

2:16–cv–01314–DGC (closed 08/20/2019)

2:16–cv–01331–DGC (closed 12/17/2019)

2:16–cv–01332–DGC (closed 12/17/2019)

2:16–cv–01333–DGC (closed 12/17/2019)

2:16–cv–01334–DGC (closed 12/17/2019)

2:17–cv–00113–DGC (closed 08/20/2019)

2:16–cv–01338–DGC (closed 08/20/2019)

2:16–cv–01339–DGC (closed 08/20/2019)

2:16–cv–01340–DGC (closed 08/20/2019)

2:16–cv–01344–DGC (closed 03/05/2020)

2:16–cv–01345–DGC (closed 01/15/2020)

2:16–cv–01347–DGC (closed 08/20/2019)

2:16–cv–01349–DGC

2:16–cv–01350–DGC (closed 08/20/2019)

2:16–cv–01351–DGC (closed 08/20/2019)

2:16–cv–01352–DGC (closed 03/05/2020)

2:16–cv–01353–DGC (closed 03/05/2020)

2:16–cv–01354–DGC

2:16–cv–01355–DGC

2:16–cv–01356–DGC

2:16–cv–01357–DGC (closed 10/05/2016)

2:16–cv–01358–DGC

2:16–cv–01359–DGC

2:16–cv–01360–DGC

2:16–cv–01361–DGC

2:16–cv–01362–DGC

2:16–cv–01363–DGC

2:16–cv–01364–DGC

2:16–cv–01365–DGC

2:16–cv–01369–DGC (closed 07/14/2016)

2:16–cv–01371–DGC

2:16–cv–01375–DGC

2:16–cv–01376–DGC

2:16–cv–01378–DGC (closed 07/26/2016)

2:16–cv–01381–DGC

2:16–cv–01382–DGC

2:16–cv–01383–DGC

2:16–cv–01384–DGC

2:16–cv–01385–DGC

2:16–cv–01387–DGC (closed 12/18/2019)

2:16–cv–01388–DGC (closed 12/18/2019)

2:16–cv–01391–DGC

2:16–cv–01393–DGC (closed 07/28/2016)

2:16–cv–01386–DGC (closed 03/05/2020)

2:16–cv–01394–DGC (closed 05/24/2016)

2:16–cv–01395–DGC

2:16–cv–01396–DGC (closed 12/18/2019)

2:16–cv–01397–DGC (closed 05/18/2016)

2:16–cv–01398–DGC (closed 08/20/2019)

2:16–cv–01399–DGC (closed 07/21/2016)

2:16–cv–01400–DGC (closed 09/28/2016)

2:16–cv–01401–DGC

2:16–cv–01402–DGC

2:16–cv–01403–DGC

2:16–cv–01404–DGC (closed 12/18/2019)

2:16–cv–01405–DGC

2:16–cv–01406–DGC (closed 06/22/2016)

2:16–cv–01412–DGC

2:16–cv–01415–DGC (closed 07/06/2017)

2:16–cv–01417–DGC (closed 06/16/2016)

2:16–cv–01813–DGC (closed 12/16/2019)

2:16–cv–01425–DGC (closed 01/03/2020)

2:16–cv–01433–DGC (closed 12/18/2019)

2:16–cv–01421–DGC (closed 08/20/2019)

2:16–cv–01463–DGC (closed 01/03/2020)

2:16–cv–01464–DGC (closed 01/03/2020)

2:16–cv–01483–DGC

2:16–cv–01488–DGC (closed 12/16/2019)

2:16–cv–01497–DGC (closed 08/20/2019)

2:16–cv–01514–DGC (closed 08/08/2018)

2:16–cv–01517–DGC (closed 03/05/2020)

2:16–cv–01518–DGC (closed 12/16/2019)

2:16–cv–01520–DGC (closed 12/16/2019)

2:16–cv–01536–DGC (closed 08/20/2019)

2:16–cv–01543–DGC (closed 03/05/2020)

2:18–cv–01229–DGC

2:16–cv–01561–DGC (closed 12/05/2019)

2:16–cv–01562–DGC (closed 08/20/2019)

2:16–cv–01573–DGC

2:16–cv–01576–DGC (closed 08/20/2019)

2:16–cv–01581–DGC (closed 12/04/2019)

2:17–cv–03733–DGC (closed 10/17/2019)

2:17–cv–03734–DGC (closed 10/15/2019)

2:16–cv–01578–DGC (closed 12/04/2019)

2:16–cv–01600–DGC (closed 08/20/2019)

2:16–cv–01607–DGC (closed 11/01/2019)

2:16–cv–01615–DGC (closed 01/14/2020)

2:16–cv–01625–DGC (closed 12/18/2019)

2:16–cv–01632–DGC (closed 08/20/2019)

2:16–cv–01633–DGC (closed 08/20/2019)

2:16–cv–01634–DGC (closed 08/20/2019)

2:16–cv–01637–DGC (closed 01/03/2020)

2:16–cv–01648–DGC (closed 01/14/2020)

2:16–cv–01656–DGC (closed 08/20/2019)

2:16–cv–01657–DGC (closed 08/20/2019)

2:16–cv–01659–DGC (closed 08/20/2019)

2:16–cv–01660–DGC (closed 08/20/2019)

2:16–cv–01677–DGC (closed 01/03/2020)

2:16–cv–01678–DGC (closed 08/20/2019)

2:16–cv–01681–DGC (closed 08/20/2019)

2:16–cv–01685–DGC (closed 08/20/2019)

2:16–cv–01692–DGC

2:16–cv–01693–DGC

2:16–cv–01722–DGC (closed 06/14/2016)

2:16–cv–01726–DGC (closed 03/05/2020)

2:16–cv–01739–DGC

2:16–cv–01741–DGC (closed 03/05/2020)

2:16–cv–01749–DGC (closed 08/20/2019)

2:16–cv–01750–DGC

2:16–cv–01754–DGC (closed 10/04/2016)

2:16–cv–01757–DGC

2:16–cv–01758–DGC (closed 01/15/2020)

2:16–cv–01764–DGC (closed 01/03/2020)

2:16–cv–01765–DGC (closed 01/14/2020)

2:16–cv–01766–DGC (closed 01/10/2020)

2:16–cv–01775–DGC (closed 01/03/2020)

2:16–cv–01776–DGC (closed 09/15/2016)

2:16–cv–01777–DGC (closed 11/22/2019)

2:16–cv–01779–DGC (closed 01/14/2020)

2:16–cv–01780–DGC (closed 01/03/2020)

2:16–cv–01789–DGC (closed 01/14/2020)

2:16–cv–01797–DGC (closed 01/03/2020)

2:16–cv–01798–DGC (closed 01/03/2020)

2:16–cv–01799–DGC (closed 01/14/2020)

2:16–cv–01806–DGC (closed 12/16/2019)

2:16–cv–01807–DGC (closed 12/04/2019)

2:16–cv–01811–DGC (closed 03/05/2020)

2:16–cv–01814–DGC (closed 12/16/2019)

2:16–cv–01815–DGC

2:16–cv–01819–DGC (closed 01/03/2020)

2:16–cv–01820–DGC (closed 01/03/2020)

2:16–cv–01821–DGC (closed 01/14/2020)

2:16–cv–01822–DGC (closed 03/05/2020)

2:16–cv–01835–DGC (closed 03/05/2020)

2:16–cv–01836–DGC

2:16–cv–01838–DGC (closed 01/03/2020)

2:16–cv–01849–DGC (closed 08/20/2019)

2:16–cv–01858–DGC

2:16–cv–01852–DGC

2:16–cv–01859–DGC

2:16–cv–01861–DGC

2:16–cv–01862–DGC

2:16–cv–01864–DGC

2:16–cv–01865–DGC

2:16–cv–01868–DGC

2:16–cv–01885–DGC (closed 12/16/2019)

2:16–cv–01886–DGC

2:16–cv–01892–DGC (closed 10/05/2016)

2:16–cv–01891–DGC

2:16–cv–01905–DGC (closed 01/03/2020)

2:16–cv–01917–DGC (closed 01/14/2020)

2:16–cv–01935–DGC (closed 03/05/2020)

2:16–cv–04259–DGC

2:16–cv–01940–DGC (closed 03/05/2020)

2:16–cv–02238–DGC (closed 01/14/2020)

2:16–cv–01951–DGC (closed 08/20/2019)

2:16–cv–01952–DGC (closed 08/20/2019)

2:16–cv–01953–DGC (closed 08/20/2019)

2:16–cv–01955–DGC

2:16–cv–01957–DGC

2:16–cv–01958–DGC (closed 03/05/2020)

2:16–cv–01970–DGC

2:16–cv–01971–DGC (closed 08/20/2019)

2:16–cv–01976–DGC (closed 08/20/2019)

2:16–cv–01989–DGC (closed 03/05/2020)

2:16–cv–01990–DGC (closed 03/05/2020)

2:16–cv–01993–DGC (closed 10/17/2019)

2:16–cv–02006–DGC (closed 03/05/2020)

2:19–cv–03251–DGC

2:16–cv–02036–DGC (closed 03/05/2020)

2:16–cv–02039–DGC

2:16–cv–02040–DGC (closed 03/05/2020)

2:16–cv–02056–DGC (closed 01/03/2020)

2:16–cv–02060–DGC

2:16–cv–02061–DGC (closed 01/14/2020)

2:16–cv–02064–DGC (closed 08/12/2016)

2:16–cv–02071–DGC (closed 01/02/2020)

2:16–cv–02075–DGC (closed 12/30/2019)

2:16–cv–02076–DGC (closed 10/17/2019)

2:16–cv–02078–DGC (closed 08/20/2019)

2:16–cv–02087–DGC (closed 12/04/2019)

2:16–cv–02088–DGC (closed 12/04/2019)

2:16–cv–02089–DGC (closed 12/04/2019)

2:16–cv–02090–DGC (closed 12/04/2019)

2:16–cv–02091–DGC

2:16–cv–02098–DGC (closed 03/05/2020)

2:16–cv–02099–DGC

2:16–cv–02101–DGC (closed 03/05/2020)

2:16–cv–02102–DGC (closed 03/05/2020)

2:16–cv–02103–DGC (closed 03/05/2020)

2:16–cv–02104–DGC (closed 03/04/2020)

2:16–cv–02118–DGC (closed 03/05/2020)

2:16–cv–02122–DGC

2:16–cv–02123–DGC

2:16–cv–02124–DGC

2:16–cv–02128–DGC

2:16–cv–02129–DGC

2:16–cv–02130–DGC

2:16–cv–02135–DGC (closed 03/04/2020)

2:16–cv–02136–DGC (closed 01/03/2020)

2:16–cv–02145–DGC (closed 12/05/2019)

2:16–cv–02146–DGC (closed 08/20/2019)

2:16–cv–02147–DGC (closed 08/20/2019)

2:16–cv–02148–DGC (closed 01/10/2017)

2:16–cv–02157–DGC (closed 08/20/2019)

2:16–cv–02159–DGC

2:16–cv–02161–DGC (closed 03/05/2020)

2:16–cv–02166–DGC (closed 01/03/2020)

2:17–cv–03736–DGC (closed 11/06/2019)

2:16–cv–02190–DGC

2:16–cv–02191–DGC

2:16–cv–02193–DGC

2:16–cv–02194–DGC (closed 11/20/2019)

2:16–cv–02195–DGC (closed 12/30/2019)

2:16–cv–02196–DGC

2:16–cv–02197–DGC

2:16–cv–02198–DGC (closed 01/15/2020)

2:16–cv–02199–DGC

2:16–cv–02200–DGC (closed 01/03/2020)

2:16–cv–02205–DGC (closed 03/05/2020)

2:16–cv–02384–DGC (closed 01/03/2020)

2:16–cv–02210–DGC (closed 01/14/2020)

2:16–cv–02216–DGC (closed 08/20/2019)

2:16–cv–02217–DGC (closed 08/20/2019)

2:16–cv–02218–DGC

2:16–cv–02219–DGC (closed 01/03/2020)

2:16–cv–02220–DGC (closed 01/03/2020)

2:16–cv–02221–DGC (closed 11/08/2016)

2:16–cv–02222–DGC (closed 01/03/2020)

2:16–cv–02223–DGC (closed 01/03/2020)

2:16–cv–02224–DGC

2:16–cv–02234–DGC (closed 03/17/2020)

2:16–cv–02231–DGC (closed 01/02/2020)

2:16–cv–02236–DGC (closed 08/20/2019)

2:16–cv–02237–DGC (closed 08/20/2019)

2:16–cv–02239–DGC (closed 01/14/2020)

2:16–cv–02240–DGC (closed 01/15/2020)

2:16–cv–02241–DGC (closed 09/26/2016)

2:16–cv–02242–DGC (closed 09/04/2019)

2:16–cv–02243–DGC (closed 01/03/2020)

2:16–cv–02244–DGC (closed 01/03/2020)

2:16–cv–02245–DGC (closed 01/23/2017)

2:16–cv–02252–DGC (closed 01/03/2020)

2:16–cv–02254–DGC (closed 01/03/2020)

2:16–cv–02255–DGC (closed 01/03/2020)

2:16–cv–02256–DGC (closed 09/27/2016)

2:16–cv–02257–DGC

2:16–cv–02258–DGC (closed 01/02/2020)

2:16–cv–02265–DGC (closed 09/15/2016)

2:16–cv–02266–DGC (closed 12/04/2019)

2:16–cv–02267–DGC (closed 12/04/2019)

2:16–cv–02272–DGC

2:16–cv–02273–DGC (closed 12/04/2019)

2:16–cv–02274–DGC (closed 12/04/2019)

2:16–cv–02275–DGC (closed 03/05/2020)

2:16–cv–02278–DGC (closed 12/30/2019)

2:16–cv–02279–DGC (closed 12/17/2019)

2:16–cv–02280–DGC (closed 01/02/2020)

2:16–cv–02281–DGC (closed 11/06/2019)

2:16–cv–02293–DGC (closed 01/10/2020)

2:16–cv–02296–DGC

2:16–cv–02297–DGC

2:16–cv–02300–DGC

2:16–cv–02304–DGC (closed 12/16/2019)

2:16–cv–02318–DGC

2:16–cv–02340–DGC (closed 01/03/2020)

2:16–cv–02341–DGC (closed 01/14/2020)

2:16–cv–02342–DGC (closed 01/14/2020)

2:16–cv–02343–DGC (closed 01/03/2020)

2:16–cv–02344–DGC (closed 01/03/2020)

2:16–cv–02345–DGC (closed 10/06/2017)

2:16–cv–02346–DGC (closed 01/03/2020)

2:16–cv–02350–DGC

2:16–cv–02353–DGC (closed 12/17/2019)

2:16–cv–02354–DGC (closed 12/17/2019)

2:16–cv–02359–DGC

2:16–cv–02362–DGC (closed 09/04/2019)

2:16–cv–02374–DGC (closed 01/02/2020)

2:16–cv–02382–DGC (closed 03/04/2020)

2:16–cv–02383–DGC (closed 09/15/2016)

2:16–cv–02393–DGC

2:16–cv–02402–DGC (closed 10/17/2019)

2:16–cv–02417–DGC (closed 01/03/2020)

2:16–cv–02428–DGC

2:16–cv–02429–DGC (closed 08/20/2019)

2:16–cv–02442–DGC (closed 10/28/2016)

2:16–cv–02443–DGC (closed 03/05/2020)

2:16–cv–02444–DGC

2:16–cv–02445–DGC

2:16–cv–02450–DGC (closed 01/03/2020)

2:16–cv–02451–DGC (closed 01/03/2020)

2:16–cv–02452–DGC (closed 01/03/2020)

2:16–cv–02454–DGC (closed 11/08/2016)

2:16–cv–02465–DGC (closed 01/10/2020)

2:16–cv–02466–DGC (closed 01/10/2020)

2:16–cv–02467–DGC (closed 01/10/2020)

2:16–cv–02468–DGC

2:16–cv–02475–DGC (closed 01/03/2020)

2:16–cv–02476–DGC (closed 01/03/2020)

2:16–cv–02477–DGC (closed 01/03/2020)

2:16–cv–02478–DGC (closed 03/05/2020)

2:16–cv–02482–DGC

2:16–cv–02495–DGC (closed 12/18/2019)

2:16–cv–02496–DGC (closed 10/29/2019)

2:16–cv–02497–DGC (closed 12/18/2019)

2:16–cv–02498–DGC (closed 01/07/2020)

2:16–cv–02499–DGC (closed 10/17/2019)

2:16–cv–02500–DGC (closed 11/20/2019)

2:16–cv–02501–DGC (closed 10/15/2019)

2:16–cv–02506–DGC (closed 07/12/2018)

2:16–cv–02515–DGC (closed 01/03/2020)

2:16–cv–02516–DGC (closed 11/01/2019)

2:16–cv–02517–DGC (closed 11/06/2019)

2:17–cv–04087–DGC

2:17–cv–04094–DGC (closed 01/10/2018)

2:16–cv–02525–DGC (closed 03/05/2020)

2:19–cv–01056–DGC (closed 12/09/2019)

2:19–cv–01105–DGC (closed 12/17/2019)

2:16–cv–02531–DGC (closed 10/31/2019)

2:16–cv–02532–DGC (closed 11/06/2019)

2:16–cv–02539–DGC (closed 12/16/2019)

2:16–cv–02540–DGC (closed 12/16/2019)

2:16–cv–02541–DGC (closed 12/16/2019)
2:16–cv–02546–DGC
2:17–cv–00842–DGC
2:19–cv–01106–DGC (closed 10/17/2019)
2:19–cv–01107–DGC (closed 10/17/2019)
2:16–cv–02549–DGC (closed 12/30/2019)
2:16–cv–02552–DGC
2:16–cv–02558–DGC (closed 10/17/2019)
2:16–cv–02559–DGC (closed 12/04/2019)
2:16–cv–02565–DGC (closed 10/31/2019)
2:16–cv–02566–DGC (closed 11/06/2019)
2:16–cv–02568–DGC (closed 01/14/2020)
2:16–cv–02569–DGC (closed 01/03/2020)
2:16–cv–02570–DGC
2:16–cv–02571–DGC (closed 01/03/2020)
2:16–cv–02572–DGC (closed 01/03/2020)
2:16–cv–02561–DGC (closed 03/05/2020)
2:16–cv–02576–DGC (closed 08/20/2019)
2:16–cv–02580–DGC
2:16–cv–02582–DGC
2:16–cv–02583–DGC (closed 10/22/2019)
2:16–cv–02586–DGC (closed 11/22/2019)
2:16–cv–02589–DGC (closed 12/05/2019)
2:16–cv–02601–DGC (closed 03/04/2020)
2:16–cv–02603–DGC
2:16–cv–02604–DGC (closed 01/03/2020)
2:16–cv–02605–DGC
2:16–cv–02606–DGC (closed 01/14/2020)
2:16–cv–02619–DGC
2:16–cv–02620–DGC (closed 08/20/2019)
2:16–cv–02621–DGC
2:16–cv–02622–DGC
2:16–cv–02623–DGC (closed 03/05/2020)
2:16–cv–02625–DGC
2:16–cv–02626–DGC
2:16–cv–02627–DGC
2:16–cv–02628–DGC
2:16–cv–02634–DGC (closed 03/05/2020)
2:16–cv–02651–DGC (closed 01/08/2020)
2:16–cv–02655–DGC (closed 01/09/2020)
2:16–cv–02656–DGC (closed 01/09/2020)
2:16–cv–02657–DGC (closed 01/27/2017)
2:16–cv–02664–DGC (closed 11/20/2019)
2:16–cv–02665–DGC (closed 12/09/2019)

2:16–cv–02666–DGC (closed 01/08/2020)

2:16–cv–02667–DGC (closed 01/08/2020)

2:16–cv–02668–DGC (closed 08/20/2019)

2:16–cv–02680–DGC

2:16–cv–02684–DGC (closed 12/18/2019)

2:16–cv–02683–DGC

2:16–cv–02693–DGC (closed 03/05/2020)

2:16–cv–02694–DGC (closed 03/05/2020)

2:16–cv–02689–DGC (closed 08/20/2019)

2:16–cv–02700–DGC (closed 03/05/2020)

2:16–cv–02701–DGC (closed 01/03/2020)

2:16–cv–02702–DGC (closed 11/08/2016)

2:16–cv–02704–DGC (closed 08/20/2019)

2:16–cv–02710–DGC

2:16–cv–02714–DGC (closed 03/05/2020)

2:16–cv–02716–DGC (closed 03/05/2020)

2:16–cv–02730–DGC

2:16–cv–02731–DGC (closed 03/05/2020)

2:16–cv–02729–DGC (closed 08/20/2019)

2:16–cv–02738–DGC

2:17–cv–03737–DGC (closed 10/31/2019)

2:16–cv–02746–DGC

2:16–cv–02747–DGC

2:16–cv–02735–DGC (closed 03/05/2020)

2:16–cv–02749–DGC

2:16–cv–02751–DGC (closed 03/17/2020)

2:16–cv–02752–DGC (closed 03/17/2020)

2:16–cv–02753–DGC (closed 03/17/2020)

2:16–cv–01373–DGC

2:16–cv–02766–DGC (closed 12/05/2019)

2:16–cv–02769–DGC (closed 12/17/2019)

2:16–cv–02772–DGC

2:16–cv–02783–DGC (closed 01/14/2020)

2:16–cv–02785–DGC (closed 01/03/2020)

2:16–cv–02791–DGC (closed 08/20/2019)

2:16–cv–02798–DGC

2:16–cv–02799–DGC

2:16–cv–02822–DGC

2:16–cv–02824–DGC (closed 03/17/2020)

2:16–cv–02827–DGC (closed 03/05/2020)

2:16–cv–02833–DGC

2:16–cv–02834–DGC (closed 11/06/2019)

2:16–cv–02836–DGC (closed 01/10/2020)

2:16–cv–02839–DGC

2:16–cv–02841–DGC

2:17–cv–03738–DGC (closed 10/17/2019)

2:16–cv–02850–DGC (closed 03/05/2020)

2:16–cv–02853–DGC (closed 12/10/2019)

2:16–cv–02858–DGC

2:16–cv–02862–DGC

2:16–cv–02865–DGC

2:17–cv–03739–DGC

2:16–cv–02875–DGC (closed 08/20/2019)

2:16–cv–02877–DGC (closed 12/18/2019)

2:16–cv–02883–DGC

2:16–cv–02898–DGC (closed 03/05/2020)

2:16–cv–02901–DGC (closed 10/17/2019)

2:17–cv–03743–DGC (closed 10/17/2017)

2:16–cv–02913–DGC (closed 12/18/2019)

2:16–cv–02919–DGC (closed 03/05/2020)

2:16–cv–02920–DGC

2:16–cv–02922–DGC

2:17–cv–03744–DGC (closed 01/03/2020)

2:16–cv–02931–DGC (closed 03/05/2020)

2:16–cv–02932–DGC (closed 03/05/2020)

2:16–cv–02940–DGC (closed 12/18/2019)

2:16–cv–02944–DGC (closed 12/04/2019)

2:16–cv–02945–DGC (closed 12/04/2019)

2:16–cv–02952–DGC (closed 10/31/2019)

2:16–cv–02953–DGC (closed 10/29/2019)

2:16–cv–02954–DGC (closed 01/02/2020)

2:16–cv–02955–DGC (closed 03/05/2020)

2:16–cv–02971–DGC

2:16–cv–02977–DGC (closed 08/20/2019)

2:16–cv–02985–DGC

2:16–cv–02989–DGC (closed 08/20/2019)

2:16–cv–02991–DGC (closed 08/20/2019)

2:16–cv–02998–DGC (closed 10/29/2019)

2:16–cv–02999–DGC

2:16–cv–03008–DGC (closed 12/11/2019)

2:16–cv–03015–DGC (closed 11/16/2016)

2:16–cv–03022–DGC

2:16–cv–03024–DGC

2:16–cv–03033–DGC

2:16–cv–03043–DGC (closed 12/04/2019)

2:16–cv–03044–DGC (closed 01/23/2017)

2:16–cv–03045–DGC (closed 01/03/2020)

2:16–cv–03046–DGC (closed 12/05/2019)

2:16–cv–03047–DGC (closed 01/03/2020)

2:16–cv–03048–DGC (closed 01/03/2020)

2:16–cv–03070–DGC (closed 03/05/2020)

2:16–cv–03076–DGC (closed 03/05/2020)

2:16–cv–03077–DGC (closed 08/20/2019)

2:16–cv–03081–DGC

2:16–cv–03082–DGC

2:16–cv–03089–DGC (closed 08/20/2019)

2:16–cv–03093–DGC

2:16–cv–03099–DGC (closed 08/20/2019)

2:16–cv–03112–DGC (closed 03/05/2020)

2:16–cv–03113–DGC (closed 03/05/2020)

2:16–cv–03121–DGC

2:16–cv–03122–DGC

2:16–cv–03126–DGC

2:16–cv–03127–DGC

2:16–cv–03128–DGC (closed 12/12/2016)

2:16–cv–03129–DGC

2:16–cv–03130–DGC

2:16–cv–03131–DGC (closed 03/05/2020)

2:16–cv–03144–DGC (closed 03/05/2020)

2:16–cv–03147–DGC (closed 01/09/2020)

2:16–cv–03150–DGC (closed 03/05/2020)

2:16–cv–03163–DGC (closed 11/20/2019)

2:16–cv–03164–DGC (closed 12/19/2016)

2:16–cv–03165–DGC (closed 08/20/2019)

2:16–cv–03166–DGC (closed 06/19/2019)

2:16–cv–03167–DGC (closed 03/04/2020)

2:16–cv–03168–DGC (closed 08/20/2019)

2:16–cv–03169–DGC (closed 08/20/2019)

2:16–cv–03170–DGC (closed 08/20/2019)

2:16–cv–03171–DGC (closed 12/19/2016)

2:16–cv–03172–DGC (closed 01/03/2020)

2:16–cv–03173–DGC

2:17–cv–03963–DGC (closed 12/10/2019)

2:16–cv–03180–DGC (closed 03/05/2020)

2:16–cv–03188–DGC (closed 10/11/2016)

2:16–cv–03189–DGC

2:16–cv–03190–DGC (closed 03/05/2020)

2:16–cv–03191–DGC

2:16–cv–03192–DGC

2:16–cv–03194–DGC (closed 12/16/2019)

2:16–cv–03196–DGC (closed 12/16/2019)

2:16–cv–03198–DGC (closed 12/16/2019)

2:16–cv–03199–DGC (closed 03/05/2020)

2:16–cv–03204–DGC (closed 01/03/2020)

2:16–cv–03205–DGC (closed 03/05/2020)

2:16–cv–03209–DGC

2:16–cv–03214–DGC

2:16–cv–03215–DGC

2:16–cv–03217–DGC (closed 03/05/2020)

2:16–cv–03220–DGC (closed 08/20/2019)

2:16–cv–03750–DGC

2:16–cv–03236–DGC

2:16–cv–03237–DGC

2:16–cv–03240–DGC (closed 08/20/2019)

2:16–cv–03246–DGC

2:16–cv–03258–DGC

2:16–cv–03265–DGC (closed 10/17/2019)

2:16–cv–03268–DGC (closed 10/17/2019)

2:16–cv–03269–DGC

2:16–cv–03270–DGC

2:16–cv–03271–DGC

2:16–cv–03274–DGC (closed 12/30/2019)

2:16–cv–03290–DGC

2:16–cv–03291–DGC

2:16–cv–03299–DGC (closed 10/29/2019)

2:16–cv–03300–DGC (closed 10/29/2019)

2:16–cv–03301–DGC (closed 10/23/2019)

2:16–cv–03304–DGC (closed 01/14/2020)

2:16–cv–03305–DGC (closed 01/03/2020)

2:16–cv–03306–DGC (closed 03/05/2020)

2:16–cv–03307–DGC

2:16–cv–03308–DGC

2:16–cv–03316–DGC (closed 01/03/2020)

2:16–cv–03317–DGC

2:16–cv–03309–DGC

2:16–cv–03328–DGC

2:16–cv–03332–DGC (closed 01/03/2020)

2:16–cv–03333–DGC (closed 02/07/2020)

2:16–cv–03335–DGC (closed 03/05/2020)

2:16–cv–03336–DGC (closed 09/18/2018)

2:16–cv–03349–DGC

2:16–cv–03352–DGC (closed 01/14/2020)

2:16–cv–03359–DGC (closed 03/05/2020)

2:16–cv–03360–DGC (closed 01/08/2020)

2:16–cv–03366–DGC

2:16–cv–03374–DGC

2:16–cv–03376–DGC (closed 03/05/2020)

2:16–cv–03381–DGC

2:16–cv–03383–DGC

2:16–cv–03385–DGC

2:16–cv–03386–DGC

2:16–cv–03389–DGC (closed 03/05/2020)

2:16–cv–03392–DGC (closed 12/04/2019)

2:16–cv–03393–DGC (closed 12/04/2019)

2:16–cv–03394–DGC (closed 12/04/2019)

2:16–cv–03395–DGC (closed 12/04/2019)

2:16–cv–03401–DGC (closed 12/11/2019)

2:16–cv–03403–DGC (closed 03/05/2020)

2:16–cv–03404–DGC (closed 12/11/2019)

2:16–cv–03410–DGC (closed 12/16/2019)

2:16–cv–03411–DGC

2:16–cv–03431–DGC

2:16–cv–03429–DGC

2:16–cv–03438–DGC (closed 03/05/2020)

2:16–cv–03439–DGC

2:16–cv–03440–DGC

2:16–cv–03447–DGC (closed 12/18/2019)

2:16–cv–03448–DGC (closed 12/17/2019)

2:19–cv–03252–DGC

2:16–cv–03451–DGC (closed 03/05/2020)

2:16–cv–03453–DGC (closed 12/30/2019)

2:16–cv–03454–DGC (closed 03/05/2020)

2:16–cv–03456–DGC (closed 03/05/2020)

2:16–cv–03462–DGC

2:16–cv–03463–DGC

2:16–cv–03465–DGC (closed 03/05/2020)

2:16–cv–03466–DGC (closed 12/08/2017)

2:16–cv–03467–DGC

2:16–cv–03471–DGC (closed 08/20/2019)

2:16–cv–03472–DGC (closed 08/20/2019)

2:16–cv–03477–DGC (closed 01/07/2020)

2:16–cv–03486–DGC

2:16–cv–03457–DGC (closed 01/14/2020)

2:16–cv–03504–DGC (closed 03/05/2020)

2:16–cv–03505–DGC (closed 03/05/2020)

2:16–cv–03521–DGC (closed 01/14/2020)

2:16–cv–03526–DGC (closed 03/17/2020)

2:16–cv–03560–DGC

2:16–cv–03566–DGC (closed 08/20/2019)

2:16–cv–03567–DGC (closed 08/20/2019)

2:16–cv–03570–DGC (closed 03/05/2020)

2:16–cv–03571–DGC (closed 03/04/2020)

2:16–cv–03579–DGC (closed 03/05/2020)

2:16–cv–03580–DGC (closed 03/05/2020)

2:16–cv–03582–DGC

2:16–cv–03586–DGC

2:16–cv–03587–DGC (closed 01/02/2020)

2:16–cv–03588–DGC (closed 03/05/2020)

2:16–cv–03589–DGC (closed 01/02/2020)

2:16–cv–03591–DGC (closed 12/08/2016)

2:16–cv–03592–DGC

2:16–cv–03593–DGC (closed 08/20/2019)

2:16–cv–03595–DGC (closed 08/20/2019)

2:16–cv–03604–DGC

2:16–cv–03610–DGC

2:16–cv–03615–DGC (closed 08/20/2019)

2:16–cv–03620–DGC (closed 03/05/2020)

2:16–cv–03621–DGC

2:16–cv–03622–DGC (closed 08/20/2019)

2:16–cv–03624–DGC

2:16–cv–03627–DGC

2:16–cv–03629–DGC (closed 08/20/2019)

2:16–cv–03638–DGC (closed 01/03/2020)

2:16–cv–03642–DGC (closed 08/20/2019)

2:16–cv–03646–DGC

2:16–cv–03652–DGC

2:16–cv–03653–DGC

2:16–cv–03655–DGC (closed 03/05/2020)

2:16–cv–03664–DGC

2:16–cv–03665–DGC

2:16–cv–03666–DGC (closed 03/05/2020)

2:16–cv–03667–DGC

2:16–cv–03668–DGC

2:16–cv–03669–DGC (closed 03/05/2020)

2:16–cv–03670–DGC (closed 01/03/2020)

2:16–cv–03671–DGC (closed 01/03/2020)

2:16–cv–03672–DGC (closed 01/03/2020)

2:16–cv–03673–DGC (closed 01/03/2020)

2:16–cv–03674–DGC (closed 01/03/2020)

2:16–cv–03675–DGC (closed 01/03/2020)

2:16–cv–03676–DGC (closed 12/14/2016)

2:16–cv–03677–DGC (closed 01/03/2020)

2:16–cv–03679–DGC (closed 01/03/2020)

2:16–cv–03691–DGC (closed 08/20/2019)

2:16–cv–03693–DGC

2:17–cv–01282–DGC (closed 08/20/2019)

2:16–cv–03698–DGC (closed 10/10/2018)

2:16–cv–03705–DGC

2:17–cv–04095–DGC

2:16–cv–03716–DGC (closed 03/05/2020)

2:16–cv–03717–DGC (closed 03/05/2020)

2:16–cv–03719–DGC (closed 01/03/2020)

2:16–cv–03720–DGC (closed 01/03/2020)

2:16–cv–03723–DGC

2:16–cv–03724–DGC (closed 11/06/2019)

2:16–cv–03728–DGC

2:16–cv–03731–DGC (closed 03/05/2020)

2:17–cv–02804–DGC (closed 08/20/2019)

2:17–cv–02805–DGC

2:16–cv–03741–DGC

2:16–cv–03744–DGC

2:16–cv–03751–DGC

2:16–cv–03754–DGC (closed 08/20/2019)

2:16–cv–04099–DGC

2:16–cv–03756–DGC

2:16–cv–03757–DGC (closed 08/20/2019)

2:16–cv–03759–DGC (closed 08/20/2019)

2:16–cv–03760–DGC

2:16–cv–03761–DGC (closed 08/20/2019)

2:16–cv–03762–DGC (closed 08/20/2019)

2:16–cv–03771–DGC (closed 08/20/2019)

2:16–cv–03780–DGC (closed 12/04/2019)

2:16–cv–03781–DGC (closed 12/04/2019)

2:16–cv–03782–DGC (closed 12/04/2019)

2:16–cv–03783–DGC (closed 06/06/2017)

2:16–cv–03784–DGC (closed 12/04/2019)

2:16–cv–03785–DGC (closed 12/16/2019)

2:16–cv–03786–DGC (closed 12/16/2019)

2:16–cv–03787–DGC (closed 12/16/2019)

2:16–cv–03788–DGC (closed 12/16/2019)

2:16–cv–03789–DGC (closed 12/16/2019)

2:16–cv–03790–DGC (closed 12/16/2019)

2:16–cv–03794–DGC (closed 01/14/2020)

2:16–cv–03795–DGC (closed 01/23/2017)

2:16–cv–03798–DGC

2:16–cv–03801–DGC (closed 12/04/2019)

2:16–cv–03807–DGC (closed 12/11/2019)

2:16–cv–03808–DGC (closed 11/20/2019)

2:16–cv–03810–DGC

2:16–cv–03816–DGC

2:16–cv–03827–DGC (closed 03/05/2020)

2:16–cv–03829–DGC (closed 03/04/2020)

2:16–cv–03830–DGC (closed 12/10/2019)

2:16–cv–03831–DGC

2:16–cv–03842–DGC (closed 11/06/2019)

2:16–cv–03843–DGC (closed 03/05/2020)

2:17–cv–02806–DGC

2:16–cv–03848–DGC (closed 03/05/2020)

2:16–cv–03857–DGC

2:16–cv–03860–DGC

2:16–cv–03861–DGC

2:16–cv–03862–DGC (closed 03/05/2020)

2:16–cv–03721–DGC (closed 01/10/2020)

2:16–cv–03849–DGC

2:16–cv–03863–DGC (closed 03/05/2020)

2:16–cv–03864–DGC (closed 03/05/2020)

2:16–cv–03869–DGC (closed 03/05/2020)

2:16–cv–03870–DGC (closed 08/20/2019)

2:16–cv–03871–DGC (closed 08/20/2019)

2:16–cv–03879–DGC (closed 03/05/2020)

2:16–cv–03880–DGC (closed 03/05/2020)

2:16–cv–03882–DGC (closed 03/05/2020)

2:16–cv–03883–DGC (closed 03/05/2020)

2:16–cv–03884–DGC (closed 03/05/2020)

2:17–cv–02807–DGC (closed 12/04/2019)

2:17–cv–02808–DGC (closed 12/04/2019)

2:16–cv–03895–DGC (closed 01/14/2020)

2:16–cv–03897–DGC (closed 08/20/2019)

2:16–cv–03898–DGC (closed 12/10/2019)

2:16–cv–03899–DGC (closed 01/14/2020)

2:16–cv–03900–DGC (closed 01/03/2020)

2:16–cv–03901–DGC (closed 01/14/2020)

2:16–cv–03907–DGC (closed 03/05/2020)

2:16–cv–04071–DGC

2:16–cv–03911–DGC (closed 12/16/2019)

2:16–cv–03913–DGC (closed 03/05/2020)

2:16–cv–03914–DGC (closed 12/30/2019)

2:16–cv–03918–DGC (closed 03/05/2020)

2:16–cv–03919–DGC (closed 08/20/2019)

2:16–cv–03920–DGC (closed 03/05/2020)

2:16–cv–03925–DGC (closed 01/17/2020)

2:16–cv–03926–DGC

2:16–cv–03927–DGC (closed 12/04/2019)

2:16–cv–03928–DGC (closed 12/04/2019)

2:16–cv–03933–DGC (closed 12/18/2019)

2:16–cv–03936–DGC (closed 03/05/2020)

2:16–cv–03937–DGC

2:16–cv–03945–DGC

2:16–cv–03957–DGC (closed 03/05/2020)

2:16–cv–03958–DGC

2:16–cv–03959–DGC (closed 03/05/2020)

2:16–cv–03962–DGC (closed 01/03/2020)

2:16–cv–03963–DGC (closed 01/14/2020)

2:16–cv–03964–DGC (closed 03/05/2020)

2:16–cv–03968–DGC (closed 01/13/2020)

2:16–cv–03971–DGC (closed 12/10/2019)

2:16–cv–03973–DGC (closed 08/20/2019)

2:16–cv–03987–DGC

2:16–cv–03999–DGC (closed 01/03/2020)

2:16–cv–04001–DGC (closed 08/20/2019)

2:16–cv–04004–DGC

2:16–cv–04007–DGC

2:16–cv–04008–DGC

2:16–cv–04009–DGC

2:16–cv–04010–DGC (closed 06/30/2017)

2:16–cv–04011–DGC (closed 06/27/2017)

2:16–cv–04012–DGC (closed 07/03/2017)

2:16–cv–04013–DGC

2:16–cv–04017–DGC

2:16–cv–04030–DGC

2:16–cv–04031–DGC (closed 12/18/2019)

2:17–cv–02809–DGC (closed 12/04/2019)

2:16–cv–04032–DGC (closed 06/27/2017)

2:16–cv–04035–DGC

2:16–cv–04037–DGC (closed 03/05/2020)

2:16–cv–04040–DGC

2:16–cv–04041–DGC

2:16–cv–04042–DGC

2:16–cv–04046–DGC (closed 12/05/2019)

2:17–cv–02810–DGC (closed 12/04/2019)

2:16–cv–04051–DGC

2:17–cv–02061–DGC (closed 01/03/2020)

2:16–cv–04088–DGC

2:16–cv–04089–DGC (closed 03/17/2020)

2:16–cv–04095–DGC

2:16–cv–04102–DGC (closed 03/05/2020)

2:16–cv–04105–DGC

2:16–cv–04108–DGC (closed 01/03/2020)

2:16–cv–04109–DGC (closed 01/14/2020)

2:16–cv–04110–DGC (closed 01/14/2020)

2:16–cv–04111–DGC (closed 01/14/2020)

2:16–cv–04115–DGC

2:16–cv–04124–DGC (closed 12/16/2019)

2:16–cv–04125–DGC (closed 08/20/2019)

2:16–cv–04129–DGC

2:16–cv–04130–DGC

2:16–cv–04132–DGC (closed 01/07/2020)

2:17–cv–03746–DGC (closed 10/16/2019)

2:16–cv–04135–DGC

2:16–cv–04137–DGC

2:16–cv–04139–DGC

2:16–cv–04147–DGC (closed 12/18/2019)

2:16–cv–04148–DGC

2:16–cv–04149–DGC

2:16–cv–04150–DGC

2:16–cv–04151–DGC (closed 01/03/2020)

2:16–cv–04153–DGC

2:16–cv–04155–DGC

2:16–cv–04158–DGC (closed 08/20/2019)

2:16–cv–04159–DGC (closed 03/05/2020)

2:16–cv–04160–DGC (closed 03/05/2020)

2:16–cv–04161–DGC (closed 11/21/2019)

2:16–cv–04162–DGC (closed 11/06/2019)

2:16–cv–04165–DGC (closed 11/06/2019)

2:16–cv–04166–DGC (closed 10/22/2019)

2:16–cv–04167–DGC (closed 10/29/2019)

2:16–cv–04168–DGC (closed 10/31/2019)

2:16–cv–04169–DGC

2:16–cv–04170–DGC (closed 08/20/2019)

2:16–cv–04171–DGC

2:16–cv–04172–DGC (closed 03/05/2020)

2:16–cv–04173–DGC

2:16–cv–04180–DGC (closed 08/20/2019)

2:16–cv–04183–DGC (closed 01/02/2020)

2:16–cv–04184–DGC (closed 01/02/2020)

2:16–cv–04187–DGC

2:16–cv–04188–DGC (closed 11/06/2019)

2:16–cv–04191–DGC (closed 11/01/2019)

2:16–cv–04194–DGC (closed 10/31/2019)

2:16–cv–04195–DGC (closed 10/29/2019)

2:16–cv–04196–DGC (closed 10/29/2019)

2:16–cv–04192–DGC (closed 12/05/2019)

2:16–cv–04198–DGC (closed 10/29/2019)

2:16–cv–04199–DGC

2:16–cv–04202–DGC

2:16–cv–04203–DGC

2:16–cv–04206–DGC

2:16–cv–04207–DGC (closed 08/20/2019)

2:16–cv–04208–DGC (closed 08/20/2019)

2:16–cv–04209–DGC (closed 03/05/2020)

2:16–cv–04215–DGC

2:16–cv–04216–DGC

2:16–cv–04217–DGC (closed 03/05/2020)

2:16–cv–04218–DGC

2:16–cv–04219–DGC

2:16–cv–04224–DGC (closed 08/20/2019)

2:16–cv–04225–DGC (closed 03/05/2020)

2:16–cv–04226–DGC

2:16–cv–04227–DGC

2:16–cv–04229–DGC (closed 08/20/2019)

2:16–cv–04236–DGC (closed 03/05/2020)

2:16–cv–04239–DGC (closed 10/02/2019)

2:16–cv–04240–DGC (closed 12/10/2019)

2:16–cv–04241–DGC

2:16–cv–04242–DGC

2:16–cv–04243–DGC

2:16–cv–04245–DGC

2:16–cv–04246–DGC

2:16–cv–04247–DGC

2:16–cv–04248–DGC (closed 01/13/2020)

2:16–cv–04250–DGC (closed 12/18/2019)

2:16–cv–04251–DGC (closed 12/10/2019)

2:16–cv–04252–DGC (closed 12/10/2019)

2:16–cv–04253–DGC (closed 12/10/2019)

2:16–cv–04254–DGC (closed 12/10/2019)

2:16–cv–04255–DGC (closed 12/10/2019)

2:16–cv–04256–DGC (closed 12/10/2019)

2:17–cv–02811–DGC (closed 12/04/2019)

2:16–cv–04262–DGC (closed 12/09/2019)

2:16–cv–04263–DGC

2:16–cv–04269–DGC (closed 12/10/2019)

2:16–cv–04272–DGC (closed 08/20/2019)

2:16–cv–04273–DGC

2:16–cv–04275–DGC (closed 12/10/2019)

2:16–cv–04276–DGC

2:16–cv–04277–DGC (closed 12/16/2019)

2:16–cv–04278–DGC (closed 12/16/2019)

2:16–cv–04279–DGC

2:16–cv–04280–DGC

2:16–cv–04281–DGC

2:16–cv–04282–DGC

2:16–cv–04288–DGC (closed 12/04/2019)

2:16–cv–04291–DGC (closed 03/05/2020)

2:16–cv–04292–DGC

2:16–cv–04294–DGC

2:16–cv–04297–DGC (closed 01/10/2020)

2:16–cv–04304–DGC

2:16–cv–04308–DGC

2:16–cv–04310–DGC

2:16–cv–04311–DGC

2:16–cv–04312–DGC

2:16–cv–04316–DGC (closed 03/05/2020)

2:16–cv–04322–DGC (closed 10/31/2019)

2:16–cv–04323–DGC (closed 01/14/2020)

2:16–cv–04324–DGC (closed 12/18/2019)

2:16–cv–04328–DGC

2:16–cv–04331–DGC (closed 01/03/2020)

2:16–cv–04332–DGC (closed 03/05/2020)

2:16–cv–04336–DGC (closed 03/05/2020)

2:16–cv–04341–DGC (closed 01/14/2020)

2:16–cv–04345–DGC (closed 12/18/2019)

2:16–cv–04347–DGC (closed 03/05/2020)

2:16–cv–04348–DGC (closed 03/05/2020)

2:16–cv–04349–DGC (closed 03/05/2020)

2:16–cv–04350–DGC (closed 10/17/2019)

2:16–cv–04353–DGC (closed 03/05/2020)

2:16–cv–04354–DGC (closed 03/05/2020)

2:16–cv–04355–DGC (closed 03/05/2020)

2:16–cv–04356–DGC (closed 10/31/2019)

2:16–cv–04357–DGC (closed 03/05/2020)

2:16–cv–04360–DGC (closed 03/05/2020)

2:16–cv–04361–DGC (closed 03/05/2020)

2:16–cv–04379–DGC

2:16–cv–04382–DGC (closed 12/10/2019)

2:16–cv–04383–DGC (closed 08/08/2018)

2:16–cv–04394–DGC (closed 10/17/2019)

2:16–cv–04395–DGC (closed 10/17/2019)

2:16–cv–04396–DGC (closed 10/17/2019)

2:16–cv–04397–DGC (closed 01/02/2020)

2:16–cv–04398–DGC (closed 01/02/2020)

2:16–cv–04399–DGC (closed 01/02/2020)

2:16–cv–04400–DGC (closed 01/02/2020)

2:16–cv–04402–DGC (closed 01/02/2020)

2:16–cv–04417–DGC

2:16–cv–04420–DGC (closed 09/24/2018)

2:16–cv–04424–DGC

2:16–cv–04425–DGC

2:16–cv–04426–DGC

2:16–cv–04427–DGC

2:16–cv–04428–DGC

2:16–cv–04430–DGC (closed 08/20/2019)

2:16–cv–04450–DGC (closed 01/11/2017)

2:16–cv–04451–DGC

2:16–cv–04458–DGC (closed 01/14/2020)

2:16–cv–04459–DGC

2:16–cv–04467–DGC

2:16–cv–04468–DGC (closed 12/10/2019)

2:16–cv–04469–DGC

2:16–cv–04470–DGC (closed 01/13/2017)

2:16–cv–04472–DGC

2:16–cv–04486–DGC (closed 08/20/2019)

2:16–cv–04487–DGC (closed 08/20/2019)

2:16–cv–04488–DGC

2:16–cv–04489–DGC (closed 03/05/2020)

2:16–cv–04490–DGC (closed 03/05/2020)

2:16–cv–04491–DGC

2:16–cv–04495–DGC (closed 08/20/2019)

2:16–cv–04496–DGC (closed 09/27/2017)

2:16–cv–04497–DGC (closed 03/05/2020)

2:16–cv–04508–DGC (closed 08/20/2019)

2:16–cv–04509–DGC (closed 08/20/2019)

2:16–cv–04527–DGC

2:16–cv–04547–DGC (closed 03/05/2020)

2:16–cv–04558–DGC (closed 08/20/2019)

2:16–cv–04561–DGC (closed 08/20/2019)

2:16–cv–04573–DGC (closed 08/20/2019)

2:16–cv–04574–DGC (closed 03/05/2020)

2:16–cv–04575–DGC

2:17–cv–00001–DGC (closed 03/05/2020)

2:17–cv–00002–DGC (closed 12/18/2019)

2:17–cv–00003–DGC

2:17–cv–00011–DGC (closed 12/16/2019)

2:17–cv–00008–DGC (closed 03/05/2020)

2:17–cv–00009–DGC (closed 03/05/2020)

2:17–cv–00010–DGC (closed 12/18/2019)

2:17–cv–00018–DGC (closed 01/03/2020)

2:17–cv–00019–DGC (closed 01/03/2020)

2:17–cv–00020–DGC (closed 01/14/2020)

2:17–cv–00021–DGC (closed 01/15/2020)

2:17–cv–00022–DGC (closed 01/14/2020)

2:17–cv–00023–DGC (closed 01/03/2020)

2:17–cv–00037–DGC (closed 12/11/2019)

2:17–cv–00038–DGC (closed 12/11/2019)

2:17–cv–00040–DGC (closed 12/11/2019)

2:17–cv–00041–DGC (closed 12/11/2019)

2:17–cv–00042–DGC (closed 12/11/2019)

2:17–cv–00047–DGC (closed 12/18/2019)

2:17–cv–00048–DGC (closed 03/05/2020)

2:17–cv–00050–DGC (closed 12/18/2019)

2:17–cv–00057–DGC (closed 03/05/2020)

2:17–cv–00061–DGC (closed 03/05/2020)

2:17–cv–00063–DGC

2:17–cv–00064–DGC

2:17–cv–00066–DGC (closed 03/05/2020)

2:17–cv–00070–DGC (closed 05/03/2018)

2:17–cv–00076–DGC (closed 01/03/2020)

2:17–cv–00077–DGC (closed 10/31/2019)

2:17–cv–00084–DGC (closed 12/13/2018)

2:17–cv–00100–DGC

2:17–cv–00102–DGC (closed 12/16/2019)

2:17–cv–00114–DGC (closed 01/03/2020)

2:17–cv–00124–DGC (closed 11/06/2019)

2:17–cv–00125–DGC (closed 03/05/2020)

2:17–cv–00126–DGC

2:17–cv–00127–DGC (closed 12/10/2019)

2:17–cv–00128–DGC (closed 12/10/2019)

2:17–cv–00129–DGC (closed 12/10/2019)

2:17–cv–00135–DGC (closed 08/20/2019)

2:17–cv–00137–DGC

2:17–cv–00138–DGC

2:17–cv–00148–DGC

2:17–cv–00149–DGC (closed 01/06/2020)

2:17–cv–00151–DGC (closed 12/16/2019)

2:17–cv–00154–DGC (closed 03/05/2020)

2:17–cv–00155–DGC (closed 12/18/2019)

2:17–cv–00156–DGC (closed 08/20/2019)

2:17–cv–00171–DGC (closed 01/03/2020)

2:17–cv–00180–DGC (closed 03/05/2020)

2:17–cv–00181–DGC (closed 03/05/2020)

2:17–cv–00183–DGC (closed 03/04/2020)

2:17–cv–00184–DGC (closed 12/10/2019)

2:17–cv–00185–DGC (closed 12/10/2019)

2:17–cv–00186–DGC (closed 12/10/2019)

2:17–cv–00187–DGC (closed 12/10/2019)

2:17–cv–00188–DGC (closed 12/10/2019)

2:17–cv–00189–DGC (closed 12/10/2019)

2:17–cv–00191–DGC (closed 08/20/2019)

2:17–cv–00192–DGC

2:17–cv–00193–DGC

2:17–cv–00196–DGC (closed 12/17/2019)

2:17–cv–00197–DGC (closed 03/04/2020)

2:17–cv–00199–DGC

2:17–cv–03749–DGC (closed 01/07/2020)

2:17–cv–00200–DGC

2:17–cv–00201–DGC

2:17–cv–00202–DGC (closed 11/06/2019)

2:17–cv–00206–DGC

2:17–cv–00207–DGC

2:17–cv–00208–DGC (closed 01/15/2020)

2:17–cv–00221–DGC (closed 03/05/2020)

2:17–cv–00231–DGC (closed 12/04/2019)

2:17–cv–00232–DGC (closed 12/04/2019)

2:17–cv–00233–DGC (closed 12/04/2019)

2:17–cv–00234–DGC (closed 06/20/2017)

2:17–cv–00235–DGC (closed 06/27/2017)

2:17–cv–00236–DGC (closed 12/04/2019)

2:17–cv–00240–DGC (closed 01/02/2020)

2:17–cv–00241–DGC (closed 01/02/2020)

2:17–cv–00242–DGC (closed 11/08/2017)

2:17–cv–00243–DGC

2:17–cv–00244–DGC (closed 03/05/2020)

2:17–cv–00245–DGC (closed 01/02/2020)

2:17–cv–00277–DGC (closed 12/17/2019)

2:17–cv–00260–DGC (closed 11/22/2019)

2:17–cv–00264–DGC (closed 12/18/2019)

2:17–cv–00266–DGC (closed 08/20/2019)

2:17–cv–00267–DGC

2:17–cv–00270–DGC (closed 01/03/2020)

2:17–cv–00271–DGC (closed 08/20/2019)

2:17–cv–00272–DGC (closed 03/05/2020)

2:17–cv–00273–DGC (closed 12/17/2019)

2:17–cv–00274–DGC (closed 12/17/2019)

2:17–cv–00275–DGC (closed 12/17/2019)

2:17–cv–00276–DGC (closed 12/17/2019)

2:17–cv–00278–DGC (closed 12/17/2019)

2:17–cv–00281–DGC (closed 03/05/2020)

2:17–cv–00283–DGC (closed 01/15/2020)

2:17–cv–00285–DGC (closed 03/05/2020)

2:17–cv–00290–DGC (closed 01/03/2020)

2:17–cv–00295–DGC (closed 12/17/2019)

2:17–cv–00297–DGC (closed 08/20/2019)

2:17–cv–00299–DGC (closed 03/05/2020)

2:17–cv–00300–DGC (closed 03/05/2020)

2:17–cv–00301–DGC (closed 03/05/2020)

2:17–cv–00302–DGC (closed 03/05/2020)

2:17–cv–00305–DGC (closed 11/20/2019)

2:17–cv–00318–DGC

2:17–cv–00321–DGC (closed 03/05/2020)

2:17–cv–00323–DGC (closed 01/10/2020)

2:17–cv–00324–DGC (closed 03/05/2020)

2:17–cv–00325–DGC (closed 08/20/2019)

2:17–cv–00334–DGC (closed 12/16/2019)

2:17–cv–00335–DGC

2:17–cv–00590–DGC (closed 12/30/2019)

2:17–cv–00336–DGC (closed 12/16/2019)

2:17–cv–00338–DGC

2:17–cv–00344–DGC

2:17–cv–00345–DGC

2:17–cv–00346–DGC

2:17–cv–00347–DGC

2:17–cv–00349–DGC

2:17–cv–00350–DGC

2:17–cv–00351–DGC

2:17–cv–00353–DGC (closed 03/05/2020)

2:17–cv–00361–DGC (closed 12/04/2019)

2:17–cv–00369–DGC (closed 12/04/2019)

2:17–cv–00370–DGC (closed 12/04/2019)

2:17–cv–00371–DGC (closed 12/04/2019)

2:17–cv–00372–DGC (closed 08/19/2019)

2:17–cv–00376–DGC

2:17–cv–00379–DGC (closed 03/05/2020)

2:17–cv–00385–DGC

2:17–cv–00387–DGC

2:17–cv–00388–DGC (closed 08/20/2019)

2:17–cv–00389–DGC

2:17–cv–00390–DGC (closed 11/21/2019)

2:17–cv–00391–DGC

2:17–cv–00392–DGC (closed 08/14/2018)

2:17–cv–00393–DGC

2:17–cv–00395–DGC (closed 08/20/2019)

2:17–cv–00405–DGC (closed 08/20/2019)

2:17–cv–00410–DGC (closed 09/24/2018)

2:17–cv–00411–DGC (closed 12/16/2019)

2:18–cv–03382–DGC (closed 10/31/2019)

2:17–cv–00416–DGC (closed 12/16/2019)

2:17–cv–00417–DGC (closed 06/01/2017)

2:17–cv–00418–DGC (closed 01/14/2020)

2:17–cv–00422–DGC (closed 01/10/2020)

2:17–cv–00423–DGC (closed 08/20/2019)

2:17–cv–00425–DGC

2:17–cv–00432–DGC (closed 01/06/2020)

2:17–cv–00441–DGC (closed 12/04/2019)

2:17–cv–00442–DGC (closed 12/04/2019)

2:17–cv–00443–DGC (closed 12/04/2019)

2:17–cv–00444–DGC (closed 12/04/2019)

2:17–cv–00445–DGC (closed 03/21/2017)

2:17–cv–00446–DGC (closed 06/01/2017)

2:17–cv–00447–DGC (closed 12/04/2019)

2:17–cv–00449–DGC (closed 12/04/2019)

2:17–cv–00450–DGC (closed 11/06/2019)

2:17–cv–00451–DGC (closed 12/04/2019)

2:17–cv–00452–DGC (closed 12/04/2019)

2:17–cv–00454–DGC (closed 12/04/2019)

2:17–cv–00460–DGC (closed 01/03/2020)

2:17–cv–00473–DGC

2:17–cv–00478–DGC (closed 10/29/2019)

2:17–cv–00480–DGC (closed 11/22/2019)

2:17–cv–00484–DGC (closed 08/20/2019)

2:17–cv–00489–DGC

2:17–cv–00490–DGC

2:17–cv–00491–DGC

2:17–cv–00492–DGC

2:17–cv–00493–DGC

2:17–cv–00494–DGC

2:17–cv–00495–DGC

2:17–cv–00496–DGC (closed 01/03/2020)

2:17–cv–00497–DGC (closed 08/14/2018)

2:17–cv–00500–DGC

2:17–cv–00509–DGC

2:17–cv–00512–DGC (closed 03/05/2020)

2:17–cv–00521–DGC

2:17–cv–00529–DGC (closed 03/05/2020)

2:17–cv–00530–DGC

2:17–cv–00535–DGC (closed 11/01/2019)

2:17–cv–03753–DGC (closed 11/21/2019)

2:17–cv–00542–DGC

2:17–cv–00545–DGC (closed 12/18/2019)

2:17–cv–00551–DGC (closed 08/20/2019)

2:17–cv–00553–DGC (closed 08/20/2019)

2:17–cv–00555–DGC

2:17–cv–00558–DGC (closed 08/15/2018)

2:17–cv–00559–DGC

2:17–cv–00560–DGC

2:17–cv–00575–DGC (closed 03/05/2020)

2:17–cv–03309–DGC (closed 01/08/2020)

2:17–cv–03310–DGC (closed 01/06/2020)

2:17–cv–00579–DGC (closed 12/09/2019)

2:17–cv–00583–DGC (closed 06/01/2017)

2:17–cv–00584–DGC (closed 01/07/2020)

2:17–cv–00591–DGC (closed 12/30/2019)

2:17–cv–00592–DGC (closed 03/05/2020)

2:18–cv–00056–DGC (closed 12/30/2019)

2:17–cv–03754–DGC (closed 10/31/2019)

2:17–cv–03755–DGC (closed 10/23/2019)

2:17–cv–00606–DGC

2:17–cv–00607–DGC (closed 12/09/2019)

2:17–cv–00608–DGC (closed 08/20/2019)

2:17–cv–00612–DGC (closed 11/21/2019)

2:17–cv–03756–DGC (closed 10/17/2019)

2:17–cv–03757–DGC (closed 10/17/2019)

2:17–cv–00613–DGC (closed 06/28/2018)

2:17–cv–00617–DGC (closed 04/24/2017)

2:17–cv–00620–DGC

2:17–cv–00621–DGC (closed 12/16/2019)

2:17–cv–00625–DGC (closed 03/05/2020)

2:17–cv–00624–DGC (closed 12/17/2019)

2:17–cv–00627–DGC (closed 12/17/2019)

2:17–cv–00630–DGC (closed 08/20/2019)

2:18–cv–00057–DGC (closed 03/05/2020)

2:18–cv–00058–DGC (closed 10/17/2019)

2:17–cv–00636–DGC (closed 08/20/2019)

2:17–cv–00637–DGC

2:17–cv–00640–DGC (closed 08/20/2019)

2:17–cv–00641–DGC (closed 01/08/2020)

2:17–cv–00642–DGC (closed 08/20/2019)

2:17–cv–00643–DGC (closed 03/05/2020)

2:17–cv–00644–DGC (closed 03/05/2020)

2:17–cv–03758–DGC

2:17–cv–03759–DGC (closed 10/31/2019)

2:17–cv–00653–DGC

2:17–cv–00654–DGC (closed 08/20/2019)

2:17–cv–00655–DGC

2:17–cv–00656–DGC (closed 01/10/2020)

2:17–cv–03760–DGC (closed 10/15/2019)

2:17–cv–03761–DGC (closed 11/20/2019)

2:17–cv–00660–DGC (closed 03/05/2020)

2:17–cv–00661–DGC

2:17–cv–00666–DGC

2:17–cv–00672–DGC (closed 01/10/2020)

2:17–cv–00673–DGC (closed 03/05/2020)

2:17–cv–00676–DGC (closed 01/10/2020)

2:17–cv–00677–DGC

2:17–cv–00678–DGC

2:17–cv–00680–DGC (closed 08/20/2019)

2:17–cv–00681–DGC

2:17–cv–00682–DGC

2:17–cv–00687–DGC (closed 08/20/2019)

2:17–cv–00688–DGC (closed 01/10/2020)

2:17–cv–00690–DGC (closed 01/10/2020)

2:17–cv–00691–DGC (closed 01/10/2020)

2:17–cv–00693–DGC (closed 01/03/2020)

2:18–cv–00059–DGC (closed 01/07/2020)

2:17–cv–00695–DGC (closed 08/20/2019)

2:17–cv–00697–DGC (closed 03/05/2020)

2:17–cv–00713–DGC (closed 12/17/2019)

2:17–cv–00698–DGC (closed 03/05/2020)

2:17–cv–00700–DGC (closed 12/30/2019)

2:17–cv–00702–DGC (closed 01/14/2020)

2:17–cv–00703–DGC (closed 01/03/2020)

2:17–cv–00711–DGC

2:17–cv–00709–DGC (closed 12/18/2019)

2:17–cv–03764–DGC (closed 10/16/2019)

2:17–cv–03765–DGC (closed 10/29/2019)

2:17–cv–00719–DGC (closed 08/20/2019)

2:17–cv–00722–DGC (closed 03/05/2020)

2:17–cv–03766–DGC (closed 10/29/2019)

2:17–cv–01541–DGC

2:17–cv–01542–DGC (closed 11/06/2019)

2:17–cv–00729–DGC

2:17–cv–00730–DGC (closed 12/30/2019)

2:17–cv–00732–DGC

2:17–cv–00736–DGC (closed 08/20/2019)

2:17–cv–00744–DGC (closed 03/05/2020)

2:17–cv–00746–DGC

2:17–cv–00748–DGC (closed 03/05/2020)

2:17–cv–00750–DGC

2:17–cv–00761–DGC (closed 12/04/2019)

2:17–cv–00762–DGC (closed 08/20/2019)

2:17–cv–00766–DGC (closed 03/05/2020)

2:17–cv–00767–DGC

2:17–cv–00777–DGC

2:17–cv–00778–DGC

2:17–cv–00779–DGC

2:17–cv–00782–DGC (closed 01/08/2020)

2:17–cv–00789–DGC (closed 08/20/2019)

2:17–cv–00790–DGC (closed 08/19/2019)

2:17–cv–00791–DGC (closed 08/20/2019)

2:17–cv–00792–DGC (closed 08/20/2019)

2:17–cv–00793–DGC (closed 01/02/2020)

2:17–cv–00795–DGC (closed 01/02/2020)

2:17–cv–00796–DGC (closed 01/10/2020)

2:17–cv–00798–DGC (closed 12/18/2019)

2:17–cv–00799–DGC (closed 01/03/2020)

2:17–cv–00801–DGC (closed 12/18/2019)

2:17–cv–00807–DGC (closed 03/05/2020)

2:17–cv–00810–DGC (closed 03/05/2020)

2:17–cv–00811–DGC (closed 12/18/2019)

2:17–cv–00812–DGC

2:17–cv–00814–DGC

2:17–cv–00817–DGC (closed 06/29/2017)

2:17–cv–00828–DGC

2:17–cv–00830–DGC (closed 03/05/2020)

2:17–cv–00831–DGC

2:17–cv–00838–DGC (closed 01/10/2020)

2:17–cv–00848–DGC

2:17–cv–00850–DGC (closed 08/16/2018)

2:17–cv–00853–DGC (closed 12/18/2019)

2:17–cv–00854–DGC (closed 01/10/2020)

2:17–cv–00857–DGC (closed 01/03/2020)

2:17–cv–00859–DGC (closed 12/18/2019)

2:17–cv–00860–DGC (closed 01/08/2020)

2:17–cv–00861–DGC (closed 09/18/2018)

2:17–cv–00865–DGC

2:17–cv–00866–DGC

2:17–cv–00867–DGC

2:17–cv–00868–DGC (closed 01/09/2020)

2:17–cv–00869–DGC

2:17–cv–00872–DGC (closed 01/08/2020)

2:17–cv–00876–DGC (closed 03/21/2019)

2:17–cv–00877–DGC (closed 11/01/2019)

2:17–cv–00880–DGC

2:17–cv–01167–DGC (closed 10/02/2018)

2:17–cv–00883–DGC

2:17–cv–00894–DGC

2:17–cv–00895–DGC (closed 12/16/2019)

2:17–cv–00896–DGC (closed 12/16/2019)

2:17–cv–00897–DGC (closed 12/16/2019)

2:17–cv–00898–DGC (closed 07/17/2019)

2:17–cv–00899–DGC

2:17–cv–00901–DGC

2:17–cv–00904–DGC

2:17–cv–00912–DGC (closed 12/10/2019)

2:17–cv–00916–DGC (closed 03/05/2020)

2:17–cv–00917–DGC (closed 03/05/2020)

2:17–cv–00920–DGC (closed 03/05/2020)

2:17–cv–00921–DGC (closed 10/03/2019)

2:17–cv–03767–DGC (closed 10/22/2019)

2:17–cv–00928–DGC (closed 10/22/2019)

2:17–cv–00931–DGC (closed 12/18/2019)

2:17–cv–00938–DGC (closed 12/17/2019)

2:17–cv–00939–DGC (closed 12/17/2019)

2:17–cv–00941–DGC (closed 01/09/2020)

2:17–cv–00946–DGC (closed 03/05/2020)

2:17–cv–00952–DGC (closed 03/05/2020)

2:17–cv–00953–DGC (closed 09/18/2017)

2:17–cv–00956–DGC

2:17–cv–00957–DGC (closed 09/18/2017)

2:17–cv–00958–DGC

2:17–cv–00967–DGC

2:17–cv–00968–DGC

2:17–cv–00971–DGC

2:17–cv–00972–DGC

2:17–cv–00973–DGC (closed 06/14/2017)

2:17–cv–00974–DGC

2:17–cv–00975–DGC (closed 12/18/2019)

2:17–cv–00980–DGC

2:17–cv–00982–DGC

2:17–cv–00983–DGC

2:17–cv–00991–DGC (closed 11/06/2019)

2:17–cv–00992–DGC (closed 10/17/2019)

2:17–cv–00994–DGC (closed 08/20/2019)

2:17–cv–00997–DGC

2:17–cv–00998–DGC

2:17–cv–00999–DGC

2:17–cv–01001–DGC

2:17–cv–01002–DGC (closed 03/05/2020)

2:17–cv–01003–DGC (closed 03/05/2020)

2:17–cv–01004–DGC

2:17–cv–01011–DGC (closed 12/04/2019)

2:17–cv–01021–DGC (closed 03/05/2020)

2:17–cv–01036–DGC (closed 01/02/2020)

2:17–cv–01037–DGC (closed 03/05/2020)

2:17–cv–01046–DGC (closed 08/20/2019)

2:17–cv–01047–DGC (closed 10/17/2019)

2:17–cv–01048–DGC (closed 08/20/2019)

2:17–cv–01049–DGC (closed 03/05/2020)

2:17–cv–01056–DGC (closed 08/20/2019)

2:17–cv–01057–DGC

2:17–cv–01061–DGC (closed 10/29/2019)

2:17–cv–01062–DGC (closed 12/10/2019)

2:17–cv–01063–DGC (closed 12/10/2019)

2:17–cv–01064–DGC (closed 12/10/2019)

2:17–cv–01067–DGC (closed 08/20/2019)

2:17–cv–01068–DGC (closed 08/20/2019)

2:17–cv–01071–DGC (closed 03/17/2020)

2:17–cv–01079–DGC (closed 01/03/2020)

2:17–cv–01088–DGC (closed 08/20/2019)

2:17–cv–01089–DGC

2:17–cv–01095–DGC (closed 01/10/2020)

2:17–cv–01096–DGC (closed 03/05/2020)

2:17–cv–01101–DGC (closed 01/17/2018)

2:17–cv–01105–DGC (closed 01/10/2020)

2:17–cv–01106–DGC

2:17–cv–01116–DGC

2:17–cv–01122–DGC

2:17–cv–01123–DGC (closed 03/05/2020)

2:17–cv–01134–DGC (closed 08/20/2019)

2:17–cv–01136–DGC (closed 08/20/2019)

2:17–cv–01142–DGC

2:17–cv–01144–DGC (closed 03/05/2020)

2:17–cv–01147–DGC (closed 11/22/2019)

2:17–cv–01151–DGC (closed 03/05/2020)

2:17–cv–01152–DGC (closed 08/20/2019)

2:17–cv–01153–DGC (closed 08/20/2019)

2:17–cv–01154–DGC (closed 01/09/2020)

2:17–cv–01155–DGC (closed 01/03/2020)

2:17–cv–01156–DGC

2:17–cv–01158–DGC

2:17–cv–01161–DGC (closed 01/02/2020)

2:17–cv–01162–DGC (closed 01/02/2020)

2:17–cv–01163–DGC (closed 03/05/2020)

2:17–cv–01164–DGC (closed 01/07/2020)

2:17–cv–01165–DGC (closed 01/14/2020)

2:17–cv–01166–DGC (closed 11/20/2019)

2:17–cv–01168–DGC

2:17–cv–01169–DGC

2:17–cv–01170–DGC (closed 07/27/2017)

2:17–cv–01171–DGC

2:17–cv–01172–DGC

2:17–cv–01173–DGC (closed 12/09/2019)

2:17–cv–01174–DGC (closed 03/05/2020)

2:17–cv–01175–DGC (closed 12/05/2019)

2:17–cv–01176–DGC

2:17–cv–01177–DGC (closed 01/03/2020)

2:17–cv–01178–DGC

2:17–cv–01188–DGC (closed 04/23/2019)

2:17–cv–01192–DGC (closed 10/15/2019)

2:17–cv–01194–DGC (closed 10/17/2019)

2:17–cv–01206–DGC (closed 12/30/2019)

2:17–cv–01209–DGC

2:17–cv–01210–DGC

2:17–cv–01216–DGC

2:17–cv–01217–DGC (closed 08/20/2019)

2:17–cv–01218–DGC (closed 02/07/2020)

2:17–cv–01219–DGC

2:17–cv–01221–DGC (closed 08/20/2019)

2:17–cv–01222–DGC (closed 03/04/2020)

2:17–cv–01223–DGC (closed 08/20/2019)

2:17–cv–01224–DGC (closed 01/07/2020)

2:17–cv–01225–DGC (closed 01/07/2020)

2:17–cv–01226–DGC (closed 12/18/2019)

2:17–cv–01235–DGC (closed 03/05/2020)

2:17–cv–01240–DGC

2:17–cv–01241–DGC

2:17–cv–01242–DGC

2:17–cv–01243–DGC (closed 01/03/2020)

2:17–cv–01244–DGC (closed 12/18/2019)

2:17–cv–01245–DGC

2:17–cv–01246–DGC

2:17–cv–01247–DGC

2:17–cv–01250–DGC

2:17–cv–01251–DGC

2:17–cv–01262–DGC (closed 01/14/2020)

2:17–cv–01267–DGC (closed 03/05/2020)

2:17–cv–01273–DGC

2:17–cv–01279–DGC (closed 12/05/2019)

2:17–cv–01280–DGC (closed 01/02/2020)

2:17–cv–01281–DGC (closed 01/02/2020)

2:17–cv–01283–DGC (closed 04/25/2019)

2:17–cv–01286–DGC

2:17–cv–01287–DGC

2:17–cv–01291–DGC (closed 01/14/2020)

2:17–cv–01294–DGC (closed 01/03/2020)

2:17–cv–01295–DGC

2:17–cv–01296–DGC (closed 01/14/2020)

2:17–cv–01297–DGC (closed 01/14/2020)

2:17–cv–01298–DGC (closed 01/14/2020)

2:17–cv–01299–DGC

2:17–cv–01300–DGC

2:17–cv–01304–DGC (closed 11/06/2019)

2:17–cv–01306–DGC (closed 01/10/2020)

2:17–cv–01308–DGC

2:17–cv–01309–DGC (closed 10/17/2019)

2:17–cv–01313–DGC (closed 12/10/2019)

2:17–cv–01314–DGC

2:17–cv–01315–DGC (closed 12/10/2019)

2:17–cv–01316–DGC (closed 12/10/2019)

2:17–cv–01332–DGC (closed 12/10/2019)

2:17–cv–01334–DGC (closed 12/10/2019)

2:17–cv–01336–DGC (closed 01/10/2020)

2:17–cv–01340–DGC

2:17–cv–01341–DGC

2:17–cv–01342–DGC (closed 12/16/2019)

2:17–cv–01343–DGC

2:17–cv–01344–DGC

2:17–cv–01347–DGC

2:17–cv–01348–DGC

2:17–cv–01349–DGC

2:17–cv–01350–DGC

2:17–cv–01351–DGC

2:17–cv–01352–DGC

2:17–cv–01353–DGC

2:17–cv–01354–DGC

2:17–cv–01355–DGC

2:17–cv–01356–DGC

2:17–cv–01357–DGC

2:17–cv–01358–DGC

2:17–cv–01359–DGC

2:17–cv–01360–DGC

2:17–cv–01361–DGC

2:17–cv–01362–DGC

2:17–cv–01363–DGC (closed 11/21/2019)

2:17–cv–01364–DGC (closed 12/11/2019)

2:17–cv–01365–DGC (closed 12/10/2019)

2:17–cv–01366–DGC (closed 12/10/2019)

2:17–cv–01369–DGC

2:17–cv–01370–DGC (closed 12/05/2019)

2:17–cv–01371–DGC

2:17–cv–01372–DGC (closed 03/05/2020)

2:17–cv–01375–DGC

2:17–cv–01379–DGC (closed 12/10/2019)

2:17–cv–01380–DGC

2:17–cv–01381–DGC

2:17–cv–01382–DGC

2:17–cv–01383–DGC

2:17–cv–01384–DGC

2:17–cv–01385–DGC

2:17–cv–01386–DGC

2:17–cv–01387–DGC

2:17–cv–01388–DGC

2:17–cv–01389–DGC

2:17–cv–01390–DGC (closed 01/02/2020)

2:17–cv–01393–DGC

2:17–cv–01401–DGC

2:17–cv–01402–DGC

2:17–cv–01403–DGC (closed 08/20/2019)

2:17–cv–01404–DGC (closed 08/20/2019)

2:17–cv–01405–DGC

2:17–cv–01406–DGC

2:17–cv–01407–DGC

2:17–cv–01408–DGC

2:17–cv–01412–DGC (closed 01/02/2020)

2:17–cv–01413–DGC (closed 01/02/2020)

2:17–cv–01417–DGC (closed 11/06/2019)

2:17–cv–01419–DGC (closed 11/01/2019)

2:17–cv–01436–DGC

2:17–cv–01437–DGC

2:17–cv–01438–DGC

2:17–cv–01440–DGC

2:17–cv–01441–DGC

2:17–cv–01443–DGC

2:17–cv–01444–DGC (closed 12/10/2019)

2:17–cv–01448–DGC (closed 12/16/2019)

2:17–cv–01454–DGC (closed 12/04/2019)

2:17–cv–01458–DGC (closed 03/05/2020)

2:17–cv–01461–DGC (closed 12/18/2019)

2:17–cv–01462–DGC (closed 01/02/2020)

2:17–cv–01471–DGC

2:17–cv–01473–DGC (closed 08/20/2019)

2:17–cv–01475–DGC (closed 03/05/2020)

2:17–cv–01485–DGC

2:17–cv–01491–DGC (closed 01/07/2020)

2:17–cv–01496–DGC (closed 08/20/2019)

2:17–cv–01497–DGC (closed 12/17/2019)

2:17–cv–01498–DGC (closed 12/17/2019)

2:17–cv–01499–DGC (closed 12/17/2019)

2:17–cv–01500–DGC (closed 12/17/2019)

2:17–cv–01501–DGC (closed 10/31/2019)

2:17–cv–01504–DGC (closed 01/14/2020)

2:17–cv–01505–DGC (closed 01/14/2020)

2:17–cv–01506–DGC (closed 09/20/2017)

2:17–cv–01507–DGC

2:17–cv–01508–DGC

2:17–cv–01510–DGC (closed 01/02/2020)

2:17–cv–01511–DGC (closed 01/18/2018)

2:17–cv–01512–DGC (closed 08/20/2019)

2:17–cv–01513–DGC (closed 08/20/2019)

2:17–cv–01514–DGC (closed 08/20/2019)

2:17–cv–01515–DGC (closed 08/20/2019)

2:17–cv–01516–DGC (closed 08/20/2019)

2:17–cv–01517–DGC (closed 01/02/2020)

2:17–cv–01525–DGC

2:17–cv–01526–DGC (closed 08/20/2019)

2:17–cv–01527–DGC (closed 08/20/2019)

2:17–cv–01529–DGC (closed 08/17/2017)

2:17–cv–01530–DGC (closed 09/27/2017)

2:17–cv–01531–DGC (closed 01/08/2020)

2:17–cv–01532–DGC (closed 01/10/2020)

2:17–cv–01533–DGC

2:17–cv–01535–DGC

2:17–cv–01543–DGC (closed 12/11/2019)

2:17–cv–01545–DGC (closed 10/31/2019)

2:17–cv–01546–DGC (closed 10/29/2019)

2:17–cv–01548–DGC (closed 08/20/2019)

2:17–cv–01549–DGC (closed 10/17/2019)

2:17–cv–01550–DGC (closed 08/20/2019)

2:17–cv–01551–DGC

2:17–cv–01559–DGC (closed 10/16/2019)

2:17–cv–01560–DGC (closed 11/06/2019)

2:17–cv–01561–DGC (closed 10/16/2019)

2:17–cv–01562–DGC (closed 10/17/2019)

2:17–cv–01591–DGC (closed 01/09/2020)

2:17–cv–01592–DGC (closed 10/17/2019)

2:17–cv–01593–DGC (closed 12/18/2019)

2:17–cv–01596–DGC (closed 08/20/2019)

2:17–cv–01601–DGC (closed 12/17/2019)

2:17–cv–01603–DGC (closed 01/08/2020)

2:17–cv–01610–DGC (closed 01/06/2020)

2:17–cv–01611–DGC (closed 10/15/2019)

2:17–cv–01612–DGC (closed 10/16/2019)

2:17–cv–01613–DGC (closed 10/16/2019)

2:17–cv–01614–DGC (closed 11/20/2019)

2:17–cv–01615–DGC

2:17–cv–01619–DGC

2:17–cv–01621–DGC (closed 12/04/2019)

2:17–cv–01622–DGC (closed 12/04/2019)

2:17–cv–01625–DGC (closed 03/05/2020)

2:17–cv–01628–DGC (closed 08/20/2019)

2:17–cv–01630–DGC (closed 08/20/2019)

2:17–cv–01634–DGC (closed 08/20/2019)

2:17–cv–01635–DGC (closed 10/15/2019)

2:17–cv–01636–DGC (closed 11/06/2019)

2:17–cv–01637–DGC (closed 10/17/2019)

2:17–cv–01638–DGC (closed 10/17/2019)

2:17–cv–01639–DGC (closed 10/17/2019)

2:17–cv–01640–DGC (closed 10/17/2019)

2:17–cv–01642–DGC (closed 08/20/2019)

2:17–cv–01643–DGC

2:17–cv–01644–DGC

2:17–cv–01645–DGC

2:17–cv–01646–DGC

2:17–cv–01647–DGC

2:17–cv–01648–DGC

2:17–cv–01649–DGC

2:17–cv–01650–DGC

2:17–cv–01651–DGC

2:17–cv–01653–DGC (closed 03/05/2020)

2:17–cv–01654–DGC (closed 12/04/2019)

2:17–cv–01655–DGC (closed 08/20/2019)

2:17–cv–01663–DGC (closed 11/06/2019)

2:17–cv–01664–DGC (closed 03/05/2020)

2:17–cv–01665–DGC (closed 03/05/2020)

2:17–cv–01670–DGC (closed 08/20/2019)

2:17–cv–01671–DGC (closed 08/20/2019)

2:17–cv–01673–DGC (closed 03/05/2020)

2:17–cv–01677–DGC (closed 03/05/2020)

2:17–cv–01678–DGC

2:17–cv–01679–DGC

2:17–cv–01681–DGC

2:17–cv–01682–DGC

2:17–cv–01684–DGC (closed 10/17/2019)

2:17–cv–01687–DGC (closed 08/20/2019)

2:17–cv–01689–DGC (closed 08/20/2019)

2:17–cv–01690–DGC (closed 08/20/2019)

2:17–cv–01691–DGC (closed 08/20/2019)

2:17–cv–01692–DGC (closed 12/16/2019)

2:17–cv–01693–DGC (closed 12/11/2019)

2:17–cv–01697–DGC (closed 03/05/2020)

2:17–cv–01698–DGC

2:17–cv–01699–DGC (closed 12/17/2019)

2:17–cv–01701–DGC

2:17–cv–01702–DGC (closed 01/07/2020)

2:17–cv–01703–DGC

2:17–cv–01704–DGC

2:17–cv–01705–DGC

2:17–cv–01706–DGC

2:17–cv–01707–DGC

2:17–cv–01712–DGC (closed 01/10/2020)

2:17–cv–01713–DGC (closed 01/10/2020)

2:17–cv–01724–DGC

2:17–cv–01728–DGC

2:17–cv–01729–DGC

2:17–cv–01730–DGC (closed 03/05/2020)

2:17–cv–01731–DGC

2:17–cv–01732–DGC (closed 03/05/2020)

2:17–cv–01733–DGC

2:17–cv–01734–DGC

2:17–cv–01735–DGC (closed 11/20/2019)

2:17–cv–01736–DGC (closed 12/18/2019)

2:17–cv–01737–DGC (closed 12/18/2019)

2:17–cv–01739–DGC (closed 12/18/2019)

2:17–cv–01746–DGC (closed 03/05/2020)

2:17–cv–01749–DGC (closed 10/17/2019)

2:17–cv–01750–DGC (closed 10/17/2019)

2:17–cv–01751–DGC (closed 11/06/2019)

2:17–cv–01752–DGC (closed 10/17/2019)

2:17–cv–01753–DGC (closed 10/17/2019)

2:17–cv–01754–DGC (closed 10/17/2019)

2:17–cv–01755–DGC (closed 10/17/2019)

2:17–cv–01756–DGC (closed 10/22/2019)

2:17–cv–01757–DGC (closed 10/22/2019)

2:17–cv–01758–DGC (closed 11/06/2019)

2:17–cv–01760–DGC (closed 08/20/2019)

2:17–cv–01763–DGC

2:17–cv–01764–DGC

2:17–cv–01768–DGC (closed 08/20/2019)

2:17–cv–01772–DGC (closed 02/28/2018)

2:17–cv–02065–DGC (closed 03/05/2020)

2:17–cv–01775–DGC (closed 01/14/2020)

2:17–cv–01780–DGC (closed 03/05/2020)

2:17–cv–01781–DGC (closed 01/10/2020)

2:17–cv–01782–DGC (closed 01/10/2020)

2:17–cv–01783–DGC (closed 12/18/2019)

2:17–cv–01789–DGC

2:17–cv–01796–DGC (closed 12/30/2019)

2:17–cv–01797–DGC (closed 12/30/2019)

2:17–cv–01804–DGC (closed 08/20/2019)

2:17–cv–01805–DGC (closed 01/06/2020)

2:17–cv–01807–DGC (closed 08/16/2018)

2:17–cv–01816–DGC

2:17–cv–01820–DGC (closed 01/02/2020)

2:17–cv–01824–DGC

2:17–cv–01827–DGC

2:17–cv–01828–DGC (closed 12/11/2019)

2:17–cv–01832–DGC (closed 03/05/2020)

2:17–cv–01837–DGC

2:17–cv–01842–DGC (closed 08/20/2019)

2:17–cv–01843–DGC (closed 12/11/2019)

2:17–cv–01845–DGC

2:17–cv–01846–DGC

2:17–cv–01849–DGC

2:17–cv–01850–DGC

2:17–cv–01851–DGC

2:17–cv–01852–DGC

2:17–cv–01853–DGC

2:17–cv–01855–DGC (closed 10/15/2019)

2:17–cv–01858–DGC

2:17–cv–01863–DGC (closed 10/22/2019)

2:17–cv–01864–DGC (closed 11/06/2019)

2:17–cv–01865–DGC (closed 10/22/2019)

2:17–cv–01866–DGC (closed 10/22/2019)

2:17–cv–01867–DGC (closed 10/22/2019)

2:17–cv–01871–DGC (closed 10/23/2019)

2:17–cv–01872–DGC (closed 10/23/2019)

2:17–cv–01873–DGC (closed 10/23/2019)

2:17–cv–01874–DGC (closed 10/23/2019)

2:17–cv–01875–DGC (closed 08/19/2019)

2:17–cv–01880–DGC

2:17–cv–01888–DGC

2:17–cv–01897–DGC (closed 03/04/2020)

2:17–cv–01900–DGC

2:17–cv–01902–DGC (closed 08/01/2017)

2:17–cv–01904–DGC (closed 10/29/2019)

2:17–cv–01911–DGC (closed 01/08/2020)

2:17–cv–01916–DGC (closed 12/04/2019)

2:17–cv–01917–DGC (closed 12/04/2019)

2:17–cv–01918–DGC (closed 01/07/2020)

2:17–cv–01925–DGC (closed 10/29/2019)

2:17–cv–01931–DGC (closed 01/15/2020)

2:17–cv–01932–DGC (closed 01/03/2020)

2:17–cv–01933–DGC (closed 01/03/2020)

2:17–cv–01934–DGC (closed 10/23/2019)

2:17–cv–01935–DGC (closed 10/23/2019)

2:17–cv–01936–DGC (closed 11/21/2019)

2:17–cv–01937–DGC (closed 10/23/2019)

2:17–cv–01938–DGC (closed 11/21/2019)

2:17–cv–01939–DGC (closed 10/29/2019)

2:17–cv–01940–DGC (closed 10/29/2019)

2:17–cv–01948–DGC (closed 10/29/2019)

2:17–cv–01949–DGC (closed 10/29/2019)

2:17–cv–01950–DGC (closed 08/28/2017)
2:17–cv–01951–DGC (closed 01/02/2020)
2:17–cv–01953–DGC (closed 12/03/2018)
2:17–cv–01954–DGC (closed 10/29/2019)
2:17–cv–01955–DGC (closed 11/21/2019)
2:17–cv–01956–DGC (closed 10/29/2019)
2:17–cv–01957–DGC (closed 10/29/2019)
2:17–cv–01958–DGC (closed 10/29/2019)
2:17–cv–01959–DGC (closed 11/21/2019)
2:17–cv–01960–DGC (closed 10/29/2019)
2:17–cv–01961–DGC (closed 10/29/2019)
2:17–cv–01962–DGC (closed 10/29/2019)
2:17–cv–01963–DGC (closed 10/29/2019)
2:17–cv–01964–DGC (closed 10/29/2019)
2:17–cv–01965–DGC (closed 11/21/2019)
2:17–cv–01966–DGC (closed 10/29/2019)
2:17–cv–01967–DGC (closed 10/29/2019)
2:17–cv–01968–DGC (closed 10/29/2019)
2:17–cv–01969–DGC (closed 11/06/2019)
2:17–cv–01970–DGC (closed 11/06/2019)
2:17–cv–01971–DGC (closed 10/29/2019)
2:17–cv–01972–DGC (closed 11/06/2019)
2:17–cv–01973–DGC (closed 11/06/2019)
2:17–cv–01974–DGC (closed 10/29/2019)
2:17–cv–01975–DGC
2:17–cv–01983–DGC (closed 12/16/2019)
2:17–cv–01984–DGC (closed 12/16/2019)
2:17–cv–01992–DGC (closed 12/04/2019)
2:17–cv–01993–DGC (closed 12/04/2019)
2:17–cv–01995–DGC (closed 10/31/2019)
2:17–cv–01996–DGC (closed 10/31/2019)
2:17–cv–01997–DGC (closed 10/31/2019)
2:17–cv–01998–DGC (closed 11/22/2019)
2:17–cv–02000–DGC (closed 10/31/2019)
2:17–cv–02001–DGC (closed 10/31/2019)
2:17–cv–02002–DGC (closed 10/31/2019)
2:17–cv–02003–DGC (closed 10/31/2019)
2:17–cv–02004–DGC (closed 10/31/2019)
2:17–cv–02005–DGC (closed 10/31/2019)
2:17–cv–02006–DGC (closed 11/06/2019)
2:17–cv–02007–DGC (closed 10/31/2019)
2:17–cv–02008–DGC (closed 11/06/2019)
2:17–cv–02009–DGC (closed 10/31/2019)
2:17–cv–02010–DGC (closed 11/06/2019)

2:17–cv–02011–DGC (closed 10/31/2019)

2:17–cv–02012–DGC (closed 10/31/2019)

2:17–cv–02013–DGC (closed 11/06/2019)

2:17–cv–02014–DGC (closed 10/31/2019)

2:17–cv–02015–DGC (closed 11/21/2019)

2:17–cv–02016–DGC (closed 11/21/2019)

2:17–cv–02017–DGC (closed 11/01/2019)

2:17–cv–02066–DGC

2:17–cv–02067–DGC

2:17–cv–02069–DGC (closed 12/17/2019)

2:17–cv–02070–DGC (closed 03/05/2020)

2:17–cv–02071–DGC (closed 03/05/2020)

2:17–cv–02072–DGC (closed 03/05/2020)

2:17–cv–02074–DGC (closed 12/17/2019)

2:17–cv–02075–DGC (closed 12/17/2019)

2:17–cv–02079–DGC (closed 03/05/2020)

2:17–cv–02080–DGC (closed 03/05/2020)

2:17–cv–02086–DGC (closed 11/06/2019)

2:17–cv–02093–DGC (closed 01/08/2020)

2:17–cv–02097–DGC (closed 01/10/2020)

2:17–cv–02099–DGC (closed 12/09/2019)

2:17–cv–02101–DGC

2:17–cv–02102–DGC (closed 08/20/2019)

2:17–cv–02103–DGC

2:17–cv–02104–DGC

2:17–cv–02105–DGC

2:17–cv–02108–DGC (closed 12/04/2019)

2:17–cv–02121–DGC (closed 01/02/2020)

2:17–cv–02126–DGC (closed 10/29/2019)

2:17–cv–02127–DGC (closed 10/23/2018)

2:17–cv–02128–DGC

2:17–cv–02129–DGC (closed 11/20/2019)

2:17–cv–02130–DGC

2:17–cv–02131–DGC (closed 01/08/2020)

2:17–cv–02137–DGC

2:17–cv–02138–DGC

2:17–cv–02139–DGC

2:17–cv–02140–DGC

2:17–cv–02142–DGC

2:17–cv–02147–DGC (closed 01/10/2020)

2:17–cv–02148–DGC

2:17–cv–02149–DGC

2:17–cv–02150–DGC (closed 12/04/2019)

2:17–cv–02151–DGC

2:17–cv–02156–DGC (closed 12/05/2019)

2:17–cv–02157–DGC (closed 01/10/2020)

2:17–cv–02163–DGC (closed 03/05/2020)

2:17–cv–02171–DGC (closed 08/20/2019)

2:17–cv–02172–DGC

2:17–cv–02175–DGC (closed 01/09/2020)

2:17–cv–02176–DGC

2:17–cv–02177–DGC

2:17–cv–02178–DGC

2:17–cv–02179–DGC (closed 11/06/2019)

2:17–cv–02183–DGC

2:17–cv–02184–DGC

2:17–cv–02185–DGC

2:17–cv–02186–DGC

2:17–cv–02196–DGC

2:17–cv–02197–DGC

2:17–cv–02198–DGC

2:17–cv–02199–DGC

2:17–cv–02201–DGC (closed 11/21/2019)

2:17–cv–02202–DGC

2:17–cv–02203–DGC

2:17–cv–02205–DGC (closed 01/14/2020)

2:17–cv–02206–DGC

2:17–cv–02207–DGC

2:17–cv–02208–DGC (closed 12/18/2019)

2:17–cv–02209–DGC

2:17–cv–02210–DGC (closed 12/18/2019)

2:17–cv–02211–DGC (closed 01/03/2020)

2:17–cv–02212–DGC

2:17–cv–02213–DGC

2:17–cv–02217–DGC

2:17–cv–02218–DGC (closed 03/05/2020)

2:17–cv–02222–DGC (closed 03/14/2018)

2:17–cv–02223–DGC

2:17–cv–02200–DGC (closed 09/27/2017)

2:17–cv–02237–DGC

2:17–cv–02238–DGC

2:17–cv–02239–DGC

2:17–cv–02240–DGC (closed 08/20/2019)

2:17–cv–02245–DGC (closed 10/30/2017)

2:17–cv–02246–DGC (closed 03/05/2020)

2:17–cv–02247–DGC (closed 03/05/2020)

2:17–cv–02248–DGC (closed 03/05/2020)

2:17–cv–02251–DGC (closed 08/20/2019)

2:17–cv–02252–DGC (closed 01/08/2020)

2:17–cv–02253–DGC (closed 11/06/2019)

2:17–cv–02254–DGC (closed 12/04/2019)

2:17–cv–02255–DGC (closed 12/04/2019)

2:17–cv–02256–DGC (closed 12/04/2019)

2:17–cv–02263–DGC (closed 07/09/2019)

2:17–cv–02264–DGC (closed 01/15/2020)

2:17–cv–02268–DGC (closed 08/20/2019)

2:17–cv–02271–DGC (closed 12/05/2019)

2:17–cv–02288–DGC (closed 03/05/2020)

2:17–cv–02289–DGC (closed 03/05/2020)

2:17–cv–02290–DGC (closed 03/05/2020)

2:17–cv–02291–DGC (closed 10/23/2019)

2:17–cv–02292–DGC (closed 01/03/2020)

2:17–cv–02294–DGC (closed 03/05/2020)

2:17–cv–02295–DGC

2:17–cv–02296–DGC (closed 03/05/2020)

2:17–cv–02297–DGC (closed 03/05/2020)

2:17–cv–02298–DGC (closed 03/05/2020)

2:17–cv–02299–DGC

2:17–cv–02300–DGC (closed 03/05/2020)

2:17–cv–02301–DGC (closed 03/05/2020)

2:17–cv–02306–DGC (closed 03/05/2020)

2:17–cv–02307–DGC (closed 01/02/2020)

2:17–cv–02308–DGC (closed 01/02/2020)

2:17–cv–02309–DGC (closed 01/08/2020)

2:17–cv–02310–DGC (closed 08/20/2019)

2:17–cv–02319–DGC

2:17–cv–02320–DGC

2:17–cv–02325–DGC (closed 08/20/2019)

2:17–cv–02326–DGC (closed 11/09/2017)

2:17–cv–02327–DGC (closed 01/02/2020)

2:17–cv–02328–DGC (closed 12/17/2019)

2:17–cv–02336–DGC

2:17–cv–02343–DGC (closed 12/16/2019)

2:17–cv–02344–DGC (closed 12/17/2019)

2:17–cv–02349–DGC (closed 12/05/2019)

2:17–cv–02350–DGC

2:17–cv–02354–DGC (closed 03/05/2020)

2:17–cv–02358–DGC (closed 03/05/2020)

2:17–cv–02359–DGC (closed 03/05/2020)

2:17–cv–02366–DGC

2:17–cv–02367–DGC

2:17–cv–02368–DGC

2:17–cv–02369–DGC (closed 12/18/2019)

2:17–cv–02373–DGC (closed 01/03/2020)

2:17–cv–02374–DGC (closed 01/14/2020)

2:17–cv–02377–DGC (closed 03/05/2020)

2:17–cv–02382–DGC (closed 01/10/2020)

2:17–cv–02383–DGC (closed 08/20/2019)

2:17–cv–02388–DGC (closed 08/20/2019)

2:17–cv–02389–DGC (closed 10/17/2019)

2:17–cv–02406–DGC

2:17–cv–02407–DGC (closed 08/20/2019)

2:17–cv–02408–DGC

2:17–cv–02409–DGC

2:17–cv–02410–DGC

2:17–cv–02411–DGC

2:17–cv–02413–DGC

2:17–cv–02414–DGC

2:17–cv–02415–DGC

2:17–cv–02416–DGC (closed 03/05/2020)

2:17–cv–02417–DGC (closed 03/05/2020)

2:17–cv–02418–DGC (closed 03/05/2020)

2:17–cv–02419–DGC (closed 03/05/2020)

2:17–cv–02420–DGC (closed 08/20/2019)

2:17–cv–02422–DGC (closed 08/20/2019)

2:17–cv–02423–DGC (closed 01/02/2020)

2:17–cv–02426–DGC (closed 01/02/2020)

2:17–cv–02427–DGC (closed 12/07/2017)

2:17–cv–02430–DGC (closed 08/20/2019)

2:17–cv–02431–DGC (closed 12/17/2019)

2:17–cv–02438–DGC

2:17–cv–02440–DGC (closed 03/05/2020)

2:17–cv–02441–DGC (closed 10/23/2019)

2:17–cv–02442–DGC

2:17–cv–02446–DGC

2:17–cv–02454–DGC (closed 08/20/2019)

2:17–cv–02455–DGC (closed 08/20/2019)

2:17–cv–02466–DGC

2:17–cv–02467–DGC (closed 03/05/2020)

2:17–cv–02469–DGC (closed 08/20/2019)

2:17–cv–02479–DGC

2:17–cv–02488–DGC (closed 01/06/2020)

2:17–cv–02489–DGC (closed 12/04/2019)

2:17–cv–02490–DGC (closed 11/06/2019)

2:17–cv–02493–DGC (closed 12/10/2019)

2:17–cv–02494–DGC (closed 12/10/2019)

2:17–cv–02495–DGC

2:17–cv–02496–DGC (closed 01/09/2020)

2:17–cv–02497–DGC (closed 01/31/2020)

2:17–cv–02498–DGC (closed 08/20/2019)

2:17–cv–02500–DGC (closed 08/20/2019)

2:17–cv–02505–DGC (closed 01/06/2020)

2:17–cv–02513–DGC (closed 03/05/2020)

2:17–cv–02519–DGC (closed 12/05/2019)

2:17–cv–02520–DGC

2:17–cv–02529–DGC

2:17–cv–02533–DGC (closed 03/05/2020)

2:17–cv–02537–DGC (closed 01/02/2020)

2:17–cv–02538–DGC (closed 03/05/2020)

2:17–cv–02544–DGC (closed 03/05/2020)

2:17–cv–02549–DGC

2:17–cv–02550–DGC (closed 09/18/2018)

2:17–cv–02551–DGC

2:17–cv–02554–DGC (closed 01/09/2020)

2:17–cv–02555–DGC

2:17–cv–02556–DGC (closed 03/05/2020)

2:17–cv–02557–DGC (closed 03/05/2020)

2:17–cv–02566–DGC (closed 01/14/2020)

2:17–cv–02572–DGC (closed 01/10/2020)

2:17–cv–02573–DGC (closed 12/18/2019)

2:17–cv–02577–DGC

2:17–cv–02586–DGC (closed 03/05/2020)

2:17–cv–02587–DGC (closed 03/05/2020)

2:17–cv–02589–DGC (closed 03/04/2020)

2:17–cv–02591–DGC (closed 03/05/2020)

2:17–cv–02592–DGC (closed 03/05/2020)

2:17–cv–02593–DGC (closed 03/05/2020)

2:17–cv–02594–DGC (closed 03/05/2020)

2:17–cv–02595–DGC (closed 03/05/2020)

2:17–cv–02601–DGC

2:17–cv–02602–DGC

2:17–cv–02603–DGC

2:17–cv–02604–DGC

2:17–cv–02605–DGC

2:17–cv–02606–DGC

2:17–cv–02607–DGC

2:17–cv–02608–DGC

2:17–cv–02609–DGC

2:17–cv–02610–DGC

2:17–cv–02612–DGC (closed 12/09/2019)

2:17–cv–02615–DGC (closed 03/05/2020)

2:17–cv–02625–DGC (closed 01/10/2020)

2:17–cv–02629–DGC (closed 03/05/2020)

2:17–cv–02630–DGC (closed 03/05/2020)

2:17–cv–02631–DGC (closed 03/05/2020)

2:17–cv–02632–DGC (closed 03/05/2020)

2:17–cv–02633–DGC (closed 03/05/2020)

2:17–cv–02638–DGC (closed 12/11/2019)

2:17–cv–02639–DGC (closed 03/05/2020)

2:17–cv–02641–DGC (closed 03/05/2020)

2:17–cv–02642–DGC (closed 03/05/2020)

2:17–cv–02643–DGC (closed 03/05/2020)

2:17–cv–02645–DGC (closed 08/14/2018)

2:17–cv–02646–DGC (closed 09/04/2019)

2:17–cv–02651–DGC (closed 03/05/2020)

2:17–cv–02652–DGC (closed 01/10/2020)

2:17–cv–02653–DGC (closed 01/10/2020)

2:17–cv–02654–DGC (closed 01/10/2020)

2:17–cv–02655–DGC (closed 12/04/2019)

2:17–cv–02657–DGC (closed 03/05/2020)

2:17–cv–02658–DGC (closed 03/05/2020)

2:17–cv–02659–DGC (closed 03/05/2020)

2:17–cv–02660–DGC (closed 03/05/2020)

2:17–cv–02661–DGC (closed 03/05/2020)

2:17–cv–02662–DGC (closed 12/18/2019)

2:17–cv–02665–DGC (closed 12/18/2019)

2:17–cv–02666–DGC (closed 01/10/2020)

2:17–cv–02676–DGC (closed 01/10/2020)

2:17–cv–02677–DGC (closed 01/10/2020)

2:17–cv–02678–DGC (closed 03/05/2020)

2:17–cv–02679–DGC (closed 10/31/2017)

2:17–cv–02680–DGC (closed 03/05/2020)

2:17–cv–02681–DGC (closed 03/05/2020)

2:17–cv–02684–DGC (closed 01/10/2020)

2:17–cv–02695–DGC (closed 01/02/2020)

2:17–cv–02708–DGC (closed 03/05/2020)

2:17–cv–02711–DGC (closed 08/20/2019)

2:17–cv–02707–DGC (closed 03/05/2020)

2:17–cv–02713–DGC (closed 08/20/2019)

2:17–cv–02715–DGC

2:17–cv–02717–DGC (closed 01/08/2020)

2:17–cv–02718–DGC (closed 01/02/2020)

2:17–cv–02719–DGC (closed 01/02/2020)

2:17–cv–02720–DGC (closed 03/05/2020)

2:17–cv–02721–DGC (closed 01/02/2020)

2:17–cv–02722–DGC (closed 01/08/2020)

2:17–cv–02735–DGC

2:17–cv–02736–DGC (closed 03/05/2020)

2:17–cv–02742–DGC (closed 11/01/2019)

2:17–cv–02745–DGC

2:17–cv–02746–DGC (closed 11/06/2019)

2:17–cv–02747–DGC (closed 12/05/2019)

2:17–cv–02748–DGC (closed 10/15/2019)

2:17–cv–02760–DGC (closed 12/17/2019)

2:17–cv–02764–DGC (closed 03/04/2020)

2:17–cv–02765–DGC (closed 01/02/2020)

2:17–cv–02769–DGC (closed 03/05/2020)

2:17–cv–02770–DGC (closed 10/31/2019)

2:17–cv–02773–DGC (closed 08/18/2017)

2:17–cv–02774–DGC

2:17–cv–02775–DGC (closed 11/20/2019)

2:17–cv–02777–DGC (closed 10/16/2019)

2:17–cv–02778–DGC (closed 01/09/2020)

2:17–cv–02779–DGC (closed 03/05/2020)

2:17–cv–02784–DGC (closed 01/09/2020)

2:17–cv–02790–DGC (closed 03/04/2020)

2:17–cv–02796–DGC

2:17–cv–02798–DGC (closed 01/08/2020)

2:17–cv–02819–DGC (closed 10/17/2019)

2:17–cv–02821–DGC (closed 03/05/2020)

2:17–cv–02828–DGC (closed 03/05/2020)

2:17–cv–02831–DGC (closed 12/17/2019)

2:17–cv–02832–DGC (closed 12/17/2019)

2:17–cv–02839–DGC (closed 01/02/2020)

2:17–cv–02841–DGC

2:17–cv–02843–DGC (closed 03/05/2020)

2:17–cv–02853–DGC (closed 03/05/2020)

2:17–cv–02854–DGC (closed 03/14/2018)

2:17–cv–02858–DGC (closed 10/29/2019)

2:17–cv–02859–DGC

2:17–cv–02862–DGC (closed 03/05/2020)

2:17–cv–02863–DGC (closed 03/05/2020)

2:17–cv–02866–DGC (closed 12/09/2019)

2:17–cv–02869–DGC (closed 03/05/2020)

2:17–cv–02870–DGC (closed 03/05/2020)

2:17–cv–02872–DGC (closed 11/21/2019)

2:17–cv–02873–DGC (closed 10/15/2019)

2:17–cv–02875–DGC (closed 08/20/2019)

2:17–cv–02877–DGC (closed 01/17/2018)

2:17–cv–02889–DGC (closed 03/05/2020)

2:17–cv–02890–DGC (closed 03/05/2020)

2:17–cv–02891–DGC (closed 03/05/2020)

2:17–cv–02893–DGC (closed 12/17/2019)

2:17–cv–02894–DGC (closed 01/02/2020)

2:17–cv–02895–DGC (closed 01/10/2020)

2:17–cv–02898–DGC (closed 03/05/2020)

2:17–cv–02899–DGC

2:17–cv–02900–DGC (closed 03/04/2020)

2:17–cv–02906–DGC (closed 01/10/2020)

2:17–cv–02910–DGC (closed 12/18/2019)

2:17–cv–02912–DGC (closed 08/20/2019)

2:17–cv–02916–DGC (closed 01/10/2020)

2:17–cv–02917–DGC (closed 08/20/2019)

2:17–cv–02919–DGC (closed 03/05/2020)

2:17–cv–02920–DGC (closed 12/04/2019)

2:17–cv–02922–DGC

2:17–cv–02923–DGC (closed 12/30/2019)

2:17–cv–02926–DGC (closed 12/05/2019)

2:17–cv–02927–DGC (closed 01/10/2020)

2:17–cv–02928–DGC (closed 12/17/2019)

2:17–cv–02929–DGC (closed 03/05/2020)

2:17–cv–02931–DGC (closed 01/10/2020)

2:17–cv–02932–DGC (closed 03/05/2020)

2:17–cv–02936–DGC (closed 01/08/2020)

2:17–cv–02939–DGC (closed 07/17/2018)

2:17–cv–02942–DGC (closed 12/16/2019)

2:17–cv–02943–DGC (closed 12/16/2019)

2:17–cv–02944–DGC (closed 12/16/2019)

2:17–cv–02945–DGC (closed 12/16/2019)

2:17–cv–02946–DGC (closed 12/16/2019)

2:17–cv–02947–DGC (closed 12/04/2019)

2:17–cv–02949–DGC (closed 03/05/2020)

2:17–cv–02951–DGC (closed 03/05/2020)

2:17–cv–02952–DGC (closed 03/05/2020)

2:17–cv–02953–DGC

2:17–cv–02954–DGC (closed 12/17/2019)

2:17–cv–02958–DGC (closed 01/02/2020)

2:17–cv–02959–DGC (closed 01/02/2020)

2:17–cv–02960–DGC (closed 01/02/2020)

2:17–cv–02961–DGC (closed 01/02/2020)

2:17–cv–02962–DGC (closed 01/02/2020)

2:17–cv–02963–DGC (closed 01/02/2020)

2:17–cv–02964–DGC

2:17–cv–02965–DGC (closed 03/05/2020)

2:17–cv–02966–DGC (closed 01/10/2020)

2:17–cv–02967–DGC (closed 01/10/2020)

2:17–cv–02968–DGC (closed 01/10/2020)

2:17–cv–02970–DGC (closed 02/21/2018)

2:17–cv–02971–DGC (closed 01/09/2020)

2:17–cv–02973–DGC (closed 01/08/2020)

2:17–cv–02976–DGC

2:17–cv–02977–DGC

2:17–cv–02978–DGC

2:17–cv–02979–DGC

2:17–cv–02980–DGC

2:17–cv–02981–DGC

2:17–cv–02983–DGC

2:17–cv–02984–DGC

2:17–cv–02985–DGC

2:17–cv–02986–DGC

2:17–cv–02987–DGC (closed 09/29/2017)

2:17–cv–02988–DGC (closed 11/21/2019)

2:17–cv–02989–DGC (closed 12/05/2019)

2:17–cv–02990–DGC (closed 12/05/2019)

2:17–cv–02991–DGC (closed 12/05/2019)

2:17–cv–02992–DGC (closed 12/30/2019)

2:17–cv–02999–DGC (closed 10/17/2019)

2:17–cv–03000–DGC (closed 10/17/2019)

2:17–cv–03001–DGC

2:17–cv–03011–DGC (closed 10/17/2019)

2:17–cv–03012–DGC (closed 01/03/2020)

2:17–cv–03013–DGC (closed 12/18/2019)

2:17–cv–03020–DGC (closed 01/09/2020)

2:17–cv–03021–DGC (closed 01/09/2020)

2:17–cv–03022–DGC

2:17–cv–03023–DGC (closed 03/05/2020)

2:17–cv–03025–DGC (closed 03/21/2019)

2:17–cv–03026–DGC (closed 03/05/2020)

2:17–cv–03027–DGC (closed 03/05/2020)

2:17–cv–03033–DGC (closed 02/06/2020)

2:17–cv–03035–DGC (closed 12/18/2019)

2:17–cv–03036–DGC

2:17–cv–03042–DGC (closed 08/20/2019)

2:17–cv–03052–DGC (closed 12/05/2019)

2:17–cv–03053–DGC (closed 12/09/2019)

2:17–cv–03057–DGC

2:17–cv–03058–DGC

2:17–cv–03059–DGC

2:17–cv–03060–DGC

2:17–cv–03062–DGC (closed 10/15/2019)

2:17–cv–03063–DGC (closed 10/15/2019)

2:17–cv–03064–DGC (closed 10/15/2019)

2:17–cv–03065–DGC (closed 11/20/2019)

2:17–cv–03066–DGC (closed 11/20/2019)

2:17–cv–03067–DGC (closed 11/06/2019)

2:17–cv–03068–DGC (closed 10/17/2019)

2:17–cv–03069–DGC (closed 11/27/2017)

2:17–cv–03070–DGC (closed 10/22/2019)

2:17–cv–03071–DGC (closed 10/23/2019)

2:17–cv–03072–DGC (closed 11/06/2019)

2:17–cv–03073–DGC (closed 10/29/2019)

2:17–cv–03074–DGC (closed 10/29/2019)

2:17–cv–03075–DGC (closed 11/13/2017)

2:17–cv–03076–DGC (closed 10/29/2019)

2:17–cv–03077–DGC (closed 10/29/2019)

2:17–cv–03078–DGC (closed 10/31/2019)

2:17–cv–03079–DGC (closed 10/31/2019)

2:17–cv–03080–DGC (closed 11/21/2019)

2:17–cv–03081–DGC (closed 10/17/2019)

2:17–cv–03082–DGC (closed 11/01/2019)

2:17–cv–03083–DGC (closed 10/22/2019)

2:17–cv–03084–DGC (closed 11/21/2019)

2:17–cv–03085–DGC (closed 10/29/2019)

2:17–cv–03086–DGC (closed 11/21/2019)

2:17–cv–03087–DGC (closed 11/06/2019)

2:17–cv–03088–DGC (closed 10/31/2019)

2:17–cv–03089–DGC (closed 03/14/2019)

2:17–cv–03090–DGC (closed 10/31/2019)

2:17–cv–03091–DGC (closed 10/31/2019)

2:17–cv–03093–DGC (closed 11/06/2019)

2:17–cv–03094–DGC (closed 03/05/2020)

2:17–cv–03095–DGC (closed 10/17/2019)

2:17–cv–03098–DGC (closed 01/02/2020)

2:17–cv–03102–DGC (closed 03/05/2020)

2:17–cv–03103–DGC (closed 03/05/2020)

2:17–cv–03109–DGC (closed 01/08/2020)

2:17–cv–03110–DGC (closed 08/20/2019)

2:17–cv–03111–DGC (closed 12/17/2019)

2:17–cv–03112–DGC (closed 12/17/2019)

2:17–cv–03113–DGC (closed 12/17/2019)

2:17–cv–03114–DGC (closed 03/05/2020)

2:17–cv–03119–DGC (closed 03/05/2020)

2:17–cv–03123–DGC

2:17–cv–03124–DGC (closed 12/05/2019)

2:17–cv–03140–DGC

2:17–cv–03141–DGC

2:17–cv–03142–DGC

2:17–cv–03143–DGC (closed 03/05/2020)

2:17–cv–03144–DGC

2:17–cv–03145–DGC

2:17–cv–03147–DGC

2:17–cv–03151–DGC (closed 01/10/2020)

2:17–cv–03157–DGC (closed 01/03/2020)

2:17–cv–03158–DGC (closed 12/18/2019)

2:17–cv–03163–DGC (closed 12/05/2019)

2:17–cv–03170–DGC

2:17–cv–03171–DGC (closed 11/06/2019)

2:17–cv–03172–DGC (closed 10/29/2019)

2:17–cv–03173–DGC (closed 01/08/2020)

2:17–cv–03174–DGC (closed 03/05/2020)

2:17–cv–03175–DGC (closed 12/17/2019)

2:17–cv–03176–DGC (closed 03/05/2020)

2:17–cv–03178–DGC (closed 09/04/2019)

2:17–cv–03179–DGC (closed 12/30/2019)

2:17–cv–03180–DGC (closed 08/20/2019)

2:17–cv–03181–DGC (closed 01/07/2020)

2:17–cv–03182–DGC (closed 03/05/2020)

2:17–cv–03183–DGC (closed 01/02/2020)

2:17–cv–03192–DGC (closed 12/17/2019)

2:17–cv–03193–DGC (closed 01/02/2020)

2:17–cv–03198–DGC (closed 01/06/2020)

2:17–cv–03199–DGC (closed 01/08/2020)

2:17–cv–03201–DGC (closed 10/02/2019)

2:17–cv–03202–DGC (closed 01/09/2020)

2:17–cv–03203–DGC (closed 01/08/2020)

2:17–cv–03207–DGC (closed 11/06/2019)

2:17–cv–03209–DGC (closed 12/10/2019)

2:17–cv–03210–DGC (closed 12/30/2019)

2:17–cv–03211–DGC (closed 12/30/2019)

2:17–cv–03214–DGC (closed 08/20/2019)

2:17–cv–03216–DGC (closed 01/08/2020)

2:17–cv–03218–DGC (closed 03/05/2020)

2:17–cv–03219–DGC (closed 03/05/2020)

2:17–cv–03225–DGC (closed 12/19/2017)

2:17–cv–03227–DGC (closed 12/04/2019)

2:17–cv–03231–DGC (closed 01/08/2020)

2:17–cv–03237–DGC (closed 01/10/2020)

2:17–cv–03238–DGC (closed 01/08/2020)

2:17–cv–03243–DGC (closed 03/05/2020)

2:17–cv–03244–DGC (closed 01/03/2020)

2:17–cv–03246–DGC (closed 12/04/2019)

2:17–cv–03247–DGC (closed 12/04/2019)

2:17–cv–03251–DGC

2:17–cv–03255–DGC (closed 01/14/2020)

2:17–cv–03256–DGC (closed 01/10/2020)

2:17–cv–03257–DGC (closed 01/08/2020)

2:17–cv–03258–DGC (closed 01/09/2020)

2:17–cv–03259–DGC (closed 01/08/2020)

2:17–cv–03261–DGC

2:17–cv–03268–DGC (closed 12/04/2019)

2:17–cv–03768–DGC (closed 10/16/2019)

2:17–cv–03272–DGC

2:17–cv–03273–DGC (closed 12/17/2019)

2:17–cv–03274–DGC

2:17–cv–03275–DGC (closed 01/09/2020)

2:17–cv–03276–DGC (closed 01/08/2020)

2:17–cv–03277–DGC (closed 01/08/2020)

2:17–cv–03283–DGC (closed 03/05/2020)

2:17–cv–03284–DGC (closed 03/05/2020)

2:17–cv–03285–DGC (closed 03/05/2020)

2:17–cv–03286–DGC (closed 12/17/2019)

2:17–cv–03287–DGC (closed 08/20/2019)

2:17–cv–03288–DGC (closed 01/02/2020)

2:17–cv–03289–DGC (closed 12/17/2019)

2:17–cv–03292–DGC

2:17–cv–03300–DGC (closed 03/05/2020)

2:17–cv–03313–DGC (closed 01/08/2020)

2:17–cv–03317–DGC (closed 06/19/2019)

2:17–cv–03318–DGC (closed 01/02/2020)

2:17–cv–03325–DGC

2:17–cv–03329–DGC (closed 01/03/2020)

2:17–cv–03333–DGC (closed 01/10/2020)

2:17–cv–03334–DGC (closed 01/09/2020)

2:17–cv–03335–DGC (closed 01/09/2020)

2:17–cv–03336–DGC (closed 01/09/2020)

2:17–cv–03337–DGC (closed 03/05/2020)

2:17–cv–03339–DGC (closed 01/02/2020)

2:17–cv–03352–DGC

2:17–cv–03353–DGC (closed 03/05/2020)

2:17–cv–03769–DGC (closed 10/15/2019)

2:17–cv–03367–DGC (closed 08/20/2019)

2:17–cv–03368–DGC (closed 01/08/2020)

2:17–cv–03369–DGC (closed 01/08/2020)

2:17–cv–03370–DGC (closed 01/09/2020)

2:17–cv–03371–DGC (closed 01/10/2020)

2:17–cv–03374–DGC (closed 01/02/2020)

2:18–cv–03014–DGC (closed 12/18/2019)

2:17–cv–03384–DGC (closed 01/07/2020)

2:17–cv–03385–DGC

2:17–cv–03386–DGC (closed 03/05/2020)

2:17–cv–03387–DGC (closed 03/05/2020)

2:17–cv–03388–DGC (closed 03/05/2020)

2:17–cv–03393–DGC (closed 10/23/2019)

2:17–cv–03400–DGC (closed 01/06/2020)

2:17–cv–03401–DGC (closed 11/01/2019)

2:17–cv–03402–DGC (closed 11/22/2019)

2:17–cv–03403–DGC (closed 10/31/2019)

2:17–cv–03404–DGC (closed 10/29/2019)

2:17–cv–03405–DGC (closed 10/17/2019)

2:17–cv–03406–DGC (closed 10/15/2019)

2:17–cv–03407–DGC (closed 11/06/2019)

2:17–cv–03408–DGC (closed 10/23/2019)

2:17–cv–03409–DGC (closed 10/29/2019)

2:17–cv–03410–DGC (closed 10/31/2019)

2:17–cv–03411–DGC (closed 10/22/2019)

2:17–cv–03412–DGC (closed 06/19/2019)

2:17–cv–03413–DGC (closed 11/21/2019)

2:17–cv–03414–DGC (closed 10/29/2019)

2:17–cv–03415–DGC (closed 10/15/2019)

2:17–cv–03416–DGC (closed 10/29/2019)

2:17–cv–03417–DGC (closed 11/01/2019)

2:17–cv–03418–DGC (closed 10/15/2019)

2:17–cv–03423–DGC (closed 11/22/2019)

2:17–cv–03424–DGC (closed 10/15/2019)

2:17–cv–03425–DGC (closed 10/23/2019)

2:17–cv–03426–DGC (closed 10/23/2019)

2:17–cv–03427–DGC (closed 11/06/2019)

2:17–cv–03428–DGC (closed 11/06/2019)

2:17–cv–03430–DGC (closed 11/06/2019)

2:17–cv–03431–DGC (closed 11/06/2019)

2:17–cv–03432–DGC (closed 10/17/2019)

2:17–cv–03433–DGC (closed 11/06/2019)

2:17–cv–03434–DGC (closed 10/29/2019)

2:17–cv–03436–DGC (closed 06/19/2019)

2:17–cv–03437–DGC (closed 11/21/2019)

2:17–cv–03438–DGC (closed 10/31/2019)

2:17–cv–03439–DGC (closed 10/29/2019)

2:17–cv–03440–DGC (closed 03/21/2019)

2:17–cv–03441–DGC (closed 11/21/2019)

2:17–cv–03442–DGC (closed 10/31/2019)

2:17–cv–03443–DGC (closed 11/06/2019)

2:17–cv–03444–DGC (closed 11/06/2019)

2:17–cv–03445–DGC (closed 10/29/2019)

2:17–cv–03446–DGC (closed 10/29/2019)

2:17–cv–03447–DGC (closed 10/17/2019)

2:17–cv–03448–DGC (closed 10/15/2019)

2:17–cv–03449–DGC (closed 11/21/2019)

2:17–cv–03450–DGC (closed 10/29/2019)

2:17–cv–03451–DGC (closed 11/06/2019)

2:17–cv–03452–DGC (closed 10/31/2019)

2:17–cv–03453–DGC (closed 11/06/2019)

2:17–cv–03454–DGC (closed 11/06/2019)

2:17–cv–03455–DGC (closed 10/17/2019)

2:17–cv–03457–DGC (closed 11/20/2019)

2:17–cv–03458–DGC (closed 11/21/2019)

2:17–cv–03459–DGC (closed 11/01/2019)

2:17–cv–03460–DGC (closed 10/17/2019)

2:17–cv–03461–DGC (closed 11/20/2019)

2:17–cv–03462–DGC (closed 10/17/2019)

2:17–cv–03463–DGC (closed 11/20/2019)

2:17–cv–03464–DGC (closed 11/20/2019)

2:17–cv–03465–DGC (closed 11/06/2019)

2:17–cv–03466–DGC (closed 10/29/2019)

2:17–cv–03467–DGC (closed 10/31/2019)

2:17–cv–03468–DGC (closed 10/22/2019)

2:17–cv–03469–DGC (closed 01/07/2020)

2:17–cv–03471–DGC (closed 11/20/2019)

2:17–cv–03472–DGC (closed 10/16/2019)

2:17–cv–03473–DGC (closed 11/21/2019)

2:17–cv–03474–DGC (closed 11/01/2019)

2:17–cv–03475–DGC (closed 10/29/2019)

2:17–cv–03476–DGC (closed 10/29/2019)

2:17–cv–03477–DGC (closed 10/29/2019)

2:17–cv–03478–DGC (closed 10/29/2019)

2:17–cv–03479–DGC (closed 10/17/2019)

2:17–cv–03480–DGC (closed 10/31/2019)

2:17–cv–03481–DGC (closed 10/29/2019)

2:17–cv–03482–DGC (closed 10/23/2019)

2:17–cv–03483–DGC (closed 10/31/2019)

2:17–cv–03484–DGC (closed 11/20/2019)

2:17–cv–03485–DGC (closed 10/29/2019)

2:17–cv–03486–DGC (closed 11/06/2019)

2:17–cv–03487–DGC (closed 10/17/2019)

2:17–cv–03488–DGC (closed 10/15/2019)

2:17–cv–03489–DGC (closed 10/22/2019)

2:17–cv–03490–DGC (closed 10/31/2019)

2:17–cv–03491–DGC (closed 11/06/2019)

2:17–cv–03492–DGC (closed 10/15/2019)

2:17–cv–03493–DGC (closed 10/29/2019)

2:17–cv–03494–DGC (closed 10/29/2019)

2:17–cv–03495–DGC (closed 10/31/2019)

2:17–cv–03496–DGC (closed 10/29/2019)

2:17–cv–03497–DGC (closed 10/15/2019)

2:17–cv–03498–DGC (closed 11/06/2019)

2:17–cv–03499–DGC (closed 10/16/2019)

2:17–cv–03500–DGC (closed 10/29/2019)

2:17–cv–03501–DGC (closed 10/31/2019)

2:17–cv–03502–DGC (closed 10/22/2019)

2:17–cv–03503–DGC (closed 10/17/2019)

2:17–cv–03504–DGC (closed 10/31/2019)

2:17–cv–03505–DGC (closed 10/23/2019)

2:17–cv–03506–DGC (closed 11/21/2019)

2:17–cv–03507–DGC (closed 11/21/2019)

2:17–cv–03513–DGC (closed 10/31/2019)

2:17–cv–03514–DGC (closed 10/31/2019)

2:17–cv–03515–DGC (closed 10/31/2019)

2:17–cv–03516–DGC (closed 10/29/2019)

2:17–cv–03517–DGC (closed 10/22/2019)

2:17–cv–03518–DGC (closed 10/15/2019)

2:17–cv–03519–DGC (closed 10/16/2019)

2:17–cv–03520–DGC (closed 10/29/2019)

2:17–cv–03521–DGC (closed 10/29/2019)

2:17–cv–03522–DGC (closed 10/29/2019)

2:17–cv–03523–DGC (closed 10/29/2019)

2:17–cv–03524–DGC (closed 10/29/2019)

2:17–cv–03525–DGC (closed 11/06/2019)

2:17–cv–03526–DGC (closed 10/29/2019)

2:17–cv–03527–DGC (closed 10/29/2019)

2:17–cv–03528–DGC (closed 10/23/2019)

2:17–cv–03529–DGC (closed 10/29/2019)

2:17–cv–03530–DGC (closed 11/01/2019)

2:17–cv–03531–DGC (closed 11/21/2019)

2:17–cv–03532–DGC (closed 11/20/2019)

2:17–cv–03533–DGC

2:17–cv–03537–DGC (closed 10/22/2019)

2:17–cv–03538–DGC (closed 11/06/2019)

2:17–cv–03539–DGC (closed 10/29/2019)

2:17–cv–03540–DGC (closed 10/17/2019)

2:17–cv–03541–DGC (closed 10/17/2019)

2:17–cv–03542–DGC (closed 11/21/2019)

2:17–cv–03543–DGC (closed 10/29/2019)

2:17–cv–03544–DGC (closed 10/31/2019)

2:17–cv–03545–DGC (closed 10/16/2019)

2:17–cv–03546–DGC (closed 12/16/2019)

2:17–cv–03547–DGC (closed 10/22/2019)

2:17–cv–03548–DGC (closed 12/19/2018)

2:17–cv–03549–DGC (closed 11/06/2019)

2:17–cv–03550–DGC (closed 11/20/2019)

2:17–cv–03551–DGC (closed 10/31/2019)

2:17–cv–03561–DGC (closed 11/06/2019)

2:17–cv–03562–DGC

2:17–cv–03563–DGC

2:17–cv–03564–DGC

2:17–cv–03565–DGC

2:17–cv–03566–DGC

2:17–cv–03567–DGC

2:17–cv–03568–DGC

2:17–cv–03569–DGC (closed 09/18/2018)

2:17–cv–03570–DGC

2:17–cv–03571–DGC

2:17–cv–03572–DGC (closed 07/26/2019)

2:17–cv–03573–DGC

2:17–cv–03574–DGC

2:17–cv–03580–DGC

2:17–cv–03581–DGC

2:17–cv–03582–DGC (closed 01/02/2020)

2:17–cv–03583–DGC (closed 01/08/2020)

2:17–cv–03584–DGC (closed 12/09/2019)

2:17–cv–03585–DGC (closed 01/08/2020)

2:17–cv–03588–DGC (closed 09/24/2018)

2:17–cv–03589–DGC (closed 01/08/2020)

2:17–cv–03590–DGC (closed 01/08/2020)

2:17–cv–03591–DGC (closed 01/09/2020)

2:17–cv–03592–DGC (closed 01/09/2020)

2:17–cv–03593–DGC (closed 01/08/2020)

2:17–cv–03594–DGC (closed 01/25/2018)

2:17–cv–03595–DGC (closed 01/09/2020)

2:17–cv–03596–DGC (closed 01/09/2019)

2:17–cv–03597–DGC (closed 01/13/2020)

2:17–cv–03598–DGC (closed 11/13/2017)

2:17–cv–03599–DGC (closed 10/29/2019)

2:17–cv–03600–DGC (closed 10/15/2019)

2:17–cv–03601–DGC (closed 11/06/2019)

2:17–cv–03602–DGC (closed 10/15/2019)

2:17–cv–03604–DGC (closed 11/06/2019)

2:17–cv–03608–DGC (closed 08/07/2019)

2:17–cv–03603–DGC (closed 11/21/2019)

2:17–cv–03609–DGC (closed 10/08/2019)

2:17–cv–03610–DGC (closed 01/14/2020)

2:17–cv–03611–DGC

2:17–cv–03615–DGC (closed 06/19/2019)

2:17–cv–03617–DGC (closed 01/08/2020)

2:17–cv–03619–DGC (closed 10/17/2019)

2:17–cv–03616–DGC (closed 12/05/2019)

2:17–cv–03620–DGC (closed 01/10/2020)

2:17–cv–03622–DGC (closed 01/09/2020)

2:17–cv–03628–DGC (closed 01/09/2020)

2:17–cv–03634–DGC (closed 11/06/2019)

2:17–cv–03635–DGC (closed 11/20/2019)

2:17–cv–03638–DGC (closed 11/01/2019)

2:17–cv–03639–DGC (closed 10/15/2019)

2:17–cv–03640–DGC (closed 11/06/2019)

2:17–cv–03641–DGC (closed 10/29/2019)

2:17–cv–03642–DGC (closed 11/21/2019)

2:17–cv–03643–DGC (closed 10/29/2019)

2:17–cv–03644–DGC (closed 11/22/2019)

2:17–cv–03645–DGC (closed 10/31/2019)

2:17–cv–03646–DGC (closed 11/01/2019)

2:17–cv–03647–DGC (closed 11/06/2019)

2:17–cv–03648–DGC (closed 10/15/2019)

2:17–cv–03649–DGC (closed 10/22/2019)

2:17–cv–03651–DGC (closed 11/06/2019)

2:17–cv–03652–DGC (closed 10/15/2019)

2:17–cv–03653–DGC (closed 08/20/2019)

2:17–cv–03654–DGC (closed 10/29/2019)

2:17–cv–03655–DGC (closed 10/22/2019)

2:17–cv–03656–DGC (closed 11/20/2019)

2:17–cv–03657–DGC (closed 10/31/2019)

2:17–cv–03658–DGC (closed 10/29/2019)

2:17–cv–03659–DGC (closed 10/15/2019)

2:17–cv–03661–DGC (closed 10/16/2019)

2:17–cv–03666–DGC (closed 12/18/2019)

2:17–cv–03667–DGC (closed 12/18/2019)

2:17–cv–03668–DGC (closed 12/18/2019)

2:17–cv–03669–DGC (closed 08/20/2019)

2:17–cv–03671–DGC (closed 01/09/2020)

2:17–cv–03672–DGC (closed 01/08/2020)

2:17–cv–03673–DGC (closed 01/08/2020)

2:17–cv–03674–DGC (closed 01/09/2020)

2:17–cv–03682–DGC (closed 01/09/2020)

2:17–cv–03683–DGC (closed 03/04/2020)

2:17–cv–03686–DGC (closed 01/10/2020)

2:17–cv–03687–DGC (closed 01/08/2020)

2:17–cv–03689–DGC (closed 01/17/2020)

2:17–cv–03693–DGC (closed 10/29/2019)

2:17–cv–03694–DGC (closed 10/29/2019)

2:17–cv–03695–DGC (closed 10/23/2019)

2:17–cv–03696–DGC (closed 10/29/2019)

2:17–cv–03697–DGC (closed 10/23/2019)

2:17–cv–03698–DGC (closed 11/20/2019)

2:17–cv–03699–DGC (closed 10/29/2019)

2:17–cv–03700–DGC (closed 11/06/2019)

2:17–cv–03701–DGC (closed 11/21/2019)

2:17–cv–03702–DGC (closed 10/22/2019)

2:17–cv–03703–DGC (closed 10/15/2019)

2:17–cv–03704–DGC (closed 11/06/2019)

2:17–cv–03705–DGC (closed 10/15/2019)

2:17–cv–03706–DGC (closed 11/22/2019)

2:17–cv–03707–DGC (closed 11/06/2019)

2:17–cv–03708–DGC (closed 10/23/2019)

2:17–cv–03709–DGC (closed 10/22/2019)

2:17–cv–03710–DGC (closed 12/05/2019)

2:17–cv–03711–DGC (closed 12/05/2019)

2:17–cv–03712–DGC

2:17–cv–03713–DGC (closed 10/29/2019)

2:17–cv–03714–DGC (closed 10/15/2019)

2:17–cv–03715–DGC (closed 11/06/2019)

2:17–cv–03716–DGC (closed 11/20/2019)

2:17–cv–03717–DGC (closed 10/16/2019)

2:17–cv–03720–DGC (closed 10/29/2019)

2:17–cv–03721–DGC (closed 10/17/2019)

2:17–cv–03722–DGC (closed 10/15/2019)

2:17–cv–03724–DGC (closed 11/06/2019)

2:17–cv–03725–DGC (closed 11/06/2019)

2:17–cv–03726–DGC (closed 10/31/2019)

2:17–cv–03727–DGC (closed 11/06/2019)

2:17–cv–03728–DGC (closed 10/29/2019)

2:17–cv–03770–DGC (closed 10/22/2019)

2:17–cv–03771–DGC (closed 10/29/2019)

2:17–cv–03772–DGC (closed 12/11/2019)

2:17–cv–03774–DGC (closed 10/31/2019)

2:17–cv–03776–DGC (closed 11/06/2019)

2:17–cv–03777–DGC (closed 11/06/2019)

2:17–cv–03778–DGC (closed 10/29/2019)

2:17–cv–03779–DGC (closed 10/15/2019)

2:17–cv–03780–DGC

2:17–cv–03781–DGC (closed 12/10/2019)

2:17–cv–03790–DGC (closed 01/10/2020)

2:17–cv–03791–DGC (closed 01/08/2020)

2:17–cv–03792–DGC (closed 06/19/2019)

2:17–cv–03793–DGC (closed 01/08/2020)

2:17–cv–03798–DGC (closed 03/05/2020)

2:17–cv–03802–DGC

2:17–cv–03803–DGC (closed 01/09/2020)

2:17–cv–03804–DGC (closed 01/10/2020)

2:17–cv–03807–DGC (closed 01/09/2020)

2:17–cv–03812–DGC (closed 12/09/2019)

2:17–cv–03822–DGC

2:17–cv–03831–DGC (closed 03/05/2020)

2:17–cv–03837–DGC (closed 11/22/2019)

2:17–cv–03838–DGC (closed 12/04/2019)

2:17–cv–03841–DGC (closed 01/08/2020)

2:17–cv–03846–DGC (closed 01/08/2020)

2:17–cv–03847–DGC (closed 01/09/2020)

2:17–cv–03848–DGC (closed 01/09/2020)

2:17–cv–03849–DGC (closed 08/20/2019)

2:17–cv–03850–DGC (closed 10/29/2019)

2:17–cv–03851–DGC (closed 10/31/2019)

2:17–cv–03852–DGC (closed 10/31/2019)

2:17–cv–03853–DGC (closed 10/22/2019)

2:17–cv–03864–DGC (closed 01/08/2020)

2:17–cv–03865–DGC (closed 01/08/2020)

2:17–cv–03866–DGC (closed 01/08/2020)

2:17–cv–03875–DGC (closed 01/10/2020)

2:17–cv–03876–DGC (closed 01/02/2020)

2:17–cv–03854–DGC (closed 10/17/2019)

2:17–cv–03855–DGC (closed 10/29/2019)

2:17–cv–03856–DGC (closed 10/31/2019)

2:17–cv–03857–DGC (closed 03/05/2020)

2:17–cv–03878–DGC (closed 01/09/2020)

2:17–cv–03879–DGC (closed 12/09/2019)

2:17–cv–03885–DGC (closed 01/10/2020)

2:17–cv–03888–DGC (closed 03/05/2020)

2:17–cv–03891–DGC (closed 03/21/2019)

2:17–cv–03899–DGC (closed 01/09/2020)

2:17–cv–03907–DGC (closed 12/10/2019)

2:17–cv–03908–DGC (closed 12/10/2019)

2:17–cv–03909–DGC (closed 12/10/2019)

2:17–cv–03916–DGC

2:17–cv–03917–DGC (closed 01/09/2020)

2:17–cv–03918–DGC (closed 12/17/2019)

2:17–cv–03919–DGC (closed 01/02/2020)

2:17–cv–03920–DGC (closed 11/06/2019)

2:17–cv–03921–DGC (closed 01/10/2020)

2:17–cv–03924–DGC

2:17–cv–03925–DGC

2:17–cv–03927–DGC

2:17–cv–03930–DGC (closed 01/10/2020)

2:17–cv–03931–DGC

2:17–cv–03932–DGC (closed 12/10/2019)

2:17–cv–03933–DGC (closed 12/10/2019)

2:17–cv–03934–DGC (closed 12/10/2019)

2:17–cv–03935–DGC (closed 12/10/2019)

2:17–cv–03936–DGC (closed 12/10/2019)

2:17–cv–03937–DGC (closed 01/10/2020)

2:17–cv–03946–DGC (closed 12/17/2019)

2:17–cv–03949–DGC

2:17–cv–03957–DGC (closed 08/20/2019)

2:17–cv–03958–DGC (closed 03/05/2020)

2:17–cv–03959–DGC (closed 03/05/2020)

2:17–cv–03960–DGC (closed 03/05/2020)

2:17–cv–03961–DGC

2:17–cv–03968–DGC

2:17–cv–03971–DGC (closed 08/20/2019)

2:17–cv–03976–DGC

2:17–cv–03977–DGC (closed 08/20/2019)

2:17–cv–03978–DGC (closed 01/31/2020)

2:17–cv–03979–DGC (closed 12/04/2019)

2:17–cv–03980–DGC

2:17–cv–03981–DGC (closed 08/20/2019)

2:17–cv–03985–DGC (closed 01/08/2020)

2:17–cv–03986–DGC (closed 01/08/2020)

2:17–cv–03987–DGC (closed 01/09/2020)

2:17–cv–03988–DGC (closed 12/17/2019)

2:17–cv–03989–DGC (closed 08/20/2019)

2:17–cv–03990–DGC

2:17–cv–03992–DGC

2:17–cv–03995–DGC (closed 01/02/2020)

2:17–cv–03996–DGC (closed 01/09/2020)

2:17–cv–03999–DGC (closed 01/14/2020)

2:17–cv–04000–DGC (closed 03/05/2020)

2:17–cv–04001–DGC (closed 03/05/2020)

2:17–cv–04002–DGC (closed 08/20/2019)

2:17–cv–04007–DGC (closed 01/10/2020)

2:17–cv–04009–DGC (closed 01/09/2020)

2:17–cv–04010–DGC (closed 01/08/2020)

2:17–cv–04011–DGC

2:17–cv–04012–DGC (closed 01/08/2020)

2:17–cv–04019–DGC (closed 01/10/2020)

2:17–cv–04021–DGC

2:17–cv–04027–DGC (closed 08/20/2019)

2:17–cv–04028–DGC (closed 08/20/2019)

2:17–cv–04029–DGC

2:17–cv–04030–DGC

2:17–cv–04038–DGC (closed 01/02/2020)

2:17–cv–04039–DGC

2:17–cv–04042–DGC (closed 01/08/2020)

2:17–cv–04043–DGC (closed 01/10/2020)

2:17–cv–04050–DGC (closed 01/02/2020)

2:17–cv–04051–DGC

2:17–cv–04062–DGC (closed 01/08/2020)

2:17–cv–04063–DGC (closed 01/08/2020)

2:17–cv–04064–DGC (closed 11/20/2019)

2:17–cv–04065–DGC (closed 01/08/2020)

2:17–cv–04070–DGC

2:17–cv–04071–DGC

2:17–cv–04072–DGC

2:17–cv–04073–DGC

2:17–cv–04074–DGC

2:17–cv–04075–DGC

2:17–cv–04076–DGC

2:17–cv–04077–DGC

2:17–cv–04078–DGC (closed 01/10/2020)

2:17–cv–04079–DGC (closed 01/10/2020)

2:17–cv–04083–DGC

2:17–cv–04084–DGC (closed 01/08/2020)

2:17–cv–04085–DGC (closed 01/09/2020)

2:17–cv–04099–DGC (closed 01/09/2020)

2:17–cv–04100–DGC (closed 01/09/2020)

2:17–cv–04103–DGC

2:17–cv–04107–DGC (closed 12/18/2019)

2:17–cv–04108–DGC (closed 01/14/2020)

2:17–cv–04109–DGC (closed 01/03/2020)

2:17–cv–04110–DGC (closed 12/30/2019)

2:17–cv–04111–DGC (closed 03/05/2020)

2:17–cv–04114–DGC (closed 01/08/2020)

2:17–cv–04115–DGC (closed 01/10/2020)

2:17–cv–04116–DGC (closed 01/09/2020)

2:17–cv–04117–DGC (closed 01/31/2020)

2:17–cv–04120–DGC (closed 01/13/2020)

2:17–cv–04121–DGC (closed 01/09/2020)

2:17–cv–04131–DGC

2:17–cv–04132–DGC (closed 01/07/2020)

2:17–cv–04133–DGC

2:17–cv–04134–DGC (closed 01/31/2020)

2:17–cv–04135–DGC (closed 12/30/2019)

2:17–cv–04137–DGC (closed 01/09/2020)

2:17–cv–04141–DGC (closed 01/10/2020)

2:17–cv–04142–DGC (closed 01/08/2020)

2:17–cv–04143–DGC (closed 01/08/2020)

2:17–cv–04144–DGC (closed 01/02/2020)

2:17–cv–04145–DGC (closed 12/18/2019)

2:17–cv–04146–DGC (closed 01/07/2020)

2:17–cv–04153–DGC (closed 01/31/2020)

2:17–cv–04154–DGC (closed 12/30/2019)

2:17–cv–04163–DGC (closed 01/02/2020)

2:17–cv–04169–DGC (closed 12/30/2019)

2:17–cv–04170–DGC (closed 12/30/2019)

2:17–cv–04171–DGC (closed 01/02/2020)

2:17–cv–04172–DGC (closed 12/30/2019)

2:17–cv–04174–DGC (closed 12/30/2019)

2:17–cv–04175–DGC (closed 08/20/2019)

2:17–cv–04177–DGC (closed 12/30/2019)

2:17–cv–04178–DGC (closed 12/30/2019)

2:17–cv–04183–DGC

2:17–cv–04184–DGC

2:17–cv–04185–DGC (closed 11/06/2019)

2:17–cv–04186–DGC (closed 01/09/2020)

2:17–cv–04188–DGC (closed 01/09/2020)

2:17–cv–04189–DGC (closed 01/09/2020)

2:17–cv–04190–DGC (closed 01/08/2020)

2:17–cv–04191–DGC (closed 01/08/2020)

2:17–cv–04192–DGC (closed 12/18/2019)

2:17–cv–04211–DGC (closed 08/20/2019)

2:17–cv–04213–DGC (closed 01/09/2020)

2:17–cv–04216–DGC (closed 12/18/2019)

2:17–cv–04220–DGC (closed 03/05/2020)

2:17–cv–04221–DGC (closed 01/10/2020)

2:17–cv–04222–DGC (closed 01/09/2020)

2:17–cv–04223–DGC (closed 01/09/2020)

2:17–cv–04224–DGC (closed 08/20/2019)

2:17–cv–04234–DGC

2:17–cv–04235–DGC (closed 01/09/2020)

2:17–cv–04236–DGC (closed 11/20/2019)

2:17–cv–04237–DGC (closed 01/09/2020)

2:17–cv–04239–DGC (closed 01/08/2020)

2:17–cv–04243–DGC

2:17–cv–04245–DGC (closed 03/05/2020)

2:17–cv–04246–DGC (closed 01/02/2020)

2:17–cv–04252–DGC (closed 03/05/2020)

2:17–cv–04253–DGC (closed 01/08/2020)

2:17–cv–04254–DGC (closed 01/08/2020)

2:17–cv–04255–DGC (closed 01/08/2020)

2:17–cv–04260–DGC

2:17–cv–04264–DGC (closed 12/05/2019)

2:17–cv–04266–DGC (closed 01/13/2020)

2:17–cv–04267–DGC (closed 01/08/2020)

2:17–cv–04269–DGC (closed 01/09/2020)

2:17–cv–04271–DGC

2:17–cv–04272–DGC (closed 01/10/2020)

2:17–cv–04276–DGC (closed 01/08/2020)

2:17–cv–04278–DGC (closed 12/30/2019)

2:17–cv–04279–DGC (closed 01/03/2020)

2:17–cv–04287–DGC (closed 01/02/2020)

2:17–cv–04288–DGC (closed 03/14/2019)

2:17–cv–04289–DGC (closed 03/05/2020)

2:17–cv–04301–DGC (closed 01/14/2020)

2:17–cv–04302–DGC (closed 03/21/2019)

2:17–cv–04303–DGC (closed 07/09/2019)

2:17–cv–04305–DGC (closed 01/06/2020)

2:17–cv–04308–DGC (closed 03/21/2019)

2:17–cv–04309–DGC (closed 01/08/2020)

2:17–cv–04310–DGC (closed 12/30/2019)

2:17–cv–04311–DGC (closed 01/10/2020)

2:17–cv–04316–DGC (closed 10/17/2019)

2:17–cv–04320–DGC (closed 12/30/2019)

2:17–cv–04321–DGC (closed 03/05/2020)

2:17–cv–04327–DGC (closed 01/09/2020)

2:17–cv–04329–DGC (closed 01/10/2020)

2:17–cv–04330–DGC (closed 01/10/2020)

2:17–cv–04331–DGC (closed 01/13/2020)

2:17–cv–04334–DGC (closed 12/30/2019)

2:17–cv–04338–DGC (closed 01/08/2018)

2:17–cv–04339–DGC (closed 10/29/2019)

2:17–cv–04340–DGC (closed 10/29/2019)

2:17–cv–04341–DGC (closed 10/31/2019)

2:17–cv–04342–DGC (closed 10/17/2019)

2:17–cv–04343–DGC (closed 10/31/2019)

2:17–cv–04344–DGC (closed 11/06/2019)

2:17–cv–04346–DGC (closed 12/05/2019)

2:17–cv–04347–DGC (closed 10/31/2019)

2:17–cv–04348–DGC (closed 11/06/2019)

2:17–cv–04349–DGC

2:17–cv–04350–DGC (closed 11/06/2019)

2:17–cv–04351–DGC (closed 11/06/2019)

2:17–cv–04352–DGC (closed 12/05/2019)

2:17–cv–04353–DGC (closed 10/17/2019)

2:17–cv–04354–DGC (closed 11/21/2019)

2:17–cv–04355–DGC (closed 04/09/2018)

2:17–cv–04356–DGC (closed 10/23/2019)

2:17–cv–04357–DGC (closed 10/15/2019)

2:17–cv–04358–DGC (closed 10/23/2019)

2:17–cv–04359–DGC (closed 10/29/2019)

2:17–cv–04360–DGC (closed 11/06/2019)

2:17–cv–04361–DGC (closed 11/06/2019)

2:17–cv–04362–DGC (closed 10/31/2019)

2:17–cv–04363–DGC (closed 12/05/2019)

2:17–cv–04364–DGC (closed 11/20/2019)

2:17–cv–04365–DGC (closed 11/22/2019)

2:17–cv–04370–DGC (closed 12/30/2019)

2:17–cv–04371–DGC (closed 12/17/2019)

2:17–cv–04372–DGC (closed 12/04/2019)

2:17–cv–04377–DGC (closed 01/02/2020)

2:17–cv–04380–DGC (closed 04/05/2018)

2:17–cv–04381–DGC (closed 10/31/2019)

2:17–cv–04382–DGC (closed 10/31/2019)

2:17–cv–04384–DGC (closed 11/06/2019)

2:17–cv–04385–DGC (closed 11/01/2019)

2:17–cv–04386–DGC (closed 10/17/2019)

2:17–cv–04387–DGC (closed 12/04/2019)

2:17–cv–04388–DGC (closed 10/23/2019)

2:17–cv–04389–DGC (closed 04/09/2018)

2:17–cv–04390–DGC (closed 10/29/2019)

2:17–cv–04391–DGC (closed 10/31/2019)

2:17–cv–04392–DGC (closed 11/20/2019)

2:17–cv–04393–DGC (closed 11/21/2019)

2:17–cv–04394–DGC (closed 10/23/2019)

2:17–cv–04395–DGC (closed 10/29/2019)

2:17–cv–04396–DGC (closed 11/01/2019)

2:17–cv–04397–DGC (closed 10/31/2019)

2:17–cv–04398–DGC (closed 04/05/2018)

2:17–cv–04399–DGC (closed 10/31/2019)

2:17–cv–04400–DGC (closed 10/22/2019)

2:17–cv–04401–DGC (closed 10/29/2019)

2:17–cv–04402–DGC (closed 10/29/2019)

2:17–cv–04403–DGC (closed 10/29/2019)

2:17–cv–04404–DGC (closed 10/23/2019)

2:17–cv–04405–DGC (closed 11/06/2019)

2:17–cv–04406–DGC (closed 10/15/2019)

2:17–cv–04345–DGC (closed 10/31/2019)

2:17–cv–04407–DGC (closed 11/22/2019)

2:17–cv–04408–DGC (closed 11/20/2019)

2:17–cv–04409–DGC (closed 10/17/2019)

2:17–cv–04410–DGC (closed 10/23/2019)

2:17–cv–04411–DGC (closed 11/21/2019)

2:17–cv–04412–DGC (closed 10/31/2019)

2:17–cv–04413–DGC (closed 10/29/2019)

2:17–cv–04415–DGC (closed 10/15/2019)

2:17–cv–04414–DGC (closed 10/22/2019)

2:17–cv–04418–DGC (closed 12/04/2019)

2:17–cv–04419–DGC (closed 10/22/2019)

2:17–cv–04420–DGC (closed 10/31/2019)

2:17–cv–04421–DGC (closed 11/21/2019)

2:17–cv–04422–DGC (closed 10/29/2019)

2:17–cv–04423–DGC (closed 11/21/2019)

2:17–cv–04424–DGC (closed 10/29/2019)

2:17–cv–04425–DGC (closed 12/04/2019)

2:17–cv–04426–DGC (closed 11/06/2019)

2:17–cv–04427–DGC (closed 12/05/2019)

2:17–cv–04428–DGC (closed 12/05/2019)

2:17–cv–04430–DGC (closed 10/29/2019)

2:17–cv–04431–DGC (closed 10/29/2019)

2:17–cv–04432–DGC (closed 11/20/2019)

2:17–cv–04433–DGC (closed 10/17/2019)

2:17–cv–04434–DGC (closed 11/06/2019)

2:17–cv–04435–DGC

2:17–cv–04436–DGC (closed 11/20/2019)

2:17–cv–04440–DGC (closed 11/06/2019)

2:17–cv–04449–DGC (closed 12/04/2019)

2:17–cv–04452–DGC (closed 01/02/2020)

2:17–cv–04454–DGC

2:17–cv–04455–DGC

2:17–cv–04459–DGC (closed 12/04/2019)

2:17–cv–04465–DGC (closed 01/02/2020)

2:17–cv–04466–DGC

2:17–cv–04467–DGC (closed 11/06/2019)

2:17–cv–04468–DGC (closed 01/08/2020)

2:17–cv–04469–DGC (closed 12/04/2019)

2:17–cv–04470–DGC (closed 01/10/2020)

2:17–cv–04481–DGC (closed 01/08/2020)

2:17–cv–04482–DGC (closed 01/08/2020)

2:17–cv–04483–DGC (closed 01/10/2020)

2:17–cv–04484–DGC (closed 01/08/2020)

2:17–cv–04485–DGC (closed 01/08/2020)

2:17–cv–04495–DGC (closed 12/09/2019)

2:17–cv–04498–DGC (closed 12/04/2019)

2:17–cv–04499–DGC (closed 10/17/2019)

2:17–cv–04500–DGC (closed 10/17/2019)

2:17–cv–04501–DGC (closed 10/16/2019)

2:17–cv–04502–DGC (closed 10/15/2019)

2:17–cv–04505–DGC (closed 08/20/2019)

2:17–cv–04510–DGC (closed 01/07/2020)

2:17–cv–04512–DGC (closed 08/20/2019)

2:17–cv–04513–DGC (closed 08/20/2019)

2:17–cv–04516–DGC

2:17–cv–04517–DGC (closed 03/05/2020)

2:17–cv–04519–DGC (closed 12/30/2019)

2:17–cv–04521–DGC (closed 11/21/2019)

2:17–cv–04522–DGC (closed 03/05/2020)

2:17–cv–04530–DGC

2:17–cv–04531–DGC

2:17–cv–04532–DGC (closed 07/26/2019)

2:17–cv–04534–DGC (closed 10/31/2019)

2:17–cv–04536–DGC (closed 01/31/2020)

2:17–cv–04538–DGC
2:17–cv–04543–DGC (closed 01/08/2020)
2:17–cv–04548–DGC (closed 08/20/2019)
2:17–cv–04549–DGC (closed 03/05/2020)
2:17–cv–04550–DGC (closed 04/13/2018)
2:17–cv–04557–DGC (closed 01/08/2020)
2:17–cv–04564–DGC (closed 12/11/2019)
2:17–cv–04567–DGC (closed 12/30/2019)
2:17–cv–04569–DGC (closed 01/09/2020)
2:17–cv–04570–DGC (closed 01/09/2020)
2:17–cv–04571–DGC (closed 12/11/2019)
2:17–cv–04572–DGC (closed 01/08/2020)
2:17–cv–04573–DGC (closed 01/08/2020)
2:17–cv–04574–DGC (closed 01/09/2020)
2:17–cv–04578–DGC (closed 01/17/2020)
2:17–cv–04579–DGC (closed 08/20/2019)
2:17–cv–04582–DGC (closed 08/20/2019)
2:17–cv–04583–DGC (closed 08/20/2019)
2:17–cv–04584–DGC (closed 08/20/2019)
2:17–cv–04586–DGC (closed 08/20/2019)
2:17–cv–04587–DGC (closed 12/11/2019)
2:17–cv–04588–DGC (closed 08/20/2019)
2:17–cv–04591–DGC (closed 01/07/2020)
2:17–cv–04594–DGC (closed 12/16/2019)
2:17–cv–04595–DGC
2:17–cv–04599–DGC (closed 03/05/2020)
2:17–cv–04600–DGC
2:17–cv–04606–DGC (closed 12/18/2019)
2:17–cv–04607–DGC (closed 01/14/2020)
2:17–cv–04616–DGC
2:17–cv–04617–DGC
2:17–cv–04618–DGC
2:17–cv–04619–DGC
2:17–cv–04620–DGC
2:17–cv–04621–DGC (closed 03/05/2020)
2:17–cv–04631–DGC (closed 03/05/2020)
2:17–cv–04632–DGC (closed 03/05/2020)
2:17–cv–04634–DGC (closed 03/05/2020)
2:17–cv–04638–DGC (closed 08/20/2019)
2:17–cv–04639–DGC (closed 10/23/2019)
2:17–cv–04640–DGC (closed 10/29/2019)
2:17–cv–04643–DGC
2:17–cv–04644–DGC
2:17–cv–04651–DGC (closed 03/05/2020)

2:17–cv–04653–DGC (closed 12/04/2019)

2:17–cv–04654–DGC

2:17–cv–04656–DGC (closed 03/05/2020)

2:17–cv–04657–DGC

2:17–cv–04658–DGC (closed 03/05/2020)

2:17–cv–04659–DGC

2:17–cv–04660–DGC (closed 12/17/2019)

2:17–cv–04673–DGC (closed 01/03/2020)

2:17–cv–04677–DGC (closed 01/10/2020)

2:17–cv–04678–DGC (closed 01/08/2020)

2:17–cv–04680–DGC (closed 10/25/2018)

2:17–cv–04682–DGC (closed 01/08/2020)

2:17–cv–04683–DGC (closed 01/09/2020)

2:17–cv–04690–DGC (closed 08/20/2019)

2:17–cv–04702–DGC (closed 01/02/2020)

2:17–cv–04717–DGC

2:17–cv–04718–DGC

2:17–cv–04722–DGC (closed 12/11/2019)

2:17–cv–04725–DGC (closed 08/20/2019)

2:17–cv–04733–DGC (closed 08/20/2019)

2:17–cv–04739–DGC

2:17–cv–04740–DGC (closed 03/05/2020)

2:17–cv–04743–DGC (closed 01/10/2020)

2:17–cv–04744–DGC (closed 01/10/2020)

2:17–cv–04753–DGC

2:17–cv–04754–DGC (closed 08/20/2019)

2:17–cv–04755–DGC (closed 08/20/2019)

2:17–cv–04756–DGC (closed 01/02/2020)

2:17–cv–04757–DGC (closed 01/10/2020)

2:17–cv–04767–DGC (closed 12/30/2019)

2:17–cv–04771–DGC (closed 08/19/2019)

2:17–cv–04772–DGC (closed 12/30/2019)

2:17–cv–04777–DGC (closed 12/10/2018)

2:17–cv–04778–DGC (closed 12/30/2019)

2:17–cv–04780–DGC (closed 08/20/2019)

2:17–cv–04781–DGC (closed 08/20/2019)

2:17–cv–04782–DGC (closed 11/01/2018)

2:17–cv–04783–DGC (closed 08/20/2019)

2:17–cv–04785–DGC (closed 12/17/2019)

2:17–cv–04786–DGC (closed 12/17/2019)

2:17–cv–04787–DGC (closed 12/17/2019)

2:17–cv–04788–DGC (closed 12/17/2019)

2:17–cv–04789–DGC (closed 12/30/2019)

2:17–cv–04797–DGC (closed 08/15/2018)

2:17–cv–04798–DGC

2:17–cv–04801–DGC (closed 03/05/2020)

2:18–cv–00008–DGC (closed 12/05/2019)

2:18–cv–00009–DGC (closed 12/30/2019)

2:18–cv–00015–DGC (closed 12/30/2019)

2:18–cv–00016–DGC (closed 12/17/2019)

2:18–cv–00018–DGC (closed 11/15/2019)

2:18–cv–00019–DGC

2:18–cv–00020–DGC

2:18–cv–00021–DGC

2:18–cv–00025–DGC (closed 03/05/2020)

2:18–cv–00030–DGC

2:18–cv–00032–DGC

2:18–cv–00039–DGC (closed 03/05/2020)

2:18–cv–00042–DGC (closed 03/05/2020)

2:18–cv–00044–DGC (closed 01/02/2020)

2:18–cv–00045–DGC (closed 03/05/2020)

2:18–cv–00047–DGC (closed 03/05/2020)

2:18–cv–00048–DGC

2:18–cv–00069–DGC (closed 08/20/2019)

2:18–cv–00070–DGC (closed 01/31/2020)

2:18–cv–00075–DGC (closed 01/09/2020)

2:18–cv–00076–DGC (closed 12/30/2019)

2:18–cv–00081–DGC (closed 12/17/2019)

2:18–cv–00082–DGC (closed 12/30/2019)

2:18–cv–00085–DGC (closed 10/29/2019)

2:18–cv–00086–DGC

2:18–cv–00092–DGC (closed 03/05/2020)

2:18–cv–00096–DGC (closed 12/17/2019)

2:18–cv–00098–DGC (closed 12/04/2019)

2:18–cv–00100–DGC (closed 01/03/2020)

2:18–cv–00101–DGC (closed 12/18/2019)

2:18–cv–00103–DGC (closed 12/30/2019)

2:18–cv–00105–DGC (closed 12/30/2019)

2:18–cv–00110–DGC

2:18–cv–00120–DGC (closed 08/20/2019)

2:18–cv–00123–DGC

2:18–cv–00124–DGC

2:18–cv–00125–DGC

2:18–cv–00126–DGC

2:18–cv–00127–DGC

2:18–cv–00128–DGC

2:18–cv–00129–DGC (closed 01/02/2020)

2:18–cv–00132–DGC (closed 08/20/2019)

2:18–cv–00135–DGC (closed 01/09/2020)

2:18–cv–00139–DGC (closed 08/20/2019)

2:18–cv–00140–DGC

2:18–cv–00141–DGC (closed 03/05/2020)

2:18–cv–00142–DGC (closed 12/09/2019)

2:18–cv–00145–DGC (closed 03/05/2020)

2:18–cv–00147–DGC (closed 12/05/2019)

2:18–cv–00150–DGC (closed 01/02/2020)

2:18–cv–00162–DGC (closed 08/20/2019)

2:18–cv–00163–DGC (closed 12/16/2019)

2:18–cv–00165–DGC

2:18–cv–00167–DGC (closed 01/03/2020)

2:18–cv–00170–DGC (closed 03/05/2020)

2:18–cv–00176–DGC (closed 03/05/2020)

2:18–cv–00177–DGC (closed 01/06/2020)

2:18–cv–00179–DGC

2:18–cv–00180–DGC

2:18–cv–00182–DGC (closed 01/14/2020)

2:18–cv–00184–DGC

2:18–cv–00185–DGC

2:18–cv–00189–DGC

2:18–cv–00190–DGC (closed 08/20/2019)

2:18–cv–00191–DGC (closed 12/30/2019)

2:18–cv–00195–DGC (closed 03/05/2020)

2:18–cv–00199–DGC (closed 12/30/2019)

2:18–cv–00203–DGC (closed 03/05/2020)

2:18–cv–00204–DGC (closed 03/05/2020)

2:18–cv–00213–DGC (closed 01/10/2020)

2:18–cv–00214–DGC (closed 01/14/2020)

2:18–cv–00215–DGC (closed 01/14/2020)

2:18–cv–00216–DGC (closed 01/03/2020)

2:18–cv–00217–DGC (closed 12/18/2019)

2:18–cv–00220–DGC (closed 03/05/2020)

2:18–cv–00222–DGC

2:18–cv–00230–DGC (closed 08/20/2019)

2:18–cv–00231–DGC (closed 12/18/2019)

2:18–cv–00232–DGC (closed 11/06/2019)

2:18–cv–00233–DGC (closed 01/03/2020)

2:18–cv–00240–DGC (closed 03/22/2019)

2:18–cv–00246–DGC

2:18–cv–00252–DGC (closed 03/05/2020)

2:18–cv–00257–DGC (closed 11/21/2019)

2:18–cv–00259–DGC (closed 10/17/2019)

2:18–cv–00260–DGC (closed 08/07/2019)

2:18–cv–00269–DGC (closed 12/04/2019)

2:18–cv–00270–DGC (closed 12/04/2019)

2:18–cv–00272–DGC (closed 03/05/2020)

2:18–cv–00274–DGC (closed 12/30/2019)

2:18–cv–00278–DGC (closed 12/18/2019)

2:18–cv–00279–DGC (closed 03/05/2020)

2:18–cv–00282–DGC

2:18–cv–00283–DGC (closed 10/22/2019)

2:18–cv–00284–DGC (closed 10/29/2019)

2:18–cv–00288–DGC

2:18–cv–00312–DGC

2:18–cv–00314–DGC (closed 01/07/2020)

2:18–cv–00315–DGC (closed 12/09/2019)

2:18–cv–00318–DGC (closed 01/03/2020)

2:18–cv–00320–DGC (closed 03/05/2020)

2:18–cv–00322–DGC (closed 01/03/2020)

2:18–cv–00324–DGC (closed 10/22/2019)

2:18–cv–00325–DGC (closed 10/22/2019)

2:18–cv–00326–DGC (closed 10/23/2019)

2:18–cv–00327–DGC (closed 10/31/2019)

2:18–cv–00328–DGC (closed 10/17/2019)

2:18–cv–00331–DGC (closed 01/06/2020)

2:18–cv–00334–DGC

2:18–cv–00339–DGC (closed 08/20/2019)

2:18–cv–00343–DGC

2:18–cv–00346–DGC

2:18–cv–00347–DGC (closed 12/17/2019)

2:18–cv–00350–DGC (closed 08/20/2019)

2:18–cv–00365–DGC (closed 03/05/2020)

2:18–cv–00366–DGC

2:18–cv–00367–DGC (closed 01/08/2020)

2:18–cv–00368–DGC (closed 08/24/2018)

2:18–cv–00375–DGC (closed 01/03/2020)

2:18–cv–00380–DGC

2:18–cv–00381–DGC (closed 01/02/2020)

2:18–cv–00386–DGC (closed 01/06/2020)

2:18–cv–00387–DGC

2:18–cv–00389–DGC (closed 08/20/2019)

2:18–cv–00390–DGC

2:18–cv–00392–DGC (closed 03/05/2020)

2:18–cv–00395–DGC (closed 04/05/2018)

2:18–cv–00396–DGC

2:18–cv–00401–DGC

2:18–cv–00402–DGC (closed 01/13/2020)

2:18–cv–00403–DGC (closed 01/08/2020)

2:18–cv–00404–DGC

2:18–cv–00405–DGC

2:18–cv–00406–DGC

2:18–cv–00407–DGC

2:18–cv–00408–DGC

2:18–cv–00409–DGC

2:18–cv–00410–DGC

2:18–cv–00417–DGC

2:18–cv–00418–DGC (closed 01/03/2020)

2:18–cv–00423–DGC (closed 01/03/2020)

2:18–cv–00428–DGC (closed 08/20/2019)

2:18–cv–00430–DGC (closed 01/03/2020)

2:18–cv–00441–DGC

2:18–cv–00442–DGC

2:18–cv–00444–DGC

2:18–cv–00446–DGC (closed 03/05/2020)

2:18–cv–00447–DGC (closed 01/06/2020)

2:18–cv–00449–DGC (closed 01/14/2020)

2:18–cv–00454–DGC

2:18–cv–00455–DGC

2:18–cv–00456–DGC

2:18–cv–00457–DGC

2:18–cv–00458–DGC (closed 04/09/2018)

2:18–cv–00459–DGC

2:18–cv–00460–DGC

2:18–cv–00464–DGC (closed 03/05/2020)

2:18–cv–00466–DGC

2:18–cv–00468–DGC

2:18–cv–00469–DGC

2:18–cv–00472–DGC (closed 12/18/2019)

2:18–cv–00473–DGC (closed 08/07/2019)

2:18–cv–00474–DGC

2:18–cv–00475–DGC (closed 08/20/2019)

2:18–cv–00476–DGC (closed 08/20/2019)

2:18–cv–00482–DGC

2:18–cv–00483–DGC (closed 01/08/2020)

2:18–cv–00485–DGC (closed 12/04/2019)

2:18–cv–00495–DGC (closed 08/20/2019)

2:18–cv–00496–DGC (closed 01/08/2020)

2:18–cv–00497–DGC (closed 01/07/2020)

2:18–cv–00510–DGC (closed 08/20/2019)

2:18–cv–00511–DGC (closed 08/20/2019)

2:18–cv–00513–DGC (closed 01/02/2020)

2:18–cv–00514–DGC (closed 01/02/2020)

2:18–cv–00517–DGC (closed 08/20/2019)

2:18–cv–00522–DGC (closed 01/21/2020)

2:18–cv–00523–DGC (closed 01/03/2020)

2:18–cv–00527–DGC (closed 11/06/2019)

2:18–cv–00529–DGC (closed 03/04/2020)

2:18–cv–00530–DGC (closed 03/05/2020)

2:18–cv–00531–DGC (closed 03/05/2020)

2:18–cv–00552–DGC

2:18–cv–00553–DGC

2:18–cv–00554–DGC (closed 12/09/2019)

2:18–cv–00565–DGC (closed 08/20/2019)

2:18–cv–00569–DGC (closed 12/18/2019)

2:18–cv–00570–DGC (closed 09/18/2018)

2:18–cv–00571–DGC (closed 06/01/2018)

2:18–cv–00572–DGC (closed 05/23/2018)

2:18–cv–00576–DGC (closed 12/09/2019)

2:18–cv–00577–DGC (closed 12/04/2019)

2:18–cv–00584–DGC (closed 12/10/2019)

2:18–cv–00586–DGC (closed 08/20/2019)

2:18–cv–00587–DGC (closed 08/20/2019)

2:18–cv–00588–DGC (closed 01/08/2020)

2:18–cv–00591–DGC (closed 08/20/2019)

2:18–cv–00592–DGC (closed 12/10/2019)

2:18–cv–00593–DGC (closed 08/20/2019)

2:18–cv–00595–DGC (closed 08/07/2019)

2:18–cv–00597–DGC (closed 10/17/2019)

2:18–cv–00598–DGC (closed 08/20/2019)

2:18–cv–00600–DGC (closed 01/31/2020)

2:18–cv–00601–DGC (closed 08/20/2019)

2:18–cv–00602–DGC (closed 12/16/2019)

2:18–cv–00603–DGC (closed 01/31/2020)

2:18–cv–00604–DGC (closed 08/20/2019)

2:18–cv–00619–DGC

2:18–cv–00623–DGC (closed 08/20/2019)

2:18–cv–00624–DGC

2:18–cv–00629–DGC (closed 08/20/2019)

2:18–cv–00634–DGC (closed 08/20/2019)

2:18–cv–00637–DGC (closed 08/20/2019)

2:18–cv–00638–DGC (closed 08/20/2019)

2:18–cv–00639–DGC (closed 12/11/2019)

2:18–cv–00640–DGC (closed 08/20/2019)

2:18–cv–00645–DGC (closed 08/20/2019)

2:18–cv–00650–DGC (closed 03/05/2020)

2:18–cv–00651–DGC

2:18–cv–00654–DGC (closed 12/09/2019)

2:18–cv–00663–DGC (closed 01/08/2020)

2:18–cv–00668–DGC

2:18–cv–00675–DGC (closed 03/05/2020)

2:18–cv–00676–DGC (closed 03/05/2020)

2:18–cv–00680–DGC (closed 11/20/2019)

2:18–cv–00683–DGC (closed 12/09/2019)

2:18–cv–00687–DGC

2:18–cv–00701–DGC (closed 03/05/2020)

2:18–cv–00702–DGC

2:18–cv–00703–DGC (closed 08/07/2019)

2:18–cv–00707–DGC (closed 03/05/2020)

2:18–cv–00528–DGC (closed 12/10/2019)

2:18–cv–00717–DGC (closed 03/05/2020)

2:18–cv–00726–DGC (closed 12/18/2019)

2:18–cv–00728–DGC (closed 03/05/2020)

2:18–cv–00729–DGC (closed 03/05/2020)

2:18–cv–00731–DGC

2:18–cv–00732–DGC (closed 08/20/2019)

2:18–cv–00733–DGC (closed 12/04/2019)

2:18–cv–00735–DGC (closed 08/20/2019)

2:18–cv–00736–DGC

2:18–cv–00737–DGC (closed 08/20/2019)

2:18–cv–00739–DGC (closed 12/17/2019)

2:18–cv–00740–DGC (closed 08/20/2019)

2:18–cv–00743–DGC (closed 08/20/2019)

2:18–cv–00746–DGC (closed 08/20/2019)

2:18–cv–00750–DGC

2:18–cv–00751–DGC

2:18–cv–00752–DGC (closed 01/06/2020)

2:18–cv–00755–DGC (closed 09/27/2018)

2:18–cv–00756–DGC

2:18–cv–00757–DGC (closed 03/05/2020)

2:18–cv–00760–DGC (closed 01/10/2020)

2:18–cv–00763–DGC (closed 03/05/2020)

2:18–cv–00764–DGC

2:18–cv–00768–DGC (closed 01/31/2020)

2:18–cv–00769–DGC (closed 12/04/2019)

2:18–cv–00771–DGC (closed 08/20/2019)

2:18–cv–00772–DGC (closed 12/04/2019)

2:18–cv–00773–DGC (closed 12/04/2019)

2:18–cv–00774–DGC (closed 08/20/2019)

2:18–cv–00775–DGC (closed 12/04/2019)

2:18–cv–00776–DGC (closed 12/04/2019)

2:18–cv–00777–DGC

2:18–cv–00778–DGC

2:18–cv–00779–DGC

2:18–cv–00780–DGC

2:18–cv–00781–DGC

2:18–cv–00782–DGC (closed 04/03/2019)

2:18–cv–00783–DGC (closed 12/04/2019)

2:18–cv–00785–DGC

2:18–cv–00784–DGC (closed 12/04/2019)

2:18–cv–00790–DGC (closed 12/10/2019)

2:18–cv–00805–DGC (closed 08/20/2019)

2:18–cv–00808–DGC (closed 12/04/2019)

2:18–cv–00809–DGC (closed 01/09/2020)

2:18–cv–00810–DGC (closed 08/20/2019)

2:18–cv–00811–DGC (closed 12/18/2019)

2:18–cv–00812–DGC (closed 12/18/2019)

2:18–cv–00813–DGC (closed 12/18/2019)

2:18–cv–00814–DGC (closed 08/20/2019)

2:18–cv–00818–DGC (closed 08/20/2019)

2:18–cv–00821–DGC (closed 12/11/2019)

2:18–cv–00822–DGC (closed 06/03/2019)

2:18–cv–00823–DGC (closed 08/20/2019)

2:18–cv–00824–DGC (closed 08/20/2019)

2:18–cv–00826–DGC

2:18–cv–00831–DGC

2:18–cv–00832–DGC (closed 08/20/2019)

2:18–cv–00833–DGC

2:18–cv–00834–DGC (closed 08/20/2019)

2:18–cv–00836–DGC (closed 08/20/2019)

2:18–cv–00842–DGC (closed 12/10/2019)

2:18–cv–00844–DGC (closed 01/07/2020)

2:18–cv–00845–DGC

2:18–cv–00850–DGC

2:18–cv–00852–DGC

2:18–cv–00856–DGC (closed 12/11/2019)

2:18–cv–00860–DGC (closed 12/10/2019)

2:18–cv–00861–DGC (closed 01/07/2020)

2:18–cv–00870–DGC (closed 03/05/2020)

2:18–cv–00872–DGC (closed 01/06/2020)

2:18–cv–00873–DGC

2:18–cv–00876–DGC (closed 01/02/2020)

2:18–cv–00885–DGC (closed 08/20/2019)

2:18–cv–00894–DGC

2:18–cv–00896–DGC (closed 12/13/2018)

2:18–cv–00902–DGC

2:18–cv–00911–DGC (closed 12/16/2019)

2:18–cv–00912–DGC

2:18–cv–00925–DGC (closed 05/11/2018)

2:18–cv–00926–DGC (closed 09/20/2018)

2:18–cv–00928–DGC (closed 12/05/2019)

2:18–cv–00929–DGC (closed 01/06/2020)

2:18–cv–00930–DGC

2:18–cv–00941–DGC (closed 01/07/2020)

2:18–cv–00942–DGC (closed 08/20/2019)

2:18–cv–00944–DGC (closed 12/18/2019)

2:18–cv–00951–DGC (closed 11/06/2019)

2:18–cv–00952–DGC (closed 12/17/2019)

2:18–cv–00956–DGC (closed 01/10/2020)

2:18–cv–00960–DGC (closed 01/03/2020)

2:18–cv–00961–DGC (closed 10/31/2019)

2:18–cv–00963–DGC (closed 12/10/2019)

2:18–cv–00964–DGC (closed 12/18/2019)

2:18–cv–00968–DGC

2:18–cv–00969–DGC

2:18–cv–00972–DGC (closed 03/05/2020)

2:18–cv–00973–DGC (closed 12/16/2019)

2:18–cv–00975–DGC (closed 08/20/2019)

2:18–cv–00976–DGC

2:18–cv–00978–DGC

2:18–cv–00979–DGC (closed 12/16/2019)

2:18–cv–00980–DGC (closed 08/20/2019)

2:18–cv–00983–DGC (closed 11/21/2019)

2:18–cv–00985–DGC

2:18–cv–00986–DGC

2:18–cv–00987–DGC

2:18–cv–00992–DGC (closed 08/20/2019)

2:18–cv–00993–DGC (closed 12/10/2019)

2:18–cv–00994–DGC (closed 12/10/2019)

2:18–cv–00995–DGC

2:18–cv–01002–DGC (closed 01/30/2020)

2:18–cv–01003–DGC

2:18–cv–01004–DGC (closed 08/20/2019)

2:18–cv–01005–DGC (closed 08/20/2019)

2:18–cv–01006–DGC (closed 08/20/2019)

2:18–cv–01007–DGC (closed 04/03/2019)

2:18–cv–01008–DGC (closed 08/20/2019)

2:18–cv–01009–DGC (closed 08/20/2019)

2:18–cv–01010–DGC (closed 10/17/2019)

2:18–cv–01017–DGC (closed 10/23/2019)

2:18–cv–01018–DGC

2:18–cv–01020–DGC (closed 10/22/2019)

2:18–cv–01025–DGC (closed 01/02/2020)

2:18–cv–01029–DGC (closed 12/16/2019)

2:18–cv–01033–DGC

2:18–cv–01037–DGC (closed 01/02/2020)

2:18–cv–01038–DGC (closed 10/31/2019)

2:18–cv–01041–DGC

2:18–cv–01043–DGC (closed 12/16/2019)

2:18–cv–01046–DGC

2:18–cv–01050–DGC (closed 01/08/2020)

2:18–cv–01054–DGC (closed 03/05/2020)

2:18–cv–01056–DGC (closed 06/14/2018)

2:18–cv–01057–DGC (closed 11/21/2019)

2:18–cv–01058–DGC (closed 12/16/2019)

2:18–cv–01069–DGC

2:18–cv–01074–DGC (closed 03/05/2020)

2:18–cv–01075–DGC (closed 12/09/2019)

2:18–cv–01077–DGC (closed 09/21/2018)

2:18–cv–01090–DGC (closed 10/29/2019)

2:18–cv–01092–DGC (closed 01/07/2020)

2:18–cv–01096–DGC

2:18–cv–01097–DGC (closed 11/20/2019)

2:18–cv–01098–DGC

2:18–cv–01099–DGC (closed 01/10/2020)

2:18–cv–01100–DGC (closed 12/04/2019)

2:18–cv–01102–DGC (closed 12/09/2019)

2:18–cv–01106–DGC (closed 12/30/2019)

2:18–cv–01107–DGC

2:18–cv–01108–DGC (closed 12/16/2019)

2:18–cv–01109–DGC (closed 08/07/2019)

2:18–cv–01110–DGC

2:18–cv–01115–DGC (closed 08/20/2019)

2:18–cv–01116–DGC (closed 01/10/2020)

2:18–cv–01118–DGC (closed 01/10/2020)

2:18–cv–01120–DGC

2:18–cv–01133–DGC

2:18–cv–01135–DGC (closed 08/20/2019)

2:18–cv–01139–DGC (closed 03/04/2020)

2:18–cv–01141–DGC

2:18–cv–01142–DGC

2:18–cv–01143–DGC

2:18–cv–01144–DGC

2:18–cv–01145–DGC

2:18–cv–01148–DGC

2:18–cv–01156–DGC

2:18–cv–01147–DGC (closed 03/05/2020)

2:18–cv–01158–DGC

2:18–cv–01166–DGC (closed 01/06/2020)

2:18–cv–01173–DGC (closed 12/09/2019)

2:18–cv–01174–DGC (closed 12/16/2019)

2:18–cv–01178–DGC (closed 08/20/2019)

2:18–cv–01179–DGC (closed 10/17/2019)

2:18–cv–01190–DGC (closed 11/06/2019)

2:18–cv–01195–DGC

2:18–cv–01196–DGC

2:18–cv–01197–DGC

2:18–cv–01217–DGC

2:18–cv–01219–DGC

2:18–cv–01239–DGC (closed 01/08/2020)

2:18–cv–01246–DGC

2:18–cv–01248–DGC (closed 12/04/2019)

2:18–cv–01253–DGC

2:18–cv–01256–DGC (closed 03/05/2020)

2:18–cv–01257–DGC (closed 03/05/2020)

2:18–cv–01260–DGC (closed 11/21/2019)

2:18–cv–01268–DGC (closed 03/05/2020)

2:18–cv–01269–DGC (closed 08/20/2019)

2:18–cv–01277–DGC (closed 10/31/2019)

2:18–cv–01278–DGC (closed 08/20/2019)

2:18–cv–01279–DGC (closed 08/20/2019)

2:18–cv–01287–DGC (closed 10/17/2019)

2:18–cv–01289–DGC

2:18–cv–01290–DGC (closed 06/28/2018)

2:18–cv–01291–DGC (closed 03/05/2020)

2:18–cv–01292–DGC (closed 12/10/2019)

2:18–cv–01298–DGC

2:18–cv–01299–DGC (closed 03/05/2020)

2:18–cv–01303–DGC

2:18–cv–01304–DGC (closed 12/30/2019)

2:18–cv–01307–DGC (closed 12/17/2019)

2:18–cv–01313–DGC (closed 08/20/2019)

2:18–cv–01314–DGC (closed 01/07/2020)

2:18–cv–01315–DGC (closed 01/10/2020)

2:18–cv–01317–DGC (closed 08/20/2019)

2:18–cv–01318–DGC (closed 08/20/2019)

2:18–cv–01320–DGC (closed 11/27/2018)

2:18–cv–01321–DGC (closed 12/10/2019)

2:18–cv–01325–DGC (closed 08/20/2019)

2:18–cv–01324–DGC (closed 08/20/2019)

2:18–cv–01328–DGC (closed 11/21/2019)

2:18–cv–01334–DGC (closed 01/06/2020)

2:18–cv–01336–DGC (closed 03/04/2020)

2:18–cv–01338–DGC

2:18–cv–01340–DGC

2:18–cv–01342–DGC (closed 11/21/2019)

2:18–cv–01343–DGC (closed 11/21/2019)

2:18–cv–01347–DGC (closed 08/20/2019)

2:18–cv–01350–DGC (closed 11/22/2019)

2:18–cv–01353–DGC (closed 01/10/2020)

2:18–cv–01355–DGC (closed 10/22/2019)

2:18–cv–01357–DGC (closed 03/05/2020)

2:18–cv–01358–DGC (closed 08/20/2019)

2:18–cv–01359–DGC (closed 12/09/2019)

2:18–cv–01360–DGC (closed 09/20/2018)

2:18–cv–01363–DGC

2:18–cv–01364–DGC

2:18–cv–01367–DGC (closed 12/11/2019)

2:18–cv–01368–DGC (closed 12/30/2019)

2:18–cv–01369–DGC (closed 12/11/2019)

2:18–cv–01372–DGC (closed 01/02/2020)

2:18–cv–01373–DGC (closed 01/02/2020)

2:18–cv–01374–DGC (closed 12/18/2019)

2:18–cv–01376–DGC

2:18–cv–01377–DGC (closed 01/07/2020)

2:18–cv–01378–DGC

2:18–cv–01380–DGC

2:18–cv–01381–DGC (closed 01/07/2020)

2:18–cv–01388–DGC (closed 12/04/2019)

2:18–cv–01389–DGC

2:18–cv–01390–DGC

2:18–cv–01391–DGC

2:18–cv–01392–DGC (closed 12/05/2019)

2:18–cv–01402–DGC (closed 08/20/2019)

2:18–cv–01411–DGC (closed 10/17/2019)

2:18–cv–01414–DGC (closed 10/17/2019)

2:18–cv–01415–DGC (closed 03/05/2020)

2:18–cv–01420–DGC

2:18–cv–01421–DGC

2:18–cv–01422–DGC (closed 01/08/2020)

2:18–cv–01423–DGC (closed 12/11/2019)

2:18–cv–01426–DGC (closed 06/19/2019)

2:18–cv–01427–DGC (closed 03/05/2020)

2:18–cv–01430–DGC (closed 01/02/2020)

2:18–cv–01440–DGC (closed 03/05/2020)

2:18–cv–01446–DGC

2:18–cv–01448–DGC (closed 12/10/2019)

2:18–cv–01449–DGC (closed 12/30/2019)

2:18–cv–01452–DGC (closed 01/08/2020)

2:18–cv–01459–DGC (closed 01/06/2020)

2:18–cv–01465–DGC (closed 10/17/2019)

2:18–cv–01466–DGC (closed 03/05/2020)

2:18–cv–01467–DGC (closed 01/07/2020)

2:18–cv–01475–DGC (closed 01/08/2020)

2:18–cv–01476–DGC (closed 01/06/2020)

2:18–cv–01477–DGC (closed 01/07/2020)

2:18–cv–01478–DGC (closed 12/09/2019)

2:18–cv–01479–DGC (closed 01/08/2020)

2:18–cv–01487–DGC (closed 12/09/2019)

2:18–cv–01488–DGC (closed 12/09/2019)

2:18–cv–01489–DGC (closed 01/07/2020)

2:18–cv–01494–DGC

2:18–cv–01495–DGC (closed 01/08/2020)

2:18–cv–01496–DGC (closed 07/02/2019)

2:18–cv–01501–DGC (closed 12/09/2019)

2:18–cv–01502–DGC (closed 01/07/2020)

2:18–cv–01503–DGC (closed 01/06/2020)

2:18–cv–01504–DGC (closed 01/08/2020)

2:18–cv–01508–DGC (closed 01/02/2020)

2:18–cv–01509–DGC (closed 01/15/2020)

2:18–cv–01510–DGC (closed 01/08/2020)

2:18–cv–01511–DGC (closed 01/07/2020)

2:18–cv–01520–DGC

2:18–cv–01521–DGC

2:18–cv–01522–DGC

2:18–cv–01528–DGC (closed 12/04/2019)

2:18–cv–01529–DGC (closed 12/04/2019)

2:18–cv–01533–DGC

2:18–cv–01534–DGC

2:18–cv–01547–DGC (closed 12/10/2019)

2:18–cv–01550–DGC (closed 12/18/2019)

2:18–cv–01554–DGC (closed 01/07/2020)

2:18–cv–01556–DGC (closed 01/07/2020)

2:18–cv–01561–DGC (closed 10/17/2019)

2:18–cv–01562–DGC (closed 08/20/2019)

2:18–cv–01563–DGC (closed 08/20/2019)

2:18–cv–01565–DGC

2:18–cv–01566–DGC (closed 01/02/2020)

2:18–cv–01573–DGC (closed 08/20/2019)

2:18–cv–01574–DGC (closed 08/20/2019)

2:18–cv–01575–DGC (closed 03/04/2020)

2:18–cv–01576–DGC (closed 08/20/2019)

2:18–cv–01577–DGC (closed 12/30/2019)

2:18–cv–01578–DGC (closed 08/20/2019)

2:18–cv–01581–DGC

2:18–cv–01585–DGC

2:18–cv–01589–DGC (closed 01/07/2020)

2:18–cv–01593–DGC

2:18–cv–01599–DGC (closed 01/07/2020)

2:18–cv–01600–DGC (closed 08/20/2019)

2:18–cv–01601–DGC (closed 08/20/2019)

2:18–cv–01602–DGC (closed 10/17/2019)

2:18–cv–01607–DGC (closed 01/06/2020)

2:18–cv–01612–DGC (closed 03/05/2020)

2:18–cv–01625–DGC (closed 12/17/2019)

2:18–cv–01626–DGC (closed 12/17/2019)

2:18–cv–01627–DGC (closed 12/17/2019)

2:18–cv–01635–DGC (closed 12/17/2019)

2:18–cv–01636–DGC (closed 12/17/2019)

2:18–cv–01638–DGC (closed 08/20/2019)

2:18–cv–01640–DGC (closed 01/02/2020)

2:18–cv–01642–DGC (closed 03/05/2020)

2:18–cv–01645–DGC (closed 01/02/2020)

2:18–cv–01646–DGC (closed 01/02/2020)

2:18–cv–01647–DGC (closed 10/29/2019)

2:18–cv–01648–DGC (closed 11/06/2019)

2:18–cv–01651–DGC

2:18–cv–01652–DGC

2:18–cv–01656–DGC

2:18–cv–01657–DGC

2:18–cv–01658–DGC (closed 01/03/2020)

2:18–cv–01661–DGC (closed 04/23/2019)

2:18–cv–01662–DGC (closed 12/09/2019)

2:18–cv–01664–DGC (closed 12/09/2019)

2:18–cv–01665–DGC (closed 12/05/2019)

2:18–cv–01666–DGC (closed 01/06/2020)

2:18–cv–01667–DGC (closed 01/07/2020)

2:18–cv–01668–DGC (closed 01/06/2020)

2:18–cv–01669–DGC (closed 01/07/2020)

2:18–cv–01671–DGC (closed 01/07/2020)

2:18–cv–01673–DGC (closed 01/06/2020)

2:18–cv–01674–DGC (closed 01/07/2020)

2:18–cv–01676–DGC (closed 12/09/2019)

2:18–cv–01677–DGC (closed 01/08/2020)

2:18–cv–01678–DGC (closed 01/08/2020)

2:18–cv–01679–DGC (closed 12/09/2019)

2:18–cv–01680–DGC

2:18–cv–01681–DGC (closed 01/08/2020)

2:18–cv–01682–DGC (closed 01/06/2020)

2:18–cv–01683–DGC (closed 12/18/2019)

2:18–cv–01685–DGC (closed 01/06/2020)

2:18–cv–01687–DGC (closed 01/08/2020)

2:18–cv–01688–DGC (closed 12/09/2019)

2:18–cv–01691–DGC (closed 01/07/2020)

2:18–cv–01692–DGC (closed 08/07/2019)

2:18–cv–01694–DGC (closed 01/06/2020)

2:18–cv–01693–DGC (closed 12/30/2019)

2:18–cv–01695–DGC (closed 08/20/2019)

2:18–cv–01696–DGC (closed 01/07/2020)

2:18–cv–01698–DGC (closed 01/08/2020)

2:18–cv–01700–DGC (closed 01/06/2020)

2:18–cv–01706–DGC (closed 01/02/2020)

2:18–cv–01710–DGC (closed 12/09/2019)

2:18–cv–01712–DGC (closed 12/09/2019)

2:18–cv–01716–DGC (closed 01/08/2020)

2:18–cv–01718–DGC (closed 01/06/2020)

2:18–cv–01719–DGC (closed 12/09/2019)

2:18–cv–01723–DGC

2:18–cv–01724–DGC (closed 10/02/2019)

2:18–cv–01728–DGC (closed 08/20/2019)

2:18–cv–01729–DGC

2:18–cv–01731–DGC (closed 01/08/2020)

2:18–cv–01732–DGC

2:18–cv–01734–DGC

2:18–cv–01735–DGC

2:18–cv–01737–DGC (closed 01/08/2020)

2:18–cv–01739–DGC (closed 11/06/2019)

2:18–cv–01740–DGC (closed 01/07/2020)

2:18–cv–01741–DGC

2:18–cv–01742–DGC

2:18–cv–01744–DGC (closed 08/20/2019)

2:18–cv–01745–DGC (closed 01/07/2020)

2:18–cv–01746–DGC (closed 01/08/2020)

2:18–cv–01747–DGC (closed 01/06/2020)

2:18–cv–01749–DGC (closed 12/09/2019)

2:18–cv–01750–DGC (closed 01/07/2020)

2:18–cv–01751–DGC (closed 01/07/2020)

2:18–cv–01752–DGC (closed 12/09/2019)

2:18–cv–01754–DGC (closed 01/07/2020)

2:18–cv–01755–DGC (closed 12/09/2019)

2:18–cv–01756–DGC (closed 12/11/2019)

2:15–md–02641–DGC

2:18–cv–01758–DGC (closed 01/08/2020)

2:18–cv–01762–DGC (closed 12/09/2019)

2:18–cv–01766–DGC (closed 12/17/2019)

2:18–cv–01768–DGC (closed 01/06/2020)

2:18–cv–01753–DGC (closed 01/06/2020)

2:18–cv–01757–DGC (closed 10/03/2019)

2:18–cv–01759–DGC

2:18–cv–01769–DGC (closed 01/08/2020)

2:18–cv–01770–DGC (closed 01/07/2020)

2:18–cv–01771–DGC (closed 01/06/2020)

2:18–cv–01781–DGC (closed 12/30/2019)

2:18–cv–01782–DGC (closed 07/17/2019)

2:18–cv–01784–DGC (closed 01/10/2020)

2:18–cv–01785–DGC (closed 12/09/2019)

2:18–cv–01790–DGC

2:18–cv–01796–DGC (closed 03/17/2020)

2:18–cv–01793–DGC

2:18–cv–01799–DGC

2:18–cv–01800–DGC

2:18–cv–01802–DGC

2:18–cv–01803–DGC (closed 03/05/2020)

2:18–cv–01804–DGC

2:18–cv–01805–DGC

2:18–cv–01806–DGC

2:18–cv–01807–DGC (closed 03/05/2020)

2:18–cv–01808–DGC

2:18–cv–01809–DGC

2:18–cv–01810–DGC (closed 01/02/2020)

2:18–cv–01811–DGC

2:18–cv–01812–DGC (closed 01/08/2020)

2:18–cv–01815–DGC (closed 01/07/2020)

2:18–cv–01817–DGC (closed 10/29/2019)

2:18–cv–01818–DGC

2:18–cv–01819–DGC

2:18–cv–01820–DGC

2:18–cv–01821–DGC

2:18–cv–01826–DGC (closed 03/05/2020)

2:18–cv–01831–DGC (closed 01/08/2020)

2:18–cv–01832–DGC (closed 01/06/2020)

2:18–cv–01837–DGC (closed 01/08/2020)

2:18–cv–01841–DGC (closed 12/09/2019)

2:18–cv–01852–DGC (closed 01/06/2020)

2:18–cv–01855–DGC (closed 01/07/2020)

2:18–cv–01857–DGC

2:18–cv–01858–DGC (closed 01/08/2020)

2:18–cv–01859–DGC (closed 12/09/2019)

2:18–cv–01862–DGC (closed 01/07/2020)

2:18–cv–01863–DGC (closed 01/08/2020)

2:18–cv–01864–DGC (closed 12/09/2019)

2:18–cv–01865–DGC (closed 01/06/2020)

2:18–cv–01867–DGC (closed 03/05/2020)

2:18–cv–01870–DGC (closed 11/22/2019)

2:18–cv–01871–DGC

2:18–cv–01872–DGC (closed 01/07/2020)

2:18–cv–01874–DGC (closed 01/07/2020)

2:18–cv–01878–DGC (closed 01/08/2020)

2:18–cv–01887–DGC (closed 01/03/2020)

2:18–cv–01888–DGC (closed 12/09/2019)

2:18–cv–01889–DGC (closed 12/17/2019)

2:18–cv–01890–DGC (closed 01/06/2020)

2:18–cv–01891–DGC (closed 01/08/2020)

2:18–cv–01892–DGC (closed 08/20/2019)

2:18–cv–01893–DGC (closed 01/07/2020)

2:18–cv–01894–DGC (closed 08/20/2019)

2:18–cv–01896–DGC (closed 01/08/2020)

2:18–cv–01897–DGC

2:18–cv–01898–DGC

2:18–cv–01899–DGC

2:18–cv–01900–DGC (closed 01/07/2020)

2:18–cv–01901–DGC

2:18–cv–01902–DGC (closed 03/05/2020)

2:18–cv–01904–DGC (closed 12/04/2019)

2:18–cv–01905–DGC (closed 01/06/2020)

2:18–cv–01906–DGC (closed 10/03/2019)

2:18–cv–01908–DGC

2:18–cv–01909–DGC (closed 12/09/2019)

2:18–cv–01916–DGC

2:18–cv–01917–DGC (closed 12/09/2019)

2:18–cv–01918–DGC
2:18–cv–01923–DGC (closed 01/09/2020)
2:18–cv–01926–DGC
2:18–cv–01927–DGC (closed 12/09/2019)
2:18–cv–01930–DGC (closed 10/16/2019)
2:18–cv–01931–DGC (closed 12/09/2019)
2:18–cv–01932–DGC (closed 01/08/2020)
2:18–cv–01936–DGC (closed 01/08/2020)
2:18–cv–01938–DGC (closed 01/06/2020)
2:18–cv–01939–DGC (closed 12/11/2019)
2:18–cv–01943–DGC
2:18–cv–01944–DGC (closed 12/09/2019)
2:18–cv–01945–DGC (closed 01/07/2020)
2:18–cv–01946–DGC
2:18–cv–01950–DGC (closed 01/07/2020)
2:18–cv–01951–DGC (closed 10/03/2019)
2:18–cv–01952–DGC (closed 01/13/2020)
2:18–cv–01959–DGC (closed 01/06/2020)
2:18–cv–01960–DGC (closed 01/06/2020)
2:18–cv–01962–DGC (closed 12/11/2019)
2:18–cv–01977–DGC (closed 12/17/2019)
2:18–cv–01978–DGC (closed 01/07/2020)
2:18–cv–01979–DGC (closed 12/09/2019)
2:18–cv–01982–DGC (closed 01/08/2020)
2:18–cv–01984–DGC (closed 01/07/2020)
2:18–cv–01990–DGC (closed 01/08/2020)
2:18–cv–01993–DGC (closed 01/07/2020)
2:18–cv–01994–DGC
2:18–cv–01997–DGC (closed 12/09/2019)
2:18–cv–01999–DGC (closed 10/17/2019)
2:18–cv–02002–DGC
2:18–cv–02003–DGC (closed 09/27/2018)
2:18–cv–02004–DGC (closed 12/10/2019)
2:18–cv–02005–DGC (closed 12/10/2019)
2:18–cv–02006–DGC (closed 11/06/2019)
2:18–cv–02007–DGC (closed 12/10/2019)
2:18–cv–02011–DGC (closed 01/07/2020)
2:18–cv–02014–DGC (closed 01/08/2020)
2:18–cv–02015–DGC (closed 01/07/2020)
2:18–cv–02016–DGC (closed 01/08/2020)
2:18–cv–02022–DGC (closed 01/08/2020)
2:18–cv–02023–DGC (closed 01/06/2020)
2:18–cv–02024–DGC (closed 01/06/2020)
2:18–cv–02025–DGC (closed 01/07/2020)

2:18–cv–02029–DGC (closed 01/08/2020)

2:18–cv–02035–DGC (closed 12/04/2019)

2:18–cv–02036–DGC (closed 10/17/2019)

2:18–cv–02037–DGC (closed 10/17/2019)

2:18–cv–02041–DGC (closed 10/17/2019)

2:18–cv–02042–DGC (closed 05/30/2019)

2:18–cv–02043–DGC (closed 10/17/2019)

2:18–cv–02044–DGC (closed 01/07/2020)

2:18–cv–02045–DGC (closed 01/06/2020)

2:18–cv–02046–DGC (closed 01/10/2020)

2:18–cv–02056–DGC (closed 12/30/2019)

2:18–cv–02060–DGC (closed 01/02/2020)

2:18–cv–02064–DGC (closed 03/05/2020)

2:18–cv–02067–DGC

2:18–cv–02068–DGC (closed 10/31/2019)

2:18–cv–02069–DGC (closed 08/20/2019)

2:18–cv–02077–DGC (closed 07/30/2018)

2:18–cv–02078–DGC (closed 01/14/2020)

2:18–cv–02079–DGC (closed 12/18/2019)

2:18–cv–02082–DGC

2:18–cv–02090–DGC

2:18–cv–02091–DGC (closed 12/18/2019)

2:18–cv–02096–DGC

2:18–cv–02097–DGC

2:18–cv–02098–DGC (closed 12/09/2019)

2:18–cv–02099–DGC (closed 10/03/2019)

2:18–cv–02100–DGC (closed 01/06/2020)

2:18–cv–02107–DGC (closed 12/09/2019)

2:18–cv–02108–DGC (closed 12/30/2019)

2:18–cv–02109–DGC (closed 01/07/2020)

2:18–cv–02110–DGC (closed 01/06/2020)

2:18–cv–02111–DGC (closed 12/09/2019)

2:18–cv–02112–DGC (closed 01/08/2020)

2:18–cv–02113–DGC (closed 01/07/2020)

2:18–cv–02114–DGC (closed 12/09/2019)

2:18–cv–02116–DGC (closed 12/09/2019)

2:18–cv–02117–DGC (closed 01/06/2020)

2:18–cv–02118–DGC (closed 12/30/2019)

2:18–cv–02119–DGC (closed 01/07/2020)

2:18–cv–02121–DGC (closed 01/08/2020)

2:18–cv–02124–DGC (closed 01/07/2020)

2:18–cv–02125–DGC (closed 01/06/2020)

2:18–cv–02126–DGC (closed 01/07/2020)

2:18–cv–02130–DGC

2:18–cv–02131–DGC (closed 03/05/2020)

2:18–cv–02133–DGC (closed 01/02/2020)

2:18–cv–02135–DGC (closed 01/02/2020)

2:18–cv–02136–DGC (closed 12/30/2019)

2:18–cv–02137–DGC (closed 12/09/2019)

2:18–cv–02138–DGC (closed 03/05/2020)

2:18–cv–02139–DGC (closed 12/30/2019)

2:18–cv–02141–DGC (closed 01/08/2020)

2:18–cv–02143–DGC (closed 01/02/2020)

2:18–cv–02144–DGC (closed 01/07/2020)

2:18–cv–02145–DGC (closed 01/07/2020)

2:18–cv–02149–DGC (closed 12/30/2019)

2:18–cv–02150–DGC (closed 12/30/2019)

2:18–cv–02153–DGC

2:18–cv–02154–DGC (closed 12/18/2019)

2:18–cv–02155–DGC (closed 12/30/2019)

2:18–cv–02156–DGC (closed 01/08/2020)

2:18–cv–02157–DGC (closed 12/30/2019)

2:18–cv–02158–DGC (closed 12/30/2019)

2:18–cv–02161–DGC (closed 03/05/2020)

2:18–cv–02162–DGC (closed 12/30/2019)

2:18–cv–02163–DGC (closed 12/30/2019)

2:18–cv–02164–DGC (closed 12/30/2019)

2:18–cv–02168–DGC (closed 03/05/2020)

2:18–cv–02172–DGC (closed 01/06/2020)

2:18–cv–02173–DGC (closed 01/08/2020)

2:18–cv–02174–DGC

2:18–cv–02177–DGC (closed 12/11/2019)

2:18–cv–02180–DGC (closed 07/26/2019)

2:18–cv–02181–DGC (closed 01/07/2020)

2:18–cv–02184–DGC (closed 01/06/2020)

2:18–cv–02185–DGC (closed 01/06/2020)

2:18–cv–02190–DGC (closed 01/07/2020)

2:18–cv–02195–DGC (closed 12/30/2019)

2:18–cv–02198–DGC (closed 03/05/2020)

2:18–cv–02200–DGC (closed 01/06/2020)

2:18–cv–02206–DGC (closed 12/10/2019)

2:18–cv–02214–DGC (closed 03/05/2020)

2:18–cv–02215–DGC (closed 08/20/2019)

2:18–cv–02216–DGC (closed 08/20/2019)

2:18–cv–02222–DGC

2:18–cv–02223–DGC

2:18–cv–02224–DGC

2:18–cv–02227–DGC

2:18–cv–02229–DGC (closed 01/02/2020)
2:18–cv–02231–DGC
2:18–cv–02232–DGC
2:18–cv–02233–DGC (closed 08/20/2019)
2:18–cv–02234–DGC (closed 10/15/2019)
2:18–cv–02236–DGC (closed 01/08/2020)
2:18–cv–02248–DGC (closed 01/07/2020)
2:18–cv–02254–DGC
2:18–cv–02256–DGC (closed 01/06/2020)
2:18–cv–02257–DGC (closed 12/17/2019)
2:18–cv–02262–DGC
2:18–cv–02264–DGC
2:18–cv–02265–DGC
2:18–cv–02266–DGC
2:18–cv–02267–DGC (closed 03/05/2020)
2:18–cv–02271–DGC (closed 12/17/2019)
2:18–cv–02279–DGC (closed 03/05/2020)
2:18–cv–02285–DGC (closed 12/10/2019)
2:18–cv–02287–DGC (closed 12/30/2019)
2:18–cv–02306–DGC (closed 01/17/2020)
2:18–cv–02309–DGC
2:18–cv–02318–DGC
2:18–cv–02321–DGC (closed 03/05/2020)
2:18–cv–02326–DGC (closed 01/08/2020)
2:18–cv–02331–DGC (closed 12/09/2019)
2:18–cv–02344–DGC (closed 10/15/2019)
2:18–cv–02345–DGC (closed 01/08/2020)
2:18–cv–02348–DGC (closed 12/09/2019)
2:18–cv–02349–DGC
2:18–cv–02352–DGC
2:18–cv–02362–DGC
2:18–cv–02363–DGC
2:18–cv–02367–DGC (closed 01/03/2020)
2:18–cv–02368–DGC (closed 03/05/2020)
2:19–cv–01108–DGC (closed 10/17/2019)
2:18–cv–02369–DGC (closed 03/05/2020)
2:18–cv–02373–DGC (closed 11/21/2019)
2:18–cv–02374–DGC (closed 01/14/2019)
2:18–cv–02377–DGC (closed 12/16/2019)
2:18–cv–02375–DGC (closed 08/20/2019)
2:18–cv–02378–DGC (closed 08/20/2019)
2:18–cv–02379–DGC (closed 03/05/2020)
2:18–cv–02380–DGC (closed 08/20/2019)
2:18–cv–02383–DGC (closed 08/20/2019)

2:18–cv–02384–DGC (closed 12/16/2019)
2:18–cv–02385–DGC (closed 06/19/2019)
2:18–cv–02386–DGC
2:18–cv–02387–DGC (closed 03/05/2020)
2:18–cv–02388–DGC (closed 08/20/2019)
2:18–cv–02389–DGC (closed 08/20/2019)
2:18–cv–02392–DGC (closed 08/20/2019)
2:18–cv–02393–DGC (closed 01/15/2020)
2:18–cv–02394–DGC (closed 08/20/2019)
2:18–cv–02395–DGC (closed 08/20/2019)
2:18–cv–02396–DGC (closed 01/31/2020)
2:18–cv–02402–DGC (closed 10/23/2019)
2:18–cv–02403–DGC (closed 08/20/2019)
2:18–cv–02411–DGC (closed 01/31/2020)
2:18–cv–02412–DGC (closed 01/31/2020)
2:18–cv–02413–DGC (closed 06/19/2019)
2:18–cv–02415–DGC (closed 01/31/2020)
2:18–cv–02416–DGC (closed 08/20/2019)
2:18–cv–02419–DGC (closed 01/31/2020)
2:18–cv–02422–DGC (closed 08/20/2019)
2:18–cv–02423–DGC (closed 12/10/2018)
2:18–cv–02424–DGC (closed 01/31/2020)
2:18–cv–02425–DGC (closed 08/20/2019)
2:18–cv–02426–DGC (closed 01/06/2020)
2:18–cv–02427–DGC (closed 11/21/2019)
2:18–cv–02428–DGC (closed 01/02/2020)
2:18–cv–02432–DGC (closed 10/17/2019)
2:18–cv–02433–DGC (closed 01/31/2020)
2:18–cv–02435–DGC (closed 12/09/2019)
2:18–cv–02436–DGC (closed 08/20/2019)
2:18–cv–02438–DGC (closed 12/09/2019)
2:18–cv–02439–DGC (closed 01/08/2020)
2:18–cv–02440–DGC (closed 12/05/2019)
2:18–cv–02441–DGC (closed 08/20/2019)
2:18–cv–02442–DGC (closed 08/20/2019)
2:18–cv–02443–DGC (closed 12/18/2019)
2:18–cv–02444–DGC (closed 01/06/2020)
2:18–cv–02445–DGC (closed 08/20/2019)
2:18–cv–02447–DGC (closed 08/20/2019)
2:18–cv–02453–DGC (closed 03/05/2020)
2:18–cv–02454–DGC
2:18–cv–02455–DGC
2:18–cv–02456–DGC
2:18–cv–02459–DGC (closed 03/05/2020)

2:18–cv–02460–DGC (closed 01/08/2020)

2:18–cv–02370–DGC (closed 03/05/2020)

2:18–cv–02305–DGC

2:18–cv–02480–DGC

2:18–cv–02482–DGC (closed 10/29/2019)

2:18–cv–02484–DGC

2:18–cv–02490–DGC (closed 01/07/2020)

2:18–cv–02495–DGC (closed 01/06/2020)

2:18–cv–02507–DGC (closed 01/07/2020)

2:18–cv–02509–DGC (closed 01/06/2020)

2:18–cv–02510–DGC

2:18–cv–02511–DGC

2:18–cv–02512–DGC

2:18–cv–02513–DGC (closed 08/14/2018)

2:18–cv–02518–DGC (closed 05/31/2019)

2:18–cv–02519–DGC

2:18–cv–02520–DGC (closed 12/11/2019)

2:18–cv–02525–DGC (closed 10/31/2019)

2:19–cv–03253–DGC

2:18–cv–02539–DGC (closed 01/08/2020)

2:18–cv–02541–DGC (closed 03/05/2020)

2:18–cv–02550–DGC (closed 12/16/2019)

2:18–cv–02554–DGC (closed 12/18/2019)

2:18–cv–02559–DGC (closed 03/05/2020)

2:18–cv–02560–DGC (closed 03/05/2020)

2:18–cv–02561–DGC (closed 03/05/2020)

2:18–cv–02562–DGC (closed 03/05/2020)

2:18–cv–02563–DGC (closed 03/05/2020)

2:18–cv–02586–DGC (closed 12/10/2019)

2:18–cv–02587–DGC (closed 01/06/2020)

2:18–cv–02591–DGC

2:18–cv–02592–DGC

2:18–cv–02600–DGC (closed 12/05/2019)

2:18–cv–02605–DGC

2:18–cv–02608–DGC (closed 01/07/2020)

2:18–cv–02617–DGC (closed 03/05/2020)

2:18–cv–02618–DGC (closed 03/05/2020)

2:18–cv–02619–DGC (closed 03/05/2020)

2:18–cv–02623–DGC (closed 12/09/2019)

2:18–cv–02629–DGC

2:18–cv–02630–DGC (closed 03/05/2020)

2:18–cv–02631–DGC (closed 10/17/2019)

2:18–cv–02634–DGC (closed 03/05/2020)

2:18–cv–02637–DGC (closed 08/20/2019)

2:18–cv–02638–DGC (closed 12/05/2019)

2:18–cv–02642–DGC (closed 10/31/2019)

2:18–cv–02644–DGC (closed 12/11/2019)

2:18–cv–02653–DGC (closed 12/09/2019)

2:18–cv–02654–DGC (closed 01/07/2020)

2:18–cv–02656–DGC (closed 12/04/2019)

2:18–cv–02661–DGC (closed 12/04/2019)

2:18–cv–02662–DGC (closed 01/14/2020)

2:18–cv–02667–DGC (closed 10/31/2019)

2:18–cv–02672–DGC (closed 10/31/2019)

2:18–cv–02675–DGC (closed 12/05/2019)

2:18–cv–02676–DGC

2:18–cv–02677–DGC (closed 01/06/2020)

2:18–cv–02681–DGC

2:18–cv–02682–DGC (closed 01/06/2020)

2:18–cv–02683–DGC (closed 12/09/2019)

2:18–cv–02686–DGC (closed 01/08/2020)

2:18–cv–02696–DGC

2:18–cv–02697–DGC

2:18–cv–02698–DGC

2:18–cv–02699–DGC

2:18–cv–02700–DGC

2:18–cv–02701–DGC (closed 01/13/2020)

2:18–cv–02702–DGC

2:18–cv–02713–DGC (closed 08/20/2019)

2:18–cv–02714–DGC (closed 03/05/2020)

2:18–cv–02716–DGC (closed 08/20/2019)

2:18–cv–02717–DGC (closed 12/30/2019)

2:18–cv–02724–DGC

2:18–cv–02719–DGC (closed 10/17/2019)

2:18–cv–02723–DGC

2:18–cv–02731–DGC (closed 01/13/2020)

2:18–cv–02733–DGC (closed 11/21/2019)

2:18–cv–02734–DGC (closed 10/31/2019)

2:18–cv–02741–DGC (closed 12/30/2019)

2:18–cv–02743–DGC (closed 03/05/2020)

2:18–cv–02744–DGC (closed 03/05/2020)

2:18–cv–02746–DGC (closed 01/09/2020)

2:18–cv–02747–DGC

2:18–cv–02754–DGC (closed 01/13/2020)

2:18–cv–02755–DGC

2:18–cv–02757–DGC (closed 03/05/2020)

2:18–cv–02761–DGC

2:18–cv–02762–DGC

2:18–cv–02763–DGC

2:18–cv–02768–DGC

2:18–cv–02771–DGC (closed 12/17/2019)

2:18–cv–02769–DGC (closed 12/17/2019)

2:18–cv–02770–DGC (closed 12/17/2019)

2:18–cv–02772–DGC (closed 10/17/2019)

2:18–cv–02780–DGC (closed 10/29/2019)

2:18–cv–02781–DGC (closed 12/05/2019)

2:18–cv–02782–DGC (closed 12/04/2019)

2:18–cv–02783–DGC (closed 10/29/2019)

2:18–cv–02785–DGC (closed 01/07/2020)

2:18–cv–02789–DGC

2:18–cv–02790–DGC

2:18–cv–02792–DGC

2:18–cv–02797–DGC (closed 01/08/2020)

2:18–cv–02798–DGC

2:18–cv–02801–DGC

2:18–cv–02806–DGC (closed 12/09/2019)

2:18–cv–02820–DGC (closed 03/05/2020)

2:18–cv–02821–DGC (closed 12/04/2019)

2:18–cv–02822–DGC (closed 12/04/2019)

2:18–cv–02823–DGC (closed 03/05/2020)

2:18–cv–02824–DGC (closed 03/04/2020)

2:18–cv–02825–DGC (closed 03/05/2020)

2:18–cv–02827–DGC (closed 03/05/2020)

2:18–cv–02828–DGC

2:18–cv–02829–DGC (closed 03/05/2020)

2:18–cv–02830–DGC (closed 03/05/2020)

2:18–cv–02831–DGC

2:18–cv–02832–DGC

2:18–cv–02837–DGC

2:18–cv–02840–DGC (closed 11/20/2019)

2:18–cv–02841–DGC (closed 11/22/2019)

2:18–cv–02851–DGC (closed 11/21/2019)

2:18–cv–02859–DGC (closed 01/10/2020)

2:18–cv–02871–DGC (closed 03/05/2020)

2:18–cv–02872–DGC (closed 03/05/2020)

2:18–cv–02873–DGC (closed 03/05/2020)

2:18–cv–02874–DGC (closed 03/05/2020)

2:18–cv–02875–DGC

2:18–cv–02876–DGC (closed 03/05/2020)

2:18–cv–02877–DGC (closed 03/05/2020)

2:18–cv–02879–DGC (closed 03/05/2020)

2:18–cv–02881–DGC (closed 03/05/2020)

2:18–cv–02883–DGC (closed 01/06/2020)

2:18–cv–02884–DGC

2:18–cv–02889–DGC (closed 03/05/2020)

2:18–cv–02898–DGC (closed 01/02/2020)

2:18–cv–02899–DGC (closed 01/02/2020)

2:18–cv–02901–DGC (closed 01/02/2020)

2:18–cv–02902–DGC

2:18–cv–02904–DGC

2:18–cv–02906–DGC (closed 03/05/2020)

2:18–cv–02907–DGC

2:18–cv–02908–DGC (closed 03/04/2020)

2:19–cv–01109–DGC (closed 10/17/2019)

2:18–cv–02911–DGC

2:18–cv–02912–DGC (closed 11/21/2019)

2:18–cv–02913–DGC (closed 03/05/2020)

2:18–cv–02915–DGC (closed 12/30/2019)

2:18–cv–02923–DGC (closed 12/11/2019)

2:18–cv–02928–DGC (closed 12/05/2019)

2:18–cv–02934–DGC

2:18–cv–02935–DGC (closed 03/05/2020)

2:18–cv–02933–DGC (closed 12/09/2019)

2:18–cv–02936–DGC (closed 08/20/2019)

2:18–cv–02939–DGC (closed 10/02/2018)

2:18–cv–02940–DGC (closed 01/10/2020)

2:18–cv–02941–DGC (closed 11/21/2019)

2:18–cv–02947–DGC (closed 12/09/2019)

2:18–cv–02951–DGC (closed 10/31/2019)

2:18–cv–02953–DGC (closed 03/04/2020)

2:18–cv–02954–DGC (closed 10/19/2018)

2:18–cv–02961–DGC (closed 12/04/2019)

2:18–cv–02962–DGC (closed 12/04/2019)

2:18–cv–02964–DGC (closed 12/11/2019)

2:18–cv–02965–DGC (closed 12/04/2019)

2:18–cv–02966–DGC (closed 12/04/2019)

2:18–cv–02967–DGC (closed 12/04/2019)

2:18–cv–02968–DGC (closed 12/04/2019)

2:18–cv–02969–DGC (closed 12/04/2019)

2:18–cv–02970–DGC (closed 12/04/2019)

2:18–cv–02973–DGC (closed 12/04/2019)

2:18–cv–02974–DGC (closed 03/05/2020)

2:18–cv–02977–DGC (closed 12/11/2019)

2:18–cv–02982–DGC

2:18–cv–02983–DGC

2:18–cv–02984–DGC

2:18–cv–02985–DGC

2:18–cv–02992–DGC

2:18–cv–02993–DGC

2:18–cv–02994–DGC

2:18–cv–02995–DGC

2:18–cv–02996–DGC

2:18–cv–02998–DGC

2:18–cv–02999–DGC

2:18–cv–03024–DGC (closed 03/05/2020)

2:18–cv–03025–DGC (closed 03/05/2020)

2:18–cv–03030–DGC (closed 03/05/2020)

2:18–cv–03032–DGC (closed 03/05/2020)

2:18–cv–03034–DGC

2:18–cv–03043–DGC (closed 08/20/2019)

2:18–cv–03057–DGC (closed 11/21/2019)

2:18–cv–03060–DGC

2:18–cv–03061–DGC

2:18–cv–03064–DGC (closed 12/10/2019)

2:18–cv–03065–DGC (closed 12/10/2019)

2:18–cv–03066–DGC

2:18–cv–03067–DGC (closed 01/07/2020)

2:18–cv–03071–DGC (closed 12/16/2019)

2:18–cv–03072–DGC

2:18–cv–03073–DGC (closed 12/04/2019)

2:18–cv–03079–DGC

2:18–cv–03080–DGC (closed 07/16/2019)

2:18–cv–03081–DGC

2:18–cv–03082–DGC

2:18–cv–03085–DGC

2:18–cv–03086–DGC

2:18–cv–03087–DGC

2:18–cv–03088–DGC (closed 07/16/2019)

2:18–cv–03089–DGC

2:18–cv–03090–DGC

2:18–cv–03091–DGC

2:18–cv–03092–DGC

2:18–cv–03093–DGC

2:18–cv–03094–DGC (closed 07/10/2019)

2:18–cv–03095–DGC

2:18–cv–03096–DGC (closed 07/02/2019)

2:18–cv–03097–DGC

2:18–cv–03098–DGC

2:18–cv–03099–DGC

2:18–cv–03100–DGC

2:18–cv–03101–DGC

2:18–cv–03102–DGC

2:18–cv–03103–DGC

2:18–cv–03104–DGC

2:18–cv–03105–DGC

2:18–cv–03106–DGC

2:18–cv–03107–DGC

2:18–cv–03109–DGC

2:18–cv–03111–DGC (closed 10/11/2018)

2:18–cv–03112–DGC

2:18–cv–03113–DGC

2:18–cv–03114–DGC

2:18–cv–03116–DGC (closed 12/30/2019)

2:18–cv–03117–DGC (closed 01/08/2020)

2:18–cv–03121–DGC (closed 01/08/2020)

2:18–cv–03122–DGC (closed 10/17/2019)

2:18–cv–03123–DGC (closed 01/07/2020)

2:18–cv–03126–DGC (closed 01/10/2020)

2:18–cv–03128–DGC (closed 10/17/2019)

2:18–cv–03131–DGC (closed 12/30/2019)

2:18–cv–03133–DGC (closed 12/30/2019)

2:18–cv–03138–DGC

2:18–cv–03139–DGC (closed 03/05/2020)

2:18–cv–03140–DGC (closed 03/05/2020)

2:18–cv–03383–DGC (closed 11/22/2019)

2:18–cv–03146–DGC (closed 12/30/2019)

2:18–cv–03156–DGC (closed 12/30/2019)

2:18–cv–03157–DGC (closed 12/30/2019)

2:18–cv–03166–DGC

2:18–cv–03167–DGC

2:18–cv–03168–DGC

2:18–cv–03169–DGC (closed 12/17/2018)

2:18–cv–03170–DGC (closed 01/03/2020)

2:18–cv–03171–DGC

2:18–cv–03172–DGC

2:18–cv–03173–DGC

2:18–cv–03174–DGC (closed 12/04/2019)

2:18–cv–03177–DGC (closed 12/18/2019)

2:18–cv–03181–DGC

2:18–cv–03182–DGC (closed 12/18/2019)

2:18–cv–03183–DGC (closed 12/04/2019)

2:18–cv–03186–DGC (closed 01/06/2020)

2:18–cv–03187–DGC (closed 12/09/2019)

2:18–cv–03189–DGC

2:18–cv–03190–DGC (closed 12/11/2019)

2:18–cv–03191–DGC (closed 12/11/2019)

2:18–cv–03192–DGC (closed 03/05/2020)

2:18–cv–03193–DGC

2:18–cv–03194–DGC

2:18–cv–03195–DGC

2:18–cv–03196–DGC

2:18–cv–03198–DGC

2:18–cv–03199–DGC

2:18–cv–03200–DGC (closed 12/05/2019)

2:18–cv–03214–DGC (closed 03/05/2020)

2:18–cv–03215–DGC (closed 03/05/2020)

2:18–cv–03222–DGC

2:18–cv–03226–DGC (closed 01/07/2020)

2:18–cv–03230–DGC (closed 03/05/2020)

2:18–cv–03231–DGC

2:18–cv–03238–DGC (closed 03/05/2020)

2:18–cv–03242–DGC (closed 12/30/2019)

2:18–cv–03247–DGC (closed 03/05/2020)

2:18–cv–03248–DGC (closed 03/05/2020)

2:18–cv–03249–DGC

2:18–cv–03252–DGC (closed 08/20/2019)

2:18–cv–03254–DGC

2:18–cv–03255–DGC (closed 01/07/2020)

2:18–cv–03256–DGC (closed 10/29/2019)

2:18–cv–03262–DGC (closed 12/30/2019)

2:18–cv–03263–DGC (closed 01/10/2020)

2:18–cv–03266–DGC (closed 03/05/2020)

2:18–cv–03267–DGC (closed 01/08/2020)

2:18–cv–03385–DGC (closed 10/31/2019)

2:18–cv–03269–DGC (closed 12/17/2019)

2:18–cv–03270–DGC (closed 01/10/2020)

2:18–cv–03271–DGC (closed 10/23/2019)

2:18–cv–03272–DGC (closed 10/16/2019)

2:18–cv–03273–DGC (closed 11/06/2019)

2:18–cv–03276–DGC (closed 10/16/2019)

2:18–cv–03277–DGC (closed 10/31/2019)

2:18–cv–03278–DGC (closed 11/22/2019)

2:18–cv–03279–DGC (closed 03/05/2020)

2:18–cv–03280–DGC (closed 10/31/2019)

2:18–cv–03295–DGC (closed 08/20/2019)

2:18–cv–03282–DGC (closed 11/22/2019)

2:18–cv–03283–DGC (closed 11/06/2019)

2:18–cv–03284–DGC (closed 03/05/2020)

2:18–cv–03286–DGC

2:18–cv–03287–DGC (closed 10/16/2019)

2:18–cv–03288–DGC

2:18–cv–03985–DGC (closed 12/09/2019)

2:18–cv–03292–DGC (closed 01/13/2020)

2:18–cv–03296–DGC (closed 08/20/2019)

2:18–cv–03297–DGC (closed 06/19/2019)

2:18–cv–03986–DGC (closed 10/29/2019)

2:18–cv–03987–DGC (closed 10/31/2019)

2:18–cv–03304–DGC (closed 12/30/2019)

2:18–cv–03305–DGC (closed 01/08/2020)

2:18–cv–03309–DGC

2:18–cv–03319–DGC

2:18–cv–03325–DGC (closed 01/08/2020)

2:18–cv–03326–DGC (closed 01/06/2020)

2:18–cv–03988–DGC (closed 12/09/2019)

2:18–cv–03329–DGC (closed 12/30/2019)

2:18–cv–03334–DGC (closed 12/10/2019)

2:18–cv–03335–DGC (closed 12/30/2019)

2:18–cv–03336–DGC (closed 12/30/2019)

2:18–cv–03340–DGC (closed 01/08/2020)

2:18–cv–03342–DGC

2:18–cv–03343–DGC (closed 01/10/2020)

2:18–cv–03347–DGC (closed 01/07/2020)

2:18–cv–03348–DGC (closed 12/30/2019)

2:18–cv–03350–DGC (closed 12/18/2019)

2:18–cv–03351–DGC (closed 10/16/2019)

2:18–cv–03352–DGC (closed 10/16/2019)

2:18–cv–03354–DGC (closed 10/16/2019)

2:18–cv–03355–DGC (closed 11/20/2019)

2:18–cv–03989–DGC (closed 11/01/2019)

2:18–cv–03357–DGC (closed 11/20/2019)

2:18–cv–03358–DGC (closed 10/16/2019)

2:18–cv–03359–DGC (closed 10/16/2019)

2:18–cv–03360–DGC (closed 10/16/2019)

2:18–cv–03365–DGC (closed 12/16/2019)

2:18–cv–03366–DGC (closed 12/18/2019)

2:18–cv–03377–DGC (closed 01/06/2020)

2:18–cv–03386–DGC (closed 10/31/2019)

2:18–cv–03387–DGC (closed 11/06/2019)

2:18–cv–03388–DGC (closed 11/21/2019)

2:18–cv–03389–DGC (closed 10/16/2019)

2:18–cv–03393–DGC (closed 12/17/2018)

2:18–cv–03394–DGC (closed 03/05/2020)

2:18–cv–03395–DGC (closed 03/05/2020)

2:18–cv–03402–DGC (closed 01/10/2020)

2:18–cv–03356–DGC (closed 11/06/2019)

2:18–cv–03407–DGC

2:18–cv–03411–DGC (closed 03/05/2020)

2:18–cv–03414–DGC (closed 08/20/2019)

2:18–cv–03415–DGC

2:18–cv–03422–DGC (closed 11/06/2019)

2:18–cv–03426–DGC

2:18–cv–03427–DGC (closed 01/06/2020)

2:18–cv–03431–DGC (closed 01/10/2020)

2:18–cv–03990–DGC (closed 11/06/2019)

2:18–cv–03442–DGC (closed 10/22/2019)

2:18–cv–03443–DGC (closed 10/22/2019)

2:18–cv–03444–DGC (closed 10/22/2019)

2:18–cv–03445–DGC (closed 11/06/2019)

2:18–cv–03446–DGC (closed 10/23/2019)

2:18–cv–03447–DGC (closed 10/23/2019)

2:18–cv–03448–DGC (closed 11/06/2019)

2:18–cv–03449–DGC (closed 10/23/2019)

2:18–cv–03450–DGC (closed 10/16/2019)

2:18–cv–03451–DGC (closed 11/20/2019)

2:18–cv–03452–DGC (closed 10/16/2019)

2:18–cv–03453–DGC (closed 10/16/2019)

2:18–cv–03454–DGC (closed 11/20/2019)

2:18–cv–03455–DGC (closed 10/16/2019)

2:18–cv–03456–DGC (closed 11/20/2019)

2:18–cv–03457–DGC (closed 11/06/2019)

2:18–cv–03458–DGC (closed 10/16/2019)

2:18–cv–03459–DGC (closed 10/15/2019)

2:18–cv–03463–DGC (closed 01/10/2020)

2:18–cv–03464–DGC (closed 12/18/2019)

2:18–cv–03465–DGC (closed 12/30/2019)

2:18–cv–03466–DGC

2:18–cv–03467–DGC (closed 12/04/2019)

2:18–cv–03468–DGC (closed 01/10/2020)

2:18–cv–03469–DGC (closed 11/21/2019)

2:18–cv–03470–DGC (closed 10/23/2019)

2:18–cv–03473–DGC (closed 10/23/2019)

2:18–cv–03474–DGC (closed 10/23/2019)

2:18–cv–03477–DGC (closed 10/23/2019)

2:18–cv–03478–DGC (closed 10/23/2019)

2:18–cv–03479–DGC (closed 10/23/2019)

2:18–cv–03480–DGC (closed 11/21/2019)

2:18–cv–03482–DGC (closed 10/23/2019)

2:18–cv–03483–DGC (closed 10/23/2019)

2:18–cv–03484–DGC (closed 10/23/2019)

2:18–cv–03485–DGC (closed 10/23/2019)

2:18–cv–03486–DGC (closed 12/04/2019)

2:18–cv–03487–DGC (closed 12/05/2019)

2:18–cv–03488–DGC (closed 11/21/2019)

2:18–cv–03489–DGC (closed 10/23/2019)

2:18–cv–03490–DGC (closed 10/23/2019)

2:18–cv–03491–DGC (closed 11/21/2019)

2:18–cv–03492–DGC (closed 10/16/2019)

2:18–cv–03493–DGC (closed 12/05/2019)

2:18–cv–03471–DGC (closed 10/15/2019)

2:18–cv–03498–DGC (closed 10/15/2019)

2:18–cv–03499–DGC (closed 11/06/2019)

2:18–cv–03500–DGC (closed 10/15/2019)

2:18–cv–03501–DGC (closed 11/06/2019)

2:18–cv–03502–DGC (closed 10/15/2019)

2:18–cv–03504–DGC (closed 10/15/2019)

2:18–cv–03505–DGC (closed 10/15/2019)

2:18–cv–03506–DGC (closed 12/04/2019)

2:18–cv–03507–DGC (closed 10/17/2019)

2:18–cv–03508–DGC (closed 10/17/2019)

2:18–cv–03509–DGC (closed 10/22/2019)

2:18–cv–03510–DGC (closed 10/22/2019)

2:18–cv–03511–DGC (closed 10/22/2019)

2:18–cv–03512–DGC (closed 10/22/2019)

2:18–cv–03513–DGC (closed 10/22/2019)

2:18–cv–03514–DGC (closed 10/22/2019)

2:18–cv–03515–DGC (closed 10/22/2019)

2:18–cv–03516–DGC (closed 10/22/2019)

2:18–cv–03517–DGC (closed 10/22/2019)

2:18–cv–03518–DGC (closed 10/22/2019)

2:18–cv–03520–DGC (closed 10/15/2019)

2:18–cv–03521–DGC (closed 10/15/2019)

2:18–cv–03522–DGC (closed 10/15/2019)

2:18–cv–03523–DGC (closed 11/20/2019)

2:18–cv–03524–DGC (closed 10/15/2019)

2:18–cv–03525–DGC (closed 11/20/2019)

2:18–cv–03526–DGC (closed 10/17/2019)

2:18–cv–03529–DGC (closed 10/17/2019)

2:18–cv–03530–DGC (closed 11/20/2019)

2:18–cv–03531–DGC (closed 10/17/2019)

2:18–cv–03532–DGC (closed 10/17/2019)

2:18–cv–03533–DGC (closed 10/17/2019)

2:18–cv–03535–DGC (closed 11/06/2019)

2:18–cv–03537–DGC (closed 10/17/2019)

2:18–cv–03538–DGC (closed 10/17/2019)

2:18–cv–03539–DGC (closed 11/20/2019)

2:18–cv–03540–DGC (closed 10/15/2019)

2:18–cv–03541–DGC (closed 10/15/2019)

2:18–cv–03542–DGC (closed 10/15/2019)

2:18–cv–03543–DGC (closed 10/15/2019)

2:18–cv–03544–DGC (closed 01/10/2020)

2:18–cv–03545–DGC (closed 10/15/2019)

2:18–cv–03546–DGC (closed 10/15/2019)

2:18–cv–03547–DGC (closed 03/05/2020)

2:18–cv–03548–DGC (closed 10/15/2019)

2:18–cv–03549–DGC (closed 03/05/2020)

2:18–cv–03551–DGC (closed 10/15/2019)

2:18–cv–03553–DGC (closed 11/20/2019)

2:18–cv–03554–DGC (closed 10/15/2019)

2:18–cv–03555–DGC (closed 10/15/2019)

2:18–cv–03556–DGC (closed 11/06/2019)

2:18–cv–03559–DGC (closed 11/20/2019)

2:18–cv–03560–DGC (closed 11/01/2019)

2:18–cv–03561–DGC (closed 10/16/2019)

2:18–cv–03528–DGC (closed 10/17/2019)

2:18–cv–03571–DGC (closed 12/30/2019)

2:18–cv–03572–DGC

2:18–cv–03573–DGC

2:18–cv–03578–DGC (closed 10/31/2019)

2:18–cv–03582–DGC

2:18–cv–03589–DGC (closed 08/20/2019)

2:18–cv–03591–DGC

2:18–cv–03598–DGC

2:18–cv–03599–DGC

2:18–cv–03601–DGC (closed 08/20/2019)

2:18–cv–03602–DGC

2:18–cv–03603–DGC (closed 08/20/2019)

2:18–cv–03604–DGC

2:18–cv–03605–DGC (closed 01/08/2020)

2:18–cv–03606–DGC

2:18–cv–03607–DGC

2:18–cv–03608–DGC (closed 12/09/2019)

2:18–cv–03609–DGC

2:18–cv–03610–DGC (closed 10/17/2019)

2:18–cv–03611–DGC (closed 11/20/2019)

2:18–cv–03612–DGC (closed 10/23/2019)

2:18–cv–03613–DGC (closed 11/06/2019)

2:18–cv–03614–DGC (closed 10/29/2019)

2:18–cv–03615–DGC (closed 11/20/2019)

2:18–cv–03616–DGC (closed 10/22/2019)

2:18–cv–03617–DGC (closed 10/23/2019)

2:18–cv–03619–DGC (closed 10/17/2019)

2:18–cv–03620–DGC (closed 10/17/2019)

2:18–cv–03622–DGC (closed 11/06/2019)

2:18–cv–03623–DGC (closed 08/20/2019)

2:18–cv–03625–DGC (closed 11/06/2019)

2:18–cv–03626–DGC (closed 10/17/2019)

2:18–cv–03627–DGC

2:18–cv–03628–DGC (closed 12/04/2019)

2:18–cv–03629–DGC (closed 11/20/2019)

2:18–cv–03630–DGC (closed 10/22/2019)

2:18–cv–03631–DGC (closed 10/22/2019)

2:18–cv–03632–DGC (closed 10/23/2019)

2:18–cv–03633–DGC (closed 11/06/2019)

2:18–cv–03634–DGC (closed 10/29/2019)

2:18–cv–03635–DGC (closed 10/17/2019)

2:18–cv–03636–DGC (closed 10/17/2019)

2:18–cv–03638–DGC (closed 10/29/2019)

2:18–cv–03639–DGC (closed 10/29/2019)

2:18–cv–03640–DGC (closed 10/22/2019)

2:18–cv–03641–DGC (closed 10/22/2019)

2:18–cv–03642–DGC (closed 10/23/2019)

2:18–cv–03643–DGC (closed 10/29/2019)

2:18–cv–03644–DGC (closed 10/22/2019)

2:18–cv–03645–DGC (closed 11/06/2019)

2:18–cv–03646–DGC (closed 10/29/2019)

2:18–cv–03647–DGC (closed 11/20/2019)

2:18–cv–03648–DGC (closed 10/22/2019)

2:18–cv–03649–DGC (closed 10/17/2019)

2:18–cv–03650–DGC (closed 10/29/2019)

2:18–cv–03651–DGC (closed 10/29/2019)

2:18–cv–03652–DGC (closed 11/06/2019)

2:18–cv–03653–DGC (closed 10/22/2019)

2:18–cv–03654–DGC (closed 10/29/2019)

2:18–cv–03655–DGC (closed 10/17/2019)

2:18–cv–03656–DGC (closed 10/17/2019)

2:18–cv–03657–DGC (closed 10/17/2019)

2:18–cv–03658–DGC (closed 10/22/2019)

2:18–cv–03659–DGC (closed 11/06/2019)

2:18–cv–03660–DGC (closed 10/23/2019)

2:18–cv–03662–DGC (closed 01/07/2020)

2:18–cv–03663–DGC (closed 05/14/2019)

2:18–cv–03666–DGC (closed 11/20/2019)

2:18–cv–03667–DGC (closed 10/22/2019)

2:18–cv–03668–DGC (closed 10/17/2019)

2:18–cv–03669–DGC (closed 10/29/2019)

2:18–cv–03670–DGC (closed 10/23/2019)

2:18–cv–03671–DGC (closed 10/29/2019)

2:18–cv–03672–DGC (closed 11/20/2019)

2:18–cv–03673–DGC (closed 03/04/2020)

2:18–cv–03674–DGC (closed 03/05/2020)

2:18–cv–03675–DGC

2:18–cv–03676–DGC

2:18–cv–03677–DGC (closed 11/20/2019)

2:18–cv–03678–DGC (closed 10/17/2019)

2:18–cv–03679–DGC (closed 10/22/2019)

2:18–cv–03680–DGC (closed 10/23/2019)

2:18–cv–03681–DGC (closed 10/29/2019)

2:18–cv–03682–DGC (closed 10/23/2019)

2:18–cv–03683–DGC (closed 10/23/2019)

2:18–cv–03684–DGC (closed 11/06/2019)

2:18–cv–03685–DGC (closed 11/01/2019)

2:18–cv–03686–DGC (closed 10/22/2019)

2:18–cv–03687–DGC (closed 10/23/2019)

2:18–cv–03689–DGC

2:18–cv–03690–DGC (closed 10/29/2019)

2:18–cv–03691–DGC (closed 10/29/2019)

2:18–cv–03692–DGC (closed 10/29/2019)

2:18–cv–03693–DGC (closed 10/17/2019)

2:18–cv–03694–DGC (closed 11/06/2019)

2:18–cv–03695–DGC (closed 10/23/2019)

2:18–cv–03696–DGC (closed 11/21/2019)

2:18–cv–03697–DGC (closed 10/22/2019)

2:18–cv–03698–DGC (closed 10/23/2019)

2:18–cv–03699–DGC (closed 11/21/2019)

2:18–cv–03700–DGC (closed 10/23/2019)

2:18–cv–03701–DGC (closed 10/29/2019)

2:18–cv–03702–DGC (closed 11/06/2019)

2:18–cv–03703–DGC (closed 10/29/2019)

2:18–cv–03704–DGC (closed 11/21/2019)

2:18–cv–03705–DGC (closed 10/17/2019)

2:18–cv–03706–DGC (closed 11/20/2019)

2:18–cv–03707–DGC (closed 11/20/2019)

2:18–cv–03708–DGC (closed 10/22/2019)

2:18–cv–03709–DGC (closed 10/22/2019)

2:18–cv–03710–DGC (closed 10/23/2019)

2:18–cv–03711–DGC (closed 10/23/2019)

2:18–cv–03712–DGC (closed 10/23/2019)

2:18–cv–03713–DGC (closed 10/29/2019)

2:18–cv–03715–DGC (closed 11/06/2019)

2:18–cv–03716–DGC (closed 10/29/2019)

2:18–cv–03717–DGC (closed 11/21/2019)

2:18–cv–03719–DGC (closed 10/29/2019)

2:18–cv–03720–DGC (closed 10/29/2019)

2:18–cv–03721–DGC (closed 10/29/2019)

2:18–cv–03722–DGC (closed 10/29/2019)

2:18–cv–03723–DGC (closed 11/21/2019)

2:18–cv–03726–DGC (closed 10/29/2019)

2:18–cv–03727–DGC (closed 10/29/2019)

2:18–cv–03728–DGC (closed 11/06/2019)

2:18–cv–03729–DGC (closed 10/16/2019)

2:18–cv–03730–DGC (closed 11/20/2019)

2:18–cv–03731–DGC (closed 01/07/2020)

2:18–cv–03732–DGC (closed 10/23/2019)

2:18–cv–03733–DGC (closed 10/23/2019)

2:18–cv–03734–DGC (closed 11/06/2019)

2:18–cv–03735–DGC (closed 10/17/2019)

2:18–cv–03736–DGC (closed 10/17/2019)

2:18–cv–03737–DGC (closed 12/04/2019)

2:18–cv–03738–DGC (closed 10/17/2019)

2:18–cv–03741–DGC (closed 10/22/2019)

2:18–cv–03742–DGC (closed 10/22/2019)

2:18–cv–03743–DGC

2:18–cv–03744–DGC (closed 10/29/2019)

2:18–cv–03745–DGC

2:18–cv–03746–DGC

2:18–cv–03749–DGC

2:18–cv–03750–DGC (closed 12/10/2019)

2:18–cv–03751–DGC (closed 10/17/2019)

2:18–cv–03753–DGC (closed 11/21/2019)

2:18–cv–03754–DGC (closed 10/23/2019)

2:18–cv–03755–DGC (closed 10/23/2019)

2:18–cv–03756–DGC (closed 10/29/2019)

2:18–cv–03757–DGC (closed 10/29/2019)

2:18–cv–03758–DGC (closed 11/21/2019)

2:18–cv–03759–DGC (closed 10/31/2019)

2:18–cv–03760–DGC (closed 11/20/2019)

2:18–cv–03761–DGC (closed 10/17/2019)

2:18–cv–03762–DGC (closed 11/01/2019)

2:18–cv–03763–DGC (closed 10/31/2019)

2:18–cv–03764–DGC (closed 10/22/2019)

2:18–cv–03765–DGC (closed 10/22/2019)

2:18–cv–03766–DGC (closed 10/29/2019)

2:18–cv–03767–DGC (closed 10/29/2019)

2:18–cv–03768–DGC (closed 11/21/2019)

2:18–cv–03769–DGC (closed 10/29/2019)

2:18–cv–03770–DGC (closed 11/06/2019)

2:18–cv–03771–DGC (closed 11/21/2019)

2:18–cv–03772–DGC (closed 11/20/2019)

2:18–cv–03773–DGC (closed 03/04/2020)

2:18–cv–03782–DGC (closed 03/05/2020)

2:18–cv–03783–DGC (closed 01/07/2020)

2:18–cv–03784–DGC (closed 11/22/2019)

2:18–cv–03785–DGC (closed 10/31/2019)

2:18–cv–03786–DGC (closed 10/31/2019)

2:18–cv–03787–DGC (closed 11/06/2019)

2:18–cv–03788–DGC (closed 11/21/2019)

2:18–cv–03789–DGC (closed 10/29/2019)

2:18–cv–03791–DGC (closed 10/29/2019)

2:18–cv–03792–DGC (closed 10/29/2019)

2:18–cv–03793–DGC (closed 11/06/2019)

2:18–cv–03794–DGC (closed 11/21/2019)

2:18–cv–03795–DGC (closed 10/31/2019)

2:18–cv–03796–DGC (closed 11/06/2019)

2:18–cv–03797–DGC (closed 11/22/2019)

2:18–cv–03798–DGC (closed 10/29/2019)

2:18–cv–03799–DGC (closed 10/31/2019)

2:18–cv–03800–DGC (closed 11/06/2019)

2:18–cv–03801–DGC (closed 11/22/2019)

2:18–cv–03802–DGC (closed 11/22/2019)

2:18–cv–03803–DGC (closed 11/21/2019)

2:18–cv–03804–DGC (closed 11/21/2019)

2:18–cv–03805–DGC (closed 10/31/2019)

2:18–cv–03806–DGC (closed 11/21/2019)

2:18–cv–03807–DGC (closed 11/21/2019)

2:18–cv–03808–DGC (closed 11/21/2019)

2:18–cv–03809–DGC (closed 10/31/2019)

2:18–cv–03810–DGC (closed 10/31/2019)

2:18–cv–03811–DGC (closed 10/31/2019)

2:18–cv–03812–DGC (closed 10/31/2019)

2:18–cv–03813–DGC (closed 11/21/2019)

2:18–cv–03814–DGC (closed 10/31/2019)

2:18–cv–03815–DGC (closed 10/29/2019)

2:18–cv–03816–DGC (closed 10/31/2019)

2:18–cv–03817–DGC (closed 10/29/2019)

2:18–cv–03818–DGC (closed 10/31/2019)

2:18–cv–03819–DGC (closed 10/31/2019)

2:18–cv–03820–DGC (closed 10/31/2019)

2:18–cv–03821–DGC (closed 11/01/2019)

2:18–cv–03822–DGC (closed 10/29/2019)

2:18–cv–03823–DGC (closed 11/22/2019)

2:18–cv–03824–DGC (closed 10/31/2019)

2:18–cv–03825–DGC (closed 10/29/2019)

2:18–cv–03826–DGC (closed 11/06/2019)

2:18–cv–03827–DGC (closed 10/29/2019)

2:18–cv–03828–DGC (closed 10/31/2019)

2:18–cv–03829–DGC (closed 10/31/2019)

2:18–cv–03830–DGC (closed 10/31/2019)

2:18–cv–03831–DGC

2:18–cv–03832–DGC

2:18–cv–03833–DGC

2:18–cv–03834–DGC

2:18–cv–03835–DGC

2:18–cv–03838–DGC (closed 11/06/2019)

2:18–cv–03839–DGC

2:18–cv–03840–DGC

2:18–cv–03841–DGC (closed 10/29/2019)

2:18–cv–03842–DGC

2:18–cv–03843–DGC (closed 10/31/2019)

2:18–cv–03844–DGC (closed 11/06/2019)

2:18–cv–03845–DGC (closed 10/31/2019)

2:18–cv–03846–DGC (closed 10/29/2019)

2:18–cv–03847–DGC (closed 10/29/2019)

2:18–cv–03848–DGC

2:18–cv–03849–DGC (closed 11/21/2019)

2:18–cv–03850–DGC (closed 11/06/2019)

2:18–cv–03852–DGC (closed 11/21/2019)

2:18–cv–03863–DGC (closed 11/06/2019)

2:18–cv–03864–DGC (closed 11/21/2019)

2:18–cv–03865–DGC (closed 10/29/2019)

2:18–cv–03866–DGC (closed 10/29/2019)

2:18–cv–03867–DGC (closed 11/21/2019)

2:18–cv–03868–DGC (closed 01/06/2020)

2:18–cv–03874–DGC (closed 10/29/2019)

2:18–cv–03875–DGC (closed 11/06/2019)

2:18–cv–03876–DGC (closed 10/29/2019)

2:18–cv–03877–DGC (closed 10/29/2019)

2:18–cv–03878–DGC (closed 10/29/2019)

2:18–cv–03879–DGC (closed 10/29/2019)

2:18–cv–03880–DGC (closed 11/06/2019)

2:18–cv–03881–DGC (closed 10/31/2019)

2:18–cv–03882–DGC (closed 10/29/2019)

2:18–cv–03883–DGC (closed 11/21/2019)

2:18–cv–03884–DGC (closed 10/31/2019)

2:18–cv–03885–DGC (closed 11/21/2019)

2:18–cv–03886–DGC (closed 11/06/2019)

2:18–cv–03887–DGC (closed 08/20/2019)

2:18–cv–03888–DGC (closed 10/31/2019)

2:18–cv–03890–DGC (closed 11/22/2019)

2:18–cv–03891–DGC (closed 10/31/2019)

2:18–cv–03892–DGC (closed 10/31/2019)

2:18–cv–03893–DGC (closed 10/31/2019)

2:18–cv–03895–DGC (closed 10/31/2019)

2:18–cv–03896–DGC (closed 10/31/2019)

2:18–cv–03897–DGC (closed 11/06/2019)

2:18–cv–03898–DGC (closed 10/31/2019)

2:18–cv–03899–DGC (closed 10/31/2019)

2:18–cv–03900–DGC (closed 03/05/2020)

2:18–cv–03901–DGC (closed 10/29/2019)

2:18–cv–03909–DGC

2:18–cv–03911–DGC

2:18–cv–03853–DGC

2:18–cv–03854–DGC (closed 10/31/2019)

2:18–cv–03855–DGC

2:18–cv–03856–DGC

2:18–cv–03912–DGC (closed 12/09/2019)

2:18–cv–03857–DGC (closed 10/31/2019)

2:18–cv–03858–DGC (closed 10/31/2019)

2:18–cv–03859–DGC (closed 10/31/2019)

2:18–cv–03860–DGC (closed 10/29/2019)

2:18–cv–03861–DGC (closed 10/31/2019)

2:18–cv–03862–DGC (closed 10/31/2019)

2:18–cv–03281–DGC (closed 10/31/2019)

2:18–cv–03917–DGC (closed 12/30/2019)

2:18–cv–03918–DGC

2:18–cv–03919–DGC (closed 10/17/2019)

2:18–cv–03920–DGC (closed 10/29/2019)

2:18–cv–03921–DGC (closed 10/29/2019)

2:18–cv–03922–DGC

2:18–cv–03923–DGC (closed 10/31/2019)

2:18–cv–03925–DGC (closed 10/31/2019)

2:18–cv–03926–DGC (closed 11/06/2019)

2:18–cv–03928–DGC (closed 11/06/2019)

2:18–cv–03929–DGC (closed 10/29/2019)

2:18–cv–03930–DGC (closed 10/29/2019)

2:18–cv–03931–DGC (closed 10/29/2019)

2:18–cv–03932–DGC (closed 11/06/2019)

2:18–cv–03933–DGC (closed 10/29/2019)

2:18–cv–03934–DGC (closed 10/31/2019)

2:18–cv–03935–DGC

2:18–cv–03936–DGC

2:18–cv–03937–DGC (closed 11/21/2019)

2:18–cv–03938–DGC (closed 11/22/2019)

2:18–cv–03939–DGC (closed 10/31/2019)

2:18–cv–03940–DGC (closed 10/29/2019)

2:18–cv–03941–DGC (closed 10/31/2019)

2:18–cv–03942–DGC (closed 10/31/2019)

2:18–cv–03943–DGC (closed 11/06/2019)

2:18–cv–03944–DGC (closed 10/31/2019)

2:18–cv–03945–DGC (closed 11/22/2019)

2:18–cv–03946–DGC (closed 10/31/2019)

2:18–cv–03947–DGC (closed 10/31/2019)

2:18–cv–03948–DGC (closed 11/06/2019)

2:18–cv–03949–DGC (closed 10/31/2019)

2:18–cv–03950–DGC (closed 10/29/2019)

2:18–cv–03951–DGC (closed 10/29/2019)

2:18–cv–03952–DGC (closed 11/21/2019)

2:18–cv–03953–DGC (closed 10/29/2019)

2:18–cv–03954–DGC (closed 10/29/2019)

2:18–cv–03955–DGC (closed 10/31/2019)

2:18–cv–03956–DGC (closed 11/22/2019)

2:18–cv–03957–DGC (closed 10/31/2019)

2:18–cv–03958–DGC (closed 10/31/2019)

2:18–cv–03959–DGC (closed 10/31/2019)

2:18–cv–03960–DGC (closed 10/31/2019)

2:18–cv–03961–DGC (closed 11/21/2019)

2:18–cv–03962–DGC (closed 10/29/2019)

2:18–cv–03963–DGC (closed 10/29/2019)

2:18–cv–03964–DGC (closed 10/29/2019)

2:18–cv–03965–DGC (closed 10/29/2019)

2:18–cv–03966–DGC (closed 12/04/2019)

2:18–cv–03967–DGC (closed 10/31/2019)

2:18–cv–03968–DGC (closed 11/22/2019)

2:18–cv–03969–DGC (closed 10/31/2019)

2:18–cv–03970–DGC (closed 11/21/2019)

2:18–cv–03971–DGC (closed 11/06/2019)

2:18–cv–03972–DGC (closed 10/31/2019)

2:18–cv–03974–DGC

2:18–cv–03975–DGC (closed 11/06/2019)

2:18–cv–03991–DGC (closed 11/06/2019)

2:18–cv–03992–DGC (closed 10/31/2019)

2:18–cv–03993–DGC (closed 10/31/2019)

2:18–cv–03994–DGC (closed 10/31/2019)

2:18–cv–03996–DGC (closed 11/06/2019)

2:18–cv–03997–DGC (closed 10/29/2019)

2:18–cv–03998–DGC (closed 11/21/2019)

2:18–cv–04004–DGC (closed 01/08/2020)

2:18–cv–04005–DGC (closed 12/11/2019)

2:18–cv–04007–DGC (closed 12/11/2019)

2:18–cv–04008–DGC (closed 12/11/2019)

2:18–cv–04009–DGC (closed 12/11/2019)

2:18–cv–04010–DGC (closed 01/10/2020)

2:18–cv–04011–DGC (closed 10/29/2019)

2:18–cv–04012–DGC (closed 11/21/2019)

2:18–cv–04013–DGC (closed 10/29/2019)

2:18–cv–04014–DGC (closed 10/29/2019)

2:18–cv–04015–DGC (closed 10/29/2019)

2:18–cv–04016–DGC (closed 12/11/2019)

2:18–cv–04017–DGC (closed 11/01/2019)

2:18–cv–04018–DGC (closed 10/31/2019)

2:18–cv–04019–DGC (closed 12/16/2019)

2:18–cv–04020–DGC (closed 11/06/2019)

2:18–cv–04021–DGC (closed 11/06/2019)

2:18–cv–04022–DGC (closed 10/29/2019)

2:18–cv–04024–DGC (closed 10/31/2019)

2:18–cv–04026–DGC (closed 11/06/2019)

2:18–cv–04027–DGC (closed 10/29/2019)

2:18–cv–04028–DGC (closed 11/21/2019)

2:18–cv–04029–DGC (closed 10/15/2019)

2:18–cv–04030–DGC (closed 12/11/2019)

2:18–cv–04032–DGC (closed 12/11/2019)

2:18–cv–04033–DGC (closed 12/11/2019)

2:18–cv–04034–DGC (closed 12/11/2019)

2:18–cv–04035–DGC (closed 12/11/2019)

2:18–cv–04036–DGC (closed 12/04/2019)

2:18–cv–04037–DGC (closed 03/05/2020)

2:18–cv–04038–DGC (closed 03/05/2020)

2:18–cv–04047–DGC (closed 12/10/2019)

2:18–cv–04048–DGC (closed 12/10/2019)

2:18–cv–04049–DGC (closed 12/10/2019)

2:18–cv–04055–DGC

2:18–cv–04059–DGC

2:18–cv–04060–DGC (closed 12/04/2019)

2:18–cv–04061–DGC

2:18–cv–04062–DGC (closed 12/04/2019)

2:18–cv–04064–DGC (closed 12/04/2019)

2:18–cv–04065–DGC

2:18–cv–04066–DGC (closed 03/05/2020)

2:18–cv–04069–DGC (closed 03/05/2020)

2:18–cv–04074–DGC (closed 12/04/2019)

2:18–cv–04079–DGC (closed 03/05/2020)

2:18–cv–04083–DGC (closed 03/05/2020)

2:18–cv–04084–DGC

2:18–cv–04093–DGC (closed 10/17/2019)

2:18–cv–04094–DGC

2:18–cv–04095–DGC (closed 12/30/2019)

2:18–cv–04098–DGC (closed 01/07/2020)

2:18–cv–04099–DGC (closed 08/20/2019)

2:18–cv–04104–DGC (closed 11/05/2019)

2:18–cv–04119–DGC

2:18–cv–04121–DGC

2:18–cv–04122–DGC (closed 12/05/2019)

2:18–cv–04123–DGC (closed 12/09/2019)

2:18–cv–04124–DGC (closed 11/21/2019)

2:18–cv–04125–DGC

2:18–cv–04126–DGC (closed 12/04/2019)

2:18–cv–04127–DGC (closed 12/04/2019)

2:18–cv–04128–DGC (closed 12/04/2019)

2:18–cv–04131–DGC (closed 12/04/2019)

2:18–cv–04132–DGC (closed 12/04/2019)

2:18–cv–04133–DGC (closed 12/04/2019)

2:18–cv–04134–DGC

2:18–cv–04135–DGC

2:18–cv–04137–DGC

2:18–cv–04138–DGC

2:18–cv–04140–DGC

2:18–cv–04141–DGC (closed 01/10/2020)

2:18–cv–04142–DGC

2:18–cv–04144–DGC

2:18–cv–04145–DGC (closed 12/04/2019)

2:18–cv–04146–DGC (closed 12/04/2019)

2:18–cv–04147–DGC (closed 12/04/2019)

2:18–cv–04148–DGC (closed 03/05/2020)

2:18–cv–04150–DGC (closed 03/05/2020)

2:18–cv–04151–DGC

2:18–cv–04152–DGC

2:18–cv–04153–DGC (closed 12/04/2019)

2:18–cv–04154–DGC (closed 12/04/2019)

2:18–cv–04156–DGC (closed 12/04/2019)

2:18–cv–04155–DGC

2:18–cv–04157–DGC (closed 01/07/2020)

2:18–cv–04158–DGC

2:18–cv–04159–DGC (closed 03/05/2020)

2:18–cv–04160–DGC (closed 12/04/2019)

2:18–cv–04161–DGC

2:18–cv–04162–DGC

2:18–cv–04163–DGC (closed 03/05/2020)

2:18–cv–04167–DGC (closed 12/10/2019)

2:18–cv–04169–DGC (closed 03/05/2020)

2:18–cv–04170–DGC

2:18–cv–04171–DGC

2:18–cv–04173–DGC

2:18–cv–04177–DGC

2:18–cv–04178–DGC (closed 12/30/2019)

2:18–cv–04181–DGC (closed 01/07/2020)

2:18–cv–04187–DGC (closed 01/10/2020)

2:18–cv–04188–DGC (closed 01/10/2020)

2:18–cv–04199–DGC

2:18–cv–04200–DGC (closed 07/16/2019)

2:18–cv–04201–DGC

2:18–cv–04202–DGC

2:18–cv–04203–DGC

2:18–cv–04204–DGC

2:18–cv–04205–DGC

2:18–cv–04212–DGC (closed 01/06/2020)

2:18–cv–04220–DGC (closed 12/11/2019)

2:18–cv–04224–DGC (closed 12/04/2019)

2:18–cv–04228–DGC (closed 03/05/2020)

2:18–cv–04229–DGC (closed 12/11/2019)

2:18–cv–04231–DGC (closed 03/04/2020)

2:18–cv–04232–DGC (closed 12/04/2019)

2:18–cv–04236–DGC (closed 01/07/2020)

2:18–cv–04252–DGC (closed 12/09/2019)

2:18–cv–04254–DGC (closed 12/10/2019)

2:18–cv–04256–DGC

2:18–cv–04258–DGC

2:18–cv–04259–DGC (closed 10/17/2019)

2:18–cv–04260–DGC (closed 03/05/2020)

2:18–cv–04261–DGC (closed 10/17/2019)

2:18–cv–04262–DGC

2:18–cv–04263–DGC (closed 10/17/2019)

2:18–cv–04264–DGC (closed 03/05/2020)

2:18–cv–04268–DGC (closed 10/17/2019)

2:18–cv–04269–DGC (closed 10/17/2019)

2:18–cv–04270–DGC (closed 10/17/2019)

2:18–cv–04271–DGC (closed 10/17/2019)

2:18–cv–04272–DGC (closed 10/17/2019)

2:18–cv–04273–DGC (closed 10/17/2019)

2:18–cv–04274–DGC (closed 10/17/2019)

2:18–cv–04275–DGC (closed 10/17/2019)

2:18–cv–04277–DGC (closed 10/17/2019)

2:18–cv–04278–DGC (closed 10/17/2019)

2:18–cv–04280–DGC (closed 10/17/2019)

2:18–cv–04281–DGC (closed 10/17/2019)

2:18–cv–04282–DGC (closed 10/17/2019)

2:18–cv–04283–DGC (closed 10/17/2019)

2:18–cv–04284–DGC (closed 08/20/2019)

2:18–cv–04287–DGC

2:18–cv–04288–DGC (closed 10/17/2019)

2:18–cv–04289–DGC (closed 10/17/2019)

2:18–cv–04291–DGC (closed 10/17/2019)

2:18–cv–04292–DGC (closed 10/17/2019)

2:18–cv–04293–DGC (closed 10/17/2019)

2:18–cv–04294–DGC (closed 10/17/2019)

2:18–cv–04295–DGC (closed 10/17/2019)

2:18–cv–04296–DGC (closed 10/17/2019)

2:18–cv–04290–DGC (closed 10/17/2019)

2:18–cv–04297–DGC (closed 10/17/2019)

2:18–cv–04298–DGC (closed 10/17/2019)

2:18–cv–04299–DGC (closed 10/17/2019)

2:18–cv–04300–DGC (closed 10/17/2019)

2:18–cv–04301–DGC (closed 10/17/2019)

2:18–cv–04302–DGC (closed 10/17/2019)

2:18–cv–04303–DGC (closed 10/17/2019)

2:18–cv–04304–DGC (closed 10/17/2019)

2:18–cv–04305–DGC (closed 10/17/2019)

2:18–cv–04306–DGC (closed 10/17/2019)

2:18–cv–04307–DGC (closed 10/17/2019)

2:18–cv–04308–DGC (closed 10/17/2019)

2:18–cv–04309–DGC (closed 10/17/2019)

2:18–cv–04310–DGC (closed 10/17/2019)

2:18–cv–04311–DGC (closed 10/17/2019)

2:18–cv–04312–DGC (closed 10/17/2019)

2:18–cv–04313–DGC (closed 10/17/2019)

2:18–cv–04314–DGC (closed 10/17/2019)

2:18–cv–04315–DGC (closed 10/17/2019)

2:18–cv–04316–DGC (closed 10/17/2019)

2:18–cv–04317–DGC (closed 10/17/2019)

2:18–cv–04318–DGC (closed 10/17/2019)

2:18–cv–04319–DGC (closed 10/17/2019)

2:18–cv–04320–DGC (closed 03/05/2020)

2:18–cv–04321–DGC (closed 10/17/2019)

2:18–cv–04322–DGC (closed 10/17/2019)

2:18–cv–04327–DGC

2:18–cv–04328–DGC (closed 03/05/2020)

2:18–cv–04329–DGC

2:18–cv–04330–DGC

2:18–cv–04331–DGC (closed 03/05/2020)

2:18–cv–04333–DGC

2:18–cv–04334–DGC (closed 11/20/2019)

2:18–cv–04335–DGC (closed 11/20/2019)

2:18–cv–04336–DGC (closed 10/15/2019)

2:18–cv–04337–DGC (closed 11/06/2019)

2:18–cv–04338–DGC (closed 10/15/2019)

2:18–cv–04339–DGC (closed 11/06/2019)

2:18–cv–04340–DGC (closed 11/20/2019)

2:18–cv–04341–DGC (closed 10/15/2019)

2:18–cv–04342–DGC (closed 11/06/2019)

2:18–cv–04343–DGC (closed 11/20/2019)

2:18–cv–04344–DGC (closed 11/20/2019)

2:18–cv–04345–DGC (closed 11/20/2019)

2:18–cv–04346–DGC (closed 10/15/2019)

2:18–cv–04347–DGC (closed 10/16/2019)

2:18–cv–04348–DGC (closed 10/16/2019)

2:18–cv–04349–DGC (closed 11/06/2019)

2:18–cv–04350–DGC (closed 11/20/2019)

2:18–cv–04351–DGC (closed 10/16/2019)

2:18–cv–04352–DGC (closed 11/06/2019)

2:18–cv–04353–DGC (closed 10/15/2019)

2:18–cv–04354–DGC (closed 10/15/2019)

2:18–cv–04355–DGC (closed 10/15/2019)

2:18–cv–04356–DGC (closed 11/20/2019)

2:18–cv–04357–DGC (closed 11/01/2019)

2:18–cv–04358–DGC (closed 10/15/2019)

2:18–cv–04365–DGC (closed 10/17/2019)

2:18–cv–04366–DGC

2:18–cv–04368–DGC

2:18–cv–04369–DGC (closed 11/21/2019)

2:18–cv–04370–DGC (closed 11/06/2019)

2:18–cv–04371–DGC (closed 11/06/2019)

2:18–cv–04372–DGC (closed 11/20/2019)

2:18–cv–04373–DGC (closed 11/06/2019)

2:18–cv–04374–DGC (closed 10/17/2019)

2:18–cv–04375–DGC (closed 10/15/2019)

2:18–cv–04376–DGC (closed 10/29/2019)

2:18–cv–04377–DGC (closed 10/29/2019)

2:18–cv–04378–DGC (closed 10/31/2019)

2:18–cv–04379–DGC (closed 10/29/2019)

2:18–cv–04380–DGC (closed 11/06/2019)

2:18–cv–04381–DGC (closed 10/29/2019)

2:18–cv–04382–DGC (closed 10/17/2019)

2:18–cv–04383–DGC (closed 10/31/2019)

2:18–cv–04384–DGC (closed 10/29/2019)

2:18–cv–04385–DGC (closed 12/04/2019)

2:18–cv–04386–DGC (closed 10/29/2019)

2:18–cv–04387–DGC (closed 12/05/2019)

2:18–cv–04388–DGC (closed 10/17/2019)

2:18–cv–04389–DGC (closed 11/06/2019)

2:18–cv–04390–DGC (closed 11/06/2019)

2:18–cv–04391–DGC (closed 11/21/2019)

2:18–cv–04392–DGC (closed 11/21/2019)

2:18–cv–04393–DGC (closed 11/21/2019)

2:18–cv–04394–DGC (closed 11/21/2019)

2:18–cv–04395–DGC (closed 11/06/2019)

2:18–cv–04396–DGC (closed 11/20/2019)

2:18–cv–04397–DGC (closed 10/17/2019)

2:18–cv–04398–DGC (closed 10/22/2019)

2:18–cv–04399–DGC (closed 11/21/2019)

2:18–cv–04400–DGC (closed 10/29/2019)

2:18–cv–04401–DGC (closed 11/22/2019)

2:18–cv–04402–DGC (closed 03/05/2020)

2:18–cv–04403–DGC (closed 10/31/2019)

2:18–cv–04404–DGC (closed 03/04/2020)

2:18–cv–04405–DGC (closed 11/21/2019)

2:18–cv–04406–DGC (closed 11/06/2019)

2:18–cv–04407–DGC (closed 11/06/2019)

2:18–cv–04408–DGC (closed 10/31/2019)

2:18–cv–04409–DGC (closed 10/31/2019)

2:18–cv–04410–DGC (closed 11/22/2019)

2:18–cv–04411–DGC (closed 10/31/2019)

2:18–cv–04412–DGC (closed 11/01/2019)

2:18–cv–04413–DGC (closed 11/06/2019)

2:18–cv–04414–DGC (closed 10/29/2019)

2:18–cv–04415–DGC (closed 10/31/2019)

2:18–cv–04416–DGC (closed 11/22/2019)

2:18–cv–04417–DGC (closed 11/06/2019)

2:18–cv–04418–DGC (closed 11/21/2019)

2:18–cv–04419–DGC (closed 10/31/2019)

2:18–cv–04421–DGC (closed 10/17/2019)

2:18–cv–04423–DGC (closed 11/21/2019)

2:18–cv–04425–DGC (closed 10/29/2019)

2:18–cv–04426–DGC (closed 11/21/2019)

2:18–cv–04427–DGC (closed 10/29/2019)

2:18–cv–04430–DGC (closed 11/06/2019)

2:18–cv–04431–DGC (closed 11/01/2019)

2:18–cv–04433–DGC (closed 10/15/2019)

2:18–cv–04434–DGC (closed 10/17/2019)

2:18–cv–04435–DGC (closed 11/21/2019)

2:18–cv–04436–DGC (closed 10/29/2019)

2:18–cv–04437–DGC (closed 10/22/2019)

2:18–cv–04438–DGC (closed 10/29/2019)

2:18–cv–04439–DGC (closed 10/22/2019)

2:18–cv–04440–DGC (closed 10/23/2019)

2:18–cv–04441–DGC (closed 10/29/2019)

2:18–cv–04442–DGC (closed 10/31/2019)

2:18–cv–04443–DGC (closed 10/29/2019)

2:18–cv–04444–DGC (closed 10/31/2019)

2:18–cv–04445–DGC (closed 10/29/2019)

2:18–cv–04446–DGC (closed 11/21/2019)

2:18–cv–04447–DGC (closed 12/04/2019)

2:18–cv–04448–DGC (closed 11/21/2019)

2:18–cv–04449–DGC (closed 11/06/2019)

2:18–cv–04450–DGC (closed 11/22/2019)

2:18–cv–04451–DGC (closed 11/06/2019)

2:18–cv–04452–DGC (closed 10/31/2019)

2:18–cv–04453–DGC (closed 10/22/2019)

2:18–cv–04454–DGC (closed 12/09/2019)

2:18–cv–04456–DGC (closed 01/07/2020)

2:18–cv–04472–DGC (closed 11/20/2019)

2:18–cv–04473–DGC (closed 11/06/2019)

2:18–cv–04474–DGC (closed 10/29/2019)

2:18–cv–04475–DGC (closed 11/21/2019)

2:18–cv–04476–DGC (closed 10/29/2019)

2:18–cv–04477–DGC (closed 11/21/2019)

2:18–cv–04478–DGC (closed 10/29/2019)

2:18–cv–04479–DGC (closed 10/29/2019)

2:18–cv–04480–DGC (closed 10/31/2019)

2:18–cv–04481–DGC (closed 11/22/2019)

2:18–cv–04482–DGC (closed 10/31/2019)

2:18–cv–04483–DGC (closed 10/31/2019)

2:18–cv–04485–DGC (closed 11/21/2019)

2:18–cv–04486–DGC (closed 11/21/2019)

2:18–cv–04487–DGC (closed 11/21/2019)

2:18–cv–04488–DGC (closed 10/29/2019)

2:18–cv–04489–DGC (closed 10/31/2019)

2:18–cv–04490–DGC (closed 11/22/2019)

2:18–cv–04491–DGC (closed 10/31/2019)

2:18–cv–04492–DGC (closed 10/23/2019)

2:18–cv–04493–DGC (closed 11/20/2019)

2:18–cv–04494–DGC (closed 10/31/2019)

2:18–cv–04495–DGC (closed 10/31/2019)

2:18–cv–04496–DGC (closed 11/06/2019)

2:18–cv–04497–DGC (closed 11/06/2019)

2:18–cv–04498–DGC (closed 11/21/2019)

2:18–cv–04499–DGC (closed 10/17/2019)

2:18–cv–04500–DGC (closed 11/06/2019)

2:18–cv–04501–DGC (closed 10/22/2019)

2:18–cv–04502–DGC (closed 10/31/2019)

2:18–cv–04503–DGC (closed 10/29/2019)

2:18–cv–04504–DGC (closed 11/06/2019)

2:18–cv–04505–DGC (closed 10/23/2019)

2:18–cv–04506–DGC (closed 10/29/2019)

2:18–cv–04507–DGC (closed 11/20/2019)

2:18–cv–04508–DGC (closed 11/06/2019)

2:18–cv–04509–DGC (closed 11/06/2019)

2:18–cv–04510–DGC (closed 11/06/2019)

2:18–cv–04511–DGC (closed 10/29/2019)

2:18–cv–04512–DGC (closed 11/21/2019)

2:18–cv–04513–DGC (closed 11/06/2019)

2:18–cv–04515–DGC (closed 10/15/2019)

2:18–cv–04516–DGC (closed 10/17/2019)

2:18–cv–04518–DGC

2:18–cv–04519–DGC (closed 10/17/2019)

2:18–cv–04520–DGC (closed 10/17/2019)

2:18–cv–04521–DGC (closed 10/17/2019)

2:18–cv–04524–DGC (closed 10/17/2019)

2:18–cv–04525–DGC (closed 10/17/2019)

2:18–cv–04526–DGC (closed 10/17/2019)

2:18–cv–04527–DGC (closed 10/17/2019)

2:18–cv–04528–DGC (closed 10/17/2019)

2:18–cv–04529–DGC (closed 10/17/2019)

2:18–cv–04044–DGC

2:18–cv–04530–DGC (closed 10/17/2019)

2:18–cv–04531–DGC (closed 10/17/2019)

2:18–cv–04532–DGC (closed 10/17/2019)

2:18–cv–04533–DGC (closed 10/17/2019)

2:18–cv–04534–DGC (closed 10/17/2019)

2:18–cv–04535–DGC (closed 10/17/2019)

2:18–cv–04536–DGC (closed 12/18/2019)

2:18–cv–04537–DGC (closed 12/18/2019)

2:18–cv–04538–DGC (closed 12/18/2019)

2:18–cv–04542–DGC (closed 12/18/2019)

2:18–cv–04549–DGC (closed 12/04/2019)

2:18–cv–04553–DGC

2:18–cv–04557–DGC

2:18–cv–04558–DGC (closed 11/20/2019)

2:18–cv–04561–DGC (closed 12/11/2019)

2:18–cv–04562–DGC

2:18–cv–04563–DGC (closed 10/17/2019)

2:18–cv–04567–DGC (closed 10/15/2019)

2:18–cv–04568–DGC (closed 11/20/2019)

2:18–cv–04569–DGC (closed 10/15/2019)

2:18–cv–04571–DGC (closed 11/20/2019)

2:18–cv–04572–DGC (closed 10/17/2019)

2:18–cv–04573–DGC (closed 10/17/2019)

2:18–cv–04574–DGC (closed 11/06/2019)

2:18–cv–04575–DGC (closed 10/23/2019)

2:18–cv–04576–DGC (closed 11/21/2019)

2:18–cv–04577–DGC (closed 10/23/2019)

2:18–cv–04578–DGC (closed 11/06/2019)

2:18–cv–04579–DGC (closed 10/23/2019)

2:18–cv–04580–DGC (closed 10/29/2019)

2:18–cv–04581–DGC (closed 11/21/2019)

2:18–cv–04582–DGC (closed 10/29/2019)

2:18–cv–04583–DGC (closed 10/29/2019)

2:18–cv–04584–DGC (closed 10/29/2019)

2:18–cv–04585–DGC (closed 10/29/2019)

2:18–cv–04586–DGC (closed 10/29/2019)

2:18–cv–04587–DGC (closed 11/22/2019)

2:18–cv–04588–DGC (closed 11/22/2019)

2:18–cv–04589–DGC (closed 11/22/2019)

2:18–cv–04590–DGC (closed 11/22/2019)

2:18–cv–04591–DGC (closed 01/06/2020)

2:18–cv–04592–DGC (closed 12/17/2019)

2:18–cv–04600–DGC (closed 01/06/2020)

2:18–cv–04601–DGC

2:18–cv–04602–DGC

2:18–cv–04603–DGC (closed 10/31/2019)

2:18–cv–04604–DGC (closed 10/31/2019)

2:18–cv–04605–DGC (closed 11/01/2019)

2:18–cv–04606–DGC (closed 11/21/2019)

2:18–cv–04607–DGC (closed 10/29/2019)

2:18–cv–04608–DGC (closed 10/31/2019)

2:18–cv–04610–DGC (closed 10/17/2019)

2:18–cv–04611–DGC (closed 10/22/2019)

2:18–cv–04612–DGC (closed 01/09/2020)

2:18–cv–04613–DGC (closed 10/22/2019)

2:18–cv–04614–DGC (closed 03/05/2020)

2:18–cv–04615–DGC (closed 03/05/2020)

2:18–cv–04616–DGC (closed 03/05/2020)

2:18–cv–04617–DGC (closed 11/06/2019)

2:18–cv–04618–DGC (closed 10/31/2019)

2:18–cv–04619–DGC (closed 11/21/2019)

2:18–cv–04620–DGC (closed 11/01/2019)

2:18–cv–04621–DGC (closed 11/21/2019)

2:18–cv–04622–DGC (closed 10/29/2019)

2:18–cv–04623–DGC (closed 10/31/2019)

2:18–cv–04624–DGC (closed 11/22/2019)

2:18–cv–04625–DGC (closed 11/20/2019)

2:18–cv–04626–DGC (closed 11/06/2019)

2:18–cv–04636–DGC

2:18–cv–04637–DGC (closed 03/05/2020)

2:18–cv–04638–DGC (closed 12/05/2019)

2:18–cv–04639–DGC (closed 11/06/2019)

2:18–cv–04640–DGC

2:18–cv–04641–DGC (closed 10/29/2019)

2:18–cv–04642–DGC (closed 10/31/2019)

2:18–cv–04644–DGC (closed 11/06/2019)

2:18–cv–04645–DGC (closed 10/31/2019)

2:18–cv–04646–DGC (closed 10/31/2019)

2:18–cv–04647–DGC

2:18–cv–04648–DGC (closed 10/22/2019)

2:18–cv–04649–DGC (closed 10/31/2019)

2:18–cv–04650–DGC (closed 01/13/2020)

2:18–cv–04651–DGC (closed 01/14/2020)

2:18–cv–04652–DGC (closed 03/05/2020)

2:18–cv–04653–DGC (closed 03/05/2020)

2:18–cv–04654–DGC (closed 03/05/2020)

2:18–cv–04655–DGC

2:18–cv–04656–DGC

2:18–cv–04657–DGC

2:18–cv–04658–DGC

2:18–cv–04659–DGC

2:18–cv–04660–DGC

2:18–cv–04671–DGC (closed 10/31/2019)

2:18–cv–04678–DGC (closed 03/05/2020)

2:18–cv–04679–DGC (closed 03/05/2020)

2:18–cv–04680–DGC (closed 12/09/2019)

2:18–cv–04690–DGC (closed 01/06/2020)

2:18–cv–04691–DGC (closed 12/30/2019)

2:18–cv–04709–DGC (closed 03/05/2020)

2:18–cv–04719–DGC (closed 10/17/2019)

2:18–cv–04721–DGC (closed 03/05/2020)

2:18–cv–04722–DGC (closed 03/05/2020)

2:18–cv–04723–DGC (closed 03/05/2020)

2:18–cv–04724–DGC (closed 03/05/2020)

2:18–cv–04729–DGC (closed 03/05/2020)

2:18–cv–04730–DGC (closed 03/05/2020)

2:18–cv–04731–DGC (closed 03/05/2020)

2:18–cv–04732–DGC (closed 03/04/2020)

2:18–cv–04733–DGC (closed 03/05/2020)

2:18–cv–04734–DGC (closed 03/05/2020)

2:18–cv–04735–DGC (closed 03/05/2020)

2:18–cv–04736–DGC (closed 03/05/2020)

2:18–cv–04737–DGC (closed 03/05/2020)

2:18–cv–04738–DGC (closed 03/05/2020)

2:18–cv–04740–DGC (closed 03/05/2020)

2:18–cv–04741–DGC (closed 12/04/2019)

2:18–cv–04742–DGC (closed 12/04/2019)

2:18–cv–04743–DGC (closed 12/04/2019)

2:18–cv–04744–DGC (closed 12/04/2019)

2:18–cv–04745–DGC (closed 12/04/2019)

2:18–cv–04746–DGC (closed 03/05/2020)

2:18–cv–04747–DGC (closed 03/05/2020)

2:18–cv–04749–DGC (closed 03/05/2020)

2:18–cv–04750–DGC (closed 03/05/2020)

2:18–cv–04751–DGC (closed 03/05/2020)

2:18–cv–04752–DGC (closed 01/02/2020)

2:18–cv–04753–DGC (closed 03/05/2020)

2:18–cv–04754–DGC (closed 03/05/2020)

2:18–cv–04758–DGC

2:18–cv–04761–DGC (closed 03/05/2020)

2:18–cv–04762–DGC (closed 03/05/2020)

2:18–cv–04767–DGC (closed 03/05/2020)

2:18–cv–04769–DGC (closed 03/05/2020)

2:18–cv–04770–DGC (closed 10/17/2019)

2:18–cv–04771–DGC (closed 03/05/2020)

2:18–cv–04772–DGC (closed 03/05/2020)

2:18–cv–04774–DGC (closed 03/05/2020)

2:18–cv–04775–DGC (closed 03/05/2020)

2:18–cv–04779–DGC (closed 03/05/2020)

2:18–cv–04780–DGC (closed 03/05/2020)

2:18–cv–04781–DGC (closed 03/05/2020)

2:18–cv–04782–DGC (closed 03/05/2020)

2:18–cv–04783–DGC (closed 03/05/2020)

2:18–cv–04784–DGC (closed 03/05/2020)

2:18–cv–04785–DGC (closed 03/05/2020)

2:18–cv–04786–DGC (closed 03/05/2020)

2:18–cv–04788–DGC (closed 03/05/2020)

2:18–cv–04789–DGC (closed 03/05/2020)

2:18–cv–04790–DGC (closed 03/05/2020)

2:18–cv–04791–DGC (closed 03/05/2020)

2:18–cv–04792–DGC (closed 03/05/2020)

2:18–cv–04793–DGC (closed 03/05/2020)

2:18–cv–04794–DGC

2:18–cv–04795–DGC (closed 03/05/2020)

2:18–cv–04796–DGC (closed 03/05/2020)

2:18–cv–04798–DGC (closed 03/05/2020)

2:18–cv–04799–DGC

2:18–cv–04800–DGC (closed 03/05/2020)

2:18–cv–04802–DGC (closed 03/05/2020)

2:18–cv–04803–DGC (closed 03/05/2020)

2:18–cv–04804–DGC (closed 03/05/2020)

2:18–cv–04805–DGC (closed 03/05/2020)

2:18–cv–04808–DGC (closed 03/05/2020)

2:18–cv–04809–DGC (closed 03/05/2020)

2:18–cv–04812–DGC (closed 03/05/2020)

2:18–cv–04813–DGC (closed 03/05/2020)

2:18–cv–04814–DGC

2:18–cv–04816–DGC (closed 03/05/2020)

2:18–cv–04817–DGC (closed 03/05/2020)

2:18–cv–04818–DGC

2:18–cv–04823–DGC (closed 08/20/2019)

2:18–cv–04824–DGC (closed 08/20/2019)

2:18–cv–04825–DGC

2:18–cv–04827–DGC (closed 01/02/2020)

2:18–cv–04830–DGC (closed 03/05/2020)

2:18–cv–04831–DGC (closed 03/05/2020)

2:18–cv–04832–DGC (closed 03/05/2020)

2:18–cv–04833–DGC (closed 03/05/2020)

2:18–cv–04834–DGC (closed 03/05/2020)

2:18–cv–04836–DGC (closed 03/05/2020)

2:18–cv–04837–DGC (closed 03/05/2020)

2:18–cv–04839–DGC (closed 03/05/2020)

2:18–cv–04840–DGC (closed 03/05/2020)

2:18–cv–04841–DGC (closed 03/05/2020)

2:18–cv–04843–DGC (closed 03/05/2020)

2:18–cv–04844–DGC (closed 03/05/2020)

2:18–cv–04845–DGC (closed 03/05/2020)

2:18–cv–04846–DGC (closed 03/05/2020)

2:18–cv–04847–DGC (closed 03/05/2020)

2:18–cv–04848–DGC (closed 03/05/2020)

2:18–cv–04849–DGC (closed 03/05/2020)

2:18–cv–04850–DGC (closed 03/05/2020)

2:18–cv–04853–DGC (closed 03/05/2020)

2:18–cv–04854–DGC (closed 03/05/2020)

2:18–cv–04855–DGC (closed 03/05/2020)

2:18–cv–04856–DGC (closed 03/05/2020)

2:18–cv–04861–DGC (closed 01/02/2020)

2:18–cv–04862–DGC (closed 03/05/2020)

2:18–cv–04863–DGC (closed 03/05/2020)

2:18–cv–04865–DGC (closed 03/05/2020)

2:18–cv–04868–DGC

2:18–cv–04869–DGC

2:18–cv–04870–DGC (closed 01/10/2020)

2:18–cv–04873–DGC

2:18–cv–04874–DGC (closed 03/04/2020)

2:18–cv–04876–DGC (closed 01/07/2020)

2:18–cv–04877–DGC (closed 03/05/2020)

2:18–cv–04878–DGC

2:18–cv–04883–DGC (closed 12/04/2019)

2:18–cv–04885–DGC (closed 03/04/2020)

2:18–cv–04889–DGC

2:18–cv–04893–DGC

2:18–cv–04894–DGC

2:18–cv–04905–DGC

2:18–cv–04906–DGC (closed 03/05/2020)

2:18–cv–04907–DGC (closed 03/05/2020)

2:18–cv–04908–DGC (closed 03/05/2020)

2:18–cv–04909–DGC (closed 03/05/2020)

2:18–cv–04910–DGC (closed 03/05/2020)

2:18–cv–04911–DGC (closed 02/18/2019)

2:18–cv–04912–DGC (closed 01/02/2020)

2:18–cv–04913–DGC (closed 01/02/2020)

2:18–cv–04914–DGC (closed 01/02/2020)

2:18–cv–04915–DGC (closed 02/27/2019)

2:18–cv–04916–DGC (closed 01/02/2020)

2:18–cv–04918–DGC (closed 01/23/2019)

2:18–cv–04923–DGC (closed 01/02/2020)

2:18–cv–04924–DGC

2:18–cv–04925–DGC

2:18–cv–04926–DGC (closed 12/17/2019)

2:18–cv–04927–DGC (closed 03/05/2020)

2:18–cv–04928–DGC (closed 03/05/2020)

2:18–cv–04929–DGC (closed 03/05/2020)

2:18–cv–04930–DGC (closed 03/05/2020)

2:18–cv–04931–DGC (closed 03/05/2020)

2:18–cv–04932–DGC (closed 03/05/2020)

2:18–cv–04934–DGC (closed 03/05/2020)

2:18–cv–04935–DGC (closed 03/05/2020)

2:18–cv–04936–DGC (closed 03/05/2020)

2:18–cv–04937–DGC (closed 03/05/2020)

2:18–cv–04938–DGC (closed 03/05/2020)

2:18–cv–04939–DGC (closed 12/05/2019)

2:18–cv–04951–DGC (closed 03/06/2019)

2:18–cv–04952–DGC (closed 12/11/2019)

2:18–cv–04953–DGC (closed 01/07/2020)

2:19–cv–00001–DGC (closed 01/08/2020)

2:19–cv–00003–DGC

2:19–cv–00008–DGC (closed 03/05/2020)

2:19–cv–00009–DGC (closed 03/05/2020)

2:19–cv–00010–DGC (closed 03/05/2020)

2:19–cv–00012–DGC (closed 03/05/2020)

2:19–cv–00013–DGC (closed 03/05/2020)

2:19–cv–00022–DGC (closed 03/05/2020)

2:19–cv–00021–DGC (closed 03/05/2020)

2:19–cv–00023–DGC (closed 03/05/2020)

2:19–cv–00024–DGC (closed 03/05/2020)

2:19–cv–00026–DGC (closed 12/18/2019)

2:19–cv–00027–DGC

2:19–cv–00028–DGC

2:19–cv–00030–DGC (closed 03/05/2020)

2:19–cv–00031–DGC (closed 03/05/2020)

2:19–cv–00032–DGC (closed 03/05/2020)

2:19–cv–00033–DGC (closed 03/05/2020)

2:19–cv–00034–DGC (closed 03/05/2020)

2:19–cv–00035–DGC (closed 03/05/2020)

2:19–cv–00036–DGC (closed 03/05/2020)

2:19–cv–00040–DGC

2:19–cv–00044–DGC (closed 01/07/2020)

2:19–cv–00045–DGC

2:19–cv–00046–DGC (closed 03/05/2020)

2:19–cv–00047–DGC (closed 03/05/2020)

2:19–cv–00048–DGC (closed 03/05/2020)

2:19–cv–00049–DGC (closed 03/05/2020)

2:19–cv–00050–DGC (closed 03/05/2020)

2:19–cv–00053–DGC (closed 03/05/2020)

2:19–cv–00054–DGC (closed 03/05/2020)

2:19–cv–01110–DGC (closed 12/09/2019)

2:19–cv–00058–DGC (closed 08/20/2019)

2:19–cv–00059–DGC (closed 03/05/2020)

2:19–cv–00061–DGC (closed 12/30/2019)

2:19–cv–00064–DGC (closed 01/07/2020)

2:19–cv–00065–DGC (closed 12/04/2019)

2:19–cv–00066–DGC (closed 12/04/2019)

2:19–cv–00067–DGC (closed 03/05/2020)

2:19–cv–00071–DGC (closed 12/05/2019)

2:19–cv–00072–DGC (closed 03/05/2020)

2:19–cv–00073–DGC (closed 03/05/2020)

2:19–cv–00074–DGC (closed 03/05/2020)

2:19–cv–00075–DGC (closed 03/05/2020)

2:19–cv–00077–DGC (closed 03/05/2020)

2:19–cv–00078–DGC (closed 03/05/2020)

2:19–cv–00080–DGC (closed 03/05/2020)

2:19–cv–00081–DGC (closed 03/05/2020)

2:19–cv–00082–DGC (closed 03/05/2020)

2:19–cv–00083–DGC (closed 03/05/2020)

2:19–cv–00084–DGC (closed 03/05/2020)

2:19–cv–00085–DGC (closed 01/02/2020)

2:19–cv–00086–DGC (closed 01/02/2020)

2:19–cv–00087–DGC (closed 01/02/2020)

2:19–cv–00089–DGC (closed 06/03/2019)

2:19–cv–00090–DGC (closed 01/02/2020)

2:19–cv–00091–DGC (closed 01/02/2020)

2:19–cv–00092–DGC (closed 01/02/2020)

2:19–cv–00095–DGC

2:19–cv–00096–DGC

2:19–cv–00097–DGC

2:19–cv–00098–DGC

2:19–cv–00099–DGC

2:19–cv–00103–DGC (closed 03/05/2020)

2:19–cv–00104–DGC

2:19–cv–00105–DGC (closed 03/05/2020)

2:19–cv–00106–DGC (closed 03/05/2020)

2:19–cv–00107–DGC (closed 03/05/2020)

2:19–cv–00108–DGC (closed 03/05/2020)

2:19–cv–00109–DGC (closed 01/02/2020)

2:19–cv–00110–DGC (closed 01/10/2020)

2:19–cv–00111–DGC (closed 01/02/2020)

2:19–cv–00112–DGC (closed 01/02/2020)

2:19–cv–00113–DGC (closed 01/02/2020)

2:19–cv–00114–DGC (closed 11/06/2019)

2:19–cv–00115–DGC (closed 03/05/2020)

2:19–cv–00116–DGC (closed 11/21/2019)

2:19–cv–00117–DGC (closed 03/05/2020)

2:19–cv–00118–DGC (closed 03/05/2020)

2:19–cv–00119–DGC (closed 03/05/2020)

2:19–cv–00120–DGC (closed 01/02/2020)

2:19–cv–00121–DGC (closed 01/02/2020)

2:19–cv–00124–DGC (closed 12/05/2019)

2:19–cv–00126–DGC

2:19–cv–00127–DGC

2:19–cv–00130–DGC (closed 01/02/2020)

2:19–cv–00131–DGC (closed 01/02/2020)

2:19–cv–00133–DGC (closed 01/02/2020)

2:19–cv–00135–DGC (closed 01/02/2020)

2:19–cv–00136–DGC (closed 12/17/2019)

2:19–cv–00137–DGC (closed 01/02/2020)

2:19–cv–00138–DGC (closed 01/02/2020)

2:19–cv–00139–DGC (closed 12/17/2019)

2:19–cv–00140–DGC (closed 12/30/2019)

2:19–cv–00141–DGC (closed 01/02/2020)

2:19–cv–00142–DGC (closed 01/02/2020)

2:19–cv–00143–DGC (closed 01/02/2020)

2:19–cv–00144–DGC (closed 12/30/2019)

2:19–cv–00145–DGC (closed 12/17/2019)

2:19–cv–00146–DGC (closed 12/30/2019)

2:19–cv–00147–DGC (closed 01/10/2020)

2:19–cv–00148–DGC (closed 12/30/2019)

2:19–cv–00151–DGC (closed 12/30/2019)

2:19–cv–00153–DGC (closed 12/30/2019)

2:19–cv–00154–DGC (closed 12/30/2019)

2:19–cv–00155–DGC (closed 12/30/2019)

2:19–cv–00156–DGC (closed 12/11/2019)

2:19–cv–00158–DGC (closed 03/05/2020)

2:19–cv–00159–DGC (closed 03/05/2020)

2:19–cv–00160–DGC (closed 12/16/2019)

2:19–cv–00162–DGC (closed 03/05/2020)

2:19–cv–00163–DGC

2:19–cv–00164–DGC (closed 12/09/2019)

2:19–cv–00165–DGC (closed 01/07/2020)

2:19–cv–00174–DGC

2:19–cv–00175–DGC

2:19–cv–00176–DGC (closed 10/17/2019)

2:19–cv–00177–DGC

2:19–cv–00178–DGC (closed 01/06/2020)

2:19–cv–00179–DGC

2:19–cv–00181–DGC

2:19–cv–00182–DGC

2:19–cv–00185–DGC (closed 06/19/2019)

2:19–cv–00186–DGC (closed 11/06/2019)

2:19–cv–00187–DGC

2:19–cv–00189–DGC (closed 09/04/2019)

2:19–cv–00190–DGC (closed 12/10/2019)

2:19–cv–00191–DGC (closed 12/09/2019)

2:19–cv–00192–DGC (closed 10/17/2019)

2:19–cv–00193–DGC (closed 10/17/2019)

2:19–cv–00194–DGC (closed 03/04/2020)

2:19–cv–00195–DGC (closed 10/17/2019)

2:19–cv–00196–DGC (closed 10/17/2019)

2:19–cv–00197–DGC (closed 01/06/2020)

2:19–cv–00198–DGC (closed 03/04/2020)

2:19–cv–00199–DGC (closed 10/17/2019)

2:19–cv–00200–DGC (closed 03/05/2020)

2:19–cv–00201–DGC (closed 11/21/2019)

2:19–cv–00202–DGC (closed 10/17/2019)

2:19–cv–00203–DGC (closed 10/17/2019)

2:19–cv–00204–DGC (closed 10/17/2019)

2:19–cv–00205–DGC (closed 10/17/2019)

2:19–cv–00206–DGC (closed 10/17/2019)

2:19–cv–00207–DGC (closed 10/17/2019)

2:19–cv–00208–DGC (closed 10/17/2019)

2:19–cv–00214–DGC (closed 10/17/2019)

2:19–cv–00215–DGC (closed 10/17/2019)

2:19–cv–00216–DGC (closed 10/17/2019)

2:19–cv–00217–DGC

2:19–cv–00218–DGC

2:19–cv–00219–DGC

2:19–cv–00220–DGC

2:19–cv–00221–DGC

2:19–cv–00225–DGC (closed 01/06/2020)

2:19–cv–00226–DGC (closed 12/16/2019)

2:19–cv–00230–DGC (closed 12/17/2019)

2:19–cv–00232–DGC

2:19–cv–00233–DGC

2:19–cv–00234–DGC

2:19–cv–00235–DGC

2:19–cv–00240–DGC

2:19–cv–00241–DGC (closed 12/30/2019)

2:19–cv–00242–DGC

2:19–cv–00245–DGC

2:19–cv–00252–DGC (closed 03/05/2020)

2:19–cv–00255–DGC (closed 01/07/2020)

2:19–cv–01111–DGC (closed 12/09/2019)

2:19–cv–00260–DGC (closed 10/29/2019)

2:19–cv–00261–DGC (closed 03/05/2020)

2:19–cv–00262–DGC

2:19–cv–00263–DGC

2:19–cv–00266–DGC (closed 03/05/2020)

2:19–cv–00267–DGC (closed 03/05/2020)

2:19–cv–00268–DGC (closed 03/05/2020)

2:19–cv–00269–DGC (closed 03/05/2020)

2:19–cv–00270–DGC (closed 03/05/2020)

2:19–cv–00271–DGC (closed 03/05/2020)

2:19–cv–00272–DGC (closed 01/06/2020)

2:19–cv–00278–DGC (closed 03/05/2020)

2:19–cv–00281–DGC (closed 10/17/2019)

2:19–cv–00282–DGC (closed 10/17/2019)

2:19–cv–00283–DGC (closed 10/17/2019)

2:19–cv–00284–DGC (closed 03/04/2020)

2:19–cv–00285–DGC (closed 10/17/2019)

2:19–cv–00293–DGC

2:19–cv–00294–DGC (closed 08/20/2019)

2:19–cv–00295–DGC (closed 08/20/2019)

2:19–cv–00296–DGC

2:19–cv–00298–DGC

2:19–cv–00305–DGC

2:19–cv–00306–DGC

2:19–cv–00307–DGC (closed 12/05/2019)

2:19–cv–00311–DGC (closed 01/10/2020)

2:19–cv–00312–DGC (closed 03/05/2020)

2:19–cv–00315–DGC (closed 12/30/2019)

2:19–cv–00316–DGC (closed 12/16/2019)

2:19–cv–00317–DGC (closed 12/16/2019)

2:19–cv–00318–DGC (closed 01/08/2020)

2:19–cv–00320–DGC (closed 01/10/2020)

2:19–cv–00321–DGC

2:19–cv–00325–DGC (closed 12/11/2019)

2:19–cv–00326–DGC (closed 03/05/2020)

2:19–cv–00330–DGC (closed 12/05/2019)

2:19–cv–00342–DGC (closed 03/05/2020)

2:19–cv–00343–DGC (closed 03/05/2020)

2:19–cv–00344–DGC

2:19–cv–00345–DGC (closed 12/05/2019)

2:19–cv–00346–DGC (closed 12/17/2019)

2:19–cv–00351–DGC (closed 12/05/2019)

2:19–cv–00352–DGC (closed 11/21/2019)

2:19–cv–00353–DGC (closed 12/05/2019)

2:19–cv–00354–DGC

2:19–cv–00355–DGC (closed 03/05/2020)

2:19–cv–00358–DGC (closed 03/05/2020)

2:19–cv–00361–DGC

2:19–cv–00362–DGC (closed 03/05/2020)

2:19–cv–00365–DGC (closed 03/05/2020)

2:19–cv–00367–DGC (closed 03/04/2020)

2:19–cv–00368–DGC (closed 03/05/2020)

2:19–cv–00369–DGC

2:19–cv–00378–DGC

2:19–cv–00392–DGC (closed 12/09/2019)

2:19–cv–00393–DGC (closed 12/05/2019)

2:19–cv–00394–DGC (closed 10/31/2019)

2:19–cv–00395–DGC

2:19–cv–00398–DGC (closed 01/06/2020)

2:19–cv–00399–DGC

2:19–cv–00408–DGC (closed 01/08/2020)

2:19–cv–00410–DGC (closed 01/08/2020)

2:19–cv–00412–DGC (closed 01/09/2020)

2:19–cv–00413–DGC

2:19–cv–00414–DGC

2:19–cv–00415–DGC

2:19–cv–00416–DGC

2:19–cv–00417–DGC (closed 10/29/2019)

2:19–cv–00418–DGC

2:19–cv–00419–DGC

2:19–cv–00420–DGC (closed 03/05/2020)

2:19–cv–00426–DGC

2:19–cv–00427–DGC

2:19–cv–00428–DGC

2:19–cv–00429–DGC

2:19–cv–00430–DGC (closed 10/16/2019)

2:19–cv–00431–DGC (closed 10/16/2019)

2:19–cv–00432–DGC (closed 10/16/2019)

2:19–cv–00433–DGC (closed 11/20/2019)

2:19–cv–00434–DGC (closed 11/20/2019)

2:19–cv–00435–DGC (closed 11/06/2019)

2:19–cv–00436–DGC (closed 11/01/2019)

2:19–cv–00437–DGC (closed 11/06/2019)

2:19–cv–00438–DGC (closed 11/20/2019)

2:19–cv–00439–DGC (closed 10/17/2019)

2:19–cv–00440–DGC (closed 10/17/2019)

2:19–cv–00441–DGC (closed 11/06/2019)

2:19–cv–00442–DGC (closed 10/22/2019)

2:19–cv–00443–DGC (closed 11/20/2019)

2:19–cv–00444–DGC (closed 10/29/2019)

2:19–cv–00445–DGC (closed 10/29/2019)

2:19–cv–00446–DGC (closed 11/21/2019)

2:19–cv–00447–DGC (closed 10/29/2019)

2:19–cv–00448–DGC (closed 10/29/2019)

2:19–cv–00449–DGC (closed 11/06/2019)

2:19–cv–00450–DGC (closed 11/06/2019)

2:19–cv–00451–DGC (closed 10/22/2019)

2:19–cv–00452–DGC (closed 10/31/2019)

2:19–cv–00453–DGC (closed 10/15/2019)

2:19–cv–00454–DGC (closed 10/31/2019)

2:19–cv–00455–DGC (closed 10/31/2019)

2:19–cv–00456–DGC (closed 10/15/2019)

2:19–cv–00457–DGC (closed 10/31/2019)

2:19–cv–00458–DGC (closed 10/31/2019)

2:19–cv–00459–DGC (closed 11/20/2019)

2:19–cv–00460–DGC (closed 10/31/2019)

2:19–cv–00461–DGC (closed 10/31/2019)

2:19–cv–00462–DGC (closed 10/15/2019)

2:19–cv–00463–DGC (closed 11/20/2019)

2:19–cv–00464–DGC (closed 11/20/2019)

2:19–cv–00465–DGC (closed 10/23/2019)

2:19–cv–00466–DGC (closed 11/06/2019)

2:19–cv–00467–DGC (closed 10/23/2019)

2:19–cv–00468–DGC (closed 11/21/2019)

2:19–cv–00469–DGC (closed 10/23/2019)

2:19–cv–00470–DGC (closed 11/21/2019)

2:19–cv–00471–DGC (closed 11/06/2019)

2:19–cv–00472–DGC (closed 10/31/2019)

2:19–cv–00473–DGC (closed 10/31/2019)

2:19–cv–00474–DGC (closed 10/31/2019)

2:19–cv–00475–DGC (closed 11/06/2019)

2:19–cv–00476–DGC (closed 11/01/2019)

2:19–cv–00477–DGC (closed 10/16/2019)

2:19–cv–00478–DGC (closed 10/16/2019)

2:19–cv–00479–DGC (closed 11/20/2019)

2:19–cv–00480–DGC (closed 10/15/2019)

2:19–cv–00481–DGC (closed 10/15/2019)

2:19–cv–00482–DGC (closed 10/15/2019)

2:19–cv–00483–DGC (closed 10/22/2019)

2:19–cv–00502–DGC (closed 10/16/2019)

2:19–cv–00484–DGC (closed 10/22/2019)

2:19–cv–00485–DGC (closed 10/22/2019)

2:19–cv–00486–DGC (closed 10/22/2019)

2:19–cv–00487–DGC (closed 10/22/2019)

2:19–cv–00488–DGC (closed 10/29/2019)

2:19–cv–00489–DGC (closed 10/23/2019)

2:19–cv–00491–DGC (closed 10/29/2019)

2:19–cv–00492–DGC (closed 10/31/2019)

2:19–cv–00493–DGC (closed 11/06/2019)

2:19–cv–00495–DGC (closed 01/07/2020)

2:19–cv–00496–DGC (closed 11/20/2019)

2:19–cv–00497–DGC (closed 11/21/2019)

2:19–cv–00498–DGC (closed 12/05/2019)

2:19–cv–00500–DGC (closed 01/08/2020)

2:19–cv–00503–DGC (closed 10/16/2019)

2:19–cv–00501–DGC (closed 01/08/2020)

2:19–cv–00504–DGC (closed 11/20/2019)

2:19–cv–00505–DGC (closed 10/15/2019)

2:19–cv–01112–DGC (closed 01/06/2020)

2:19–cv–00507–DGC (closed 11/06/2019)

2:19–cv–00508–DGC (closed 10/17/2019)

2:19–cv–00509–DGC (closed 10/17/2019)

2:19–cv–00510–DGC (closed 10/15/2019)

2:19–cv–00511–DGC (closed 10/22/2019)

2:19–cv–00512–DGC (closed 10/15/2019)

2:19–cv–00514–DGC (closed 10/22/2019)

2:19–cv–00515–DGC (closed 10/15/2019)

2:19–cv–00516–DGC (closed 10/22/2019)

2:19–cv–00518–DGC (closed 11/20/2019)

2:19–cv–00519–DGC (closed 11/20/2019)

2:19–cv–00520–DGC (closed 10/22/2019)

2:19–cv–00521–DGC (closed 11/06/2019)

2:19–cv–00522–DGC (closed 10/23/2019)

2:19–cv–00523–DGC (closed 10/15/2019)

2:19–cv–00524–DGC (closed 10/23/2019)

2:19–cv–00525–DGC (closed 01/10/2020)

2:19–cv–00526–DGC (closed 10/17/2019)

2:19–cv–00527–DGC (closed 10/22/2019)

2:19–cv–00528–DGC (closed 10/29/2019)

2:19–cv–00529–DGC (closed 11/20/2019)

2:19–cv–00530–DGC (closed 10/29/2019)

2:19–cv–00531–DGC (closed 11/06/2019)

2:19–cv–00532–DGC (closed 10/23/2019)

2:19–cv–00533–DGC (closed 10/23/2019)

2:19–cv–00534–DGC (closed 10/23/2019)

2:19–cv–00535–DGC (closed 10/29/2019)

2:19–cv–00536–DGC

2:19–cv–00537–DGC (closed 10/23/2019)

2:19–cv–00538–DGC (closed 10/23/2019)

2:19–cv–00539–DGC (closed 10/29/2019)

2:19–cv–00540–DGC (closed 10/29/2019)

2:19–cv–00541–DGC (closed 10/29/2019)

2:19–cv–00542–DGC (closed 10/29/2019)

2:19–cv–00543–DGC (closed 10/29/2019)

2:19–cv–00544–DGC (closed 10/29/2019)

2:19–cv–00545–DGC (closed 10/29/2019)

2:19–cv–00546–DGC (closed 10/29/2019)

2:19–cv–00547–DGC (closed 10/29/2019)

2:19–cv–00548–DGC (closed 10/29/2019)

2:19–cv–00549–DGC (closed 11/06/2019)

2:19–cv–00550–DGC (closed 10/31/2019)

2:19–cv–00551–DGC (closed 10/31/2019)

2:19–cv–00552–DGC (closed 11/06/2019)

2:19–cv–00553–DGC (closed 10/31/2019)

2:19–cv–00554–DGC

2:19–cv–00555–DGC (closed 12/09/2019)

2:19–cv–00556–DGC

2:19–cv–00557–DGC (closed 10/29/2019)

2:19–cv–00558–DGC (closed 10/29/2019)

2:19–cv–00559–DGC (closed 10/22/2019)

2:19–cv–00560–DGC (closed 10/29/2019)

2:19–cv–00561–DGC (closed 10/29/2019)

2:19–cv–00562–DGC (closed 10/29/2019)

2:19–cv–00563–DGC (closed 10/31/2019)

2:19–cv–00564–DGC

2:19–cv–00565–DGC (closed 10/31/2019)

2:19–cv–00566–DGC (closed 10/31/2019)

2:19–cv–00567–DGC (closed 11/06/2019)

2:19–cv–00568–DGC (closed 10/16/2019)

2:19–cv–00569–DGC (closed 10/15/2019)

2:19–cv–00570–DGC (closed 10/17/2019)

2:19–cv–00571–DGC (closed 11/20/2019)

2:19–cv–00572–DGC (closed 10/22/2019)

2:19–cv–00573–DGC (closed 10/23/2019)

2:19–cv–00574–DGC (closed 10/22/2019)

2:19–cv–00575–DGC (closed 10/29/2019)

2:19–cv–00576–DGC (closed 10/29/2019)

2:19–cv–00577–DGC (closed 10/29/2019)

2:19–cv–00578–DGC (closed 10/29/2019)

2:19–cv–00579–DGC (closed 10/29/2019)

2:19–cv–00580–DGC (closed 11/06/2019)

2:19–cv–00581–DGC (closed 10/29/2019)

2:19–cv–00582–DGC (closed 10/31/2019)

2:19–cv–00583–DGC (closed 10/31/2019)

2:19–cv–00584–DGC (closed 10/31/2019)

2:19–cv–00585–DGC (closed 10/31/2019)

2:19–cv–00586–DGC (closed 11/21/2019)

2:19–cv–00587–DGC (closed 10/16/2019)

2:19–cv–00588–DGC (closed 10/15/2019)

2:19–cv–00589–DGC (closed 10/22/2019)

2:19–cv–00590–DGC (closed 11/06/2019)

2:19–cv–00591–DGC (closed 10/22/2019)

2:19–cv–00592–DGC (closed 10/29/2019)

2:19–cv–00593–DGC (closed 11/22/2019)

2:19–cv–00594–DGC (closed 11/22/2019)

2:19–cv–00595–DGC (closed 10/31/2019)

2:19–cv–00596–DGC (closed 11/22/2019)

2:19–cv–00597–DGC (closed 10/31/2019)

2:19–cv–00598–DGC (closed 11/06/2019)

2:19–cv–00599–DGC (closed 10/31/2019)

2:19–cv–00600–DGC (closed 11/06/2019)

2:19–cv–00601–DGC (closed 12/05/2019)

2:19–cv–00602–DGC (closed 11/06/2019)

2:19–cv–00603–DGC (closed 11/06/2019)

2:19–cv–00604–DGC (closed 10/31/2019)

2:19–cv–00605–DGC (closed 11/06/2019)

2:19–cv–00606–DGC

2:19–cv–00610–DGC (closed 01/06/2020)

2:19–cv–00611–DGC (closed 04/04/2019)

2:19–cv–00612–DGC (closed 12/05/2019)

2:19–cv–00613–DGC (closed 12/11/2019)

2:19–cv–00615–DGC (closed 01/08/2020)

2:19–cv–00616–DGC (closed 07/09/2019)

2:19–cv–00619–DGC (closed 01/08/2020)

2:19–cv–00620–DGC (closed 10/16/2019)

2:19–cv–00621–DGC (closed 11/20/2019)

2:19–cv–00622–DGC (closed 11/20/2019)

2:19–cv–00623–DGC (closed 11/06/2019)

2:19–cv–00624–DGC (closed 10/15/2019)

2:19–cv–00625–DGC (closed 10/15/2019)

2:19–cv–00626–DGC (closed 10/15/2019)

2:19–cv–00627–DGC (closed 11/20/2019)

2:19–cv–00628–DGC (closed 10/15/2019)

2:19–cv–00639–DGC (closed 10/22/2019)

2:19–cv–00630–DGC (closed 11/20/2019)

2:19–cv–00631–DGC (closed 11/20/2019)

2:19–cv–00632–DGC (closed 10/17/2019)

2:19–cv–00633–DGC (closed 11/20/2019)

2:19–cv–00634–DGC (closed 11/20/2019)

2:19–cv–00635–DGC (closed 10/22/2019)

2:19–cv–00636–DGC (closed 10/22/2019)

2:19–cv–00637–DGC (closed 11/20/2019)

2:19–cv–00629–DGC (closed 10/17/2019)

2:19–cv–00640–DGC (closed 10/22/2019)

2:19–cv–00641–DGC (closed 10/23/2019)

2:19–cv–00642–DGC (closed 11/21/2019)

2:19–cv–00643–DGC (closed 10/23/2019)

2:19–cv–00644–DGC (closed 10/23/2019)

2:19–cv–00645–DGC (closed 10/29/2019)

2:19–cv–00646–DGC (closed 11/06/2019)

2:19–cv–00647–DGC (closed 10/29/2019)

2:19–cv–00648–DGC (closed 08/20/2019)

2:19–cv–00651–DGC (closed 10/16/2019)

2:19–cv–00654–DGC (closed 11/20/2019)

2:19–cv–00655–DGC (closed 11/21/2019)

2:19–cv–00656–DGC (closed 08/20/2019)

2:19–cv–00658–DGC (closed 11/22/2019)

2:19–cv–00659–DGC (closed 11/21/2019)

2:19–cv–00661–DGC (closed 10/29/2019)

2:19–cv–00662–DGC (closed 11/21/2019)

2:19–cv–00663–DGC (closed 11/06/2019)

2:19–cv–00664–DGC (closed 10/29/2019)

2:19–cv–00665–DGC (closed 11/21/2019)

2:19–cv–00666–DGC (closed 10/29/2019)

2:19–cv–00667–DGC (closed 11/06/2019)

2:19–cv–00668–DGC (closed 10/31/2019)

2:19–cv–00669–DGC (closed 11/06/2019)

2:19–cv–00670–DGC

2:19–cv–00671–DGC (closed 10/31/2019)

2:19–cv–00672–DGC

2:19–cv–00673–DGC (closed 11/06/2019)

2:19–cv–00675–DGC (closed 11/21/2019)

2:19–cv–00676–DGC

2:19–cv–00677–DGC (closed 12/16/2019)

2:19–cv–00678–DGC (closed 12/16/2019)

2:19–cv–00679–DGC (closed 03/04/2020)

2:19–cv–00680–DGC (closed 12/16/2019)

2:19–cv–00681–DGC (closed 03/05/2020)

2:19–cv–00682–DGC

2:19–cv–00683–DGC (closed 12/05/2019)

2:19–cv–00684–DGC (closed 11/01/2019)

2:19–cv–00685–DGC

2:19–cv–00688–DGC (closed 08/20/2019)

2:19–cv–00689–DGC

2:19–cv–00690–DGC

2:19–cv–00691–DGC

2:19–cv–00692–DGC

2:19–cv–00693–DGC

2:19–cv–00694–DGC

2:19–cv–00695–DGC

2:19–cv–00698–DGC (closed 03/05/2020)

2:19–cv–00699–DGC (closed 01/08/2020)

2:19–cv–00702–DGC (closed 03/05/2020)

2:19–cv–00703–DGC

2:19–cv–00704–DGC

2:19–cv–00705–DGC

2:19–cv–00706–DGC

2:19–cv–00707–DGC

2:19–cv–00708–DGC (closed 03/05/2020)

2:19–cv–00711–DGC (closed 03/05/2020)

2:19–cv–00712–DGC (closed 03/05/2020)

2:19–cv–00713–DGC

2:19–cv–00714–DGC (closed 01/07/2020)

2:19–cv–00715–DGC (closed 01/10/2020)

2:19–cv–00719–DGC (closed 03/05/2020)

2:19–cv–00720–DGC (closed 03/05/2020)

2:19–cv–00721–DGC

2:19–cv–00722–DGC (closed 03/05/2020)

2:19–cv–00731–DGC (closed 03/05/2020)

2:19–cv–00732–DGC (closed 01/06/2020)

2:19–cv–00737–DGC (closed 03/05/2020)

2:19–cv–00738–DGC (closed 03/05/2020)

2:19–cv–00739–DGC (closed 03/05/2020)

2:19–cv–00740–DGC (closed 03/04/2020)

2:19–cv–00741–DGC (closed 03/05/2020)

2:19–cv–00745–DGC (closed 01/06/2020)

2:19–cv–00752–DGC (closed 08/20/2019)

2:19–cv–00753–DGC (closed 12/11/2019)

2:19–cv–00754–DGC (closed 12/09/2019)

2:19–cv–00755–DGC (closed 12/11/2019)

2:19–cv–00756–DGC (closed 01/06/2020)

2:19–cv–00757–DGC (closed 12/18/2019)

2:19–cv–00758–DGC (closed 01/06/2020)

2:19–cv–00759–DGC (closed 12/09/2019)

2:19–cv–00760–DGC (closed 01/07/2020)

2:19–cv–00761–DGC (closed 12/09/2019)

2:19–cv–00762–DGC (closed 01/06/2020)

2:19–cv–00763–DGC (closed 01/08/2020)

2:19–cv–00765–DGC

2:19–cv–00767–DGC (closed 01/06/2020)

2:19–cv–00769–DGC (closed 01/06/2020)

2:19–cv–00770–DGC (closed 01/08/2020)

2:19–cv–00773–DGC (closed 12/30/2019)

2:19–cv–00774–DGC (closed 01/06/2020)

2:19–cv–00776–DGC (closed 01/07/2020)

2:19–cv–00778–DGC (closed 12/09/2019)

2:19–cv–00779–DGC (closed 01/06/2020)

2:19–cv–00780–DGC (closed 12/18/2019)

2:19–cv–00781–DGC (closed 01/08/2020)

2:19–cv–00782–DGC (closed 12/05/2019)

2:19–cv–00785–DGC (closed 01/08/2020)

2:19–cv–00786–DGC (closed 08/20/2019)

2:19–cv–00787–DGC (closed 08/20/2019)

2:19–cv–00788–DGC (closed 08/20/2019)

2:19–cv–00789–DGC (closed 08/20/2019)

2:19–cv–00790–DGC (closed 08/20/2019)

2:19–cv–00791–DGC (closed 08/20/2019)

2:19–cv–00792–DGC

2:19–cv–00793–DGC (closed 01/08/2020)

2:19–cv–00794–DGC (closed 12/09/2019)

2:19–cv–00795–DGC

2:19–cv–00796–DGC (closed 01/08/2020)

2:19–cv–00797–DGC (closed 01/10/2020)

2:19–cv–00798–DGC (closed 01/10/2020)

2:19–cv–00799–DGC (closed 01/10/2020)

2:19–cv–00800–DGC (closed 12/05/2019)

2:19–cv–00801–DGC (closed 01/10/2020)

2:19–cv–00802–DGC

2:19–cv–00808–DGC

2:19–cv–00809–DGC (closed 01/06/2020)

2:19–cv–00810–DGC (closed 01/10/2020)

2:19–cv–00811–DGC (closed 03/05/2020)

2:19–cv–00813–DGC (closed 03/05/2020)

2:19–cv–00814–DGC (closed 03/05/2020)

2:19–cv–00815–DGC (closed 03/05/2020)

2:19–cv–00816–DGC (closed 03/05/2020)

2:19–cv–00817–DGC (closed 01/10/2020)

2:19–cv–00818–DGC (closed 01/10/2020)

2:19–cv–00820–DGC (closed 01/10/2020)

2:19–cv–00821–DGC (closed 12/16/2019)

2:19–cv–00822–DGC (closed 01/10/2020)

2:19–cv–00823–DGC (closed 01/10/2020)

2:19–cv–00824–DGC (closed 01/10/2020)

2:19–cv–00825–DGC (closed 01/03/2020)

2:19–cv–00826–DGC

2:19–cv–00829–DGC

2:19–cv–00830–DGC

2:19–cv–00506–DGC (closed 11/06/2019)

2:19–cv–00674–DGC

2:19–cv–00839–DGC (closed 11/21/2019)

2:19–cv–00842–DGC (closed 12/18/2019)

2:19–cv–00843–DGC (closed 11/21/2019)

2:19–cv–00844–DGC (closed 10/17/2019)

2:19–cv–00851–DGC (closed 12/09/2019)

2:19–cv–00853–DGC (closed 01/10/2020)

2:19–cv–00854–DGC

2:19–cv–00855–DGC

2:19–cv–00856–DGC

2:19–cv–00857–DGC

2:19–cv–00859–DGC (closed 01/10/2020)

2:19–cv–00860–DGC (closed 01/10/2020)

2:19–cv–00861–DGC (closed 01/10/2020)

2:19–cv–00862–DGC (closed 01/10/2020)

2:19–cv–00863–DGC (closed 12/09/2019)

2:19–cv–00864–DGC (closed 01/10/2020)

2:19–cv–00866–DGC (closed 01/10/2020)

2:19–cv–00867–DGC (closed 12/09/2019)

2:19–cv–00868–DGC (closed 12/18/2019)

2:19–cv–00869–DGC (closed 12/09/2019)

2:19–cv–00870–DGC (closed 01/14/2020)

2:19–cv–00871–DGC (closed 12/18/2019)

2:19–cv–00872–DGC (closed 01/06/2020)

2:19–cv–00873–DGC (closed 12/18/2019)

2:19–cv–00874–DGC (closed 03/05/2020)

2:19–cv–00881–DGC (closed 01/06/2020)

2:19–cv–00882–DGC (closed 01/07/2020)

2:19–cv–00883–DGC (closed 01/08/2020)

2:19–cv–00884–DGC (closed 01/31/2020)

2:19–cv–00885–DGC (closed 01/07/2020)

2:19–cv–00886–DGC (closed 01/06/2020)

2:19–cv–00887–DGC (closed 01/08/2020)

2:19–cv–00889–DGC (closed 01/07/2020)

2:19–cv–00890–DGC (closed 01/08/2020)

2:19–cv–00891–DGC (closed 01/07/2020)

2:19–cv–00892–DGC (closed 12/11/2019)

2:19–cv–00893–DGC (closed 12/09/2019)

2:19–cv–00894–DGC (closed 12/09/2019)

2:19–cv–00895–DGC (closed 01/06/2020)

2:19–cv–00896–DGC (closed 01/07/2020)

2:19–cv–00897–DGC (closed 12/09/2019)

2:19–cv–00898–DGC (closed 12/09/2019)

2:19–cv–00899–DGC (closed 01/06/2020)

2:19–cv–00900–DGC (closed 01/07/2020)

2:19–cv–00901–DGC (closed 01/02/2020)

2:19–cv–00902–DGC (closed 08/20/2019)

2:19–cv–00903–DGC (closed 01/06/2020)

2:19–cv–00904–DGC (closed 01/08/2020)

2:19–cv–00905–DGC (closed 01/08/2020)

2:19–cv–00906–DGC (closed 12/09/2019)

2:19–cv–00909–DGC (closed 01/06/2020)

2:19–cv–00908–DGC (closed 01/08/2020)

2:19–cv–00910–DGC (closed 01/07/2020)

2:19–cv–00911–DGC (closed 01/07/2020)

2:19–cv–00912–DGC (closed 01/06/2020)

2:19–cv–00913–DGC (closed 12/09/2019)

2:19–cv–00914–DGC (closed 01/07/2020)

2:19–cv–00915–DGC (closed 01/07/2020)

2:19–cv–00919–DGC

2:19–cv–00920–DGC (closed 12/09/2019)

2:19–cv–00921–DGC

2:19–cv–00927–DGC

2:19–cv–00928–DGC (closed 12/10/2019)

2:19–cv–00929–DGC (closed 12/10/2019)

2:19–cv–00930–DGC (closed 12/10/2019)

2:19–cv–00931–DGC (closed 12/10/2019)

2:19–cv–00932–DGC (closed 12/10/2019)

2:19–cv–00933–DGC (closed 12/10/2019)

2:19–cv–00934–DGC (closed 12/10/2019)

2:19–cv–00936–DGC (closed 08/20/2019)

2:19–cv–00937–DGC (closed 03/05/2020)

2:19–cv–00938–DGC (closed 11/21/2019)

2:19–cv–00939–DGC

2:19–cv–00940–DGC (closed 01/06/2020)

2:19–cv–00941–DGC (closed 01/08/2020)

2:19–cv–00942–DGC (closed 01/07/2020)

2:19–cv–00943–DGC

2:19–cv–00944–DGC (closed 01/08/2020)

2:19–cv–00945–DGC

2:19–cv–00946–DGC (closed 12/09/2019)

2:19–cv–00947–DGC (closed 12/09/2019)

2:19–cv–00948–DGC (closed 01/07/2020)

2:19–cv–00949–DGC (closed 01/07/2020)

2:19–cv–00950–DGC (closed 01/06/2020)

2:19–cv–00951–DGC (closed 01/07/2020)

2:19–cv–00952–DGC (closed 01/08/2020)

2:19–cv–00953–DGC (closed 01/06/2020)

2:19–cv–00954–DGC (closed 03/26/2019)

2:19–cv–00959–DGC (closed 01/07/2020)

2:19–cv–00960–DGC (closed 01/06/2020)

2:19–cv–00961–DGC (closed 01/07/2020)

2:19–cv–00962–DGC (closed 01/07/2020)

2:19–cv–00964–DGC (closed 12/09/2019)

2:19–cv–00965–DGC (closed 01/06/2020)

2:19–cv–00969–DGC (closed 01/07/2020)

2:19–cv–00970–DGC (closed 01/06/2020)

2:19–cv–00971–DGC (closed 01/08/2020)

2:19–cv–00972–DGC (closed 12/09/2019)

2:19–cv–00973–DGC (closed 01/07/2020)

2:19–cv–00974–DGC (closed 01/08/2020)

2:19–cv–00975–DGC (closed 01/07/2020)

2:19–cv–00976–DGC (closed 12/09/2019)

2:19–cv–00977–DGC (closed 12/05/2019)

2:19–cv–00978–DGC (closed 01/08/2020)

2:19–cv–00980–DGC (closed 01/08/2020)

2:19–cv–00981–DGC (closed 01/06/2020)

2:19–cv–00982–DGC (closed 01/06/2020)

2:19–cv–00983–DGC (closed 01/07/2020)

2:19–cv–00984–DGC (closed 01/08/2020)

2:19–cv–00985–DGC (closed 01/08/2020)

2:19–cv–00986–DGC (closed 12/09/2019)

2:19–cv–00987–DGC (closed 01/06/2020)

2:19–cv–00989–DGC (closed 12/09/2019)

2:19–cv–00990–DGC (closed 12/09/2019)

2:19–cv–00991–DGC (closed 01/08/2020)

2:19–cv–00992–DGC (closed 12/09/2019)

2:19–cv–00993–DGC (closed 01/08/2020)

2:19–cv–00994–DGC (closed 01/07/2020)

2:19–cv–00995–DGC (closed 01/10/2020)

2:19–cv–00996–DGC (closed 01/03/2020)

2:19–cv–00997–DGC

2:19–cv–00998–DGC (closed 12/18/2019)

2:19–cv–00999–DGC

2:19–cv–01000–DGC

2:19–cv–01001–DGC

2:19–cv–01002–DGC

2:19–cv–01003–DGC

2:19–cv–01004–DGC

2:19–cv–01005–DGC (closed 01/07/2020)

2:19–cv–01006–DGC

2:19–cv–01007–DGC

2:19–cv–01008–DGC (closed 10/29/2019)

2:19–cv–01009–DGC (closed 01/08/2020)

2:19–cv–01010–DGC (closed 01/06/2020)

2:19–cv–01011–DGC (closed 01/06/2020)

2:19–cv–01012–DGC (closed 12/09/2019)

2:19–cv–01015–DGC (closed 01/08/2020)

2:19–cv–01016–DGC (closed 12/09/2019)

2:19–cv–01017–DGC (closed 01/07/2020)

2:19–cv–01018–DGC (closed 01/08/2020)

2:19–cv–01019–DGC (closed 01/08/2020)

2:19–cv–01020–DGC (closed 12/09/2019)

2:19–cv–01021–DGC (closed 03/05/2020)

2:19–cv–01022–DGC (closed 03/05/2020)

2:19–cv–01023–DGC (closed 03/05/2020)

2:19–cv–01024–DGC (closed 03/05/2020)

2:19–cv–01025–DGC

2:19–cv–01029–DGC

2:19–cv–01030–DGC (closed 03/05/2020)

2:19–cv–01031–DGC (closed 12/05/2019)

2:19–cv–01032–DGC (closed 12/09/2019)

2:19–cv–01033–DGC (closed 01/07/2020)

2:19–cv–01034–DGC (closed 01/08/2020)

2:19–cv–01035–DGC (closed 01/08/2020)

2:19–cv–01036–DGC (closed 12/09/2019)

2:19–cv–01037–DGC (closed 01/08/2020)

2:19–cv–01038–DGC (closed 01/06/2020)

2:19–cv–01039–DGC (closed 01/10/2020)

2:19–cv–01040–DGC

2:19–cv–01041–DGC (closed 12/09/2019)

2:19–cv–01042–DGC

2:19–cv–01043–DGC

2:19–cv–01044–DGC (closed 03/05/2020)

2:19–cv–01045–DGC

2:19–cv–01046–DGC

2:19–cv–01047–DGC

2:19–cv–01048–DGC

2:19–cv–01054–DGC (closed 01/07/2020)

2:19–cv–01057–DGC (closed 12/09/2019)

2:19–cv–01059–DGC

2:19–cv–01060–DGC

2:19–cv–01061–DGC

2:19–cv–01062–DGC

2:19–cv–01063–DGC

2:19–cv–01064–DGC

2:19–cv–01065–DGC (closed 12/17/2019)

2:19–cv–01068–DGC (closed 12/09/2019)

2:19–cv–01069–DGC (closed 01/06/2020)

2:19–cv–01070–DGC (closed 01/07/2020)

2:19–cv–01071–DGC (closed 01/06/2020)

2:19–cv–01072–DGC (closed 12/17/2019)

2:19–cv–01073–DGC (closed 01/08/2020)

2:19–cv–01074–DGC (closed 01/07/2020)

2:19–cv–01077–DGC (closed 07/17/2019)

2:19–cv–01078–DGC (closed 12/09/2019)

2:19–cv–01079–DGC (closed 01/08/2020)

2:19–cv–01080–DGC (closed 12/17/2019)

2:19–cv–01081–DGC (closed 01/07/2020)

2:19–cv–01082–DGC (closed 01/06/2020)

2:19–cv–01083–DGC (closed 01/06/2020)

2:19–cv–01084–DGC (closed 12/09/2019)

2:19–cv–01085–DGC (closed 12/09/2019)

2:19–cv–01086–DGC (closed 01/08/2020)

2:19–cv–01113–DGC

2:19–cv–01114–DGC (closed 10/17/2019)

2:19–cv–01115–DGC (closed 10/17/2019)

2:19–cv–01116–DGC

2:19–cv–01117–DGC (closed 10/17/2019)

2:19–cv–01122–DGC (closed 12/17/2019)

2:19–cv–01123–DGC (closed 12/18/2019)

2:19–cv–01124–DGC (closed 12/09/2019)

2:19–cv–01125–DGC (closed 01/06/2020)

2:19–cv–01126–DGC (closed 01/07/2020)

2:19–cv–01128–DGC (closed 01/06/2020)

2:19–cv–01130–DGC (closed 01/06/2020)

2:19–cv–01134–DGC (closed 12/05/2019)

2:19–cv–01135–DGC (closed 01/06/2020)

2:19–cv–01136–DGC (closed 11/21/2019)

2:19–cv–01137–DGC (closed 12/30/2019)

2:19–cv–01139–DGC (closed 10/29/2019)

2:19–cv–01140–DGC (closed 11/21/2019)

2:19–cv–01141–DGC

2:19–cv–01146–DGC

2:19–cv–01147–DGC

2:19–cv–01149–DGC

2:19–cv–01150–DGC (closed 06/19/2019)

2:19–cv–01151–DGC (closed 12/18/2019)

2:19–cv–01152–DGC (closed 01/08/2020)

2:19–cv–01153–DGC (closed 12/09/2019)

2:19–cv–01160–DGC (closed 01/08/2020)

2:19–cv–01161–DGC (closed 01/07/2020)

2:19–cv–01163–DGC (closed 12/09/2019)

2:19–cv–01164–DGC (closed 12/09/2019)

2:19–cv–01165–DGC (closed 01/06/2020)

2:19–cv–01166–DGC (closed 01/06/2020)

2:19–cv–01167–DGC (closed 01/07/2020)

2:19–cv–01168–DGC (closed 01/07/2020)

2:19–cv–01169–DGC (closed 01/08/2020)

2:19–cv–01170–DGC (closed 01/08/2020)

2:19–cv–01174–DGC (closed 01/08/2020)

2:19–cv–01175–DGC (closed 01/07/2020)

2:19–cv–01176–DGC (closed 12/09/2019)

2:19–cv–01177–DGC (closed 01/07/2020)

2:19–cv–01178–DGC (closed 01/06/2020)

2:19–cv–01179–DGC (closed 10/17/2019)

2:19–cv–01180–DGC (closed 10/17/2019)

2:19–cv–01181–DGC (closed 08/20/2019)

2:19–cv–01182–DGC (closed 10/17/2019)

2:19–cv–01183–DGC (closed 10/17/2019)

2:19–cv–01184–DGC (closed 10/17/2019)

2:19–cv–01138–DGC (closed 10/29/2019)

2:19–cv–01193–DGC (closed 12/09/2019)

2:19–cv–01194–DGC (closed 01/06/2020)

2:19–cv–01197–DGC (closed 08/20/2019)

2:19–cv–01198–DGC (closed 01/08/2020)

2:19–cv–01199–DGC

2:19–cv–01200–DGC

2:19–cv–01202–DGC (closed 01/08/2020)

2:19–cv–01203–DGC (closed 01/06/2020)

2:19–cv–01204–DGC (closed 01/06/2020)

2:19–cv–01205–DGC (closed 12/10/2019)

2:19–cv–01206–DGC (closed 12/10/2019)

2:19–cv–01207–DGC (closed 01/07/2020)

2:19–cv–01208–DGC (closed 10/17/2019)

2:19–cv–01209–DGC (closed 10/17/2019)

2:19–cv–01210–DGC (closed 10/17/2019)

2:19–cv–01211–DGC (closed 10/17/2019)

2:19–cv–01212–DGC

2:19–cv–01213–DGC

2:19–cv–01216–DGC

2:19–cv–01217–DGC (closed 01/07/2020)

2:19–cv–01218–DGC (closed 01/06/2020)

2:19–cv–01219–DGC (closed 01/06/2020)

2:19–cv–01220–DGC (closed 01/06/2020)

2:19–cv–01221–DGC (closed 12/04/2019)

2:19–cv–01222–DGC (closed 12/04/2019)

2:19–cv–01223–DGC (closed 12/04/2019)

2:19–cv–01224–DGC (closed 04/24/2019)

2:19–cv–01226–DGC (closed 12/04/2019)

2:19–cv–01230–DGC (closed 01/08/2020)

2:19–cv–01231–DGC (closed 12/04/2019)

2:19–cv–01233–DGC (closed 12/04/2019)

2:19–cv–01234–DGC

2:19–cv–01235–DGC (closed 03/04/2020)

2:19–cv–01236–DGC

2:19–cv–01239–DGC (closed 01/06/2020)

2:19–cv–01238–DGC

2:19–cv–01240–DGC (closed 01/06/2020)

2:19–cv–01242–DGC (closed 01/07/2020)

2:19–cv–01243–DGC (closed 01/08/2020)

2:19–cv–01244–DGC (closed 08/20/2019)

2:19–cv–01245–DGC (closed 12/09/2019)

2:19–cv–01246–DGC (closed 01/07/2020)

2:19–cv–01247–DGC (closed 01/07/2020)

2:19–cv–01248–DGC (closed 12/09/2019)

2:19–cv–01249–DGC (closed 01/06/2020)

2:19–cv–01250–DGC

2:19–cv–01251–DGC (closed 03/05/2020)

2:19–cv–01252–DGC (closed 12/09/2019)

2:19–cv–01253–DGC (closed 01/08/2020)

2:19–cv–01254–DGC (closed 12/09/2019)

2:19–cv–01255–DGC (closed 01/06/2020)

2:19–cv–01256–DGC (closed 03/05/2020)

2:19–cv–01257–DGC (closed 03/05/2020)

2:19–cv–01258–DGC

2:19–cv–01270–DGC (closed 01/06/2020)

2:19–cv–01271–DGC (closed 01/07/2020)

2:19–cv–01272–DGC (closed 01/08/2020)

2:19–cv–01274–DGC (closed 03/04/2020)

2:19–cv–01275–DGC (closed 12/09/2019)

2:19–cv–01276–DGC (closed 01/08/2020)

2:19–cv–01277–DGC (closed 12/04/2019)

2:19–cv–01279–DGC (closed 12/04/2019)

2:19–cv–01280–DGC (closed 12/04/2019)

2:19–cv–01281–DGC (closed 12/04/2019)

2:19–cv–01282–DGC (closed 12/04/2019)

2:19–cv–01283–DGC (closed 08/20/2019)

2:19–cv–01284–DGC (closed 12/09/2019)

2:19–cv–01285–DGC (closed 08/20/2019)

2:19–cv–01286–DGC (closed 12/09/2019)

2:19–cv–01292–DGC (closed 12/09/2019)

2:19–cv–01293–DGC (closed 01/07/2020)

2:19–cv–01294–DGC (closed 01/07/2020)

2:19–cv–01295–DGC (closed 12/09/2019)

2:19–cv–01296–DGC (closed 12/09/2019)

2:19–cv–01297–DGC (closed 03/04/2020)

2:19–cv–01298–DGC (closed 12/09/2019)

2:19–cv–01299–DGC (closed 01/06/2020)

2:19–cv–01300–DGC (closed 12/09/2019)

2:19–cv–01301–DGC (closed 01/08/2020)

2:19–cv–01302–DGC (closed 01/07/2020)

2:19–cv–01303–DGC (closed 12/09/2019)

2:19–cv–01304–DGC (closed 12/18/2019)

2:19–cv–01305–DGC (closed 01/06/2020)

2:19–cv–01306–DGC

2:19–cv–01308–DGC (closed 03/05/2020)

2:19–cv–01309–DGC (closed 12/16/2019)

2:19–cv–01313–DGC (closed 08/20/2019)

2:19–cv–01314–DGC (closed 08/20/2019)

2:19–cv–01325–DGC (closed 01/08/2020)

2:19–cv–01326–DGC (closed 01/06/2020)

2:19–cv–01327–DGC (closed 01/06/2020)

2:19–cv–01328–DGC (closed 01/06/2020)

2:19–cv–01329–DGC (closed 01/06/2020)

2:19–cv–01336–DGC (closed 01/08/2020)

2:19–cv–01337–DGC (closed 01/06/2020)

2:19–cv–01338–DGC (closed 08/20/2019)

2:19–cv–01346–DGC (closed 08/20/2019)

2:19–cv–01347–DGC (closed 08/20/2019)

2:19–cv–01348–DGC (closed 10/17/2019)

2:19–cv–01352–DGC (closed 03/04/2020)

2:19–cv–01353–DGC (closed 08/20/2019)

2:19–cv–01354–DGC (closed 08/20/2019)

2:19–cv–01355–DGC (closed 08/20/2019)

2:19–cv–01356–DGC (closed 08/20/2019)

2:19–cv–01357–DGC (closed 08/20/2019)

2:19–cv–01362–DGC (closed 12/09/2019)

2:19–cv–01363–DGC (closed 01/06/2020)

2:19–cv–01364–DGC (closed 01/06/2020)

2:19–cv–01365–DGC (closed 12/04/2019)

2:19–cv–01367–DGC (closed 12/09/2019)

2:19–cv–01368–DGC (closed 12/09/2019)

2:19–cv–01374–DGC (closed 01/06/2020)

2:19–cv–01375–DGC

2:19–cv–01376–DGC (closed 10/31/2019)

2:19–cv–01377–DGC (closed 01/08/2020)

2:19–cv–01378–DGC (closed 01/07/2020)

2:19–cv–01384–DGC (closed 03/05/2020)

2:19–cv–01385–DGC (closed 03/05/2020)

2:19–cv–01387–DGC (closed 11/21/2019)

2:19–cv–01394–DGC (closed 01/02/2020)

2:19–cv–01395–DGC (closed 01/06/2020)

2:19–cv–01396–DGC (closed 01/06/2020)

2:19–cv–01397–DGC (closed 01/07/2020)

2:19–cv–01398–DGC (closed 03/05/2020)

2:19–cv–01399–DGC (closed 03/05/2020)

2:19–cv–01400–DGC (closed 10/17/2019)

2:19–cv–01402–DGC (closed 01/31/2020)

2:19–cv–01403–DGC (closed 01/31/2020)

2:19–cv–01405–DGC (closed 01/31/2020)

2:19–cv–01406–DGC (closed 01/31/2020)

2:19–cv–01407–DGC (closed 03/05/2020)

2:19–cv–01408–DGC (closed 01/31/2020)

2:19–cv–01409–DGC (closed 01/31/2020)

2:19–cv–01410–DGC (closed 01/31/2020)

2:19–cv–01411–DGC (closed 01/31/2020)

2:19–cv–01412–DGC (closed 01/31/2020)

2:19–cv–01413–DGC (closed 01/31/2020)

2:19–cv–01414–DGC (closed 01/31/2020)

2:19–cv–01415–DGC (closed 01/31/2020)

2:19–cv–01416–DGC (closed 01/10/2020)

2:19–cv–01417–DGC (closed 12/17/2019)

2:19–cv–01418–DGC (closed 12/17/2019)

2:19–cv–01404–DGC (closed 01/31/2020)

2:19–cv–01424–DGC (closed 12/09/2019)

2:19–cv–01425–DGC (closed 01/07/2020)

2:19–cv–01426–DGC (closed 12/17/2019)

2:19–cv–01433–DGC (closed 01/08/2020)

2:19–cv–01434–DGC (closed 01/06/2020)

2:19–cv–01435–DGC (closed 01/02/2020)

2:19–cv–01436–DGC (closed 01/02/2020)

2:19–cv–01437–DGC (closed 01/02/2020)

2:19–cv–01444–DGC (closed 12/09/2019)

2:19–cv–01445–DGC (closed 10/17/2019)

2:19–cv–01446–DGC (closed 10/17/2019)

2:19–cv–01447–DGC (closed 10/17/2019)

2:19–cv–01448–DGC (closed 10/17/2019)

2:19–cv–01449–DGC

2:19–cv–01456–DGC

2:19–cv–01457–DGC

2:19–cv–01459–DGC (closed 12/16/2019)

2:19–cv–01460–DGC (closed 03/04/2020)

2:19–cv–01462–DGC (closed 03/05/2020)

2:19–cv–01465–DGC

2:19–cv–01466–DGC

2:19–cv–01467–DGC

2:19–cv–01468–DGC (closed 03/04/2020)

2:19–cv–01470–DGC

2:19–cv–01471–DGC (closed 03/05/2020)

2:19–cv–03254–DGC (closed 03/05/2020)

2:19–cv–01479–DGC (closed 11/22/2019)

2:19–cv–01480–DGC (closed 10/17/2019)

2:19–cv–01481–DGC (closed 10/17/2019)

2:19–cv–01482–DGC

2:19–cv–01483–DGC (closed 10/17/2019)

2:19–cv–01484–DGC (closed 10/17/2019)

2:19–cv–01485–DGC (closed 10/17/2019)

2:19–cv–01486–DGC (closed 10/17/2019)

2:19–cv–01487–DGC (closed 10/17/2019)

2:19–cv–01488–DGC (closed 10/17/2019)

2:19–cv–01489–DGC (closed 10/17/2019)

2:19–cv–01497–DGC

2:19–cv–01498–DGC

2:19–cv–01499–DGC (closed 01/31/2020)

2:19–cv–01500–DGC (closed 01/31/2020)

2:19–cv–01501–DGC (closed 01/31/2020)

2:19–cv–01502–DGC (closed 01/31/2020)

2:19–cv–01503–DGC (closed 01/31/2020)

2:19–cv–01504–DGC (closed 03/05/2020)

2:19–cv–01505–DGC (closed 01/31/2020)

2:19–cv–01506–DGC (closed 01/31/2020)

2:19–cv–01507–DGC

2:19–cv–01508–DGC (closed 01/31/2020)

2:19–cv–01509–DGC (closed 01/31/2020)

2:19–cv–01510–DGC (closed 01/31/2020)

2:19–cv–01511–DGC

2:19–cv–01512–DGC

2:19–cv–01513–DGC (closed 10/17/2019)

2:19–cv–01520–DGC (closed 10/17/2019)

2:19–cv–01523–DGC (closed 10/17/2019)

2:19–cv–01524–DGC (closed 10/17/2019)

2:19–cv–01525–DGC

2:19–cv–01526–DGC

2:19–cv–01528–DGC (closed 03/05/2020)

2:19–cv–01529–DGC (closed 03/05/2020)

2:19–cv–01531–DGC (closed 12/11/2019)

2:19–cv–01532–DGC (closed 08/20/2019)

2:19–cv–01533–DGC

2:19–cv–01534–DGC (closed 08/20/2019)

2:19–cv–01535–DGC

2:19–cv–01536–DGC (closed 03/05/2020)

2:19–cv–01537–DGC (closed 03/05/2020)

2:19–cv–01539–DGC

2:19–cv–01540–DGC (closed 03/04/2020)

2:19–cv–01541–DGC

2:19–cv–01545–DGC (closed 12/30/2019)

2:19–cv–01553–DGC (closed 12/05/2019)

2:19–cv–01554–DGC (closed 12/05/2019)

2:19–cv–01521–DGC

2:19–cv–01555–DGC (closed 10/17/2019)

2:19–cv–01556–DGC (closed 10/29/2019)

2:19–cv–01557–DGC (closed 11/06/2019)

2:19–cv–01558–DGC (closed 10/17/2019)

2:19–cv–01559–DGC (closed 10/17/2019)

2:19–cv–01560–DGC (closed 10/17/2019)

2:19–cv–01562–DGC (closed 12/04/2019)

2:19–cv–01575–DGC

2:19–cv–01576–DGC (closed 08/20/2019)

2:19–cv–01577–DGC (closed 08/20/2019)

2:19–cv–01584–DGC

2:19–cv–01585–DGC (closed 06/11/2019)

2:19–cv–01588–DGC (closed 12/16/2019)

2:19–cv–01589–DGC (closed 12/16/2019)

2:19–cv–01597–DGC (closed 03/05/2020)

2:19–cv–01602–DGC (closed 12/16/2019)

2:19–cv–01603–DGC (closed 12/16/2019)

2:19–cv–01604–DGC (closed 12/16/2019)

2:19–cv–01605–DGC (closed 12/16/2019)

2:19–cv–01606–DGC (closed 08/20/2019)

2:19–cv–01607–DGC (closed 08/20/2019)

2:19–cv–01608–DGC (closed 08/20/2019)

2:19–cv–01609–DGC (closed 08/20/2019)

2:19–cv–01610–DGC (closed 08/20/2019)

2:19–cv–01611–DGC (closed 10/17/2019)

2:19–cv–01612–DGC (closed 08/20/2019)

2:19–cv–01613–DGC (closed 08/20/2019)

2:19–cv–01614–DGC (closed 08/20/2019)

2:19–cv–01615–DGC (closed 08/20/2019)

2:19–cv–01616–DGC (closed 08/20/2019)

2:19–cv–01617–DGC (closed 08/20/2019)

2:19–cv–01618–DGC (closed 08/20/2019)

2:19–cv–01619–DGC (closed 08/20/2019)

2:19–cv–01620–DGC (closed 10/17/2019)

2:19–cv–01621–DGC (closed 08/20/2019)

2:19–cv–01622–DGC (closed 08/20/2019)

2:19–cv–01623–DGC (closed 08/20/2019)

2:19–cv–01624–DGC (closed 08/20/2019)

2:19–cv–01625–DGC (closed 08/20/2019)

2:19–cv–01626–DGC (closed 08/20/2019)

2:19–cv–01627–DGC (closed 08/20/2019)

2:19–cv–01628–DGC (closed 08/20/2019)

2:19–cv–01629–DGC (closed 08/20/2019)

2:19–cv–01630–DGC

2:19–cv–01631–DGC (closed 08/20/2019)

2:19–cv–01632–DGC

2:19–cv–01633–DGC (closed 08/20/2019)

2:19–cv–01634–DGC (closed 08/20/2019)

2:19–cv–01635–DGC (closed 08/20/2019)

2:19–cv–01636–DGC

2:19–cv–01637–DGC (closed 10/17/2019)

2:19–cv–01638–DGC (closed 10/17/2019)

2:19–cv–01639–DGC (closed 10/17/2019)

2:19–cv–01643–DGC (closed 10/17/2019)

2:19–cv–01645–DGC (closed 10/17/2019)

2:19–cv–01647–DGC (closed 01/03/2020)

2:19–cv–01648–DGC (closed 01/07/2020)

2:19–cv–01649–DGC (closed 10/17/2019)

2:19–cv–01650–DGC (closed 01/07/2020)

2:19–cv–01651–DGC (closed 03/05/2020)

2:19–cv–01652–DGC (closed 03/05/2020)

2:19–cv–01653–DGC (closed 01/07/2020)

2:19–cv–01654–DGC (closed 12/09/2019)

2:19–cv–01655–DGC (closed 01/07/2020)

2:19–cv–01656–DGC (closed 01/08/2020)

2:19–cv–01657–DGC (closed 11/20/2019)

2:19–cv–01658–DGC (closed 03/05/2020)

2:19–cv–01663–DGC (closed 12/11/2019)

2:19–cv–01664–DGC (closed 01/07/2020)

2:19–cv–01665–DGC (closed 01/06/2020)

2:19–cv–01666–DGC (closed 08/20/2019)

2:19–cv–01667–DGC (closed 08/20/2019)

2:19–cv–01668–DGC (closed 08/20/2019)

2:19–cv–01669–DGC (closed 08/20/2019)

2:19–cv–01670–DGC (closed 03/04/2020)

2:19–cv–01646–DGC (closed 01/03/2020)

2:19–cv–01672–DGC (closed 01/08/2020)

2:19–cv–01673–DGC (closed 01/06/2020)

2:19–cv–01674–DGC (closed 12/09/2019)

2:19–cv–01675–DGC (closed 10/17/2019)

2:19–cv–01679–DGC (closed 10/17/2019)

2:19–cv–01680–DGC (closed 10/17/2019)

2:19–cv–01689–DGC (closed 01/08/2020)

2:19–cv–01690–DGC (closed 12/18/2019)

2:19–cv–01691–DGC (closed 12/17/2019)

2:19–cv–01694–DGC (closed 10/17/2019)

2:19–cv–01695–DGC (closed 03/05/2020)

2:19–cv–01696–DGC (closed 03/05/2020)

2:19–cv–01697–DGC (closed 03/05/2020)

2:19–cv–03255–DGC

2:19–cv–03256–DGC

2:19–cv–03257–DGC

2:19–cv–03258–DGC

2:19–cv–03259–DGC

2:19–cv–03260–DGC

2:19–cv–03261–DGC

2:19–cv–01698–DGC

2:19–cv–01702–DGC (closed 03/05/2020)

2:19–cv–01703–DGC

2:19–cv–01704–DGC (closed 12/30/2019)

2:19–cv–01707–DGC

2:19–cv–01708–DGC (closed 03/05/2020)

2:19–cv–01709–DGC (closed 03/05/2020)

2:19–cv–01710–DGC (closed 12/09/2019)

2:19–cv–01711–DGC (closed 01/07/2020)

2:19–cv–01712–DGC (closed 01/06/2020)

2:19–cv–01724–DGC (closed 12/10/2019)

2:19–cv–01725–DGC (closed 12/09/2019)

2:19–cv–01726–DGC (closed 01/07/2020)

2:19–cv–01744–DGC (closed 09/04/2019)

2:19–cv–01752–DGC (closed 10/17/2019)

2:19–cv–01754–DGC

2:19–cv–01765–DGC (closed 01/14/2020)

2:19–cv–01773–DGC

2:19–cv–01780–DGC

2:19–cv–01779–DGC (closed 01/03/2020)

2:19–cv–01789–DGC (closed 01/03/2020)

2:19–cv–01790–DGC (closed 10/17/2019)

2:19–cv–01796–DGC (closed 12/09/2019)

2:19–cv–01797–DGC

2:19–cv–01798–DGC (closed 01/07/2020)

2:19–cv–01799–DGC (closed 03/05/2020)

2:19–cv–01807–DGC (closed 12/09/2019)

2:19–cv–01808–DGC (closed 01/08/2020)

2:19–cv–01809–DGC (closed 12/30/2019)

2:19–cv–01810–DGC (closed 10/16/2019)

2:19–cv–01820–DGC (closed 03/05/2020)

2:19–cv–01821–DGC (closed 03/05/2020)

2:19–cv–01822–DGC (closed 03/05/2020)

2:19–cv–01823–DGC (closed 01/14/2020)

2:19–cv–01825–DGC (closed 12/30/2019)

2:19–cv–03262–DGC

2:19–cv–01826–DGC (closed 12/30/2019)

2:19–cv–01843–DGC (closed 03/05/2020)

2:19–cv–01844–DGC (closed 12/04/2019)

2:19–cv–01851–DGC (closed 01/03/2020)

2:19–cv–01852–DGC (closed 10/17/2019)

2:19–cv–01853–DGC (closed 10/17/2019)

2:19–cv–01842–DGC

2:19–cv–01860–DGC (closed 01/02/2020)

2:19–cv–01861–DGC (closed 01/02/2020)

2:19–cv–01862–DGC (closed 08/20/2019)

2:19–cv–01863–DGC (closed 12/17/2019)

2:19–cv–01864–DGC (closed 01/02/2020)

2:19–cv–01871–DGC (closed 10/17/2019)

2:19–cv–01872–DGC (closed 10/17/2019)

2:19–cv–01873–DGC (closed 01/10/2020)

2:19–cv–01874–DGC (closed 10/17/2019)

2:19–cv–01879–DGC (closed 10/17/2019)

2:19–cv–01880–DGC (closed 10/17/2019)

2:19–cv–01881–DGC (closed 12/16/2019)

2:19–cv–01882–DGC (closed 12/16/2019)

2:19–cv–01883–DGC (closed 12/16/2019)

2:19–cv–01886–DGC

2:19–cv–01887–DGC

2:19–cv–01893–DGC

2:19–cv–01894–DGC

2:19–cv–01895–DGC (closed 12/11/2019)

2:19–cv–01896–DGC (closed 01/02/2020)

2:19–cv–01897–DGC (closed 01/02/2020)

2:19–cv–01898–DGC (closed 12/17/2019)

2:19–cv–01899–DGC (closed 03/05/2020)

2:19–cv–01900–DGC (closed 12/17/2019)

2:19–cv–01901–DGC (closed 12/30/2019)

2:19–cv–01902–DGC (closed 12/30/2019)

2:19–cv–01907–DGC

2:19–cv–01914–DGC (closed 01/02/2020)

2:19–cv–01915–DGC (closed 01/02/2020)

2:19–cv–01916–DGC (closed 01/02/2020)

2:19–cv–01917–DGC (closed 01/02/2020)

2:19–cv–01918–DGC (closed 01/02/2020)

2:19–cv–01919–DGC (closed 01/02/2020)

2:19–cv–01920–DGC (closed 01/02/2020)

2:19–cv–01921–DGC (closed 01/02/2020)

2:19–cv–01922–DGC (closed 01/02/2020)

2:19–cv–01923–DGC (closed 01/02/2020)

2:19–cv–01924–DGC (closed 01/02/2020)

2:19–cv–01925–DGC (closed 01/02/2020)

2:19–cv–01926–DGC (closed 01/02/2020)

2:19–cv–01927–DGC (closed 01/02/2020)

2:19–cv–01928–DGC (closed 12/17/2019)

2:19–cv–01929–DGC (closed 12/17/2019)

2:19–cv–01930–DGC (closed 12/30/2019)

2:19–cv–01933–DGC (closed 12/09/2019)

2:19–cv–01934–DGC (closed 10/17/2019)

2:19–cv–01935–DGC (closed 10/17/2019)

2:19–cv–01936–DGC (closed 10/17/2019)

2:19–cv–01953–DGC (closed 10/17/2019)

2:19–cv–01954–DGC (closed 10/17/2019)

2:19–cv–01955–DGC (closed 10/17/2019)

2:19–cv–01956–DGC (closed 03/04/2020)

2:19–cv–01957–DGC (closed 12/18/2019)

2:19–cv–01958–DGC (closed 12/18/2019)

2:19–cv–01959–DGC (closed 12/18/2019)

2:19–cv–01963–DGC (closed 12/18/2019)

2:19–cv–01964–DGC (closed 12/18/2019)

2:19–cv–01965–DGC (closed 12/18/2019)

2:19–cv–01966–DGC (closed 12/18/2019)

2:19–cv–01967–DGC (closed 03/04/2020)

2:19–cv–01973–DGC (closed 01/10/2020)

2:19–cv–01974–DGC (closed 03/05/2020)

2:19–cv–01975–DGC

2:19–cv–01976–DGC

2:19–cv–01977–DGC (closed 03/05/2020)

2:19–cv–01986–DGC

2:19–cv–01987–DGC

2:19–cv–01989–DGC

2:19–cv–01990–DGC

2:19–cv–01992–DGC (closed 03/05/2020)

2:19–cv–02005–DGC (closed 03/05/2020)

2:19–cv–01993–DGC (closed 03/05/2020)

2:19–cv–01994–DGC

2:19–cv–01995–DGC (closed 03/05/2020)

2:19–cv–01996–DGC (closed 03/05/2020)

2:19–cv–01997–DGC (closed 03/05/2020)

2:19–cv–01998–DGC (closed 03/05/2020)

2:19–cv–01999–DGC (closed 03/05/2020)

2:19–cv–02000–DGC (closed 03/05/2020)

2:19–cv–02001–DGC

2:19–cv–02002–DGC (closed 03/05/2020)

2:19–cv–02003–DGC (closed 03/05/2020)

2:19–cv–02004–DGC (closed 03/05/2020)

2:19–cv–02011–DGC (closed 03/05/2020)

2:19–cv–02012–DGC (closed 03/05/2020)

2:19–cv–02013–DGC (closed 10/17/2019)

2:19–cv–02014–DGC (closed 10/17/2019)

2:19–cv–02015–DGC (closed 10/17/2019)

2:19–cv–02016–DGC (closed 10/17/2019)

2:19–cv–02028–DGC (closed 08/20/2019)

2:19–cv–02029–DGC (closed 01/03/2020)

2:19–cv–02030–DGC (closed 01/13/2020)

2:19–cv–02031–DGC (closed 08/20/2019)

2:19–cv–02035–DGC (closed 12/10/2019)

2:19–cv–02036–DGC (closed 12/10/2019)

2:19–cv–02037–DGC (closed 12/10/2019)

2:19–cv–02044–DGC

2:19–cv–02045–DGC (closed 03/04/2020)

2:19–cv–02046–DGC (closed 08/20/2019)

2:19–cv–02047–DGC

2:19–cv–02049–DGC (closed 01/02/2020)

2:19–cv–02050–DGC

2:19–cv–02051–DGC

2:19–cv–02063–DGC (closed 01/03/2020)

2:19–cv–02064–DGC (closed 12/05/2019)

2:19–cv–02065–DGC (closed 12/05/2019)

2:19–cv–02066–DGC

2:19–cv–02067–DGC (closed 01/10/2020)

2:19–cv–02071–DGC (closed 01/03/2020)

2:19–cv–02072–DGC

2:19–cv–02073–DGC

2:19–cv–02074–DGC (closed 03/05/2020)

2:19–cv–02075–DGC

2:19–cv–02076–DGC

2:19–cv–02077–DGC (closed 03/05/2020)

2:19–cv–02078–DGC (closed 03/05/2020)

2:19–cv–02094–DGC (closed 08/20/2019)

2:19–cv–02095–DGC (closed 01/14/2020)

2:19–cv–02096–DGC

2:19–cv–02097–DGC (closed 12/17/2019)

2:19–cv–02098–DGC

2:19–cv–02115–DGC (closed 10/17/2019)

2:19–cv–02116–DGC (closed 10/17/2019)

2:19–cv–02117–DGC (closed 10/17/2019)

2:19–cv–02118–DGC (closed 10/17/2019)

2:19–cv–02119–DGC (closed 10/17/2019)

2:19–cv–02120–DGC (closed 10/17/2019)

2:19–cv–02121–DGC (closed 10/17/2019)

2:19–cv–02122–DGC (closed 10/17/2019)

2:19–cv–02123–DGC (closed 10/17/2019)

2:19–cv–02124–DGC (closed 08/20/2019)

2:19–cv–02127–DGC (closed 03/05/2020)

2:19–cv–02128–DGC (closed 03/05/2020)

2:19–cv–02129–DGC (closed 01/14/2020)

2:19–cv–02131–DGC (closed 01/03/2020)

2:19–cv–02132–DGC

2:19–cv–02133–DGC

2:19–cv–02134–DGC (closed 01/14/2020)

2:19–cv–02135–DGC

2:19–cv–02136–DGC

2:19–cv–02137–DGC (closed 03/05/2020)

2:19–cv–02138–DGC (closed 01/15/2020)

2:19–cv–02139–DGC (closed 03/05/2020)

2:19–cv–02140–DGC (closed 10/17/2019)

2:19–cv–02143–DGC (closed 10/17/2019)

2:19–cv–02144–DGC (closed 01/03/2020)

2:19–cv–02145–DGC (closed 08/20/2019)

2:19–cv–02146–DGC (closed 03/05/2020)

2:19–cv–02147–DGC (closed 10/17/2019)

2:19–cv–02148–DGC (closed 10/17/2019)

2:19–cv–02152–DGC

2:19–cv–02153–DGC (closed 03/05/2020)

2:19–cv–02160–DGC (closed 03/05/2020)

2:19–cv–02161–DGC (closed 03/05/2020)

2:19–cv–02162–DGC (closed 03/05/2020)

2:19–cv–02163–DGC (closed 03/05/2020)

2:19–cv–02164–DGC (closed 03/05/2020)

2:19–cv–02165–DGC (closed 03/05/2020)

2:19–cv–02179–DGC (closed 10/17/2019)

2:19–cv–02181–DGC (closed 03/05/2020)

2:19–cv–02182–DGC (closed 10/17/2019)

2:19–cv–02183–DGC

2:19–cv–02184–DGC

2:19–cv–02185–DGC (closed 01/03/2020)

2:19–cv–02186–DGC

2:19–cv–02187–DGC (closed 01/15/2020)

2:19–cv–02188–DGC

2:19–cv–02189–DGC

2:19–cv–02194–DGC (closed 10/17/2019)

2:19–cv–02197–DGC (closed 10/17/2019)

2:19–cv–02198–DGC (closed 10/17/2019)

2:19–cv–02199–DGC (closed 10/17/2019)

2:19–cv–02200–DGC (closed 10/17/2019)

2:19–cv–02201–DGC (closed 10/17/2019)

2:19–cv–02202–DGC (closed 12/04/2019)

2:19–cv–02180–DGC (closed 10/17/2019)

2:19–cv–02192–DGC (closed 10/17/2019)

2:19–cv–02211–DGC

2:19–cv–02225–DGC

2:19–cv–02226–DGC (closed 03/05/2020)

2:19–cv–02227–DGC (closed 03/05/2020)

2:19–cv–02228–DGC (closed 12/16/2019)

2:19–cv–02229–DGC

2:19–cv–02239–DGC (closed 10/17/2019)

2:19–cv–02240–DGC (closed 10/17/2019)

2:19–cv–02241–DGC (closed 10/17/2019)

2:19–cv–02242–DGC (closed 10/17/2019)

2:19–cv–02243–DGC (closed 10/17/2019)

2:19–cv–02244–DGC (closed 10/17/2019)

2:19–cv–02245–DGC (closed 10/17/2019)

2:19–cv–02246–DGC (closed 10/17/2019)

2:19–cv–02247–DGC (closed 03/04/2020)

2:19–cv–02254–DGC (closed 01/10/2020)

2:19–cv–02255–DGC (closed 01/10/2020)

2:19–cv–02256–DGC (closed 01/10/2020)

2:19–cv–02257–DGC (closed 01/10/2020)

2:19–cv–02258–DGC (closed 01/10/2020)

2:19–cv–02259–DGC (closed 01/10/2020)

2:19–cv–02260–DGC (closed 01/10/2020)

2:19–cv–02261–DGC (closed 01/10/2020)

2:19–cv–02262–DGC (closed 01/10/2020)

2:19–cv–02263–DGC (closed 01/10/2020)

2:19–cv–02264–DGC (closed 01/10/2020)

2:19–cv–02265–DGC (closed 01/10/2020)

2:19–cv–02266–DGC (closed 01/10/2020)

2:19–cv–02267–DGC

2:19–cv–02268–DGC (closed 01/31/2020)

2:19–cv–02269–DGC (closed 01/31/2020)

2:19–cv–02270–DGC (closed 01/31/2020)

2:19–cv–02271–DGC (closed 01/31/2020)

2:19–cv–02276–DGC

2:19–cv–02277–DGC

2:19–cv–02282–DGC

2:19–cv–02283–DGC (closed 12/09/2019)

2:19–cv–02289–DGC

2:19–cv–02290–DGC

2:19–cv–02291–DGC

2:19–cv–02292–DGC (closed 03/05/2020)

2:19–cv–02302–DGC (closed 03/05/2020)

2:19–cv–02303–DGC (closed 03/05/2020)

2:19–cv–02304–DGC (closed 03/05/2020)

2:19–cv–02305–DGC

2:19–cv–02306–DGC (closed 03/05/2020)

2:19–cv–02308–DGC (closed 03/05/2020)

2:19–cv–02309–DGC (closed 12/30/2019)

2:19–cv–02310–DGC (closed 03/05/2020)

2:19–cv–02311–DGC (closed 12/30/2019)

2:19–cv–02312–DGC (closed 10/17/2019)

2:19–cv–02313–DGC (closed 08/20/2019)

2:19–cv–02320–DGC (closed 12/11/2019)

2:19–cv–02321–DGC (closed 12/11/2019)

2:19–cv–02322–DGC (closed 01/17/2020)

2:19–cv–02323–DGC

2:19–cv–02324–DGC (closed 10/17/2019)

2:19–cv–02325–DGC (closed 10/17/2019)

2:19–cv–02329–DGC

2:19–cv–02330–DGC (closed 10/17/2019)

2:19–cv–02331–DGC (closed 03/04/2020)

2:19–cv–02332–DGC (closed 10/17/2019)

2:19–cv–02333–DGC

2:19–cv–02334–DGC (closed 10/17/2019)

2:19–cv–02335–DGC

2:19–cv–02336–DGC (closed 10/17/2019)

2:19–cv–02337–DGC

2:19–cv–02338–DGC (closed 03/05/2020)

2:19–cv–02339–DGC (closed 10/17/2019)

2:19–cv–02340–DGC

2:19–cv–02341–DGC

2:19–cv–02342–DGC (closed 10/17/2019)

2:19–cv–02343–DGC

2:19–cv–02344–DGC

2:19–cv–02345–DGC (closed 10/17/2019)

2:19–cv–02346–DGC (closed 10/17/2019)

2:19–cv–02347–DGC (closed 01/02/2020)

2:19–cv–02348–DGC (closed 01/02/2020)

2:19–cv–02353–DGC

2:19–cv–02354–DGC (closed 12/11/2019)

2:19–cv–02355–DGC

2:19–cv–02364–DGC

2:19–cv–02365–DGC

2:19–cv–02366–DGC

2:19–cv–02367–DGC (closed 12/30/2019)

2:19–cv–02369–DGC (closed 01/02/2020)

2:19–cv–02370–DGC (closed 12/17/2019)

2:19–cv–02371–DGC (closed 01/02/2020)

2:19–cv–02372–DGC

2:19–cv–02375–DGC

2:19–cv–02382–DGC (closed 12/10/2019)

2:19–cv–02392–DGC

2:19–cv–02393–DGC (closed 12/16/2019)

2:19–cv–02394–DGC (closed 12/16/2019)

2:19–cv–02395–DGC (closed 12/16/2019)

2:19–cv–02396–DGC

2:19–cv–02397–DGC (closed 12/16/2019)

2:19–cv–02398–DGC (closed 12/16/2019)

2:19–cv–02406–DGC (closed 12/10/2019)

2:19–cv–02407–DGC (closed 01/13/2020)

2:19–cv–02409–DGC (closed 01/06/2020)

2:19–cv–02410–DGC (closed 01/14/2020)

2:19–cv–02416–DGC (closed 01/02/2020)

2:19–cv–02411–DGC

2:19–cv–02413–DGC (closed 01/02/2020)

2:19–cv–02414–DGC (closed 01/02/2020)

2:19–cv–02415–DGC (closed 01/02/2020)

2:19–cv–02417–DGC (closed 01/02/2020)

2:19–cv–02418–DGC (closed 01/02/2020)

2:19–cv–02419–DGC (closed 01/02/2020)

2:19–cv–02420–DGC (closed 12/30/2019)

2:19–cv–02421–DGC (closed 01/02/2020)

2:19–cv–02438–DGC (closed 12/10/2019)

2:19–cv–02439–DGC (closed 12/17/2019)

2:19–cv–02443–DGC (closed 12/18/2019)

2:19–cv–02444–DGC (closed 10/17/2019)

2:19–cv–02445–DGC (closed 01/02/2020)

2:19–cv–02446–DGC (closed 01/02/2020)

2:19–cv–02447–DGC (closed 01/02/2020)

2:19–cv–02448–DGC (closed 01/02/2020)

2:19–cv–02449–DGC (closed 01/02/2020)

2:19–cv–02450–DGC (closed 01/02/2020)

2:19–cv–02451–DGC (closed 12/17/2019)

2:19–cv–02452–DGC (closed 12/17/2019)

2:19–cv–02453–DGC (closed 12/17/2019)

2:19–cv–02454–DGC (closed 01/02/2020)

2:19–cv–02455–DGC (closed 01/02/2020)

2:19–cv–02456–DGC (closed 01/02/2020)

2:19–cv–02457–DGC (closed 01/02/2020)

2:19–cv–02460–DGC (closed 10/17/2019)

2:19–cv–02461–DGC (closed 01/03/2020)

2:19–cv–02462–DGC (closed 08/20/2019)

2:19–cv–02468–DGC (closed 01/08/2020)

2:19–cv–02469–DGC (closed 01/03/2020)

2:19–cv–02475–DGC (closed 01/02/2020)

2:19–cv–02476–DGC (closed 12/30/2019)

2:19–cv–02477–DGC (closed 01/02/2020)

2:19–cv–02478–DGC (closed 08/20/2019)

2:19–cv–02479–DGC (closed 12/16/2019)

2:19–cv–02487–DGC (closed 09/27/2019)

2:19–cv–02488–DGC

2:19–cv–02489–DGC

2:19–cv–02490–DGC (closed 12/30/2019)

2:19–cv–02491–DGC (closed 01/13/2020)

2:19–cv–02492–DGC (closed 06/19/2019)

2:19–cv–02493–DGC (closed 12/16/2019)

2:19–cv–02494–DGC (closed 08/20/2019)

2:19–cv–02495–DGC (closed 12/17/2019)

2:19–cv–02496–DGC (closed 12/17/2019)

2:19–cv–02497–DGC (closed 12/30/2019)

2:19–cv–02500–DGC (closed 12/17/2019)

2:19–cv–02501–DGC (closed 12/17/2019)

2:19–cv–02502–DGC (closed 12/16/2019)

2:19–cv–02503–DGC (closed 12/17/2019)

2:19–cv–02504–DGC (closed 12/17/2019)

2:19–cv–02510–DGC (closed 12/17/2019)

2:19–cv–02511–DGC (closed 12/17/2019)

2:19–cv–02512–DGC (closed 12/17/2019)

2:19–cv–02513–DGC (closed 12/17/2019)

2:19–cv–02514–DGC (closed 12/17/2019)

2:19–cv–02515–DGC (closed 12/17/2019)

2:19–cv–02516–DGC (closed 12/17/2019)

2:19–cv–02517–DGC (closed 12/17/2019)

2:19–cv–02518–DGC (closed 12/17/2019)

2:19–cv–02519–DGC (closed 10/17/2019)

2:19–cv–02520–DGC (closed 10/23/2019)

2:19–cv–02521–DGC (closed 12/17/2019)

2:19–cv–02522–DGC (closed 12/17/2019)

2:19–cv–02523–DGC (closed 12/17/2019)

2:19–cv–02524–DGC (closed 12/17/2019)

2:19–cv–02525–DGC (closed 12/17/2019)

2:19–cv–02526–DGC (closed 12/17/2019)

2:19–cv–02527–DGC (closed 12/17/2019)

2:19–cv–02528–DGC (closed 12/17/2019)

2:19–cv–02529–DGC (closed 12/17/2019)

2:19–cv–02530–DGC (closed 12/17/2019)

2:19–cv–02531–DGC (closed 12/17/2019)

2:19–cv–02532–DGC (closed 12/17/2019)

2:19–cv–02533–DGC (closed 12/17/2019)

2:19–cv–02534–DGC (closed 12/17/2019)

2:19–cv–02535–DGC (closed 12/17/2019)

2:19–cv–02536–DGC (closed 12/17/2019)

2:19–cv–02537–DGC (closed 12/17/2019)

2:19–cv–02538–DGC (closed 12/17/2019)

2:19–cv–02544–DGC (closed 10/17/2019)

2:19–cv–02545–DGC (closed 11/21/2019)

2:19–cv–02546–DGC (closed 10/29/2019)

2:19–cv–02547–DGC (closed 11/22/2019)

2:19–cv–02551–DGC (closed 08/20/2019)

2:19–cv–02552–DGC (closed 01/10/2020)

2:19–cv–02561–DGC (closed 12/11/2019)

2:19–cv–02563–DGC (closed 01/03/2020)

2:19–cv–02564–DGC (closed 10/17/2019)

2:19–cv–02566–DGC (closed 10/17/2019)

2:19–cv–02568–DGC (closed 12/30/2019)

2:19–cv–02569–DGC (closed 01/09/2020)

2:19–cv–02583–DGC (closed 01/06/2020)

2:19–cv–02584–DGC (closed 01/10/2020)

2:19–cv–02598–DGC (closed 01/03/2020)

2:19–cv–02604–DGC (closed 01/03/2020)

2:19–cv–02610–DGC (closed 03/05/2020)

2:19–cv–02611–DGC (closed 03/05/2020)

2:19–cv–02612–DGC

2:19–cv–02613–DGC (closed 09/19/2019)

2:19–cv–02626–DGC

2:19–cv–02628–DGC

2:19–cv–02630–DGC

2:19–cv–02633–DGC (closed 03/05/2020)

2:19–cv–02634–DGC (closed 11/06/2019)

2:19–cv–02635–DGC (closed 12/05/2019)

2:19–cv–02636–DGC (closed 12/05/2019)

2:19–cv–02637–DGC (closed 10/22/2019)

2:19–cv–02638–DGC

2:19–cv–02639–DGC

2:19–cv–02643–DGC

2:19–cv–02644–DGC (closed 03/05/2020)

2:19–cv–02645–DGC (closed 03/05/2020)

2:19–cv–02646–DGC (closed 03/05/2020)

2:19–cv–02647–DGC (closed 03/05/2020)

2:19–cv–02648–DGC (closed 03/05/2020)

2:19–cv–02649–DGC (closed 03/05/2020)

2:19–cv–02650–DGC (closed 01/09/2020)

2:19–cv–02651–DGC (closed 08/20/2019)

2:19–cv–02654–DGC (closed 12/11/2019)

2:19–cv–02655–DGC (closed 12/09/2019)

2:19–cv–02658–DGC

2:19–cv–02668–DGC (closed 01/14/2020)

2:19–cv–02669–DGC (closed 01/03/2020)

2:19–cv–02671–DGC

2:19–cv–02672–DGC

2:19–cv–02673–DGC

2:19–cv–02674–DGC (closed 03/04/2020)

2:19–cv–02675–DGC (closed 12/16/2019)

2:19–cv–02676–DGC (closed 12/16/2019)

2:19–cv–02677–DGC (closed 12/16/2019)

2:19–cv–02678–DGC

2:19–cv–02683–DGC (closed 12/05/2019)

2:19–cv–02684–DGC (closed 12/05/2019)

2:19–cv–02687–DGC (closed 08/20/2019)

2:19–cv–02688–DGC (closed 08/20/2019)

2:19–cv–02690–DGC (closed 01/31/2020)

2:19–cv–02695–DGC

2:19–cv–02696–DGC

2:19–cv–02697–DGC

2:19–cv–02699–DGC

2:19–cv–02700–DGC

2:19–cv–02701–DGC

2:19–cv–02702–DGC

2:19–cv–02710–DGC

2:19–cv–02711–DGC

2:19–cv–02712–DGC (closed 03/05/2020)

2:19–cv–02713–DGC

2:19–cv–02714–DGC

2:19–cv–02715–DGC

2:19–cv–02716–DGC

2:19–cv–02720–DGC (closed 12/30/2019)

2:19–cv–02721–DGC (closed 12/05/2019)

2:19–cv–02722–DGC

2:19–cv–02736–DGC (closed 03/05/2020)

2:19–cv–02737–DGC (closed 03/05/2020)

2:19–cv–02738–DGC (closed 12/30/2019)

2:19–cv–02747–DGC (closed 08/20/2019)

2:19–cv–02755–DGC (closed 01/07/2020)

2:19–cv–02756–DGC (closed 03/05/2020)

2:19–cv–02757–DGC

2:19–cv–02758–DGC

2:19–cv–02759–DGC

2:19–cv–02760–DGC

2:19–cv–02762–DGC

2:19–cv–02763–DGC

2:19–cv–02764–DGC

2:19–cv–02765–DGC

2:19–cv–02766–DGC (closed 08/20/2019)

2:19–cv–02767–DGC (closed 01/14/2020)

2:19–cv–03263–DGC

2:19–cv–02772–DGC (closed 12/04/2019)

2:19–cv–02773–DGC (closed 01/03/2020)

2:19–cv–02774–DGC (closed 01/03/2020)

2:19–cv–02775–DGC

2:19–cv–02776–DGC

2:19–cv–02777–DGC

2:19–cv–02778–DGC

2:19–cv–02779–DGC

2:19–cv–02783–DGC

2:19–cv–02784–DGC (closed 12/10/2019)

2:19–cv–02785–DGC (closed 12/16/2019)

2:19–cv–02786–DGC (closed 01/07/2020)

2:19–cv–02787–DGC (closed 01/03/2020)

2:19–cv–02788–DGC (closed 03/05/2020)

2:19–cv–02789–DGC

2:19–cv–02794–DGC (closed 07/02/2019)

2:19–cv–02800–DGC

2:19–cv–02801–DGC

2:19–cv–02802–DGC

2:19–cv–02808–DGC

2:19–cv–02812–DGC

2:19–cv–02813–DGC (closed 01/14/2020)

2:19–cv–02814–DGC (closed 01/15/2020)

2:19–cv–02815–DGC (closed 12/30/2019)

2:19–cv–02816–DGC (closed 12/30/2019)

2:19–cv–02817–DGC (closed 02/07/2020)

2:19–cv–02818–DGC (closed 01/14/2020)

2:19–cv–02819–DGC

2:19–cv–02822–DGC (closed 12/09/2019)

2:19–cv–02824–DGC (closed 03/05/2020)

2:19–cv–02825–DGC (closed 08/20/2019)

2:19–cv–02826–DGC (closed 03/05/2020)

2:19–cv–02833–DGC (closed 01/07/2020)

2:19–cv–02834–DGC (closed 12/09/2019)

2:19–cv–02836–DGC (closed 01/08/2020)

2:19–cv–02846–DGC (closed 03/05/2020)

2:19–cv–02847–DGC (closed 03/05/2020)

2:19–cv–02848–DGC (closed 03/05/2020)

2:19–cv–02849–DGC (closed 03/05/2020)

2:19–cv–02857–DGC (closed 08/20/2019)

2:19–cv–02859–DGC (closed 12/18/2019)

2:19–cv–02871–DGC (closed 08/20/2019)

2:19–cv–02872–DGC (closed 01/07/2020)

2:19–cv–02873–DGC (closed 01/06/2020)

2:19–cv–02874–DGC (closed 01/08/2020)

2:19–cv–02875–DGC (closed 12/09/2019)

2:19–cv–02876–DGC (closed 01/08/2020)

2:19–cv–02891–DGC

2:19–cv–02892–DGC

2:19–cv–02894–DGC (closed 01/14/2020)

2:19–cv–02895–DGC (closed 01/07/2020)

2:19–cv–02898–DGC

2:19–cv–02899–DGC (closed 01/07/2020)

2:19–cv–02902–DGC (closed 08/20/2019)

2:19–cv–02903–DGC (closed 08/20/2019)

2:19–cv–02904–DGC

2:19–cv–02905–DGC (closed 08/20/2019)

2:19–cv–02906–DGC (closed 09/10/2019)

2:19–cv–02907–DGC (closed 01/06/2020)

2:19–cv–02908–DGC (closed 01/03/2020)

2:19–cv–02909–DGC (closed 01/09/2020)

2:19–cv–02910–DGC (closed 12/09/2019)

2:19–cv–02911–DGC (closed 01/07/2020)

2:19–cv–02913–DGC (closed 12/09/2019)

2:19–cv–02917–DGC (closed 01/14/2020)

2:19–cv–02919–DGC (closed 08/20/2019)

2:19–cv–02920–DGC (closed 08/20/2019)

2:19–cv–02921–DGC (closed 01/06/2020)

2:19–cv–02922–DGC (closed 08/20/2019)

2:19–cv–02923–DGC (closed 08/20/2019)

2:19–cv–02931–DGC

2:19–cv–02932–DGC (closed 12/09/2019)

2:19–cv–02936–DGC (closed 12/05/2019)

2:19–cv–02937–DGC (closed 01/02/2020)

2:19–cv–02938–DGC (closed 10/03/2019)

2:19–cv–02942–DGC (closed 12/09/2019)

2:19–cv–02943–DGC

2:19–cv–02944–DGC

2:19–cv–02945–DGC

2:19–cv–02946–DGC (closed 12/09/2019)

2:19–cv–02947–DGC (closed 12/09/2019)

2:19–cv–02948–DGC (closed 01/08/2020)

2:19–cv–02950–DGC (closed 01/07/2020)

2:19–cv–02951–DGC (closed 03/05/2020)

2:19–cv–02952–DGC (closed 03/05/2020)

2:19–cv–02953–DGC (closed 03/05/2020)

2:19–cv–02954–DGC (closed 03/04/2020)

2:19–cv–02956–DGC (closed 03/04/2020)

2:19–cv–02958–DGC (closed 12/30/2019)

2:19–cv–02959–DGC (closed 12/09/2019)

2:19–cv–02962–DGC

2:19–cv–02963–DGC

2:19–cv–02964–DGC

2:19–cv–02966–DGC (closed 01/06/2020)

2:19–cv–02967–DGC (closed 12/09/2019)

2:19–cv–02968–DGC (closed 01/06/2020)

2:19–cv–02969–DGC (closed 12/09/2019)

2:19–cv–02970–DGC (closed 12/09/2019)

2:19–cv–02971–DGC (closed 01/06/2020)

2:19–cv–02972–DGC (closed 01/06/2020)

2:19–cv–02973–DGC (closed 01/02/2020)

2:19–cv–02974–DGC (closed 01/06/2020)

2:19–cv–02977–DGC (closed 07/17/2019)

2:19–cv–02939–DGC (closed 12/09/2019)

2:19–cv–02991–DGC (closed 12/05/2019)

2:19–cv–02998–DGC (closed 12/16/2019)

2:19–cv–02999–DGC (closed 12/16/2019)

2:19–cv–03000–DGC (closed 12/16/2019)

2:19–cv–03001–DGC (closed 12/16/2019)

2:19–cv–03002–DGC (closed 12/16/2019)

2:19–cv–03003–DGC (closed 12/16/2019)

2:19–cv–03004–DGC (closed 12/16/2019)

2:19–cv–03005–DGC (closed 12/16/2019)

2:19–cv–03006–DGC (closed 12/16/2019)

2:19–cv–03007–DGC (closed 12/16/2019)

2:19–cv–03008–DGC (closed 12/16/2019)

2:19–cv–03009–DGC (closed 12/16/2019)

2:19–cv–03010–DGC (closed 12/16/2019)

2:19–cv–03011–DGC (closed 12/16/2019)

2:19–cv–03012–DGC (closed 12/16/2019)

2:19–cv–03013–DGC (closed 12/16/2019)

2:19–cv–03014–DGC (closed 01/08/2020)

2:19–cv–03015–DGC (closed 12/05/2019)

2:19–cv–03016–DGC (closed 01/06/2020)

2:19–cv–03017–DGC (closed 01/07/2020)

2:19–cv–03018–DGC (closed 12/09/2019)

2:19–cv–03019–DGC (closed 01/07/2020)

2:19–cv–03020–DGC (closed 12/09/2019)

2:19–cv–03021–DGC (closed 12/09/2019)

2:19–cv–03022–DGC (closed 01/08/2020)

2:19–cv–03023–DGC (closed 01/08/2020)

2:19–cv–03024–DGC (closed 08/20/2019)

2:19–cv–03027–DGC (closed 12/09/2019)

2:19–cv–03028–DGC (closed 01/08/2020)

2:19–cv–03029–DGC (closed 01/07/2020)

2:19–cv–03030–DGC (closed 01/07/2020)

2:19–cv–03031–DGC (closed 12/16/2019)

2:19–cv–03032–DGC (closed 12/16/2019)

2:19–cv–03034–DGC (closed 12/16/2019)

2:19–cv–03036–DGC (closed 12/16/2019)

2:19–cv–03037–DGC (closed 12/16/2019)

2:19–cv–03038–DGC (closed 12/16/2019)

2:19–cv–03039–DGC (closed 12/16/2019)

2:19–cv–03040–DGC (closed 12/16/2019)

2:19–cv–03041–DGC

2:19–cv–03042–DGC (closed 12/16/2019)

2:19–cv–03043–DGC (closed 12/16/2019)

2:19–cv–03044–DGC (closed 12/16/2019)

2:19–cv–03046–DGC (closed 01/07/2020)

2:19–cv–03047–DGC (closed 01/07/2020)

2:19–cv–03048–DGC (closed 01/06/2020)

2:19–cv–03049–DGC (closed 01/06/2020)

2:19–cv–03056–DGC (closed 01/07/2020)

2:19–cv–03057–DGC (closed 01/06/2020)

2:19–cv–03058–DGC (closed 12/09/2019)

2:19–cv–03059–DGC (closed 01/08/2020)

2:19–cv–03060–DGC (closed 01/06/2020)

2:19–cv–03061–DGC (closed 01/07/2020)

2:19–cv–03063–DGC (closed 12/09/2019)

2:19–cv–03064–DGC (closed 12/09/2019)

2:19–cv–03065–DGC (closed 12/09/2019)

2:19–cv–03066–DGC (closed 01/07/2020)

2:19–cv–03067–DGC (closed 12/09/2019)

2:19–cv–03068–DGC (closed 10/03/2019)

2:19–cv–03069–DGC (closed 01/07/2020)

2:19–cv–03070–DGC (closed 01/06/2020)

2:19–cv–03071–DGC (closed 01/07/2020)

2:19–cv–03072–DGC (closed 01/07/2020)

2:19–cv–03076–DGC (closed 08/20/2019)

2:19–cv–03077–DGC (closed 08/20/2019)

2:19–cv–03078–DGC (closed 03/05/2020)

2:19–cv–03079–DGC (closed 03/04/2020)

2:19–cv–03080–DGC (closed 10/17/2019)

2:19–cv–03081–DGC (closed 01/09/2020)

2:19–cv–03082–DGC (closed 08/20/2019)

2:19–cv–03083–DGC (closed 12/09/2019)

2:19–cv–03084–DGC

2:19–cv–03085–DGC

2:19–cv–03086–DGC (closed 12/11/2019)

2:19–cv–03087–DGC (closed 03/05/2020)

2:19–cv–03089–DGC (closed 03/05/2020)

2:19–cv–03090–DGC (closed 03/05/2020)

2:19–cv–03091–DGC (closed 03/05/2020)

2:19–cv–03092–DGC (closed 03/05/2020)

2:19–cv–03094–DGC (closed 03/05/2020)

2:19–cv–03099–DGC (closed 01/08/2020)

2:19–cv–03100–DGC (closed 12/09/2019)

2:19–cv–03101–DGC (closed 01/06/2020)

2:19–cv–03102–DGC (closed 01/07/2020)

2:19–cv–03103–DGC (closed 10/17/2019)

2:19–cv–03104–DGC (closed 01/08/2020)

2:19–cv–03105–DGC (closed 12/09/2019)

2:19–cv–03106–DGC (closed 01/08/2020)

2:19–cv–03107–DGC (closed 01/08/2020)

2:19–cv–03108–DGC (closed 01/08/2020)

2:19–cv–03109–DGC (closed 12/09/2019)

2:19–cv–03119–DGC

2:19–cv–03121–DGC (closed 10/17/2019)

2:19–cv–03122–DGC (closed 10/17/2019)

2:19–cv–03123–DGC (closed 10/17/2019)

2:19–cv–03124–DGC (closed 10/17/2019)

2:19–cv–03125–DGC

2:19–cv–03126–DGC (closed 10/17/2019)

2:19–cv–03127–DGC (closed 10/17/2019)

2:19–cv–03128–DGC (closed 07/16/2019)

2:19–cv–03129–DGC (closed 10/17/2019)

2:19–cv–03130–DGC (closed 10/17/2019)

2:19–cv–03131–DGC (closed 10/17/2019)

2:19–cv–03132–DGC (closed 10/17/2019)

2:19–cv–03133–DGC (closed 10/17/2019)

2:19–cv–03134–DGC (closed 10/17/2019)

2:19–cv–03136–DGC (closed 10/17/2019)

2:19–cv–03137–DGC (closed 10/17/2019)

2:19–cv–03138–DGC (closed 10/17/2019)

2:19–cv–03139–DGC (closed 10/17/2019)

2:19–cv–03140–DGC (closed 10/17/2019)

2:19–cv–03141–DGC (closed 10/17/2019)

2:19–cv–03142–DGC (closed 10/17/2019)

2:19–cv–03143–DGC (closed 10/17/2019)

2:19–cv–03144–DGC (closed 10/17/2019)

2:19–cv–03145–DGC (closed 10/17/2019)

2:19–cv–03146–DGC (closed 12/16/2019)

2:19–cv–03147–DGC

2:19–cv–03149–DGC

2:19–cv–03151–DGC

2:19–cv–03152–DGC

2:19–cv–03153–DGC

2:19–cv–03154–DGC (closed 12/04/2019)

2:19–cv–03155–DGC

2:19–cv–03156–DGC (closed 12/04/2019)

2:19–cv–03157–DGC

2:19–cv–03158–DGC (closed 12/04/2019)

2:19–cv–03159–DGC

2:19–cv–03160–DGC (closed 12/04/2019)

2:19–cv–03161–DGC (closed 12/04/2019)

2:19–cv–03162–DGC

2:19–cv–03163–DGC (closed 12/04/2019)

2:19–cv–03165–DGC

2:19–cv–03166–DGC

2:19–cv–03167–DGC

2:19–cv–03164–DGC (closed 12/04/2019)

2:19–cv–03168–DGC

2:19–cv–03169–DGC

2:19–cv–03170–DGC

2:19–cv–03171–DGC

2:19–cv–03172–DGC

2:19–cv–03173–DGC

2:19–cv–03175–DGC (closed 01/08/2020)

2:19–cv–03176–DGC (closed 12/09/2019)

2:19–cv–03177–DGC (closed 01/06/2020)

2:19–cv–03185–DGC (closed 01/08/2020)

2:19–cv–03186–DGC (closed 08/20/2019)

2:19–cv–03187–DGC

2:19–cv–03188–DGC

2:19–cv–03189–DGC

2:19–cv–03190–DGC (closed 12/09/2019)

2:19–cv–03191–DGC (closed 12/09/2019)

2:19–cv–03192–DGC (closed 01/06/2020)

2:19–cv–03193–DGC

2:19–cv–03196–DGC (closed 10/17/2019)

2:19–cv–03197–DGC

2:19–cv–03198–DGC (closed 01/07/2020)

2:19–cv–03200–DGC (closed 03/05/2020)

2:19–cv–03201–DGC (closed 03/05/2020)

2:19–cv–03202–DGC (closed 03/05/2020)

2:19–cv–03206–DGC (closed 12/16/2019)

2:19–cv–03207–DGC (closed 12/16/2019)

2:19–cv–03208–DGC (closed 12/16/2019)

2:19–cv–03209–DGC (closed 12/16/2019)

2:19–cv–03210–DGC (closed 12/16/2019)

2:19–cv–03211–DGC (closed 12/16/2019)

2:19–cv–03212–DGC (closed 12/16/2019)

2:19–cv–03213–DGC (closed 12/16/2019)

2:19–cv–03214–DGC (closed 10/17/2019)

2:19–cv–03215–DGC (closed 10/17/2019)

2:19–cv–03217–DGC (closed 10/17/2019)

2:19–cv–03218–DGC (closed 10/17/2019)

2:19–cv–03219–DGC (closed 10/17/2019)

2:19–cv–03220–DGC

2:19–cv–03221–DGC (closed 10/17/2019)

2:19–cv–03266–DGC

2:19–cv–03267–DGC

2:19–cv–03268–DGC

2:19–cv–03269–DGC (closed 12/30/2019)

2:19–cv–03270–DGC

2:19–cv–03271–DGC

2:19–cv–03276–DGC (closed 03/05/2020)

2:19–cv–03277–DGC (closed 10/17/2019)

2:19–cv–03278–DGC (closed 10/17/2019)

2:19–cv–03279–DGC (closed 10/17/2019)

2:19–cv–03280–DGC (closed 10/17/2019)

2:19–cv–03281–DGC (closed 10/17/2019)

2:19–cv–03290–DGC

2:19–cv–03291–DGC (closed 10/31/2019)

2:19–cv–03292–DGC

2:19–cv–03293–DGC

2:19–cv–03294–DGC

2:19–cv–03295–DGC (closed 10/31/2019)

2:19–cv–03296–DGC

2:19–cv–03297–DGC

2:19–cv–03299–DGC

2:19–cv–03301–DGC

2:19–cv–03302–DGC (closed 08/20/2019)

2:19–cv–03303–DGC

2:19–cv–03304–DGC

2:19–cv–03309–DGC

2:19–cv–03310–DGC (closed 10/31/2019)

2:19–cv–03311–DGC (closed 03/04/2020)

2:19–cv–03312–DGC

2:19–cv–03313–DGC

2:19–cv–03314–DGC

2:19–cv–03315–DGC (closed 01/14/2020)

2:19–cv–03319–DGC (closed 10/17/2019)

2:19–cv–03321–DGC (closed 10/17/2019)

2:19–cv–03322–DGC (closed 10/17/2019)

2:19–cv–03323–DGC (closed 08/20/2019)

2:19–cv–03324–DGC (closed 10/17/2019)

2:19–cv–03325–DGC (closed 10/17/2019)

2:19–cv–03326–DGC (closed 08/20/2019)

2:19–cv–03339–DGC

2:19–cv–03341–DGC

2:19–cv–03342–DGC

2:19–cv–03344–DGC

2:19–cv–03345–DGC

2:19–cv–03348–DGC

2:19–cv–03349–DGC

2:19–cv–03350–DGC

2:19–cv–03351–DGC

2:19–cv–03352–DGC

2:19–cv–03353–DGC

2:19–cv–03354–DGC

2:19–cv–03355–DGC

2:19–cv–03356–DGC

2:19–cv–03357–DGC

2:19–cv–03358–DGC

2:19–cv–03359–DGC

2:19–cv–03360–DGC

2:19–cv–03372–DGC (closed 03/05/2020)

2:19–cv–03373–DGC (closed 01/03/2020)

2:19–cv–03374–DGC (closed 01/08/2020)

2:19–cv–03378–DGC

2:19–cv–03379–DGC (closed 01/09/2020)

2:19–cv–03380–DGC (closed 01/03/2020)

2:19–cv–03381–DGC

2:19–cv–03382–DGC

2:19–cv–03383–DGC

2:19–cv–03384–DGC (closed 01/08/2020)

2:19–cv–03390–DGC (closed 08/20/2019)

2:19–cv–03400–DGC (closed 03/05/2020)

2:19–cv–03401–DGC (closed 03/05/2020)

2:19–cv–03402–DGC (closed 03/05/2020)

2:19–cv–03403–DGC (closed 03/05/2020)

2:19–cv–03404–DGC (closed 03/05/2020)

2:19–cv–03405–DGC (closed 03/05/2020)

2:19–cv–03406–DGC (closed 03/05/2020)

2:19–cv–03407–DGC (closed 03/05/2020)

2:19–cv–03408–DGC (closed 01/08/2020)

2:19–cv–03409–DGC (closed 12/16/2019)

2:19–cv–03411–DGC (closed 01/06/2020)

2:19–cv–03412–DGC (closed 01/06/2020)

2:19–cv–03413–DGC (closed 01/03/2020)

2:19–cv–03414–DGC (closed 12/09/2019)

2:19–cv–03418–DGC

2:19–cv–03419–DGC (closed 08/20/2019)

2:19–cv–03424–DGC (closed 01/08/2020)

2:19–cv–03425–DGC (closed 01/07/2020)

2:19–cv–03426–DGC (closed 12/09/2019)

2:19–cv–03427–DGC (closed 12/09/2019)

2:19–cv–03428–DGC (closed 12/09/2019)

2:19–cv–03429–DGC (closed 12/09/2019)

2:19–cv–03430–DGC (closed 01/06/2020)

2:19–cv–03431–DGC (closed 01/06/2020)

2:19–cv–03432–DGC (closed 01/07/2020)

2:19–cv–03433–DGC (closed 01/07/2020)

2:19–cv–03434–DGC (closed 01/08/2020)

2:19–cv–03435–DGC (closed 12/09/2019)

2:19–cv–03436–DGC (closed 01/06/2020)

2:19–cv–03437–DGC (closed 12/09/2019)

2:19–cv–03438–DGC (closed 01/08/2020)

2:19–cv–03439–DGC (closed 01/06/2020)

2:19–cv–03440–DGC (closed 01/06/2020)

2:19–cv–03441–DGC (closed 10/03/2019)

2:19–cv–03442–DGC

2:19–cv–03443–DGC

2:19–cv–03447–DGC

2:19–cv–03448–DGC

2:19–cv–03449–DGC (closed 10/17/2019)

2:19–cv–03460–DGC (closed 01/10/2020)

2:19–cv–03461–DGC (closed 03/05/2020)

2:19–cv–03450–DGC

2:19–cv–03451–DGC

2:19–cv–03452–DGC

2:19–cv–03462–DGC (closed 01/08/2020)

2:19–cv–03463–DGC (closed 10/17/2019)

2:19–cv–03464–DGC (closed 12/16/2019)

2:19–cv–03465–DGC

2:19–cv–03466–DGC (closed 11/06/2019)

2:19–cv–03467–DGC (closed 01/09/2020)

2:19–cv–03468–DGC (closed 10/17/2019)

2:19–cv–03469–DGC (closed 10/17/2019)

2:19–cv–03470–DGC (closed 03/04/2020)

2:19–cv–03471–DGC (closed 10/17/2019)

2:19–cv–03472–DGC (closed 10/17/2019)

2:19–cv–03473–DGC (closed 10/17/2019)

2:19–cv–03474–DGC

2:19–cv–03475–DGC

2:19–cv–03476–DGC (closed 01/03/2020)

2:19–cv–03479–DGC (closed 01/03/2020)

2:19–cv–03480–DGC

2:19–cv–03486–DGC (closed 01/10/2020)

2:19–cv–03487–DGC (closed 03/05/2020)

2:19–cv–03488–DGC (closed 12/09/2019)

2:19–cv–03489–DGC (closed 01/08/2020)

2:19–cv–03490–DGC (closed 01/07/2020)

2:19–cv–03491–DGC (closed 12/09/2019)

2:19–cv–03492–DGC (closed 01/06/2020)

2:19–cv–03493–DGC (closed 01/08/2020)

2:19–cv–03494–DGC (closed 01/06/2020)

2:19–cv–03495–DGC (closed 01/06/2020)

2:19–cv–03496–DGC (closed 12/09/2019)

2:19–cv–03497–DGC (closed 01/08/2020)

2:19–cv–03498–DGC (closed 01/08/2020)

2:19–cv–03499–DGC (closed 01/07/2020)

2:19–cv–03500–DGC (closed 01/08/2020)

2:19–cv–03501–DGC (closed 12/09/2019)

2:19–cv–03502–DGC (closed 01/06/2020)

2:19–cv–03503–DGC (closed 01/08/2020)

2:19–cv–03504–DGC (closed 01/06/2020)

2:19–cv–03505–DGC (closed 01/06/2020)

2:19–cv–03506–DGC (closed 01/06/2020)

2:19–cv–03507–DGC (closed 01/08/2020)

2:19–cv–03508–DGC (closed 01/08/2020)

2:19–cv–03509–DGC (closed 01/07/2020)

2:19–cv–03510–DGC (closed 01/07/2020)

2:19–cv–03511–DGC (closed 01/07/2020)

2:19–cv–03512–DGC (closed 12/09/2019)

2:19–cv–03513–DGC (closed 01/06/2020)

2:19–cv–03514–DGC (closed 12/09/2019)

2:19–cv–03515–DGC (closed 01/08/2020)

2:19–cv–03516–DGC (closed 01/08/2020)

2:19–cv–03517–DGC (closed 01/07/2020)

2:19–cv–03518–DGC (closed 12/09/2019)

2:19–cv–03519–DGC (closed 01/07/2020)

2:19–cv–03520–DGC (closed 01/07/2020)

2:19–cv–03521–DGC (closed 01/06/2020)

2:19–cv–03522–DGC (closed 12/09/2019)

2:19–cv–03523–DGC (closed 01/07/2020)

2:19–cv–03524–DGC (closed 12/09/2019)

2:19–cv–03525–DGC (closed 01/07/2020)

2:19–cv–03526–DGC (closed 01/08/2020)

2:19–cv–03527–DGC (closed 12/09/2019)

2:19–cv–03528–DGC (closed 12/09/2019)

2:19–cv–03529–DGC (closed 12/09/2019)

2:19–cv–03530–DGC (closed 01/08/2020)

2:19–cv–03531–DGC (closed 12/09/2019)

2:19–cv–03532–DGC (closed 01/06/2020)

2:19–cv–03533–DGC (closed 12/09/2019)

2:19–cv–03534–DGC (closed 01/08/2020)

2:19–cv–03535–DGC (closed 01/07/2020)

2:19–cv–03536–DGC (closed 12/09/2019)

2:19–cv–03537–DGC (closed 01/08/2020)

2:19–cv–03538–DGC (closed 03/04/2020)

2:19–cv–03539–DGC (closed 10/17/2019)

2:19–cv–03540–DGC (closed 10/17/2019)

2:19–cv–03541–DGC (closed 10/17/2019)

2:19–cv–03542–DGC (closed 10/17/2019)

2:19–cv–03543–DGC (closed 10/17/2019)

2:19–cv–03544–DGC (closed 10/17/2019)

2:19–cv–03545–DGC (closed 10/17/2019)

2:19–cv–03546–DGC (closed 10/17/2019)

2:19–cv–03547–DGC

2:19–cv–03548–DGC

2:19–cv–03549–DGC

2:19–cv–03550–DGC

2:19–cv–03551–DGC (closed 10/17/2019)

2:19–cv–03553–DGC

2:19–cv–03554–DGC (closed 10/17/2019)

2:19–cv–03555–DGC (closed 10/17/2019)

2:19–cv–03556–DGC (closed 10/17/2019)

2:19–cv–03557–DGC (closed 10/17/2019)

2:19–cv–03558–DGC (closed 10/17/2019)

2:19–cv–03559–DGC (closed 10/17/2019)

2:19–cv–03560–DGC

2:19–cv–03561–DGC

2:19–cv–03562–DGC

2:19–cv–03564–DGC

2:19–cv–03565–DGC

2:19–cv–03566–DGC

2:19–cv–03567–DGC (closed 10/17/2019)

2:19–cv–03568–DGC (closed 10/17/2019)

2:19–cv–03569–DGC (closed 10/17/2019)

2:19–cv–03570–DGC (closed 10/17/2019)

2:19–cv–03571–DGC (closed 10/17/2019)

2:19–cv–03572–DGC

2:19–cv–03573–DGC (closed 03/05/2020)

2:19–cv–03574–DGC (closed 03/04/2020)

2:19–cv–03575–DGC

2:19–cv–03576–DGC

2:19–cv–03577–DGC (closed 10/17/2019)

2:19–cv–03578–DGC

2:19–cv–03579–DGC (closed 10/17/2019)

2:19–cv–03580–DGC (closed 10/17/2019)

2:19–cv–03581–DGC

2:19–cv–03582–DGC

2:19–cv–03583–DGC

2:19–cv–03584–DGC (closed 10/17/2019)

2:19–cv–03585–DGC

2:19–cv–03586–DGC

2:19–cv–03587–DGC (closed 03/05/2020)

2:19–cv–03588–DGC

2:19–cv–03589–DGC (closed 10/17/2019)

2:19–cv–03590–DGC

2:19–cv–03591–DGC (closed 03/05/2020)

2:19–cv–03592–DGC (closed 10/17/2019)

2:19–cv–03593–DGC (closed 10/17/2019)

2:19–cv–03594–DGC (closed 03/05/2020)

2:19–cv–03595–DGC (closed 10/17/2019)

2:19–cv–03596–DGC (closed 10/17/2019)

2:19–cv–03597–DGC (closed 10/17/2019)

2:19–cv–03598–DGC (closed 03/05/2020)

2:19–cv–03599–DGC (closed 10/17/2019)

2:19–cv–03600–DGC (closed 10/17/2019)

2:19–cv–03601–DGC (closed 10/17/2019)

2:19–cv–03602–DGC (closed 10/17/2019)

2:19–cv–03603–DGC (closed 10/17/2019)

2:19–cv–03604–DGC (closed 03/04/2020)

2:19–cv–03605–DGC (closed 10/17/2019)

2:19–cv–03606–DGC (closed 10/17/2019)

2:19–cv–03607–DGC (closed 10/17/2019)

2:19–cv–03608–DGC (closed 10/17/2019)

2:19–cv–03609–DGC (closed 10/17/2019)

2:19–cv–03610–DGC (closed 03/04/2020)

2:19–cv–03611–DGC (closed 10/17/2019)

2:19–cv–03615–DGC (closed 03/05/2020)

2:19–cv–03616–DGC (closed 10/17/2019)

2:19–cv–03617–DGC (closed 10/17/2019)

2:19–cv–03619–DGC (closed 03/05/2020)

2:19–cv–03620–DGC (closed 10/17/2019)

2:19–cv–03621–DGC (closed 03/04/2020)

2:19–cv–03622–DGC (closed 03/05/2020)

2:19–cv–03623–DGC (closed 03/05/2020)

2:19–cv–03624–DGC (closed 03/04/2020)

2:19–cv–03625–DGC

2:19–cv–03626–DGC (closed 11/06/2019)

2:19–cv–03627–DGC (closed 12/17/2019)

2:19–cv–03628–DGC (closed 01/10/2020)

2:19–cv–03629–DGC (closed 12/05/2019)

2:19–cv–03630–DGC (closed 12/05/2019)

2:19–cv–03632–DGC (closed 12/05/2019)

2:19–cv–03633–DGC (closed 10/31/2019)

2:19–cv–03634–DGC

2:19–cv–03635–DGC (closed 12/05/2019)

2:19–cv–03636–DGC (closed 03/05/2020)

2:19–cv–03637–DGC

2:19–cv–03638–DGC

2:19–cv–03639–DGC (closed 03/05/2020)

2:19–cv–03640–DGC (closed 10/31/2019)

2:19–cv–03641–DGC

2:19–cv–03642–DGC (closed 03/05/2020)

2:19–cv–03643–DGC (closed 10/17/2019)

2:19–cv–03644–DGC (closed 03/05/2020)

2:19–cv–03645–DGC (closed 12/05/2019)

2:19–cv–03646–DGC (closed 12/05/2019)

2:19–cv–03647–DGC (closed 12/05/2019)

2:19–cv–03648–DGC (closed 12/05/2019)

2:19–cv–03649–DGC (closed 12/05/2019)

2:19–cv–03650–DGC (closed 03/05/2020)

2:19–cv–03651–DGC (closed 03/05/2020)

2:19–cv–03652–DGC (closed 12/05/2019)

2:19–cv–03653–DGC (closed 03/05/2020)

2:19–cv–03654–DGC (closed 12/05/2019)

2:19–cv–03655–DGC (closed 03/05/2020)

2:19–cv–03656–DGC (closed 03/05/2020)

2:19–cv–03657–DGC (closed 10/17/2019)

2:19–cv–03658–DGC (closed 10/17/2019)

2:19–cv–03659–DGC (closed 10/17/2019)

2:19–cv–03660–DGC (closed 10/17/2019)

2:19–cv–03661–DGC (closed 10/17/2019)

2:19–cv–03662–DGC (closed 10/17/2019)

2:19–cv–03663–DGC (closed 10/17/2019)

2:19–cv–03664–DGC (closed 09/18/2019)

2:19–cv–03665–DGC (closed 10/17/2019)

2:19–cv–03666–DGC (closed 10/17/2019)

2:19–cv–03667–DGC (closed 10/17/2019)

2:19–cv–03668–DGC (closed 12/09/2019)

2:19–cv–03669–DGC (closed 12/09/2019)

2:19–cv–03670–DGC (closed 08/20/2019)

2:19–cv–03671–DGC (closed 08/20/2019)

2:19–cv–03672–DGC (closed 03/05/2020)

2:19–cv–03673–DGC (closed 03/05/2020)

2:19–cv–03674–DGC (closed 03/05/2020)

2:19–cv–03675–DGC (closed 03/05/2020)

2:19–cv–03676–DGC (closed 03/05/2020)

2:19–cv–03677–DGC (closed 03/05/2020)

2:19–cv–03678–DGC (closed 03/05/2020)

2:19–cv–03679–DGC (closed 03/05/2020)

2:19–cv–03680–DGC (closed 03/05/2020)

2:19–cv–03683–DGC (closed 10/31/2019)

2:19–cv–03684–DGC (closed 10/31/2019)

2:19–cv–03685–DGC (closed 10/31/2019)

2:19–cv–03686–DGC (closed 10/31/2019)

2:19–cv–03687–DGC (closed 10/31/2019)

2:19–cv–03688–DGC (closed 10/31/2019)

2:19–cv–03689–DGC (closed 12/09/2019)

2:19–cv–03690–DGC

2:19–cv–03692–DGC (closed 03/05/2020)

2:19–cv–03693–DGC (closed 01/13/2020)

2:19–cv–03694–DGC

2:19–cv–03695–DGC

2:19–cv–03696–DGC (closed 03/05/2020)

2:19–cv–03697–DGC (closed 03/05/2020)

2:19–cv–03698–DGC

2:19–cv–03699–DGC

2:19–cv–03700–DGC

2:19–cv–03701–DGC (closed 03/05/2020)

2:19–cv–03702–DGC

2:19–cv–03703–DGC (closed 03/05/2020)

2:19–cv–03704–DGC (closed 03/05/2020)

2:19–cv–03705–DGC (closed 03/05/2020)

2:19–cv–03706–DGC (closed 03/05/2020)

2:19–cv–03707–DGC

2:19–cv–03708–DGC (closed 03/05/2020)

2:19–cv–03709–DGC (closed 03/05/2020)

2:19–cv–03711–DGC (closed 03/05/2020)

2:19–cv–03712–DGC (closed 03/05/2020)

2:19–cv–03713–DGC

2:19–cv–03714–DGC (closed 03/05/2020)

2:19–cv–03715–DGC (closed 03/05/2020)

2:19–cv–03716–DGC

2:19–cv–03717–DGC (closed 03/05/2020)

2:19–cv–03718–DGC (closed 12/09/2019)

2:19–cv–03719–DGC (closed 12/09/2019)

2:19–cv–03720–DGC (closed 12/16/2019)

2:19–cv–03721–DGC (closed 01/07/2020)

2:19–cv–03722–DGC

2:19–cv–03723–DGC (closed 12/16/2019)

2:19–cv–03724–DGC (closed 03/05/2020)

2:19–cv–03725–DGC (closed 01/07/2020)

2:19–cv–03726–DGC

2:19–cv–03727–DGC

2:19–cv–03728–DGC

2:19–cv–03729–DGC (closed 01/10/2020)

2:19–cv–03733–DGC

2:19–cv–03734–DGC

2:19–cv–03735–DGC (closed 12/16/2019)

2:19–cv–03736–DGC (closed 12/16/2019)

2:19–cv–03737–DGC (closed 01/10/2020)

2:19–cv–03738–DGC (closed 12/16/2019)

2:19–cv–03739–DGC

2:19–cv–03740–DGC (closed 12/16/2019)

2:19–cv–03741–DGC (closed 08/20/2019)

2:19–cv–03742–DGC

2:19–cv–03743–DGC

2:19–cv–03744–DGC (closed 12/16/2019)

2:19–cv–03746–DGC (closed 08/20/2019)

2:19–cv–03747–DGC (closed 03/05/2020)

2:19–cv–03748–DGC (closed 12/16/2019)

2:19–cv–03749–DGC

2:19–cv–03750–DGC (closed 12/09/2019)

2:19–cv–03751–DGC (closed 08/20/2019)

2:19–cv–03752–DGC

2:19–cv–03758–DGC (closed 10/17/2019)

2:19–cv–03759–DGC (closed 03/04/2020)

2:19–cv–03760–DGC

2:19–cv–03761–DGC (closed 12/30/2019)

2:19–cv–03762–DGC (closed 10/17/2019)

2:19–cv–03763–DGC (closed 12/16/2019)

2:19–cv–03764–DGC

2:19–cv–03765–DGC (closed 12/16/2019)

2:19–cv–03766–DGC (closed 12/16/2019)

2:19–cv–03767–DGC (closed 12/16/2019)

2:19–cv–03768–DGC (closed 12/09/2019)

2:19–cv–03769–DGC

2:19–cv–03770–DGC (closed 12/30/2019)

2:19–cv–03771–DGC (closed 12/18/2019)

2:19–cv–03772–DGC (closed 12/09/2019)

2:19–cv–03773–DGC (closed 12/16/2019)

2:19–cv–03774–DGC

2:19–cv–03775–DGC (closed 08/20/2019)

2:19–cv–03776–DGC (closed 12/16/2019)

2:19–cv–03777–DGC (closed 12/09/2019)

2:19–cv–03778–DGC (closed 12/16/2019)

2:19–cv–03779–DGC (closed 12/16/2019)

2:19–cv–03780–DGC (closed 12/16/2019)

2:19–cv–03781–DGC

2:19–cv–03782–DGC (closed 12/16/2019)

2:19–cv–03783–DGC (closed 12/30/2019)

2:19–cv–03784–DGC (closed 12/16/2019)

2:19–cv–03785–DGC (closed 12/16/2019)

2:19–cv–03786–DGC

2:19–cv–03787–DGC

2:19–cv–03788–DGC

2:19–cv–03789–DGC

2:19–cv–03790–DGC

2:19–cv–03791–DGC

2:19–cv–03792–DGC

2:19–cv–03793–DGC

2:19–cv–03794–DGC

2:19–cv–03795–DGC

2:19–cv–03796–DGC (closed 06/21/2019)

2:19–cv–03797–DGC

2:19–cv–03800–DGC

2:19–cv–03801–DGC (closed 01/07/2020)

2:19–cv–03802–DGC (closed 01/06/2020)

2:19–cv–03803–DGC (closed 03/05/2020)

2:19–cv–03804–DGC

2:19–cv–03805–DGC (closed 03/05/2020)

2:19–cv–03806–DGC (closed 10/31/2019)

2:19–cv–03807–DGC (closed 10/31/2019)

2:19–cv–03808–DGC

2:19–cv–03809–DGC

2:19–cv–03810–DGC

2:19–cv–03811–DGC

2:19–cv–03812–DGC (closed 10/31/2019)

2:19–cv–03813–DGC

2:19–cv–03814–DGC (closed 10/31/2019)

2:19–cv–03815–DGC (closed 03/05/2020)

2:19–cv–03816–DGC (closed 01/06/2020)

2:19–cv–03817–DGC

2:19–cv–03818–DGC (closed 03/05/2020)

2:19–cv–03819–DGC

2:19–cv–03820–DGC (closed 03/05/2020)

2:19–cv–03821–DGC

2:19–cv–03822–DGC (closed 10/17/2019)

2:19–cv–03823–DGC (closed 03/05/2020)

2:19–cv–03824–DGC (closed 10/17/2019)

2:19–cv–03825–DGC (closed 03/05/2020)

2:19–cv–03826–DGC (closed 10/17/2019)

2:19–cv–03827–DGC

2:19–cv–03828–DGC (closed 10/17/2019)

2:19–cv–03829–DGC (closed 03/05/2020)

2:19–cv–03832–DGC (closed 03/05/2020)

2:19–cv–03834–DGC (closed 03/05/2020)

2:19–cv–03835–DGC (closed 01/14/2020)

2:19–cv–03836–DGC (closed 03/05/2020)

2:19–cv–03837–DGC (closed 03/05/2020)

2:19–cv–03838–DGC (closed 03/05/2020)

2:19–cv–03839–DGC (closed 03/05/2020)

2:19–cv–03844–DGC (closed 03/05/2020)

2:19–cv–03845–DGC (closed 03/05/2020)

2:19–cv–03846–DGC (closed 12/16/2019)

2:19–cv–03848–DGC (closed 03/05/2020)

2:19–cv–03849–DGC (closed 10/17/2019)

2:19–cv–03851–DGC (closed 03/05/2020)

2:19–cv–03853–DGC (closed 10/17/2019)

2:19–cv–03854–DGC (closed 03/05/2020)

2:19–cv–03856–DGC

2:19–cv–03857–DGC (closed 12/16/2019)

2:19–cv–03859–DGC (closed 03/05/2020)

2:19–cv–03860–DGC (closed 03/05/2020)

2:19–cv–03861–DGC (closed 03/05/2020)

2:19–cv–03862–DGC (closed 10/17/2019)

2:19–cv–03863–DGC (closed 12/16/2019)

2:19–cv–03864–DGC (closed 01/17/2020)

2:19–cv–03865–DGC (closed 12/30/2019)

2:19–cv–03866–DGC

2:19–cv–03867–DGC (closed 12/16/2019)

2:19–cv–03868–DGC

2:19–cv–03869–DGC

2:19–cv–03870–DGC (closed 01/07/2020)

2:19–cv–03871–DGC (closed 10/17/2019)

2:19–cv–03872–DGC (closed 12/16/2019)

2:19–cv–03873–DGC (closed 10/17/2019)

2:19–cv–03874–DGC (closed 01/06/2020)

2:19–cv–03875–DGC (closed 03/05/2020)

2:19–cv–03876–DGC

2:19–cv–03877–DGC (closed 12/16/2019)

2:19–cv–03878–DGC (closed 12/04/2019)

2:19–cv–03879–DGC

2:19–cv–03880–DGC

2:19–cv–03881–DGC (closed 03/05/2020)

2:19–cv–03882–DGC (closed 03/04/2020)

2:19–cv–03883–DGC (closed 12/16/2019)

2:19–cv–03884–DGC

2:19–cv–03885–DGC (closed 03/05/2020)

2:19–cv–03886–DGC (closed 03/05/2020)

2:19–cv–03887–DGC (closed 03/05/2020)

2:19–cv–03888–DGC (closed 03/05/2020)

2:19–cv–03889–DGC (closed 03/05/2020)

2:19–cv–03890–DGC (closed 01/07/2020)

2:19–cv–03891–DGC (closed 03/05/2020)

2:19–cv–03892–DGC (closed 03/05/2020)

2:19–cv–03893–DGC (closed 03/05/2020)

2:19–cv–03894–DGC (closed 01/13/2020)

2:19–cv–03895–DGC (closed 03/05/2020)

2:19–cv–03896–DGC (closed 03/05/2020)

2:19–cv–03897–DGC

2:19–cv–03898–DGC (closed 03/05/2020)

2:19–cv–03899–DGC (closed 03/05/2020)

2:19–cv–03900–DGC (closed 03/05/2020)

2:19–cv–03901–DGC (closed 03/05/2020)

2:19–cv–03902–DGC (closed 03/05/2020)

2:19–cv–03903–DGC (closed 01/10/2020)

2:19–cv–03904–DGC

2:19–cv–03912–DGC

2:19–cv–03913–DGC (closed 01/14/2020)

2:19–cv–03914–DGC (closed 12/16/2019)

2:19–cv–03915–DGC

2:19–cv–03916–DGC

2:19–cv–03917–DGC (closed 12/16/2019)

2:19–cv–03918–DGC (closed 12/16/2019)

2:19–cv–03919–DGC (closed 12/16/2019)

2:19–cv–03920–DGC (closed 12/16/2019)

2:19–cv–03921–DGC

2:19–cv–03922–DGC (closed 12/16/2019)

2:19–cv–03923–DGC (closed 03/05/2020)

2:19–cv–03924–DGC (closed 12/16/2019)

2:19–cv–03925–DGC

2:19–cv–03926–DGC (closed 03/04/2020)

2:19–cv–03927–DGC (closed 03/05/2020)

2:19–cv–03928–DGC (closed 03/05/2020)

2:19–cv–03929–DGC (closed 03/05/2020)

2:19–cv–03930–DGC (closed 10/17/2019)

2:19–cv–03931–DGC (closed 12/16/2019)

2:19–cv–03932–DGC

2:19–cv–03933–DGC (closed 03/05/2020)

2:19–cv–03934–DGC (closed 12/16/2019)

2:19–cv–03935–DGC (closed 03/05/2020)

2:19–cv–03936–DGC (closed 10/17/2019)

2:19–cv–03937–DGC (closed 03/05/2020)

2:19–cv–03938–DGC

2:19–cv–03939–DGC (closed 03/05/2020)

2:19–cv–03940–DGC (closed 10/17/2019)

2:19–cv–03941–DGC

2:19–cv–03942–DGC

2:19–cv–03943–DGC (closed 03/05/2020)

2:19–cv–03944–DGC

2:19–cv–03945–DGC (closed 12/16/2019)

2:19–cv–03946–DGC (closed 08/20/2019)

2:19–cv–03948–DGC (closed 12/16/2019)

2:19–cv–03949–DGC (closed 12/16/2019)

2:19–cv–03950–DGC (closed 10/17/2019)

2:19–cv–03951–DGC

2:19–cv–03952–DGC (closed 12/16/2019)

2:19–cv–03953–DGC (closed 10/17/2019)

2:19–cv–03954–DGC (closed 03/05/2020)

2:19–cv–03955–DGC (closed 03/05/2020)

2:19–cv–03956–DGC

2:19–cv–03957–DGC (closed 03/04/2020)

2:19–cv–03958–DGC

2:19–cv–03959–DGC

2:19–cv–03960–DGC (closed 01/10/2020)

2:19–cv–03961–DGC

2:19–cv–03962–DGC (closed 01/10/2020)

2:19–cv–03963–DGC (closed 03/05/2020)

2:19–cv–03964–DGC (closed 12/16/2019)

2:19–cv–03965–DGC

2:19–cv–03966–DGC (closed 12/16/2019)

2:19–cv–03967–DGC (closed 01/08/2020)

2:19–cv–03969–DGC (closed 03/05/2020)

2:19–cv–03970–DGC (closed 03/05/2020)

2:19–cv–03971–DGC (closed 01/13/2020)

2:19–cv–03972–DGC (closed 03/05/2020)

2:19–cv–03973–DGC (closed 12/16/2019)

2:19–cv–03974–DGC (closed 12/16/2019)

2:19–cv–03975–DGC (closed 01/10/2020)

2:19–cv–03977–DGC (closed 12/16/2019)

2:19–cv–03978–DGC (closed 12/16/2019)

2:19–cv–03979–DGC

2:19–cv–03980–DGC (closed 01/08/2020)

2:19–cv–03981–DGC (closed 01/13/2020)

2:19–cv–03982–DGC (closed 01/13/2020)

2:19–cv–03983–DGC (closed 12/16/2019)

2:19–cv–03984–DGC (closed 10/17/2019)

2:19–cv–03985–DGC (closed 12/16/2019)

2:19–cv–03986–DGC (closed 03/05/2020)

2:19–cv–03987–DGC (closed 10/17/2019)

2:19–cv–03988–DGC (closed 03/05/2020)

2:19–cv–03989–DGC

2:19–cv–03990–DGC (closed 03/05/2020)

2:19–cv–03991–DGC (closed 01/10/2020)

2:19–cv–03992–DGC (closed 10/17/2019)

2:19–cv–03993–DGC (closed 12/04/2019)

2:19–cv–03994–DGC (closed 01/13/2020)

2:19–cv–03995–DGC (closed 12/04/2019)

2:19–cv–03996–DGC (closed 01/08/2020)

2:19–cv–03997–DGC (closed 12/16/2019)

2:19–cv–03998–DGC (closed 12/04/2019)

2:19–cv–04001–DGC

2:19–cv–04002–DGC (closed 12/16/2019)

2:19–cv–04003–DGC (closed 12/04/2019)

2:19–cv–04004–DGC (closed 01/09/2020)

2:19–cv–04005–DGC (closed 12/04/2019)

2:19–cv–04006–DGC (closed 12/04/2019)

2:19–cv–04007–DGC (closed 01/09/2020)

2:19–cv–04008–DGC (closed 09/26/2019)

2:19–cv–04009–DGC (closed 12/16/2019)

2:19–cv–04010–DGC (closed 12/04/2019)

2:19–cv–04011–DGC (closed 03/05/2020)

2:19–cv–04012–DGC (closed 01/09/2020)

2:19–cv–04013–DGC

2:19–cv–04015–DGC (closed 03/05/2020)

2:19–cv–04016–DGC (closed 03/05/2020)

2:19–cv–04017–DGC (closed 12/16/2019)

2:19–cv–04018–DGC (closed 12/04/2019)

2:19–cv–04019–DGC (closed 03/05/2020)

2:19–cv–04020–DGC (closed 12/16/2019)

2:19–cv–04021–DGC (closed 11/21/2019)

2:19–cv–04022–DGC

2:19–cv–04023–DGC (closed 03/04/2020)

2:19–cv–04024–DGC (closed 12/04/2019)

2:19–cv–04025–DGC (closed 12/04/2019)

2:19–cv–04026–DGC (closed 03/05/2020)

2:19–cv–04027–DGC

2:19–cv–04028–DGC (closed 03/05/2020)

2:19–cv–04029–DGC (closed 12/04/2019)

2:19–cv–04030–DGC (closed 08/20/2019)

2:19–cv–04031–DGC (closed 12/16/2019)

2:19–cv–04032–DGC

2:19–cv–04033–DGC (closed 12/04/2019)

2:19–cv–04034–DGC (closed 12/04/2019)

2:19–cv–04035–DGC (closed 12/17/2019)

2:19–cv–04036–DGC (closed 12/17/2019)

2:19–cv–04037–DGC (closed 03/05/2020)

2:19–cv–04038–DGC (closed 10/17/2019)

2:19–cv–04039–DGC (closed 12/16/2019)

2:19–cv–04040–DGC (closed 03/05/2020)

2:19–cv–04041–DGC (closed 03/05/2020)

2:19–cv–04043–DGC (closed 08/20/2019)

2:19–cv–04044–DGC (closed 12/30/2019)

2:19–cv–04045–DGC

2:19–cv–04046–DGC (closed 12/17/2019)

2:19–cv–04047–DGC (closed 12/17/2019)

2:19–cv–04048–DGC (closed 10/17/2019)

2:19–cv–04049–DGC

2:19–cv–04050–DGC (closed 12/09/2019)

2:19–cv–04051–DGC

2:19–cv–04052–DGC (closed 03/05/2020)

2:19–cv–04053–DGC

2:19–cv–04054–DGC (closed 03/05/2020)

2:19–cv–04055–DGC (closed 12/09/2019)

2:19–cv–04056–DGC

2:19–cv–04057–DGC

2:19–cv–04058–DGC

2:19–cv–04059–DGC

2:19–cv–04060–DGC (closed 12/09/2019)

2:19–cv–04061–DGC

2:19–cv–04062–DGC

2:19–cv–04063–DGC

2:19–cv–04064–DGC

2:19–cv–04065–DGC (closed 03/05/2020)

2:19–cv–04066–DGC (closed 01/08/2020)

2:19–cv–04067–DGC (closed 12/09/2019)

2:19–cv–04068–DGC

2:19–cv–04069–DGC

2:19–cv–04070–DGC

2:19–cv–04071–DGC (closed 10/17/2019)

2:19–cv–04072–DGC (closed 12/16/2019)

2:19–cv–04073–DGC

2:19–cv–04074–DGC (closed 03/05/2020)

2:19–cv–04075–DGC (closed 12/16/2019)

2:19–cv–04076–DGC

2:19–cv–04077–DGC

2:19–cv–04078–DGC (closed 03/05/2020)

2:19–cv–04079–DGC (closed 01/17/2020)

2:19–cv–04080–DGC (closed 01/06/2020)

2:19–cv–04081–DGC

2:19–cv–04082–DGC

2:19–cv–04083–DGC

2:19–cv–04084–DGC

2:19–cv–04085–DGC (closed 01/06/2020)

2:19–cv–04086–DGC

2:19–cv–04087–DGC (closed 12/16/2019)

2:19–cv–04088–DGC

2:19–cv–04089–DGC (closed 03/05/2020)

2:19–cv–04100–DGC

2:19–cv–04090–DGC

2:19–cv–04091–DGC

2:19–cv–04092–DGC

2:19–cv–04093–DGC (closed 01/06/2020)

2:19–cv–04094–DGC (closed 12/16/2019)

2:19–cv–04095–DGC (closed 03/04/2020)

2:19–cv–04096–DGC

2:19–cv–04097–DGC

2:19–cv–04098–DGC (closed 03/05/2020)

2:19–cv–04099–DGC

2:19–cv–04101–DGC

2:19–cv–04102–DGC (closed 12/05/2019)

2:19–cv–04103–DGC (closed 03/05/2020)

2:19–cv–04104–DGC

2:19–cv–04105–DGC (closed 10/17/2019)

2:19–cv–04107–DGC

2:19–cv–04108–DGC

2:19–cv–04109–DGC

2:19–cv–04110–DGC

2:19–cv–04111–DGC (closed 10/17/2019)

2:19–cv–04112–DGC

2:19–cv–04113–DGC (closed 10/17/2019)

2:19–cv–04114–DGC

2:19–cv–04115–DGC (closed 01/10/2020)

2:19–cv–04116–DGC

2:19–cv–04117–DGC (closed 01/10/2020)

2:19–cv–04118–DGC (closed 10/17/2019)

2:19–cv–04119–DGC

2:19–cv–04120–DGC

2:19–cv–04121–DGC (closed 10/17/2019)

2:19–cv–04122–DGC (closed 03/05/2020)

2:19–cv–04123–DGC (closed 10/17/2019)

2:19–cv–04124–DGC

2:19–cv–04125–DGC (closed 03/05/2020)

2:19–cv–04126–DGC (closed 03/05/2020)

2:19–cv–04127–DGC

2:19–cv–04128–DGC

2:19–cv–04129–DGC (closed 10/11/2019)

2:19–cv–04130–DGC

2:19–cv–04131–DGC

2:19–cv–04132–DGC (closed 10/17/2019)

2:19–cv–04134–DGC (closed 10/17/2019)

2:19–cv–04133–DGC (closed 10/17/2019)

2:19–cv–04135–DGC (closed 12/16/2019)

2:19–cv–04136–DGC (closed 03/05/2020)

2:19–cv–04137–DGC (closed 10/17/2019)

2:19–cv–04138–DGC (closed 10/17/2019)

2:19–cv–04139–DGC (closed 10/17/2019)

2:19–cv–04140–DGC (closed 12/16/2019)

2:19–cv–04141–DGC (closed 12/16/2019)

2:19–cv–04142–DGC (closed 03/05/2020)

2:19–cv–04143–DGC (closed 12/16/2019)

2:19–cv–04144–DGC (closed 10/17/2019)

2:19–cv–04145–DGC

2:19–cv–04146–DGC (closed 10/17/2019)

2:19–cv–04147–DGC (closed 10/17/2019)

2:19–cv–04148–DGC

2:19–cv–04149–DGC

2:19–cv–04150–DGC (closed 12/16/2019)

2:19–cv–04151–DGC (closed 12/16/2019)

2:19–cv–04152–DGC (closed 03/05/2020)

2:19–cv–04153–DGC

2:19–cv–04154–DGC (closed 10/17/2019)

2:19–cv–04155–DGC (closed 12/16/2019)

2:19–cv–04156–DGC (closed 10/17/2019)

2:19–cv–04157–DGC (closed 10/17/2019)

2:19–cv–04158–DGC (closed 12/16/2019)

2:19–cv–04159–DGC (closed 12/16/2019)

2:19–cv–04160–DGC (closed 12/16/2019)

2:19–cv–04161–DGC (closed 12/16/2019)

2:19–cv–04162–DGC (closed 12/16/2019)

2:19–cv–04163–DGC (closed 12/16/2019)

2:19–cv–04164–DGC

2:19–cv–04165–DGC (closed 10/17/2019)

2:19–cv–04166–DGC (closed 12/16/2019)

2:19–cv–04167–DGC (closed 09/04/2019)

2:19–cv–04168–DGC (closed 10/17/2019)

2:19–cv–04169–DGC (closed 03/05/2020)

2:19–cv–04170–DGC (closed 12/16/2019)

2:19–cv–04171–DGC (closed 12/16/2019)

2:19–cv–04172–DGC (closed 12/16/2019)

2:19–cv–04173–DGC (closed 10/17/2019)

2:19–cv–04174–DGC

2:19–cv–04175–DGC (closed 12/16/2019)

2:19–cv–04176–DGC (closed 12/16/2019)

2:19–cv–04177–DGC (closed 03/05/2020)

2:19–cv–04178–DGC (closed 12/16/2019)

2:19–cv–04179–DGC

2:19–cv–04180–DGC (closed 12/16/2019)

2:19–cv–04181–DGC

2:19–cv–04182–DGC (closed 10/17/2019)

2:19–cv–04183–DGC

2:19–cv–04184–DGC (closed 12/16/2019)

2:19–cv–04185–DGC (closed 10/17/2019)

2:19–cv–04186–DGC (closed 01/13/2020)

2:19–cv–04187–DGC (closed 12/16/2019)

2:19–cv–04188–DGC (closed 10/17/2019)

2:19–cv–04189–DGC

2:19–cv–04190–DGC (closed 12/16/2019)

2:19–cv–04191–DGC (closed 01/10/2020)

2:19–cv–04192–DGC (closed 03/05/2020)

2:19–cv–04193–DGC (closed 03/05/2020)

2:19–cv–04194–DGC (closed 12/16/2019)

2:19–cv–04195–DGC (closed 10/17/2019)

2:19–cv–04196–DGC (closed 01/13/2020)
2:19–cv–04197–DGC (closed 12/16/2019)
2:19–cv–04198–DGC (closed 03/05/2020)
2:19–cv–04199–DGC
2:19–cv–04200–DGC
2:19–cv–04201–DGC (closed 01/09/2020)
2:19–cv–04202–DGC (closed 12/16/2019)
2:19–cv–04203–DGC (closed 03/05/2020)
2:19–cv–04204–DGC
2:19–cv–04205–DGC (closed 12/16/2019)
2:19–cv–04206–DGC (closed 12/16/2019)
2:19–cv–04207–DGC (closed 10/17/2019)
2:19–cv–04208–DGC (closed 12/16/2019)
2:19–cv–04209–DGC (closed 01/10/2020)
2:19–cv–04210–DGC (closed 12/16/2019)
2:19–cv–04211–DGC (closed 12/16/2019)
2:19–cv–04212–DGC
2:19–cv–04213–DGC (closed 10/17/2019)
2:19–cv–04214–DGC (closed 12/16/2019)
2:19–cv–04215–DGC
2:19–cv–04216–DGC (closed 03/05/2020)
2:19–cv–04217–DGC
2:19–cv–04218–DGC (closed 10/17/2019)
2:19–cv–04219–DGC (closed 10/17/2019)
2:19–cv–04220–DGC (closed 10/17/2019)
2:19–cv–04221–DGC (closed 10/17/2019)
2:19–cv–04222–DGC (closed 01/17/2020)
2:19–cv–04223–DGC (closed 10/17/2019)
2:19–cv–04224–DGC (closed 10/17/2019)
2:19–cv–04225–DGC
2:19–cv–04226–DGC (closed 03/05/2020)
2:19–cv–04228–DGC (closed 12/16/2019)
2:19–cv–04227–DGC
2:19–cv–04229–DGC (closed 01/13/2020)
2:19–cv–04230–DGC (closed 10/17/2019)
2:19–cv–04231–DGC (closed 01/13/2020)
2:19–cv–04232–DGC (closed 12/05/2019)
2:19–cv–04233–DGC
2:19–cv–04234–DGC
2:19–cv–04235–DGC
2:19–cv–04236–DGC (closed 12/16/2019)
2:19–cv–04237–DGC (closed 10/17/2019)
2:19–cv–04238–DGC
2:19–cv–04239–DGC (closed 10/17/2019)

2:19–cv–04240–DGC (closed 10/17/2019)

2:19–cv–04241–DGC

2:19–cv–04242–DGC (closed 01/02/2020)

2:19–cv–04243–DGC (closed 01/02/2020)

2:19–cv–04244–DGC (closed 01/02/2020)

2:19–cv–04245–DGC (closed 03/05/2020)

2:19–cv–04246–DGC (closed 01/02/2020)

2:19–cv–04247–DGC (closed 12/16/2019)

2:19–cv–04248–DGC (closed 12/30/2019)

2:19–cv–04249–DGC (closed 12/30/2019)

2:19–cv–04250–DGC (closed 12/16/2019)

2:19–cv–04251–DGC (closed 01/02/2020)

2:19–cv–04252–DGC (closed 03/05/2020)

2:19–cv–04253–DGC (closed 10/17/2019)

2:19–cv–04254–DGC

2:19–cv–04255–DGC (closed 12/16/2019)

2:19–cv–04256–DGC (closed 03/05/2020)

2:19–cv–04257–DGC (closed 10/17/2019)

2:19–cv–04258–DGC (closed 10/17/2019)

2:19–cv–04259–DGC (closed 10/17/2019)

2:19–cv–04260–DGC (closed 09/30/2019)

2:19–cv–04261–DGC

2:19–cv–04262–DGC (closed 12/16/2019)

2:19–cv–04263–DGC (closed 03/05/2020)

2:19–cv–04264–DGC (closed 10/17/2019)

2:19–cv–04265–DGC (closed 12/16/2019)

2:19–cv–04267–DGC (closed 03/05/2020)

2:19–cv–04268–DGC

2:19–cv–04269–DGC (closed 10/17/2019)

2:19–cv–04270–DGC (closed 10/17/2019)

2:19–cv–04271–DGC (closed 12/16/2019)

2:19–cv–04272–DGC

2:19–cv–04273–DGC

2:19–cv–04274–DGC

2:19–cv–04275–DGC (closed 10/17/2019)

2:19–cv–04276–DGC

2:19–cv–04277–DGC (closed 10/17/2019)

2:19–cv–04278–DGC (closed 10/17/2019)

2:19–cv–04279–DGC (closed 10/17/2019)

2:19–cv–04280–DGC (closed 12/16/2019)

2:19–cv–04281–DGC (closed 12/16/2019)

2:19–cv–04282–DGC (closed 12/16/2019)

2:19–cv–04283–DGC (closed 12/10/2019)

2:19–cv–04284–DGC

2:19–cv–04285–DGC (closed 12/10/2019)

2:19–cv–04286–DGC (closed 12/16/2019)

2:19–cv–04287–DGC (closed 12/10/2019)

2:19–cv–04288–DGC (closed 12/16/2019)

2:19–cv–04289–DGC (closed 03/05/2020)

2:19–cv–04290–DGC (closed 12/16/2019)

2:19–cv–04291–DGC (closed 12/16/2019)

2:19–cv–04292–DGC (closed 12/16/2019)

2:19–cv–04293–DGC (closed 01/09/2020)

2:19–cv–04294–DGC

2:19–cv–04295–DGC

2:19–cv–04296–DGC (closed 01/13/2020)

2:19–cv–04297–DGC (closed 12/16/2019)

2:19–cv–04298–DGC (closed 12/09/2019)

2:19–cv–04299–DGC

2:19–cv–04300–DGC (closed 01/13/2020)

2:19–cv–04301–DGC (closed 01/09/2020)

2:19–cv–04302–DGC (closed 10/17/2019)

2:19–cv–04303–DGC (closed 10/17/2019)

2:19–cv–04304–DGC (closed 10/17/2019)

2:19–cv–04305–DGC (closed 01/17/2020)

2:19–cv–04306–DGC (closed 01/13/2020)

2:19–cv–04307–DGC (closed 01/13/2020)

2:19–cv–04308–DGC (closed 10/17/2019)

2:19–cv–04309–DGC (closed 01/09/2020)

2:19–cv–04310–DGC (closed 10/17/2019)

2:19–cv–04311–DGC (closed 01/09/2020)

2:19–cv–04312–DGC (closed 10/17/2019)

2:19–cv–04313–DGC (closed 10/17/2019)

2:19–cv–04314–DGC (closed 01/14/2020)

2:19–cv–04315–DGC

2:19–cv–04316–DGC (closed 12/17/2019)

2:19–cv–04317–DGC (closed 01/02/2020)

2:19–cv–04318–DGC (closed 12/30/2019)

2:19–cv–04319–DGC (closed 01/02/2020)

2:19–cv–04320–DGC (closed 12/17/2019)

2:19–cv–04321–DGC (closed 10/17/2019)

2:19–cv–04322–DGC (closed 10/17/2019)

2:19–cv–04330–DGC (closed 01/09/2020)

Cause: 28:1332 Diversity–Product Liability

**Plaintiff**

**Pamela Jean Caldwell**                               represented by   **Keith L Altman**
Excolo Law PLLC
26700 Lahser Rd., Ste. 401

Southfield, MI 48033
516–456–5885
Fax: 248–436–6858
Email: kaltman@lawampmmt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**  represented by  **Richard B North , Jr**
Nelson Mullins Riley & Scarborough LLC –
Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404–322–6000
Fax: 404–322–6050
Email: richard.north@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular Incorporated**  represented by  **Richard B North , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2016 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number PHX176498 filed by Pamela Jean Caldwell.(MAP) (Entered: 09/16/2016) |
| 09/16/2016 | 2 | NOTICE TO FILER OF DEFICIENCY re: 1 Complaint filed by Pamela Jean Caldwell. Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual Section II(B), attorneys are required to submit the automated Civil Cover Sheet when filing a new case. NO FURTHER ACTION REQUIRED. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 09/16/2016) |
| 09/16/2016 | 3 | This case has been assigned to the Honorable David G. Campbell, with member case number: CV–16–3144–PHX–DGC. This case is included in MDL–2641. All future pleadings or documents should be filed in the Lead Case: 2:15–md–2641–DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 09/16/2016) |
| 09/16/2016 | 4 | MOTION for Admission Pro Hac Vice as to attorney Keith Altman on behalf of Pamela Jean Caldwell. (MAP) (Entered: 09/16/2016) |
| 09/16/2016 |  | PRO HAC VICE FEE PAID. $ 35, receipt number PHX176498 as to Keith L Altman. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 09/16/2016) |
| 09/16/2016 | 5 | ORDER pursuant to General Order 09–08 granting 4 Motion for Admission Pro Hac Vice. Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to |

| | | register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. Counsel is advised that they are limited to two (2) additional e−mail addresses in their District of Arizona User Account. (BAS) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 09/16/2016) |
|---|---|---|
| 12/28/2016 | 6 | SUPPLEMENT Civil Coversheet re: 1 Complaint by Plaintiff Pamela Jean Caldwell. (Altman, Keith) (Entered: 12/28/2016) |
| 03/05/2020 | 7 | SUGGESTION OF REMAND AND TRANSFER ORDER (Third). See Order for Complete Details. Signed by Senior Judge David G Campbell on 3/4/20. (MAP) (Entered: 03/17/2020) |
| 03/06/2020 | 8 | AMENDED ORDER – AMENDED SUGGESTION OF REMAND AND TRANSFER ORDER (THIRD). Signed by Senior Judge David G Campbell on 3/6/20. (SLQ) (Entered: 03/19/2020) |
| 03/20/2020 | 9 | AMENDED ORDER – SECOND AMENDED SUGGESTION OF REMAND AND TRANSFER ORDER (THIRD). See Order for Details. Signed by Senior Judge David G Campbell on 3/20/20. [Amending to Remove Case: Lisa Riley v. C. R. Bard, Inc., 2:18−cv−00896−NV from page 25 of Schedule B]. (SLQ) (Entered: 03/23/2020) |
| 03/27/2020 | | Case Transferred to the Eastern District of Tennessee via electronic transfer. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 03/27/2020) |