# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| PAMELA JEAN CALDWELL, | ) |
| Plaintiff, | ) No. 3:20-cv-00147 |
| vs. | ) |
| C.R. BARD INC., et al. | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Attorney Shane G. Ramsey, with the law firm of Nelson Mullins Riley & Scarborough LLP, hereby files this Notice of Appearance as additional counsel of record for Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. and requests that he be noticed on all pleadings, documents and hearings at the address below:

Shane G. Ramsey (BPRN 035528)
Nelson Mullins Riley & Scarborough, LLP
150 Fourth Avenue, North, Suite 1100
Nashville, TN 37219
Phone: (615) 664-5323
Fax: (615) 664-5399
Email: shane.ramsey@nelsonmullins.com

Dated April 10, 2020                                Respectfully submitted,

By:   */s/ Shane G. Ramsey*
      Shane G. Ramsey (BPRN 35528)
      NELSON MULLINS RILEY
      & SCARBOROUGH, LLP
      One Nashville Place, Suite 1100
      150 Fourth Avenue, North
      Nashville, TN 37219
      Phone: (615) 664 –5300
      Shane.ramsey@nelsonmullins.com
      *Attorney for the Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically and served upon all registered users of the Electronic Case Filing System including:

| | |
|---|---|
| Keith L. Altman | Richard B. North, Jr. |
| Excolo Law PLLC | Nelson Mullins Riley & Scarborough LLP |
| 26700 Lahser Rd., Ste. 401 | Atlantic Station |
| Southfield, MI 48033 | 201 17th St. NW, Ste. 1700 |
| | Atlanta, GA 30363 |
| | richard.north@nelsonmullins.com |

Dated April 10, 2020.             */s/ Shane G. Ramsey*
                   SHANE G. RAMSEY