# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **PAMELA JEAN CALDWELL,** | ) |
| Plaintiff, | ) No. 3:20-cv-00147 |
| vs. | ) |
| **C.R. BARD INCORPORATED; BARD PERIPHERAL VASCULAR INCORPORATED,** | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
## C.R. BARD, INC. & BARD PERIPHERAL VASCULAR, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by counsel, hereby state that Defendant Bard Peripheral Vascular, Inc. is a wholly-owned subsidiary of C. R. Bard, Inc., and that Defendant C. R. Bard, Inc., is a wholly-owned subsidiary of Becton, Dickinson and Company (a publicly-held entity).

Dated: April 16, 2020                Respectfully submitted,

By:      /s/ Shane G. Ramsey
Shane G. Ramsey (BPRN 35528)
NELSON MULLINS RILEY
& SCARBOROUGH, LLP
150 Fourth Avenue, North, Suite 1100
Nashville, TN 37219
Phone: (615) 664 –5300
Shane.ramsey@nelsonmullins.com
*Attorney for the Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed electronically and served upon all registered users of the Electronic Case Filing System, including:

Keith L. Altman
Excolo Law PLLC
26700 Lahser Road, Suite 401
Southfield, MI 48033

Dated: April 16, 2020.                    */s/ Shane G. Ramsey*
                                          SHANE G. RAMSEY