## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| PAMELA JEAN CALDWELL, | ) |
| Plaintiff, | ) No. 3:20-cv-00147 |
| vs. | ) |
| CR BARD INCORPORATED, et al. | ) |
| Defendants. | ) |

### NOTICE OF WITHDRAWAL OF RICHARD B. NORTH, JR.

Pursuant to Local Rule 83.4(f), please enter the withdrawal of the appearance of Richard B. North, Jr. as predecessor counsel to Defendants C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated (collectively, "Defendants") in the above-entitled action. This notice has been preceded by the appearance of Shane G. Ramsey and Woods Drinkwater as counsel for Defendants (ECF Nos. 13 and 14). No motions are now pending before the Court, no trial date has been set, no evidentiary hearing has been set, and no written or oral reports are due.

Dated: April 20, 2020   Respectfully submitted,

*/s/ Richard B. North, Jr.*
Richard B. North, Jr.
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Tel: (404) 322-6000
Fax: (404) 322-6050
richard.north@nelsonmullins.com

and

*/s/ Shane G. Ramsey*
Shane G. Ramsey (BPRN 35528)
Woods Drinkwater (BPRN 033838)
Nelson Mullins Riley & Scarborough LLP

One Nashville Place, Suite 1100
Nashville, TN 37219-2415
Tel: (615) 664-5300
Fax: (615) 664-5399
shane.ramsey@nelsonmullins.com
woods.drinkwater@nelsonmullins.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed electronically and served upon all registered users of the Electronic Case Filing System including:

| | |
|---|---|
| Keith L. Altman | Richard B. North, Jr. |
| Excolo Law PLLC | Nelson Mullins Riley & Scarborough LLP |
| 26700 Lahser Rd., Ste. 401 | Atlantic Station |
| Southfield, MI 48033 | 201 17th St. NW, Ste. 1700 |
| | Atlanta, GA 30363 |
| | richard.north@nelsonmullins.com |

Dated April 20, 2020.  */s/ Shane G. Ramsey*
　　　　　　　　　　　　　　　　　SHANE G. RAMSEY

2