UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ZACHARY LEAMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:20-CV-90 |
| v. ) | |
| ) | |
| C R BARD INCORPORATED, et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| JAMIE M. BARROW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:20-CV-91 |
| v. ) | |
| ) | |
| C R BARD INCORPORATED, et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| JEANNE GRIGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:20-CV-93 |
| v. ) | |
| ) | |
| C R BARD INCORPORATED, et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| TIFFANY MCRAE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:20-CV-94 |
| v. ) | |
| ) | |
| C R BARD INCORPORATED, et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| KURT STAGMAIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:20-CV-96 |
| v. | ) |
| | ) |
| C R BARD INCORPORATED, et al., | ) |
| | ) |
| Defendants. | ) |

___

| | |
|---|---|
| TERESA RIGSBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:20-CV-64 |
| v. | ) |
| | ) |
| C R BARD INCORPORATED, et al., | ) |
| | ) |
| Defendants. | ) |

___

| | |
|---|---|
| JOSEPH LENINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:20-CV-66 |
| v. | ) |
| | ) |
| C R BARD INCORPORATED, et al., | ) |
| | ) |
| Defendants. | ) |

___

| | |
|---|---|
| BRENDA COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:20-CV-67 |
| v. | ) |
| | ) |
| C R BARD INCORPORATED, et al., | ) |
| | ) |
| Defendants. | ) |

___

| | |
|---|---|
| MARY S. KANIPE and JAMES KANIPE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>C R BARD INCORPORATED, et al., )<br>)<br>Defendants. ) | No. 2:20-CV-68 |

___

| | |
|---|---|
| ELLEN E. MAGGARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C R BARD INCORPORATED, et al., )<br>)<br>Defendants. ) | No. 2:20-CV-69 |

___

| | |
|---|---|
| COTY PENNINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C R BARD INCORPORATED, et al., )<br>)<br>Defendants. ) | No. 2:20-CV-70 |

___

| | |
|---|---|
| RYAN CHRISTOPHER GRIMES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C R BARD INCORPORATED, et al., )<br>)<br>Defendants. ) | No. 2:20-CV-72 |

___

| | |
|---|---|
| DANIEL ARRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:20-CV-73 |
| v. ) | |
| ) | |
| C R BARD INCORPORATED, et al., ) | |
| ) | |
| Defendants. ) | |

___

| | |
|---|---|
| CATHERINE GUINN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:20-CV-74 |
| ) | |
| C R BARD INCORPORATED, et al., ) | |

___

| | |
|---|---|
| SGT. JOHN WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:20-CV-143 |
| ) | |
| C R BARD INCORPORATED, et al., ) | |
| ) | |
| Defendants. ) | |

___

| | |
|---|---|
| ROBERT JONES, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:20-CV-146 |
| v. ) | |
| ) | |
| C R BARD INCORPORATED, et al., ) | |
| ) | |
| Defendants. ) | |

___

| | |
|---|---|
| PAMELA JEAN CALDWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:20-CV-147 |
| v. | ) |
| | ) |
| C R BARD INCORPORATED, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the above-captioned cases are related to *Wanda Sinard v. C R Bard Incorporated, et al.*, No. 3:19-CV-358, and all other related cases. The Court finds that these cases arise out of the same transaction or occurrence and involve one or more of the same parties. Therefore, these cases are related. *See* E.D. Tenn. L.R. 3.2(d)(3)(A)(2).

Because the first of these cases was assigned to District Judge Clifton L. Corker and Magistrate Judge H. Bruce Guyton, these cases will also be assigned to District Judge Clifton L. Corker and Magistrate Judge H. Bruce Guyton. However, consolidation is not ordered.

**IT IS SO ORDERED**.

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge

5