UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

PAMELA JEAN CALDWELL,

    Plaintiff,

v.

C.R. BARD, INC. ET AL.,

    Defendant.

Case No. 3:20-cv-00147

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for C.R. BARD, INC. and BARD PERIPHERAL VASC, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    South Carolina and California

[✔] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 05/6/2020

*(Signature–hand signed)*

Name: Dell P. Chappell

Firm: Nelson, Mullins, Riley & Scarborough LLP

Address:

    1320 Main Street, 17th Floor, Columbia, South Carolina 29201

Email address: dell.chappell@nelsonmullins.com

Once your motion is granted, you must register for a CM/ECF account at
http://www.tned.uscourts.gov/RegistrationForm.php.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Keith L. Altman
Excolo Law PLLC
26700 Lahser Rd., Ste. 401
Southfield, MI 48033

*Counsel for Plaintiff*

Dated May 7, 2020.					*/s/ Dell P. Chappell*
							Dell P. Chappell