# UNITED STATES DISTRICT COURT
for the
District of South Carolina

## CERTIFICATE OF GOOD STANDING

I, __Robin L. Blume__, Clerk of this Court,

certify that __Dell P. Chappell__, Bar # __7830__,

was duly admitted to practice in this Court on __12/04/2001__, and is in good standing as a member of the Bar of this Court.

Dated at __Columbia, South Carolina__ on __04/22/2020__
              *(Location)*               *(Date)*

Robin L. Blume
*CLERK*

*[signature: Margaret Nason]*
*DEPUTY CLERK*