# United States District Court
for the
District of South Carolina

## CERTIFICATE OF GOOD STANDING

I, _____ Robin L. Blume _____ , Clerk of this Court,

certify that _____ Joseph Edward Fornadel _____ , Bar # _____ 12259 _____ ,

was duly admitted to practice in this Court on _____ 01/20/2016 _____ , and is in good standing as a member of the Bar of this Court.

Dated at _____ Columbia, South Carolina _____ on _____ 04/22/2020 _____
*(Location)*        *(Date)*

Robin L. Blume
*CLERK*

*[signature: Margaret Nason]*
*DEPUTY CLERK*