# UNITED STATES DISTRICT COURT
for the
District of South Carolina

## CERTIFICATE OF GOOD STANDING

I, _____ Robin L. Blume _____ , Clerk of this Court,

certify that _____ Eric A. Paine _____ , Bar # _____ 7682 _____ ,

was duly admitted to practice in this Court on _____ 04/17/2001 _____ , and is in good standing as a member of the Bar of this Court.

Dated at _____ Columbia, South Carolina _____ on _____ 04/27/2020 _____
                                            *(Location)*                                                                   *(Date)*

Robin L. Blume
*CLERK*

*[signature]*
*DEPUTY CLERK*