UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PAMELA JEAN CALDWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 3:20-CV-147-DCLC-HBG |
| | ) |
| C.R. BARD, INC., and BARD PERIPHERAL | ) |
| VASCULAR, INC., | ) |
| | ) |
| Defendants. | ) |

## <u>ORDER</u>

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

On April 8, 2020, the Court filed Notice [Doc. 11] that Plaintiff's counsel, Keith Altman, is not admitted to practice before this Court. The Court stated that if a Motion to Appear Pro Hac Vice pursuant to Local Rule 83.5(b) is not filed within fifteen (15) days, the matter would be referred to the undersigned. More than fifteen (15) days have passed, and Attorney Atlman has failed to comply with the Court's Notice.

Accordingly, Attorney Keith Atlman is **ORDERED TO SHOW CAUSE** on or before **June 5, 2020**, as to why he should not be removed as an attorney of record in this case and why other appropriate sanctions should not issue for his failure to comply with the Court's Notice. The Clerk of Court is **DIRECTED** to mail a copy of this Order to Show Cause to Attorney Altman.

**IT IS SO ORDERED.**

ENTER:

_Bruce Guyton_
United States Magistrate Judge