UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| PAMELA JEAN CALDWELL, | ) |
| Plaintiff, | ) 3:20-CV-00147-DCLC |
| vs. | ) |
| C. R. BARD INCORPORATED et al., | ) |
| Defendants | ) |

**ORDER**

This case has been transferred from a multidistrict litigation (MDL) in Arizona. Transferred with the case is a ZIP file containing all the pleadings and orders in the MDL cases, many of which have no relevance to the particular cases transferred to this District. To avoid confusion and to maximize efficiency in resolving this case, the Court DIRECTS counsel for both parties to designate by Docket Number on the MDL docket sheet the pleadings and orders that shall be filed in this case on or before **Monday, June 29, 2020**. The Clerk will then file the designated documents in this case.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge