# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| PAMELA JEAN CALDWELL, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> C. R. BARD, INC. AND BARD ) <br> PERIPHERAL VASCULAR, INC., ) <br> ) <br> Defendants. ) | Case No.: 3:20-cv-00147-DCLC-HBG |

## AGREED ORDER STAYING DISCOVERY AND ALL PRETRIAL DEADLINES

This matter is before the Court on the Joint Motion of Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard") and Plaintiff Pamela Jean Caldwell ("Plaintiff") to stay discovery and all pretrial deadlines until September 1, 2020 while the Parties pursue settlement discussions. Finding that the Parties agree to the requested relief, the Court finds the Joint Motion well-taken.

It is, therefore, ORDERED that:

1.  All discovery and pretrial deadlines are stayed until September 1, 2020.

**IT IS SO ORDERED.**

Entered this the _____ day of _____, 2020.


    _____
    DISTRICT JUDGE CLIFTON L. CORKER

1

Approved for entry,

*/s/ Shane G. Ramsey*
Shane G. Ramsey (BPRN 35528)
Woods Drinkwater (BPRN 33838)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
One Nashville Place, Suite 1100
150 Fourth Avenue, North
Nashville, TN 37219
Phone: (615) 664-5307
Email: shane.ramsey@nelsonmullins.com
Email: woods.drinkwater@nelsonmullins.com

Dell P. Chappell (*Pro hac vice*)
Eric A. Paine (*Pro hac vice*)
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
1320 Main Street, Suite 1700
Columbia, SC 29201
(803) 799-2000
dell.chappell@nelsonmullins.com
eric.paine@nelsonmullins.com
*Attorneys for Defendants*

*/s/ Keith Altman*
Keith Altman
Excolo Law PLLC
26700 Lahser Rd. Suite 401
Southfield, MI 48033
Phone: (516) 456-6858
Email: kaltman@excololaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of the same to all counsel of record, including:

Keith Altman
Excolo Law PLLC
26700 Lahser Rd. Suite 401
Southfield, MI 48033

Dated: June 5, 2020

*/s/ Shane G. Ramsey*
Shane G. Ramsey