UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| PAMELA JEAN CALDWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>C. R. BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>    Defendants | 3:20-CV-00147-DCLC |

# ORDER

This matter is before the Court on the Joint Motion [Doc. 24] of Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. and Plaintiff Pamela Jean Caldwell to stay discovery and all pretrial deadlines until September 1, 2020 while the Parties pursue settlement discussions. Finding that the Parties agree to the requested relief, the Court finds the Joint Motion well-taken. Therefore, the Joint Motion [Doc. 24] is **GRANTED**, and it is hereby ORDERED that all discovery and pretrial deadlines are stayed until September 1, 2020.

SO ORDERED:

                                                s/ Clifton L. Corker
                                              United States District Judge