# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| PAMELA JEAN CALDWELL, ) | |
| ) | |
| Plaintiff, ) | 3:20-cv-00147-DCLC-HBG |
| ) | |
| vs. ) | Judge Clifton L. Corker |
| ) | Magistrate Judge H. Bruce Guyton |
| C.R. BARD INCORPORATED, and ) | |
| BARD PERIPHERAL VASCULAR ) | |
| INCORPORATED, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs.

Dated August 24, 2020.    Respectfully Submitted,

*/s/ Keith Altman*
Keith L. Altman
Excolo Law, PLLC
26700 Lahser Rd., Ste. 401
Southfield, MI 48033
T: 516-456-5885
Email: kaltman@lawampmmt.com

***Attorneys for Plaintiff Pamela Jean Caldwell***

By:    */s/ Woods Drinkwater*
Woods Drinkwater
Shane Gibson Ramsey
Nelson Mullins Riley & Scarborough, LLP
Atlantic Station
150 Fourth Avenue North
Suite 1100
Nashville, TN 37219
T: 615-664-5307
Email: woods.drinkwater@nelsonmullins.com
Email: shane.ramsey@nelsonmullins.com

1

Dell P. Chappell *(admitted pro hac vice)*
Eric A. Paine *(admitted pro hac vice)*
Joseph E. Fornadel, III *(admitted pro hac vice)*
Nelson, Mullins, Riley & Scarborough, LLP
1320 Main Street, 17th Floor
P O Box 11070
Columbia, SC 28211-1070
T: 803-255-9227
Email: dell.chappell@nelsonmullins.com
Email: eric.paine@nelsonmullins.com
Email: joe.fornadel@nelsonmullins.com

***Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.***

1

Case 3:20-cv-00147-DCLC-HBG   Document 27   Filed 08/24/20   Page 2 of 3   PageID #: 240

# CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record, including:

Keith L. Altman
Excolo Law, PLLC
26700 Lahser Rd., Ste. 401
Southfield, MI 48033
T: 516-456-5885
Email: kaltman@lawampmmt.com

/s/ *Woods Drinkwater*
Woods Drinkwater